**Fill in this information to identify the case:**

Debtor name  **A-1 Express Delivery Service, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **17-52865**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................ $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................ $      2,212,406.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................. $      2,212,406.36

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      3,296,147.41

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      32,454.05

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$      2,679,020.22

4.  Total liabilities ...........................................................................
   Lines 2 + 3a + 3b      $      6,007,621.68

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **A-1 Express Delivery Service, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **17-52865**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **SunTrust** | **Checking** | **2126** | **$43,054.05** |
| 3.2. | **PNC** | **Checking** | **2058** | **$10,553.21** |
| 3.3. | **Fifth Third Bank** | **Checking** | **8246** | **$14,055.94** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$67,663.20** |

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| 7.1. | **1450 W Peachtree Street LLC** | **$17,000.00** |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor    **A-1 Express Delivery Service, Inc.**                              Case number *(If known)*  **17-52865**
_____Name_____

| | | |
|---|---|---:|
| 7.2. | **Donlen** | $250,000.00 |
| 7.3. | **917 & 925 Hyde Park Properties LLC** | $7,253.00 |
| 7.4. | **Cypress Street LLC** | $1,300.00 |
| 7.5. | **325-327 Pleasant Ave HDFC** | $2,700.00 |
| 7.6. | **Union Real Estate** | $1,092.00 |
| 7.7. | **DCT Williams Street** | $2,800.00 |
| 7.8. | **Westgate San Leandro** | $1,163.80 |
| 7.9. | **Orcas Business Park LLC** | $1,482.00 |
| 7.10. | **855 Mahler Road** | $18,500.00 |
| 7.11. | **Long Buildings Technology** | $2,000.00 |
| 7.12. | **2150 TXB LLC** | $5,156.00 |
| 7.13. | **Airpost Industrial Complex** | $2,730.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **Snelling Walters - February 14-28 insurance** | $66,442.77 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **A-1 Express Delivery Service, Inc.** | Case number *(If known)* **17-52865** |
|--------|--------------------------------|------------------------------------|
| | Name | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$379,619.57

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **1,476,123.59**    -    **0.00**   = ....    $1,476,123.59

              face amount                      doubtful or uncollectible accounts

11b. Over 90 days old:    **93,685.88**    -    **93,685.88**   =....    $0.00

              face amount                      doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,476,123.59

### Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| | 14.1.   **Stock in Archway captive fund** | **Estimate** | $36,000.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                        % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

17. **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$36,000.00

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    **A-1 Express Delivery Service, Inc.**                          Case number *(If known)*  **17-52865**
             Name

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **Vases, baskets, supplies**                    $30,000.00    **Estimate**              $30,000.00

---

23.    **Total of Part 5.**                                                              $30,000.00
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**105 chairs, 55 desks, 26 tables, 4 sofas** | $14,000.00 | Liquidation | $14,000.00 |
| 40.  **Office fixtures**<br>**Shelves, racks, cabinets, TV, refrigerator, microwave, floral coolers** | $50,000.00 | Liquidation | $50,000.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**54 computers, 87 monitors, 95 office phones, 11 printers, 3 servers, 8 network pieces (routers, switches), 400 barcode scanners, 9 old cell phones** | $50,000.00 | Liquidation | $50,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor   **A-1 Express Delivery Service, Inc.**                         Case number *(If known)*  **17-52865**
         Name

43.  **Total of Part 7.**                                                                    | **$114,000.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Leased vehicles - see attached list** | $0.00 | | $0.00 |
| 47.2.  **C-Max hybrid vehicle (VIN 1FADPSAU3DLS)** | $9,000.00 | Estimate | $9,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                                    | **$9,000.00** |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**  **Real property**

54.  **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | **A-1 Express Delivery Service, Inc.** | | Case number *(If known)* **17-52865** | |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Atlanta office - 1450 W Peachtree Street, Atlanta, GA 30309 (lease)** | | **$0.00** | | **$0.00** |
| 55.2. **WLA office/warehouse - 917 West Hyde Park, Inglewood, CA (lease)** | | **$0.00** | | **$0.00** |
| 55.3. **Hermosa Beach office - 545 Cypress Ave, Hermosa Beach, CA 90254 (lease)** | | **$0.00** | | **$0.00** |
| 55.4. **Pitt parking - 633 Napor Blvd, Pittsburgh, PA 15205 (lease)** | | **$0.00** | | **$0.00** |
| 55.5. **Pitt office - 2500 Baldwick Road, #201, Pittsburgh, PA 15205 (lease)** | | **$0.00** | | **$0.00** |
| 55.6. **Seattle office - 5700 6th Ave S, #200, Seattle, WA 98108 (lease)** | | **$0.00** | | **$0.00** |
| 55.7. **Seattle parking - 5700 Denver Ave S, Seattle, WA 98108 (lease)** | | **$0.00** | | **$0.00** |
| 55.8. **NYC office - 325 Pleasant Ave, New York City, NY 10035 (lease)** | | **$0.00** | | **$0.00** |
| 55.9. **San Leandro parking - 2001 Williams Street, San Leandro, CA 94577 (lease)** | | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **A-1 Express Delivery Service, Inc.** | | Case number *(If known)* **17-52865** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.10· | **San Leandro office - 1933 Davis Street, Suite 305, San Leandro, CA (lease)** | | $0.00 | $0.00 |
| 55.11· | **Irvine office - 17981 Sky Park Circle, Bldg 39 J, Irvine, CA 92614 (lease)** | | $0.00 | $0.00 |
| 55.12· | **Burlingame office - 855 Mahler Road, Burlingame, CA (lease)** | | $0.00 | $0.00 |
| 55.13· | **San Jose office - 2150 Trade Zone Blvd, Suite 105, San Jose, CA 95113 (lease)** | | $0.00 | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **1-800Courier, A-1Express, AQuickDelivery** | $0.00 | **Estimate** | $0.00 |
| 61.  **Internet domain names and websites** **a1express.com, aquickdelivery.com, 1-800courier.com, peachtreepetals.com, socalpetals.com, 1-800Courier domain and phone number** | $100,000.00 | **Estimate** | $100,000.00 |
| 62.  **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **A-1 Express Delivery Service, Inc.**    Case number *(If known)* **17-52865**
_____
Name

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

| | |
|---|---|
| | **$100,000.00** |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **A-1 Express Delivery Service, Inc.** | Case number *(If known)* **17-52865** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $67,663.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $379,619.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,476,123.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $36,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $114,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,212,406.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,212,406.36 |

| Vehicle ID | HUB | VIN | License Plate | Model | Van Type | nterprise/Donlen | Status | Manager |
|---|---|---|---|---|---|---|---|---|
| PTP1 | ATL | NM0LS6BN6AT0 | PNU2360 | Transit Connect | City | | Leased | |
| PTP2 | ATL | NM0LS7DN6DT1 | PVE3458 | Transit Connect | City | 472963 | Leased | Donlen |
| PTP3 | ATL | NM0LS7F70E11 | PKU2538 | Transit Connect | City | 498689 | Leased | Donlen |
| A002 | DLA8 | 3C6TRVNG2GE1 | 56473X1 | 2016 PRO MAST | Cargo | 557637 | Leased | Donlen |
| A003 | DLA8 | 3C6TRVNG6GE1 | 56475X1 | 2016 PRO MAST | Cargo | 557634 | Leased | Donlen |
| A004 | DLA8 | 3C6TRVNG0GE1 | 56717X1 | 2016 PRO MAST | Cargo | 558722 | Leased | Donlen |
| A005 | DLA8 | 3C6TRVNG8GE1 | 55495Y1 | 2016 PRO MAST | Cargo | 557682 | Leased | Donlen |
| A006 | DLA8 | 3C6TRVNG2GE1 | 56476X1 | 2016 PRO MAST | Cargo | 557636 | Leased | Donlen |
| A007 | DLA8 | 3C6TRVNG9GE1 | 55497Y1 | 2016 PRO MAST | Cargo | 557685 | Leased | Donlen |
| A008 | DLA8 | 3C6TRVNG1GE1 | 55491Y1 | 2016 PRO MAST | Cargo | 557683 | Leased | Donlen |
| A009 | DLA8 | 3C6TRVNG7GE1 | 55492Y1 | 2016 PRO MAST | Cargo | 557680 | Leased | Donlen |
| A010 | DLA8 | 3C6TRVNGXGE | 55493Y1 | 2016 PRO MAST | Cargo | 557684 | Leased | Donlen |
| A019 | DLA8 | 3C6TRVNG6GE1 | 54719Y1 | 2016 PRO MAST | Cargo | 557681 | Leased | Donlen |
| A026 | DLA8 | 3C6TRVNGXHE | 55946D2 | 2017 Ram ProMa | Cargo | 667605 | Leased | Donlen |
| A027 | DLA8 | 3C6TRVNG4HE5 | 55929D2 | 2017 Ram ProMa | Cargo | 667234 | Leased | Donlen |
| A028 | DLA8 | 3C6TRVNG7HE5 | 55930D2 | 2017 Ram ProMa | Cargo | 667232 | Leased | Donlen |
| A029 | DLA8 | 3C6TRVNG6HE5 | 55947D2 | 2017 Ram ProMa | Cargo | 667605 | Leased | Donlen |
| A030 | DLA8 | 3C6TRVNG6HE5 | 55931D2 | 2017 Ram ProMa | Cargo | 667234 | Leased | Donlen |
| A031 | DLA8 | 3C6TRVNG4HE5 | 1.89E+06 | 2017 Ram ProMa | Cargo | 673095 | Leased | Donlen |
| A032 | DLA8 | 3C6TRVNG1HE5 | 1.89E+06 | 2017 Ram ProMa | Cargo | 673096 | Leased | Donlen |
| A033 | DLA8 | 3C6TRVNG1HE5 | 1.89E+06 | 2017 Ram ProMa | Cargo | 673097 | Leased | Donlen |
| A034 | DLA8 | 3C6TRVNG6HE5 | 1.89E+06 | 2017 Ram ProMa | Cargo | 673147 | Leased | Donlen |
| A036 | DLA8 | 3C6TRVAG9HE5 | 53801A2 | | 2017 | Cargo | 7NMYH1 | Monthly Rental | Enterprise |
| A037 | DLA8 | 3C6TRVD8HE51 | 52821A2 | | 2017 | Cargo | 7NGW3C | Monthly Rental | Enterprise |
| P02 | DPT1 | 3C6TRVNG6HE5 | ZJV 0067 | 2016 PRO MAST | Cargo | 667634 | Leased | Donlen |
| P04 | DPT1 | 3C6TRVNG4GE1 | ZHW6496 | 2016 PRO MAST | Cargo | 573160 | Leased | Donlen |
| P05 | DPT1 | 3C6TRVAG4GE1 | ZHY6815 | 2016 PRO MAST | Cargo | 573157 | Leased | Donlen |
| P06 | DPT1 | 3C6TRVAG4GE1 | ZHY6820 | 2016 PRO MAST | Cargo | 573155 | Leased | Donlen |
| P07 | DPT1 | 3C6TRVNG0GE1 | ZHW6497 | 2016 PRO MAST | Cargo | 573161 | Leased | Donlen |
| P08 | DPT1 | 3C6TRVAG2GE1 | 07930 | 2016 PRO MAST | Cargo | 573156 | Leased | Donlen |
| P36 | DPT1 | 3C6TRVAG4GE1 | ZHY6817 | 2016 PRO MAST | Cargo | 573154 | Leased | Donlen |
| P10 | DPT1 | 3C6TRVAG6GE1 | ZHY6812 | 2016 PRO MAST | Cargo | 573158 | Leased | Donlen |
| P11 | DPT1 | 3C6TRVAG5GE1 | ZHY6819 | 2016 PRO MAST | Cargo | 573159 | Leased | Donlen |
| P12 E | DPT1 | 1FTYE9ZM2HKA | ZJV5110 | Ford Transit Van | Cargo | 7N5JRL | Monthly Rental | Enterprise |
| P13 E | DPT1 | 1FTYR2ZM4HKA | ZJL7245 | Ford Transit Van | Cargo | 7N24N8 | Monthly Rental | Enterprise |
| P17 | DPT1 | 3C6TRVAG9GE1 | ZJR0568 | 2016 PRO MAST | Cargo | 573153 | Leased | Donlen |
| P20 E | DPT1 | 1FTYE92M4HKA | ZJS8595 | Ford Transit Van | Cargo | 7N6MSN | Monthly Rental | Enterprise |
| P21 | DPT1 | 3C6TRVNG1HE5 | ZJV0068 | 2016 PRO MAST | Cargo | 667633 | Leased | Donlen |
| P23 | DPT1 | 3C6TRVAG8GE1 | ZHY6817 | 2016 PRO MAST | Cargo | 573152 | Leased | Donlen |
| P27 E | DPT1 | 1GCWGAFF7H1 | ZJL7227 | Chevy Express C | Cargo | 7NC7R0 | Monthly Rental | Enterprise |
| P30 | DPT1 | 3C6TRVNG5HE5 | ZJV 0071 | ProMaster | Cargo | 667635 | Leased | Donlen |
| P 34 | DPT1 | 3C6TRVNG3HE5 | ZJV 0070 | 2017 Ram ProMa | Cargo | 667632 | Leased | Donlen |
| P 35 | DPT1 | 3C6TRVNG4GE1 | ZJV 0069 | 2017 Ram ProMa | Cargo | 667636 | Leased | Donlen |
| P38 | DPT1 | 3C6TRVNG8GE1 | ZJV0092 | 2017 Ram ProMa | Cargo | 673023 | Leased | Donlen |
| P39 | DPT1 | 3C6TRVNG4HE5 | ZJV0093 | 2017 Ram ProMa | Cargo | 673024 | Leased | Donlen |
| P40 | DPT1 | 3C6TRVNG7HE5 | ZJV0094 | 2017 Ram ProMa | Cargo | 673025 | Leased | Donlen |
| P41 | DPT1 | 3C6TRVNG3HE5 | ZJV0091 | 2017 Ram ProMa | Cargo | 673026 | Leased | Donlen |
| P42 | DPT1 | 3C6TRVNG5HE5 | ZJV0090 | 2017 Ram ProMa | Cargo | 673027 | Leased | Donlen |
| SE002 | DSE2 | 3C6TRVNG9GE1 | COO845H | 2016 PRO MAST | Cargo | 628079 | Leased | Donlen |
| SE003 | DSE2 | 3C6TRVNG7GE1 | COO846H | 2016 PRO MAST | Cargo | 628077 | Leased | Donlen |
| SE004 | DSE2 | 3C6TRVNG7GE1 | C76333F | 2016 PRO MAST | Cargo | 562556 | Leased | Donlen |
| SE005 | DSE2 | 3C6TRVNG3GE1 | C76332F | 2016 PRO MAST | Cargo | 562557 | Leased | Donlen |
| SE006 | DSE2 | 3C6TRVNG5GE1 | C76330F | 2016 PRO MAST | Cargo | 562558 | Leased | Donlen |
| SE007 | DSE2 | 3C6TRVNG1GE1 | AYS0517 | 2016 PRO MAST | Cargo | 562548 | Leased | Donlen |
| SE009 | DSE2 | 3C6TRVNG1GE1 | C90037F | 2016 PRO MAST | Cargo | 563172 | Leased | Donlen |
| SE014 | DSE2 | ZFBERFAT1G6B | C14487G | 1500 Promaster C | City | 7MGRB5 | Monthly Rental | Enterprise |
| SE015 | DSE2 | 3C6TRVNG4GE1 | C54035H | 2016 PRO MAST | Cargo | 634589 | Leased | Donlen |
| SE021 | DSE2 | 3C6TRVAG1GE1 | C97451G | PRO MASTER | Cargo | 7MJW88 | Monthly Rental | Enterprise |
| SE022 | DSE2 | 3C6TRVAG3GE1 | C77429H | 2016 PRO MAST | Cargo | 634588 | Leased | Donlen |
| SE024 | DSE2 | ZFBERFAT9G6B | 85D164 | 1500 Promaster C | City | 7MWMNC | Monthly Rental | Enterprise |
| SE026 | DSE2 | ZFBERFAT4G6B | 499JBU | 1500 Promaster C | City | 7MR6VX | Monthly Rental | Enterprise |
| SE027 | DSE2 | ZFBERFAT5G6B | 37452X1 | 1500 Promaster C | City | 7M83RP | Monthly Rental | Enterprise |
| SE029 | DSE2 | ZFBERFAT9G6B | C71032F | 1500 Promaster C | City | 7MY50V | Monthly Rental | Enterprise |
| SE031 | DSE2 | 3C6TRVNG3GE1 | C54034H | 2016 PRO MAST | Cargo | 634591 | Leased | Donlen |
| SE032 | DSE2 | 3C6TRVAG2GE1 | C69540F | PRO MASTER | Cargo | 7MJNXV | Monthly Rental | Enterprise |
| SE033 | DSE2 | 3C6TRVNG6GE1 | C72731F | 2016 PRO MAST | Cargo | 563174 | Leased | Donlen |
| SE034 | DSE2 | ZFBERFAT0G6B | C14364G | 1500 Promaster C | City | 7M8THR | Monthly Rental | Enterprise |

| SE035 | DSE2 | ZFBERFATXG6B 342JCV | 1500 Promaster | City | 7MGQL2 | | Monthly Rental | Enterprise |
|---|---|---|---|---|---|---|---|---|
| SE037 | DSE2 | 3C6TRVNG6GE1C76331F | PRO MASTER | Cargo | | 562554 | Leased | Donlen |
| SE040 | DSE2 | 3C6TRVNG4GE1C76334F | PRO MASTER | Cargo | | 562560 | Leased | Donlen |
| SE041 | DSE2 | 3C6TRVNG5GE1C47488H | PRO MASTER | Cargo | | 628143 | Leased | Donlen |
| SE043 | DSE2 | 3C6TRVNG6GE1C54033H | PRO MASTER | Cargo | | 634590 | Leased | Donlen |
| SE044 | DSE2 | 3C6TRVNG3GE127677 | PROMASTER | Cargo | | 634683 | Leased | Donlen |
| SE045 | DSE2 | 3C6TRVNG3GE127861 | PROMASTER | Cargo | | 634684 | Leased | Donlen |
| SE046 | DSE2 | 3C6TRVNG3GE1C47489H | PROMASTER | Cargo | | 628142 | Leased | Donlen |
| SE049 | DSE2 | ZFBERFATXG6B C14146G | 1500 Promaster | City | 7MD9CM | | Monthly Rental | Enterprise |
| SE051 | DSE2 | ZFBERFATXG6B C19195F | 1500 Promaster | City | 7MHFYY | | Monthly Rental | Enterprise |
| SE056 | DSE2 | 3C6TRVNG3GE1AYS0518 | PRO MASTER | Cargo | | 562547 | Leased | Donlen |
| SE057 | DSE2 | ZFBERFAT2G6B V27250 | Ram PRMC | City | 7MTDQJ | | Monthly Rental | Enterprise |
| SE059 | DSE2 | 1GCWGBFF1H1 C75722G | Chevy 2500 | Cargo | 7NR396 | | Monthly Rental | Enterprise |
| SE060 | DSE2 | 1FTNE2EW5ED/ C86619H | Ford Transit Carg | Cargo | 7LSMGD | | Monthly Rental | Enterprise |
| SE061 | DSE2 | 3C6TRVNG3GE1C90036F | 2016 Ram 1500 | Cargo | | 563173 | Leased | Donlen |
| SE062 | DSE2 | 3C6TRVNGXGE' C97450G | 1500 Promaster | Cargo | 7MKG04 | | Monthly Rental | Enterprise |
| SE066 | DSE2 | 1FTNR1ZM7FKA C29953H | Ford Transit Carg | Cargo | 7NRYTQ | | Monthly Rental | Enterprise |
| AMZ047 | DSF3 | 3C6TRVNG1GE117325Z1 | 2016 PRO MAST | Cargo | | 562074 | Leased | Donlen |
| AMZ048 | DSF3 | 3C6TRVNGXGE' 17326Z1 | 2016 PRO MAST | Cargo | | 562072 | Leased | Donlen |
| AMZ049 | DSF3 | 3C6TRVNG7GE117213Z1 | 2016 PRO MAST | Cargo | | 562025 | Leased | Donlen |
| AMZ051 | DSF3 | 3C6TRVNG4GE117324Z1 | 2016 PRO MAST | Cargo | | 562020 | Leased | Donlen |
| AMZ052 | DSF3 | 3C6TRVNG5GE117585Z1 | 2016 PRO MAST | Cargo | | 562024 | Leased | Donlen |
| AMZ053 | DSF3 | 3C6TRVNG1GE117583Z1 | 2016 PRO MAST | Cargo | | 562023 | Leased | Donlen |
| AMZ054 | DSF3 | 3C6TRVNG0GE117582Z1 | 2016 PRO MAST | Cargo | | 562022 | Leased | Donlen |
| AMZ056 | DSF3 | 3C6TRVNGXGE' 17938Z1 | 2016 PRO MAST | Cargo | | 562575 | Leased | Donlen |
| AMZ059 | DSF3 | 3C6TRVNG8GE117641Z1 | 2016 PRO MAST | Cargo | | 562553 | Leased | Donlen |
| AMZ095 | DSF3 | 3C6TRVNG6GE130302C2 | 2016 PRO MAST | Cargo | | 594759 | Leased | Donlen |
| AMZ096 | DSF3 | 3C6TRVNGXGE' 30492C2 | 2016 PRO MAST | Cargo | | 594760 | Leased | Donlen |
| AMZ097 | DSF3 | 3C6TRVNG8GE130489C2 | 2016 PRO MAST | Cargo | | 594761 | Leased | Donlen |
| AMZ100 | DSF3 | 3C6TRVNG0GE170025C2 | 2016 PRO MAST | Cargo | | 594752 | Leased | Donlen |
| AMZ101 | DSF3 | 3C6TRVNG4GE130486C2 | 2016 PRO MAST | Cargo | | 594762 | Leased | Donlen |
| AMZ102 | DSF3 | 3C6TRVNG1GE130485C2 | 2016 PRO MAST | Cargo | | 594763 | Leased | Donlen |
| AMZ103 | DSF3 | 3C6TRVNG1GE130491C2 | 2016 PRO MAST | Cargo | | 594765 | Leased | Donlen |
| AMZ112 | DSF3 | 3C6TRVNG1HE5 47314D2 | 2017 Ram ProMa | Cargo | | 659472 | Leased | Donlen |
| AMZ114 | DSF3 | 3C6TRVNG1HE5 54935D2 | 2017 Ram ProMa | Cargo | | 659235 | Leased | Donlen |
| AMZ115 | DSF3 | 3C6TRVNGXHE5 54936D2 | 2017 Ram ProMa | Cargo | | 659239 | Leased | Donlen |
| AMZ116 | DSF3 | 3C6TRVNG1HE5 54937D2 | 2017 Ram ProMa | Cargo | | 659237 | Leased | Donlen |
| AMZ117 | DSF3 | 3C6TRVNG0HE5 47315D2 | 2017 Ram ProMa | Cargo | | 659471 | Leased | Donlen |
| AMZ118 | DSF3 | 3C6TRNVG6HE5 54939D2 | 2017 Ram ProMa | Cargo | | 659230 | Leased | Donlen |
| AMZ121 | DSF3 | 3C6TRVNG1HE5 54940D2 | 2017 Ram ProMa | Cargo | | 659240 | Leased | Donlen |
| AMZ122 | DSF3 | 3C6TRVAG7FE5 C20932E | 2017 Ram ProMa | Cargo | 7L8X1Q | | Monthly Rental | Enterprise |
| GSX074 | DSF3 | NM0LS7DNXDT1 | 7.58E+05 | 2013 Transit Con | City | 447786 | Leased | Donlen |
| GSX076 | DSF3 | NM0LS7DNXDT1 | 7.58E+05 | 2013 Transit Con | City | 447787 | Leased | Donlen |
| GSX082 | DSF3 | NM0LS7BN7DT1 52779L1 | 2013 Transit Con | City | | 447012 | Leased | Donlen |
| GSX083 | DSF3 | NM0LS7DN2DT1 52781L1 | 2013 Transit Con | City | | 447002 | Leased | Donlen |
| GSX084 | DSF3 | NM0LS7DNXDT152983L1 | 2013 Transit Con | City | | 446992 | Leased | Donlen |
| GSX087 | DSF3 | NM0LS7DN2DT1 88185P1 | 2013 Transit Con | City | | 446995 | Leased | Donlen |
| GSX090 | DSF3 | NM0LS7DN5DT1 52788L1 | 2013 Transit Con | City | | 446998 | Leased | Donlen |
| GSX092 | DSF3 | NM0LS7DN3DT1 88186P1 | 2013 Transit Con | City | | 447000 | Leased | Donlen |
| GSX093 | DSF3 | NM0LS7DNXDT152792L1 | 2013 Transit Con | City | | 447001 | Leased | Donlen |
| GSX094 | DSF3 | NM0LS7DN6DT1 87106P1 | 2013 Transit Con | City | | 447003 | Leased | Donlen |
| GSX097 | DSF3 | NM0LS7DNXDT186347M1 | 2013 Transit Con | City | | 447006 | Leased | Donlen |
| GSX098 | DSF3 | NM0LS7BN7DT1 52791L1 | 2013 Transit Con | City | | 447009 | Leased | Donlen |
| GSX099 | DSF3 | NM0LS7BN9DT1 88183P1 | 2013 Transit Con | City | | 447010 | Leased | Donlen |
| GSX102 | DSF3 | NM0LS7BN8DT1 8M34834 | 2013 Transit Con | City | | 447014 | Leased | Donlen |
| GSX112 | DSF3 | NM0LS7BN9DT1 86350M1 | 2013 Transit Con | City | | 447025 | Leased | Donlen |
| GSX119 | DSF3 | NM0LS7BN9DT1 02528R1 | 2013 Transit Con | City | | 447032 | Leased | Donlen |
| GSX120 | DSF3 | NM0LS7DN3DT1 | 7.58E+05 | 2013 Transit Con | City | 447034 | Leased | Donlen |
| GSX121 | DSF3 | NM0LS7DN1DT1 | 7.58E+05 | 2013 Transit Con | City | 447035 | Leased | Donlen |
| GSX122 | DSF3 | NM0LS7DNXDT1 | 7.58E+05 | 2013 Transit Con | City | 447036 | Leased | Donlen |
| GSX123 | DSF3 | NM0LS7DN3DT1 | 7.58E+05 | 2013 Transit Con | City | 447037 | Leased | Donlen |
| GSX128 | DSF3 | NM0LS7BN7DT1 | 7.58E+05 | 2013 Transit Con | City | 447043 | Leased | Donlen |
| GSX129 | DSF3 | NM0LS7BN1DT1 | 7.58E+05 | 2013 Transit Con | City | 447044 | Leased | Donlen |
| GSX145 | DSF3 | NM0LS7BN8DT1 81687F1 | 2013 Transit Con | City | | 447060 | Leased | Donlen |
| GSX146 | DSF3 | NM0LS7BNXDT181688F1 | 2013 Transit Con | City | | 447061 | Leased | Donlen |
| AMZ045 | DSF4 | 3C6TRVNG6GE116883Z1 | 2016 PRO MAST | Cargo | | 561403 | Leased | Donlen |
| AMZ046 | DSF4 | 3C6TRVNG2GE172201Z1 | 2016 PRO MAST | Cargo | | 562021 | Leased | Donlen |
| AMZ055 | DSF4 | 3C6TRVNG0GE117937Z1 | 2016 PRO MAST | Cargo | | 562571 | Leased | Donlen |
| AMZ057 | DSF4 | 3C6TRVNG4GE117801Z1 | 2016 PRO MAST | Cargo | | 562565 | Leased | Donlen |
| AMZ060 | DSF4 | 3C6TRVNG6GE172030Z1 | 2016 PRO MAST | Cargo | | 562578 | Leased | Donlen |
| AMZ061 | DSF4 | 3C6TRVNG6GE117643Z1 | 2016 PRO MAST | Cargo | | 562576 | Leased | Donlen |
| AMZ094 | DSF4 | 3C6TRVNG8GE130301C2 | 2016 PRO MAST | Cargo | | 594758 | Leased | Donlen |
| AMZ098 | DSF4 | 3C6TRVNGXGE' 30484C2 | 2016 PRO MAST | Cargo | | 594764 | Leased | Donlen |
| AMZ099 | DSF4 | 3C6TRVNG4GE170099C2 | 2016 PRO MAST | Cargo | | 594751 | Leased | Donlen |
| AMZ113 | DSF4 | 3C6TRVNG9HE5 47313D2 | 2017 Ram ProMa | Cargo | | 659473 | Leased | Donlen |
| AMZ119 | DSF4 | 3C6TRVNG8HE5 54938D2 | 2017 Ram ProMa | Cargo | | 659232 | Leased | Donlen |
| AMZ120 | DSF4 | 3C6TRVNG0HE5 54940D2 | 2017 Ram ProMa | Cargo | | 659234 | Leased | Donlen |

| | | | | | | |
|---|---|---|---|---|---|---|
| ASL051 | DSF4 | 3C6TRVNG2GE197918X1 | 2016 PRO MAST Cargo | 548019 | Leased | Donlen |
| ASL052 | DSF4 | 3C6TRVNG8GE197902X1 | 2016 PRO MAST Cargo | 548001 | Leased | Donlen |
| ASL053 | DSF4 | 3C6TRVNG7GE197973X1 | 2016 PRO MAST Cargo | 548020 | Leased | Donlen |
| ASL054 | DSF4 | 3C6TRVNG9GE197912X1 | 2016 PRO MAST Cargo | 548021 | Leased | Donlen |
| ASL055 | DSF4 | 3C6TRVNG4GE197914X1 | 2016 PRO MAST Cargo | 548140 | Leased | Donlen |
| ASL056 | DSF4 | 3C6TRVNGXGE¯97915X1 | 2016 PRO MAST Cargo | 548099 | Leased | Donlen |
| ASL057 | DSF4 | 3C6TRVNG1GE197905X1 | 2016 PRO MAST Cargo | 548017 | Leased | Donlen |
| ASL058 | DSF4 | 3C6TRVNG6GE197913X1 | 2016 PRO MAST Cargo | 548016 | Leased | Donlen |
| ASL059 | DSF4 | 3C6TRVNG1GE197916X1 | 2016 PRO MAST Cargo | 548018 | Leased | Donlen |
| ASL060 | DSF4 | 3C6TRVNG3GE197950X1 | 2016 PRO MAST Cargo | 548659 | Leased | Donlen |
| ASL061 | DSF4 | 3C6TRVNG1GE197907X1 | 2016 PRO MAST Cargo | 548002 | Leased | Donlen |
| ASL062 | DSF4 | 3C6TRVNG7GE197904X1 | 2016 PRO MAST Cargo | 548003 | Leased | Donlen |
| ASL063 | DSF4 | 3C6TRVNG2GE198065X1 | 2016 PRO MAST Cargo | 548944 | Leased | Donlen |
| ASL064 | DSF4 | 3C6TRVNGXGE¯98066X1 | 2016 PRO MAST Cargo | 548945 | Leased | Donlen |
| ASL065 | DSF4 | 3C6TRVNG5GE198280X1 | 2016 PRO MAST Cargo | 548842 | Leased | Donlen |
| ASL069 | DSF4 | 1FTYE1ZM3GKB 61G325 | Ford Transit Carg Cargo | 7MFY8K | Monthly Rental | Enterprise |
| ASL106 | DSF4 | NM0LS7DN0DT1 88184P1 | 2013 Transit Con City | 447005 | Leased | Donlen |
| ASL109 | DSF4 | NM0LS7BN5DT1 63301M1 | 2013 Transit Con City | WA8D88 | Leased | Enterprise FM |
| ASL110 | DSF4 | NM0LS7BN8DT1 63302M1 | 2013 Transit Con City | WA8D86 | Leased | Enterprise FM |
| ASL111 | DSF4 | NM0LS7BN8DT1 63307M1 | 2013 Transit Con City | WA8D87 | Leased | Enterprise FM |
| ASL114 | DSF4 | NM0LS7DN9DT1    7.58E+05 | 2013 Transit Con City | 447784 | Leased | Donlen |
| ASL115 | DSF4 | NM0LS7DN9DT1    7.58E+05 | 2013 Transit Con City | 447789 | Leased | Donlen |
| ASL116 | DSF4 | NM0LS7BN8DT1 02533R1 | 2014 Transit Con City | | Leased | Donlen |
| ASL117 | DSF4 | NM0LS7BN3DT1 02530R1 | 2013 Transit Con City | 447029 | Leased | Donlen |
| ASL118 | DSF4 | NM0LS7DN8DT1    7.58E+05 | 2013 Transit Con City | 447038 | Leased | Donlen |
| ASL119 | DSF4 | NM0LS7BN3DT1 81677F1 | 2013 Transit Con City | 447046 | Leased | Donlen |
| ASL120 | DSF4 | NM0LS7BN2DT1 81681F1 | 2013 Transit Con City | 447054 | Leased | Donlen |
| ASL121 | DSF4 | NM0LS7DN1DT1 81684F1 | 2013 Transit Con City | 447039 | Leased | Donlen |
| ASL122 | DSF4 | NM0LS7BN9DT1    7.58E+05 | 2013 Transit Con City | 447049 | Leased | Donlen |
| ASL123 | DSF4 | NM0LS7BNXDT1 81686F1 | 2013 Transit Con City | 447059 | Leased | Donlen |
| ASL124 | DSF4 | NM0LS7BN8DT1 81694F1 | 2013 Transit Con City | 447063 | Leased | Donlen |
| ASL125 | DSF4 | NM0LS7BN6DT1 81691F1 | 2013 Transit Con City | 447066 | Leased | Donlen |
| ASL128 | DSF4 | 1GCWGAFF3H1¯45553W1 | Express Cargo    Cargo | 7NNXLX | Monthly Rental | Enterprise |
| ASL130 | DSF4 | 1GCWGAFF7G1 80837W1 | Express Cargo    Cargo | 7LW7L7 | Monthly Rental | Enterprise |
| ASL132 | DSF4 | 1GCWGBFF3G1 11997S1 | Express Cargo    Cargo | 7LWQ58 | Monthly Rental | Enterprise |
| ASL133 | DSF4 | 1FTYR1ZM6GKB 10610A2 | Ford Transit Carg Cargo | 7MS3T1 | Monthly Rental | Enterprise |
| OD1 | WLA | NM0LS7BN2DT1 51164L1 | 2013 Transit Con City | WA4G19 | Leased | Enterprise FM |
| OD2 | WLA | NM0LS7BN6DT1 51167L1 | 2013 Transit Con City | WA4G20 | Leased | Enterprise FM |
| SCP101 | WLA | NM0LS7BN2DT1 86359M1 | 2013 Transit Con City | 447013 | Leased | Donlen |
| SCP91 | WLA | NM0LS7DN8DT1 8M34836 | 2013 Transit Con City | 446999 | Leased | Donlen |
| SPTP1 | WLA | NM0LS7DN3DT1 28971N1 | 2013 Transit Con City | 472589 | Leased | Donlen |
| SPTP2 | WLA | NM0LS7DN1DT1 28972N1 | 2013 Transit Con Cargo | 472590 | Leased | Donlen |

**Fill in this information to identify the case:**

Debtor name **A-1 Express Delivery Service, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **17-52865**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **ACH Capital LLC** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

Creditor's Name

**11 Broadway
Suite 814
New York, NY 10004**

Creditor's mailing address

**Alleged to be all assets of Debtor**

**Describe the lien**
**Blanket lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | **CapFusion** | Describe debtor's property that is subject to a lien | $1,200,000.00 | Unknown |

Creditor's Name

**2310 W. 75th Street
Prairie Village, KS 66208**

Creditor's mailing address

**Alleged to be all assets of Debtor**

**Describe the lien**
**Blanket lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **A-1 Express Delivery Service, Inc.** | Case number (if know) | **17-52865** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **De Lage Landen Financial Serv** | Describe debtor's property that is subject to a lien | **$2,062.41** | **Unknown** |

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**

Creditor's mailing address

**Leased computer equipment**

**Describe the lien**
**Supports lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Funding Strategy Partners, LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name

**18 S. State Street**
**Newtown, PA 18940**

Creditor's mailing address

**Alleged to be all assets of Debtor**

**Describe the lien**
**Blanket lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Kings Cash Group** | Describe debtor's property that is subject to a lien | **$546,000.00** | **Unknown** |

Creditor's Name

**30 Broad Street**
**12th Floor**
**New York, NY 10004**

Creditor's mailing address

**Alleged to be all assets of Debtor**

**Describe the lien**
**Blanket lien**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **A-1 Express Delivery Service, Inc.**          Case number (if know)    **17-52865**
_____Name_____

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **Rapid Advance** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4500 East West Highway
6th Floor
Bethesda, MD 20814**
Creditor's mailing address

Describe the lien

| | |
|---|---|
| | **Is the creditor an insider or related party** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.7 | **Shopify** | Describe debtor's property that is subject to a lien | $49,803.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**33 New Montgomery Street
Suite 750
San Francisco, CA 94105**
Creditor's mailing address

**Certain credit card receivables**

Describe the lien

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **A-1 Express Delivery Service, Inc.**
Name    Case number (if know)    **17-52865**

---

| 2.8 | **Summit Financial Resources, LP** | Describe debtor's property that is subject to a lien | **$1,327,031.00** | **Unknown** |

Creditor's Name

**2455 East Parleys Way
Suite 200
Salt Lake City, UT 84109**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets of Debtor**

Describe the lien
**Blanket lien**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

---

| 2.9 | **SunTrust Bank** | Describe debtor's property that is subject to a lien | **$39,251.00** | **Unknown** |

Creditor's Name

**211 Perimeter Center
Parkway
Atlanta, GA 30346**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Alleged to be all assets of Debtor**

Describe the lien
**Blanket lien**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

---

| 2.10 | **Susquehanna Commercial Finance** | Describe debtor's property that is subject to a lien | **$33,000.00** | **Unknown** |

Creditor's Name

**2 Country View Road
Suite 300
Malvern, PA 19355**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Computer equipment**

Describe the lien

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 7

Debtor  **A-1 Express Delivery Service, Inc.**
        Name

Case number (if know)    **17-52865**

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.1 1 | **Wells Fargo Financial Leasing** | Describe debtor's property that is subject to a lien | **$33,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Computer equipment** | | |
| | **800 Walnut Street MAC N0005-044 Des Moines, IA 50309** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Western Equipment Finance, Inc** | Describe debtor's property that is subject to a lien | **$33,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Computer equipment** | | |
| | **PO Box 640 Devils Lake, ND 58301** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Wintrust Capital** | Describe debtor's property that is subject to a lien | **$33,000.00** | **Unknown** |
|---|---|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 7

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if know) | 17-52865 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**Div of Schaumburg Bank & Trust**
**9700 West Higgins Rd, 10th Fl.**
**Rosemont, IL 60068**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Computer equipment**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $3,296,147.41 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AccuCredit Associates LLC**<br>**21 Main Street**<br>**Hackensack, NJ 07601** | Line  2.4 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.4 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.11 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.12 | |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line  2.6 | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line  2.6 | |
| **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  2.8 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if know)* | **17-52865** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.9__ |
| **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.10__ |
| **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.13__ |
| **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.1__ |
| **De Lage Landen Financial Serv**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1902** | Line __2.3__ |
| **Shopify Capital Agreement**<br>**150 Elgin Street**<br>**8th Floor**<br>**Ottowa, Ontario Canada K2P 1L4** | Line __2.7__ |
| **Susquehanna Commercial Finance**<br>**PO Box 896534**<br>**Charlotte, NC 28289** | Line __2.10__ |
| **Wells Fargo**<br>**800 Walnut Street**<br>**4th Floor**<br>**Des Moines, IA 50309** | Line __2.11__ |
| **Western Equipment Finance**<br>**PO Box 640**<br>**503 Hwy 2 West**<br>**Devils Lake, ND 58301** | Line __2.12__ |
| **Wintrust Capital**<br>**9700 West Higgins Road**<br>**Rosemont, IL 60018** | Line __2.13__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **A-1 Express Delivery Service, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **17-52865**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Dept of Revenue<br>Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240-0040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**California Dept of Revenue<br>Employment Develop Dept<br>PO Box 826880<br>Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **A-1 Express Delivery Service, Inc.** | Case number (if known) | **17-52865** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**California Dept of Revenue
State Board of Equilization
PO Box 942879
Sacramento, CA 94279-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**California Labor & Workforce
Attn: PAGA Administrator
1515 Clay Street, Suite 801
Oakland, CA 94612**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

**Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

**2.7**

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**Internal Revenue Service**
**401 W. Peachtree St., NW**
**Stop 334-D**
**Atlanta, GA 30308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**New York Dept Taxation/Finance**
**Attn: Office of Counsel**
**Bldg 9, WA Harriman Campus**
**Albany, NY 12227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**New York State Dept of Labor**
**Building 12**
**W.A. Harriman Campus**
**Albany, NY 12240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **A-1 Express Delivery Service, Inc.** | Case number (if known) | **17-52865** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.05** | **$454.05** |
|---|---|---|---|---|

**Pennsylvania Dept of Revenue
Bureau Business Trust Fund Tax
PO Box 280904
Harrisburg, PA 17128-0904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Washington DC Dept Employment
4058 Minnesota Avenue, NE
Washington, DC 20019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Washington DC Ofc Tax/Revenue
1101 4th Street, SW
Suite 270 West
Washington, DC 20024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Washington St. Dept of Revenue
Cash Management Section
PO Box 47464
Olympia, WA 98504-7464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,000.00 | $0.00 |
|---|---|---|---|---|

**Washington State Dept of Labor**
**PO Box 34022**
**Seattle, WA 98124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,000.00 |
|---|---|---|---|

**1450 West Peachtree Street LLC**
**1450 West Peachtree Street**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Real estate lease for Atlanta office - 22 months remaining

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,516.00 |
|---|---|---|---|

**2150 TZB Inc**
**2150 Trade Zone Blvd**
**Ste 299**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,184.45 |
|---|---|---|---|

**53rd CC**
**PO Box 740523**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913.10 |
|---|---|---|---|

**90 Minute Courier Inc**
**6883 Ne 3rd Ave**
**Miami, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,986.60 |
|---|---|---|---|

**917 & 925 W Hyde Park Properties LLC**
**2459 W 208th Street Ste 203**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address

**AALIYHA L BRIGHAM**
**4609 BOND ST APT 212**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7** | Nonpriority creditor's name and mailing address

**Aaliyha L Brigham**
**4609 BOND ST APT 212**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8** | Nonpriority creditor's name and mailing address

**Aaron Aleksandr Sturm**
**400 WOODLAND PARK**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9** | Nonpriority creditor's name and mailing address

**AARON ALLEN RUSHIN**
**1033 43RD STREET APT B**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.10** | Nonpriority creditor's name and mailing address

**Aaron Allen Rushin**
**1033 43RD STREET APT B**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.11** | Nonpriority creditor's name and mailing address

**Aaron Christian Cayabyab**
**1933 DRUMHEAD CT**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.12** | Nonpriority creditor's name and mailing address

**Aaron Courtland Kahn-Mortimer**
**700 CANYON OAKS DR APT G**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aaron Deon Seymour
1635 W 110TH ST APT Q
LOS ANGELES, CA 90047

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aaron Evan Vance
3187 WOODCREST DR
SAN JOSE, CA 95118

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aaron James Pederson
3936 SUNNY RD
STOCKTON, CA 95215

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

AARON LOVE
16048 47TH AVE S
TUKWILA, WA 98188

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

AARON MATTHEW FRAZIER
2715 74TH AVENUE
OAKLAND, CA 94605-9460

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aaron Matthew Frazier
2715 74TH AVENUE
OAKLAND, CA 94605

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aaron Michael Parees
399 CALADO AVE
CAMPBELL, CA 95008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDALLAHI ABDI**
**6804 S 123RD ST 86**
**SEATTLE, WA 98178**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Abdifatah Hassan**
**1010 LARCH STREET APT 14**
**INGLEWOOD, CA 90301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDIFATAH HUSSEIN**
**3235 S 152ND ST 205**
**SEATAC, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDIFATAH M HASSAN**
**400 NW GILMAN BLVD #2**
**ISSAQUAH, WA 98027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDIKADIR ALI**
**9061 SEWARD PARK AVE S 24-258**
**SEATTLE, WA 98118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDIKANI ABDIRHMAN**
**3240 S 152ND STREET APT 15**
**SEATAC, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ABDILLAHI S ISMAIL**
**1399 PACIFIC AVE APT 207**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Abdillahi S Ismail**
**1399 PACIFIC AVE APT 207**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ABDIRABI MUSE**
**4704 164TH ST**
**TUKWILA, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ABDIRASHID OSMAN**
**3002 S 208TH 35**
**SEATAC, WA 98198**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ABDIRISAQ OSMAN**
**5218 35TH AVE S**
**SEATTLE, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ABDIWALI ALI**
**3726 180TH ST APT G103**
**SEATAC, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Abdol Amir M Albou Khanfar**
**1588 KOSSER RD APT 16**
**SAN JOSE, CA 95118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Abdul Hasib Qazizada**
**PO BOX 55164**
**HAYWARD, CA 94545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ABDUL KANU**
**20832 31ST LANE SOUTH APT D**
**SEATAC, WA 98198**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Abdul Razaq Mominzada**
**6 LANCASTER CIR APT 210**
**BAY POINT, CA 94565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ABDULKADIR MOHAMED**
**3730 S 148TH ST #33 33**
**TUKWILA, WA 98168**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ABDULKADIR NOOR**
**17231 32ND AVE S D3**
**SEATAC, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ABDULKARIM YUSU ADAM**
**1399 PACIFIC AVE APT 207**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Abdulkarim Yusuf Adam**
**1399 PACIFIC AVE APT 207**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Abdullah Syed Gowhary**
**3205 FIJI LANE**
**ALAMEDA, CA 94502**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ABDULLAHI FARAH
13332 32ND AVE S
SEATTLE, WA 98168

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ABDULLAHI SHIRE
12601 68TH AVE S APT 1C
SEATTLE, WA 98178

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ABDULQADIR A ABDULLE
14828 MILITARY RD S APT 219
TUKWILA, WA 98168

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Abdulqadr Imam Aberra
453 NEPTUNE GARDEN AVE APT C
ALAMEDA, CA 94501

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ABDULWALI ABDULLAHI
7411 ROCKERY DR S
SEATTLE, WA 98118

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ABDUNASIR MOHAMMED
5110 S GARDEN ST 4
SEATTLE, WA 98118

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Abigail Vargas Valerio
2220 SITKA ST
SAN LEANDRO, CA 94577

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABIY BIZUNEH**
**8670 FRANCIS LEWIS BLVD. A-25**
**QUEENS VILLAGE, NY 11427**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abraham Chavez**
**10347 HICKORY ST**
**LOS ANGELES, CA 90002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abraham Huruyteklu**
**261 Fairmount Ave**
**Oakland, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACCACIA TARA DOWNER**
**P.O. BOX 24831**
**OAKLAND, CA 94623**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Accacia Tara Downer**
**P.O. BOX 24831**
**OAKLAND, CA 94623**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445.10 |
|---|---|---|---|

**Acme Logistics Inc**
**PO Box 142**
**Greenville, SC 29602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $676.50 |
|---|---|---|---|

**Action Logistics**
**PO Box 510535**
**New Berlin, WI 53151-0535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adam Deron Bridewell**
**3430 JASMINE AVE APT 201**
**TORRANCE, CA 90501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adam Magsaysay**
**253 DOLLAR MOUNTAIN DR**
**SAN JOSE, CA 95127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adam Richard Koscielniak**
**6553 FALL RIVER DR**
**SAN JOSE, CA 95120**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adam Shea Wicklander**
**14569 CHARMERAN AVE**
**SAN JOSE, CA 95124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adam William Smith**
**701 CURTNER AVE APT 268**
**SAN JOSE, CA 95125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ade B Bakari**
**1942 47TH AVE APT 16**
**OAKLAND, CA 94601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adekunle Olubunmi Ogunnowo**
**5916 LANKERSHIM BLVD #222**
**NORTH HOLLYWOOD, CA 91601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ADELE FELIX**
**146-33 224TH STREET**
**JAMAICA, NY 11413**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ADEN NUR**
**3002 S 208TH ST APT J5**
**SEATAC, WA 98198**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Adil Joan Saed**
**920 BROOKCLIFF CIR**
**SAN RAMON, CA 94582**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $592.40

**Admin American**
**1720 Windward Concourse #290**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Adolfo Loza**
**1923 LOYOLA DR**
**SAN JOSE, CA 95122**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ADONIS D NABONG**
**1775 MILMONT DR APT O 201**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Adonis D Nabong**
**1775 MILMONT DR APT O 201**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADP 401K**
**1 ADP Blvd**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADRIAN ALEXANDE HERNADI**
**34768 BOWIE COMMON**
**FREMONT, CA 94555**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Alexande Hernadi**
**34768 BOWIE COMMON**
**FREMONT, CA 94555**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Alexander Ruiz**
**9454 SIDEVIEW DR**
**DOWNEY, CA 90240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Arias**
**936 AZURE STREET A11**
**SUNNYVALE, CA 94087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Castillo de Jesus**
**28665 HARVEY AVE**
**HAYWARD, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADRIAN JESUS VALENZUELA**
**27322 TYRRELL AVE APT E8**
**HAYWARD, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **A-1 Express Delivery Service, Inc.** |
| | Name |

Case number (*if known*)    **17-52865**

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Jesus Valenzuela**
**27322 TYRRELL AVE APT E8**
**HAYWARD, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADRIAN LAMAR PYLES**
**444 GROVE WAY**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Lamar Pyles**
**444 GROVE WAY**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADRIAN MORA SANCHEZ**
**2685 VILLA MONTEREY**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Mora Sanchez**
**2685 VILLA MONTEREY**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADRIAN SALAZAR SATRUSTEGUI**
**581 CALLAN AVE**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Salazar Satrustegui**
**581 CALLAN AVE**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address
ADRIANA SOFIA FALCON
1477 HUBBARD AVE
SAN LEANDRO, CA 94579

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address
Adriana Sofia Falcon
1477 HUBBARD AVE
SAN LEANDRO, CA 94579

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address
AFREEK SINGH
1180 BACCHUS DR
SAN JOSE, CA 95122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address
AFTIN ALI ABDI
3815 S OTHELLO ST APT 100-187
SEATTLE, WA 98118

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address
AFZAL RAHAMAN
2065 WATSON AVE
BRONX, NY 10472

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address
Ahmad Abdeljawad
PO Box 360162
Milpitas, CA 95036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address
AHMAD ALBAKSMAWI
2436 COLUMBINE CT
HAYWARD, CA 94545

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor __A-1 Express Delivery Service, Inc._____     Case number (if known) __17-52865__
Name

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ahmad Albaksmawi**
**2436 COLUMBINE CT**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ahmad Jawad Naimee**
**24547 AMADOR ST APT 12**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**AHMAD TAJGARDOUN**
**108 SCHOOL ST APT 2**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ahmad Tajgardoun**
**108 SCHOOL ST APT 2**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Ahmed Abdalla Alghrably**
**900 Mansell St.**
**San Francisco, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**AHMED B SHEIKH MOHAMED**
**4124 MLK JR WAY**
**SEATTLE, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**AHMED OSMAN**
**14432 MILITARY RD SOUTH 5**
**TUKWILA, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**

Name

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,254.82**

**AIC Owner, LLC**
**PO Box 842821**
**Los Angeles, CA 90084-2821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Akeisha G Melfort**
**2402 MLK JR WAY**
**BERKELEY, CA 94704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Akina Latoya Langston**
**2128 BONAR ST APT 2**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AL PRICE**
**2520 CHRUCH ST APT 407**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Al Price**
**2520 CHRUCH ST APT 407**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Al Vaughn A Rodgers**
**1648 ROMA DR**
**PITTSBURG, CA 94565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Amir**
**275 GEORGIA AVE**
**SAN BRUNO, CA 94066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|--------|-----------------------------------|--------------------------|----------|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alan Kirk Tolbert**
**175 6TH ST APT 510**
**SAN FRANCISCO, CA 94103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alan Mitchell**
**704 EAST IMPERIAL HIGHWAY**
**LOS ANGELES, CA 90059**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alan Wang**
**34077 PASEO PADRE PKWY**
**APT 137**
**FREMONT, CA 94555**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Alexander Castaneda**
**1549 ORLANDO DRIVE**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ALBERT ANTONE**
**346 105TH AVE APT E**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Antone**
**346 105TH AVE APT E**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Haylock**
**1264 WEST 83RD PLACE**
**LOS ANGELES, CA 90044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Albert W. Chan
PO BOX 280212
SAN FRANCISCO, CA 94128

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Albert William Johnson
100 IRENE CT APT 2
BELMONT, CA 94002

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ALBERTO ARJON
14190 WOODHAVEN DR
SAN JOSE, CA 95127

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alberto Arjon
14190 WOODHAVEN DR
SAN JOSE, CA 95127

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ALBERTO LUNA
1286 TUCSON AVE
SUNNYVALE, CA 94089

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alberto Luna
1286 TUCSON AVE
SUNNYVALE, CA 94089

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alberto Rios
675 WARDEN AVE
SAN LEANDRO, CA 94577

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

ALBERTO RODRIGUEZ
31 MIDLAND AVE
WHITE PLAINS, NY 10606

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Alcides Martinez Vasquez
24 BOSTON AVENUE
SAN JOSE, CA 95128

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

ALDO ARGENES BOBADILLA
4716 FISHER STREET
LOS ANGELES, CA 90022

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Aldo Argenes Bobadilla
4716 FISHER STREET
LOS ANGELES, CA 90022

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

ALEJANDRO ARREOLA PARBOL
1223 VINE ST APT A
SAN JOSE, CA 95110

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Alejandro Arreola Parbol
1223 VINE ST APT A
SAN JOSE, CA 95110

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Alejandro Cervantes
844 W FLORENCE
LOS ANGELES, CA 90044

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ALEMNEW BELAY
3024 S BRIGHTON ST
SEATTLE, WA 98108

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alen Yousefpour
20710 BASSETT STREET
WINNETKA, CA 91306

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alessandra Ibeth Ayala
2224 MENALTO AVE
EAST PALO ALTO, CA 94303

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alex Guzman Abaja
737 HANOVER ST
DALY CITY, CA 94014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

ALEX LAMAR JONES
2032 CULLIVAN ST
LOS ANGELES, CA 90047

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alex Lamar Jones
2032 CULLIVAN ST
LOS ANGELES, CA 90047

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Alex Merino
1611 PRINCE ST
BERKELEY, CA 94703

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Oleg Drobot**
**5645 EVERGREEN TER**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Phi Hoang**
**937 B BRANHAM LN**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Samuel Haynes**
**145 WESTLAKE AVE**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexander Deven Garfield**
**2361 CABRILLO AVE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER DIAZ**
**941 W CARSON ST UNIT 302**
**TORRANCE, CA 90502**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER GREGO CRANDALL**
**1707 MERRILL CREEK PARKWAY**
**APT 626**
**EVERETT, WA 98023**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER JAMES LEE**
**1970 S  ROBERTSON BLVD**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alexander James Lee**
**1970 S ROBERTSON BLVD**
**LOS ANGELES, CA 90034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alexander Joseph Berru**
**1737 ADDISON ROAD**
**PALOS VERDES ESTATES, CA 90274**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alexander Kamal Gamoney**
**2691 STAMFORD ROW**
**SOUTH SAN FRANCISCO, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alexander Kapolchok**
**601 Van Ness Ave.**
**San Rafael, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alexander Khaziri**
**3222 TRELLIS PLACE**
**SAN JOSE, CA 95135**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Alexander Kiyoshi Jenkins**
**11329 CHARNOCK RD**
**LOS ANGELES, CA 90066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ALEXANDER MARTI UHLIG**
**3674 OAKES DR**
**HAYWARD, CA 94542**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**                    Case number (if known)    **17-52865**
_____
Name

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**3.146** **Nonpriority creditor's name and mailing address**

**Alexander Marti Uhlig**
**3674 OAKES DR**
**HAYWARD, CA 94542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** **Nonpriority creditor's name and mailing address**

**Alexander Nefedov**
**12306 GALE AVE 110**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

**ALEXANDER REGGE**
**10319 SE 185 PL**
**RENTON, WA 98055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

**ALEXANDER STEPH HELRIEGEL**
**623B NORTH LUCIA AVE**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

**Alexander Stephen Helriegel**
**623B NORTH LUCIA AVE**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

**Alexandra Brandao**
**1753 139th ave**
**San Leandro, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** **Nonpriority creditor's name and mailing address**

**Alexis Rae Finnie**
**1410 YOSEMITE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                  Case number (if known)    **17-52865**
_____Name_____

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**Alexis S Carlson**
**550 BERRY AVE APT 25**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |

**ALEXIS SALAZAR**
**1842 W BAYSHORE RD APT 5**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**Alexis Salazar**
**1842 W BAYSHORE RD APT 5**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**Alexzia Broussard**
**P O BOX 51519**
**PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**Alfred Calvin Lim**
**359 NORTHAVEN DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** |

**Alfred Lee Hines**
**5560 ACKERFIELD AVE APT 314**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** |

**ALFRED PEREZ**
**8785 ANADA CT**
**RANCHO CUCAMANGA, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFRED ALVARADO**
**9548 ALEXANDER AVE**
**SOUTH GATE, CA 90280**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfredo Alvarado**
**9548 ALEXANDER AVE**
**SOUTH GATE, CA 90280**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFREDO MOUSSET**
**4551 W. 170TH ST**
**LAWNDALE, CA 90260**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alfredo Mousset**
**4551 W. 170TH ST**
**LAWNDALE, CA 90260**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Adnan M Alshaikhli**
**1306 SCENICVIEW DR**
**SAN LEANDRO, CA 94577**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ali Esmaeilshirazi**
**23104 SAMUEL ST APT 115**
**TORRANCE, CA 90505**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALI HASSAN MOHAMUD**
**13445 MLK JR WAY S APT A402**
**SEATTLE, WA 98178**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | Ali Ibrahim | ■ Contingent | |
| | 3279 KAREN DR | ■ Unliquidated | |
| | SANTA CLARA, CA 95050 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | ALI JORFI | ■ Contingent | |
| | 808 SARATOGA AVE APT 0310 | ■ Unliquidated | |
| | SAN JOSE, CA 95129 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | Ali Jorfi | ■ Contingent | |
| | 808 SARATOGA AVE APT 0310 | ■ Unliquidated | |
| | SAN JOSE, CA 95129 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | ALICIA ELIZABET MONTERO | ■ Contingent | |
| | 506 EUCALYPTUS DR | ■ Unliquidated | |
| | SAN JOSE, CA 95134 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | Alicia Elizabet Montero | ■ Contingent | |
| | 506 EUCALYPTUS DR | ■ Unliquidated | |
| | SAN JOSE, CA 95134 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | ALICIA LORRAINE BAYARD | ■ Contingent | |
| | 2130 E 115TH ST APT 13 | ■ Unliquidated | |
| | LOS ANGELES, CA 90059 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | Alicia Lorraine Bayard | ■ Contingent | |
| | 2130 E 115TH ST APT 13 | ■ Unliquidated | |
| | LOS ANGELES, CA 90059 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alipate Iulisesil Faletau**
**267 WILLOW RD**
**MENLO PARK, CA 94025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALIREZA SHAHVERDI**
**1750 STOKES STREET**
**SAN JOSE, CA 95136**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alireza Shahverdi**
**1750 STOKES STREET**
**SAN JOSE, CA 95136**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alisha Ann Stephens**
**2170 CLARKE AVE**
**E PALO ALTO, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALISHA GREENE PHILLIPS**
**5205 87TH PL SW**
**MUKILTEO, WA 98275**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alisha Wilcox**
**319 WISTERIA DR**
**EAST PALO ALTO, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen Bruce Cox**
**24165 Summit Woods Drive**
**Los Gatos, CA 95033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLEN CASBORN**
**2424 WILSHIRE BLVD  APT 819**
**LOS ANGELES, CA 90057**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen Casborn**
**2424 WILSHIRE BLVD APT 819**
**LOS ANGELES, CA 90057**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALLEN LAMONT JAMES**
**3115 MEADOWS AVE APT 48**
**MERCED, CA 95348**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen Lamont James**
**3115 MEADOWS AVE APT 48**
**MERCED, CA 95348**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALPA GAJJAR**
**3158 BRIARCLIFF RD NE APT D**
**ATLANTA, GA 30329**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

**Alpha Courier Solutions**
**PO Box 10233**
**Nashville, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ALTON DEVANTE JONES**
**4141 PALM AVE APT 276**
**SACRAMENTO, CA 95842**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alton Devante Jones**
**22826 VERMONT ST APT 203**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alvaro Posada**
**135 FRANKLIN ST #324**
**MOUNTAIN VIEW, CA 94041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,127.34 |
|---|---|---|---|

**Always Reliable Delivery Serv.**
**PO Box 2424**
**Morristown, NJ 07962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,272.67 |
|---|---|---|---|

**Am Tran**
**3975 Pacific Blvd**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Aguilar**
**152 W 59TH ST**
**LOS ANGELES, CA 90003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA KAY DANCISIN**
**1637 ORLEANS DR**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Kay Dancisin**
**1637 ORLEANS DR**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)  **17-52865**

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Page Kuehl**
**3757 WESTWOOD BLVD APT 5**
**LOS ANGELES, CA 90034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AMARIUS MILLER**
**905 1/2 EAST HYDE PARK**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amarius Miller**
**905 1/2 EAST HYDE PARK**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AMBER MOHAMMAD ABDEL-RAHMAN**
**234 E GISH APT 200**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amber Mohammad Abdel-Rahman**
**234 E GISH APT 200**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**AMELIA DELGADILLO RODRIGUEZ**
**1072 S 11TH ST**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amelia Delgadillo Rodriguez**
**1072 S 11TH ST**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,162.47 |
|---|---|---|---|

**American Expediting Company**
**801 N Primos Ave**
**Folcroft, PA 19032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,433.70 |
|---|---|---|---|

**American Express**
**PO Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,861.00 |
|---|---|---|---|

**American Express @ Work**
**PO Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aminata Moussa Diabate**
**930 84TH AVE APT 107**
**OAKLAND, CA 94621**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amir Shafiee**
**21845 SATICOY ST APT 303**
**CANOGA PARK, CA 91304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amna Mahmoud Hamid**
**1201 HASKELL ST APT 4**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amos Kigenyi**
**20641 VANOWEN STREET APT 108**
**WINNETKA, CA 91306**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.209**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Amritpal Singh**<br>**2585 ALVIN AVENUE EAST 111**<br>**SAN JOSE, CA 95121** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.210**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330,000.00 |
|---|---|---|
| **Amtrust North America**<br>**800 Superior Avenue E**<br>**Cleveland, OH 44114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.211**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ANA GILMA IRAHETA**<br>**1216 MARIN AVE**<br>**MODESTO, CA 95358** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.212**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ana Gilma Iraheta**<br>**1216 MARIN AVE**<br>**MODESTO, CA 95358** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.213**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **ANA LOURDES LOYA**<br>**455 LAUFALL LANE**<br>**SAN JOSE, CA 95111** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.214**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ana Lourdes Loya**<br>**455 LAUFALL LANE**<br>**SAN JOSE, CA 95111** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.215**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Analy Y Cruz Esparza**<br>**4071 HOBART AVE**<br>**SAN JOSE, CA 95127** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    __A-1 Express Delivery Service, Inc._____    Case number (if known)    __17-52865__
Name

| | | |
|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Anderson Videsh Ramlogan** | |
| | **2264 Greenwich Rd** | |
| | **San Pablo, CA 94806** | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANDRE ATKINS** | |
| | **1510 NW 52ND ST  A4** | |
| | **SEATTLE, WA 98107** | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Andre Cardin Rogers** | |
| | **1876 NORSEMAN DR** | |
| | **SAN JOSE, CA 95133** | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Andre Grinberg** | |
| | **310 S PROSPECT AVE APT 36** | |
| | **REDONDO BEACH, CA 90277** | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ANDRE HICKS** | |
| | **33 SARATOGA AVE  5C** | |
| | **BROOKLYN, NY 11233** | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Andrea Ines Soto Garcia** | |
| | **855 TURLEY DR** | |
| | **SAN JOSE, CA 95116** | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **Andres Prieto Sanchez** | |
| | **1184 HERALD AVE** | |
| | **SAN JOSE, CA 95116** | |

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Bravo**
**2328 SOUTH DUNSMUIR AVE**
**LOS ANGELES, CA 90016**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Chacon**
**606 N OXFORD AVE APT 302**
**LOS ANGELES, CA 90004**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW CHIEN-AN LAI**
**2059 BLUEJACKET WAY**
**SAN JOSE, CA 95133**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Chien-An Lai**
**2059 BLUEJACKET WAY**
**SAN JOSE, CA 95133**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANDREW HIEUANH LAM**
**3145 EDENBANK DR**
**SAN JOSE, CA 95148**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Hieuanh Lam**
**3145 EDENBANK DR**
**SAN JOSE, CA 95148**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Joel Cotti**
**1659 E. SAN ANTONIO ST**
**SAN JOSE, CA 95116**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                           Case number (if known)    **17-52865**

| | | |
|---|---|---|
| 3.230 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Andrew Juan Lopez**
**358 SPRINGPARK CIR**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.231 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**ANDREW KENTRELL WEST JR**
**1350 E  32ND ST**
**OAKLAND, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Andrew Kentrell West Jr**
**1350 E 32ND ST**
**OAKLAND, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.233 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**ANDREW LAKE**
**214 JOSEPH DRIVE**
**CANONSBURG, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Andrew Lee Davis**
**12306 GALE AVE APT 225**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Andrew Lee Rosas**
**127 SMITHWOOD ST**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Andrew Mikael Danh**
**1610 FLANIGAN DRIVE**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.237** | Nonpriority creditor's name and mailing address
**ANDREW MONTES**
**1585 MARSH ST**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.238** | Nonpriority creditor's name and mailing address
**Andrew Montes**
**1585 MARSH ST**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.239** | Nonpriority creditor's name and mailing address
**Andrew Thomas Lerma**
**768 MELANNIE CT**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.240** | Nonpriority creditor's name and mailing address
**ANDREW TZU-SHYANG LIN**
**949 POLK ST**
**ALBANY, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.241** | Nonpriority creditor's name and mailing address
**Andrew Tzu-Shyang Lin**
**949 POLK ST**
**ALBANY, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.242** | Nonpriority creditor's name and mailing address
**Andrew Villaflor Tambanillo**
**166 WYANDOTTE DR**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.243** | Nonpriority creditor's name and mailing address
**Andy Chau**
**37515 SOUTHWOOD DR**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Andy Phuc Nguyen Truong Le
5466 LEAN AVE BLDG 8 APT 102
SAN JOSE, CA 95123

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANGEL GOMEZ
130 ABBOT AVE
DALY CITY, CA 94014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angel Gomez
130 ABBOT AVE
DALY CITY, CA 94014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angel Munoz Garcia
2245 LANAI AVE APT 74
SAN JOSE, CA 95122

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela Lucia Martin
21690 MARYDEE CT
HAYWARD, CA 94541

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ANGELICA ALEJAN MARTINEZ
735 TUDOR RD APT 1
SAN LEANDRO, CA 94577

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angelica Alejandra Martinez
735 TUDOR RD APT 1
SAN LEANDRO, CA 94577

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelica Esperan Galvan-Vieyra**
PO BX 373
MORGAN HILL, CA 95038

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelina Lee Williams**
229 WISTAR RD
OAKLAND, CA 94603

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANGELIQUE S PHILIP**
204-19 JAMAICA AVENUE
HOLLIS, NY 11423

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelita Jerrollyn Bratcher**
5349 DIAMOND HEIGHTS BLVD
APT D
SAN FRANCISCO, CA 94131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anh Tan Huynh**
3373 LINDMUIR DR
SAN JOSE, CA 95121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANH-THU HOANG LE**
1164 CRESTON LANE
SAN JOSE, CA 95122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anh-Thu Hoang Le**
1164 CRESTON LANE
SAN JOSE, CA 95122

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.258** Nonpriority creditor's name and mailing address
ANIL MANHAS
980 HENDERSON AVE APT 3
SUNNYVALE, CA 94086

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** Nonpriority creditor's name and mailing address
Anil Manhas
980 HENDERSON AVE APT 3
SUNNYVALE, CA 94086

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** Nonpriority creditor's name and mailing address
ANISA ALI
2323 SW 352ND ST APT 5D
FEDERAL WAY, WA 98023

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** Nonpriority creditor's name and mailing address
Anita Marie Jackson
2011 VILLA DR APT 108
PITTSBURG, CA 94565

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** Nonpriority creditor's name and mailing address
Ann Teresa Kipp
3677 JASMINE AVE #11
LOS ANGELES, CA 90034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** Nonpriority creditor's name and mailing address
Anna Maria Ofa Ki Alta Mesa Uhatafe
2737 GONZAGA ST
E PALO ALTO, CA 94303

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** Nonpriority creditor's name and mailing address
ANNETTE EVETTE CHANDLER
1763B STERLING PLACE
BROOKLYN, NY 11234

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annette Logan**
9414 SOUTH SAN PEDRO STREET
#2
LOS ANGELES, CA 90003

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annette Lynn Valle**
2 CLARK DRIVE #302
SAN MATEO, CA 94401

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTENEH BISHU**
4549 34TH AVE S
SEATTLE, WA 98118

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY ACREY**
23928 109TH AVE S E
APT 2D-203
KENT, WA 98031

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Alexander Shaw**
14706 DARIUS WAY
SAN LEANDRO, CA 94578

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY AROON PHOMMACHIT**
3364 LANDESS AVE APT D
SAN JOSE, CA 95132

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Aroon Phommachit**
3364 LANDESS AVE APT D
SAN JOSE, CA 95132

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**                                   Case number (if known)   **17-52865**
_____
Name

| | | |
|---|---|---|
| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**3.272**

**Nonpriority creditor's name and mailing address**

**ANTHONY BREED**
**1029 S 116TH ST**
**SEATTLE, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273**

**Nonpriority creditor's name and mailing address**

**ANTHONY CHOIMUN LING**
**38623 CHERRY LN APT 150**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.274**

**Nonpriority creditor's name and mailing address**

**Anthony Choimung Ling**
**38623 CHERRY LN APT 150**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.275**

**Nonpriority creditor's name and mailing address**

**Anthony Estus Marshall**
**3317 ARKANSAS ST**
**OAKDLAND, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.276**

**Nonpriority creditor's name and mailing address**

**ANTHONY J STREET**
**3438  WILSON AVE APT 38**
**OAKLAND, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277**

**Nonpriority creditor's name and mailing address**

**Anthony J Street**
**3438 WILSON AVE APT 38**
**OAKLAND, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278**

**Nonpriority creditor's name and mailing address**

**ANTHONY JERROD AUTRY JR**
**2481 GROVE WAY APT 34**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Jerrod Autry Jr**
**2481 GROVE WAY APT 34**
**CASTRO VALLEY, CA 94546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Jonathon Hernandez**
**3612 KENDRA WAY**
**SAN JOSE, CA 95130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTHONY JOSE OLMOS**
**150 SARATOGA AVE APT 323**
**SANTA CLARA, CA 95051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Jose Olmos**
**150 SARATOGA AVE APT 323**
**SANTA CLARA, CA 95051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTHONY KERR**
**259 CATANEY LANE**
**BULGER, PA 15019**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTHONY LUCERO JR**
**7709 LOWER RIDGE RD**
**EVERETT, WA 98203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Mai Nguyen**
**15233 DOTY AVE**
**LAWNDALE, CA 90260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY MENDOZA**
**791 E DUANE AVE APT B**
**SUNNYVALE, CA 94085**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  6 mo term 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Mendoza**
**791 E DUANE AVE APT B**
**SUNNYVALE, CA 94085**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   Class List 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Michael Raphael Stamps**
**2461 SHIELD DR**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   Class List 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Navarro Manganaan**
**33869 WASHINGTON AVE**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   Class List 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Philip Rodriguez**
**2155 LANAI AVE APT 73**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   Class List 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ANTHONY RENE JOHNSTON**
**810 BEACON AVE**
**LOS ANGELES, CA 90017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  6 mo term 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Rene Johnston**
**810 BEACON AVE**
**LOS ANGELES, CA 90017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:   Class List 

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.293** | **Nonpriority creditor's name and mailing address**

ANTHONY RIVERA
4050 MILLER STREET APT 2
PITTSBURGH, PA 15221

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  6 mo term

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**

ANTHONY SELTZ
796 SOUTH GRAY AVENUE
BRIDGEVILLE, PA 15017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  6 mo term

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**

ANTHONY SMITH
39 SOUTH 11 AVENUE
MOUNT VERNON, NY 10550

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  6 mo term

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**

Anthony Vallarta
2705 GOMES DR
SAN JOSE, CA 95132

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Class List

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address**

Anthony Vernon Spearman
PO BOX 881033
LOS ANGELES, CA 90009

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Class List

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**

Anthony Viet Nguyen
2756 BELLAIRE PL
OAKLAND, CA 94601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Class List

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**

ANTON COLLINS
7164 CABERNET AVE
NEWARK, CA 94560

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                            $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  6 mo term

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anton Collins**
**7164 CABERNET AVE**
**NEWARK, CA 94560**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTON ULASOVICH**
**4230 TERMAN DR APT 201**
**PALO ALTO, CA 94306**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anton Ulasovich**
**4230 TERMAN DR APT 201**
**PALO ALTO, CA 94306**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antone Elias Abuyaghi**
**940 WILDWOOD AVE**
**DALY CITY, CA 94015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTONIA AHMED**
**829 E 19TH ST APT B**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Antonia Ahmed**
**829 E 19TH ST APT B**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ANTONIO AGUSTIN LOPEZ**
**523 BUENA VISTA AVE APT 304**
**ALAMEDA, CA 94501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.307** | **Nonpriority creditor's name and mailing address**
**Antonio Agustin Lopez**
523 BUENA VISTA AVE APT 304
ALAMEDA, CA 94501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address**
**ANTONIO GA**
336 BELSHAW DRIVE
MILPITAS, CA 95035

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address**
**Antonio Ga**
336 BELSHAW DRIVE
MILPITAS, CA 95035

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**
**ANTONIO LOWE**
533 OSAGE AVE APT 4
INGLEWOOD, CA 90301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**
**Antonio Lowe**
533 OSAGE AVE APT 4
INGLEWOOD, CA 90301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address**
**ANTONIO WYSS**
1041 MAYWOOD LN APT 223
MARTINEZ, CA 94553

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address**
**Antonio Wyss**
1041 MAYWOOD LN APT 223
MARTINEZ, CA 94553

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Antonique B Robinson**
**2121 WOOLSEY ST**
**BERKELEY, CA 94705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ANTWAN O COLEMAN**
**1440 E 115TH ST APT 102**
**LOS ANGELES, CA 90059**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Antwan O Coleman**
**1440 E 115TH ST APT 102**
**LOS ANGELES, CA 90059**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**ANTYWANE DEMETR ROSS**
**1203 HASKELL ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Antywane Demetric Ross**
**1203 HASKELL ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**APRIL A KEHM**
**702 DUPONT AVE**
**DU PONT, WA 98327**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**AQIYLIMAH PARKER**
**331 EAST 146 STREET 5D**
**BRONX, NY 10451**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arad Tarkhan**
**5207 TERNER WAY APT 211**
**SAN JOSE, CA 95136**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AREANA BELL**
**1514 W 137TH STREET**
**COMPTON, CA 90222**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Areana Bell**
**1514 W 137TH STREET**
**COMPTON, CA 90222**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Areli Fernandez Hernandez**
**3190 HOMESTEAD RD APT 1**
**SANTA CLARA, CA 95051**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariana Chatea Denise Patterson**
**344 13TH ST APT 216**
**OAKLAND, CA 94612**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARJAY ATCHIVARA MALOLOT**
**19658 ROGGE ROAD**
**SALINAS, CA 93906**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arjay Atchivara Malolot**
**19658 ROGGE ROAD**
**SALINAS, CA 93906**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armando Cruz**
**1391 GLENA COURT**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Armando Maciel Jr**
**2171 CAPITOL AVE**
**EAST PALO ALTO, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Armando Padilla**
**751 VONNA CT**
**SAN JOSE, CA 95123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Armando Pedro Garcia**
**906 WILLOW ST 3102**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ARNOLD STA ANA**
**1736 BURROWS ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Arnold Sta Ana**
**1736 BURROWS ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Aron Alvarez Ayala**
**2987 MISSION ST APT 303**
**SAN FRANCISCO, CA 94110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name |  |  |

**3.335**

**Nonpriority creditor's name and mailing address**
**Arthur Alexander Mansilla**
**32595 CARMEL WAY**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.336**

**Nonpriority creditor's name and mailing address**
**Arthur Lee Jones**
**406 LINDEN AVE APT # 9**
**LONG BEACH, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.337**

**Nonpriority creditor's name and mailing address**
**Arthur Leroy Norton III**
**840 E ST JAMES ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.338**

**Nonpriority creditor's name and mailing address**
**ARTIST JAMMAL BATTLE**
**956 GRETCHEN LN**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.339**

**Nonpriority creditor's name and mailing address**
**Artist Jammal Battle**
**956 GRETCHEN LN**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.340**

**Nonpriority creditor's name and mailing address**
**ARTUR KOSHALEU**
**400 COCHRAN RD**
**PITTSBURGH, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.341**

**Nonpriority creditor's name and mailing address**
**Arturo Jarzinio Gutierrez**
**2345 BELLA VISTA AVE**
**MARTINEZ, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arturo Pena**
**2137 S MANSFIELD AVE**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arturo Roman**
**10242 SAN ANTONIO AVENUE**
**SOUTH GATE, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARTURO SHEPHERD**
**299 EAST 48TH STREET**
**BROOKLYN, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASA ARCHIBALD**
**2223 BENSON RD S V101**
**RENTON, WA 98055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashanti Sutherlin**
**4310 CAHUENGA BLVD APT 103**
**TOLUCA LAKE, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Brooke Schumacher**
**124 FARRAGUT AVE 14**
**VALLEJO, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY DAY**
**2406 MILLS BEND**
**DECATUR, GA 30034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Denise McCord**
**1501 Almaden Expy 6252**
**San Jose, CA 95125**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Elizabeth Vance**
**3187 WOODCREST DR**
**SAN JOSE, CA 95118**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Nicole Smith**
**2040 LOTUS WAY**
**TRACY, CA 95376**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Nicole Zuniga**
**425 WESSEX WAY**
**BELMONT, CA 94002**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY SLAUGHTER**
**7024 UPLAND ST**
**PITTSBURGH, PA 15208**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Tera Bolton**
**PO BX 6592**
**VALLEJO, CA 94591**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASHLEY WHISLER**
**255 CORONADO DR**
**CORONA, CA 92879**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ashley Whisler**
**255 CORONADO DR**
**CORONA, CA 92879**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASHLEY WILLIAMS**
**2180 GRAND CONCOURSE 6A**
**BRONX, NY 10457**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ASIA DAVIS**
**1086 HOME ST APT4H**
**BRONX, NY 10459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Assegedetch Assefa Desta**
**1211 Garbo way #304**
**San Jose, CA 95117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$184.59** |
|---|---|---|---|

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATAKILTE BERHANE**
**1105 E FIR ST. UNIT 613**
**SEATTLE, WA 98122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ATHANASIOS ZOURZOUKIS**
**1637 ORLEANS DR**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Athanasios Zourzoukis
1637 ORLEANS DR
SAN JOSE, CA 95122

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

August Max Fleishman
1871 PATIO DR
SAN JOSE, CA 95125

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

AUNDREA DEJUANA BOYKIN
3024 FRUITVALE AVE APT 13
OAKLAND, CA 94602

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aundrea Dejuana Boykin
3024 FRUITVALE AVE APT 13
OAKLAND, CA 94602

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

AUNG KYAW THANT
204 CAMPANA AVE
DALY CITY, CA 94015

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Aung Kyaw Thant
204 CAMPANA AVE
DALY CITY, CA 94015

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

AURLETTE DENISE BROWN
564 VAN SICLEN
BROOKLYN, NY 11207

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AUSTIN ONWUKA
1180 CYPRESS ST
EAST PALO ALTO, CA 94303

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Austin Onwuka
1180 CYPRESS ST
EAST PALO ALTO, CA 94303

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Avtar Singh Bath
4261 Stevenson Blvd Apt. 181
Fremont, CA 94538

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AWET HAGOS
5502 RAINIER AVE S
SEATTLE, WA 98118

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ayaz Azad Khan
30166 INDUSTRIAL PKWY APT 177
HAYWARD, CA 94544

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

AYESHA MELISSA LEWIS
635 CENTER AVE
MARTINEZ, CA 94553

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Ayesha Melissa Lewis
635 CENTER AVE
MARTINEZ, CA 94553

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aymard Kenne Ngankam**
**7620 NORTH EL DORADO APT 161**
**STOCKTON, CA 95207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ba Giang**
**1520 E CAPITOL EXPWY 129**
**SAN JOSE, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Babaka Kankolongo Futa**
**138 E 36TH PLACE**
**LOS ANGELES, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BAMRUNG OLSON**
**2670 OLIVESTONE WAY**
**SAN JOSE, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bamrung Olson**
**2670 OLIVESTONE WAY**
**SAN JOSE, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barny Duch**
**1649 SEATTLE ST.**
**MODESTO, CA 95358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,036.81**

**Baron Messenger**
**386 NE 191 Street**
**Miami, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BASHA ABDELLA**
**1757 STURGUS AVE S APT 1**
**SEATTLE, WA 98144**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bashar Abdulameer Sahio**
**1577 POMEROY AVE APT 303**
**SANTA CLARA, CA 95051**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630.00**

**Bay Area Express**
**753 Jefferson Street**
**Napa, CA 94559**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BEATRIZ ELIZABE RODRIGUEZ**
**5708 6TH AVE**
**LOS ANGELES, CA 90043**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Beatriz Elizabeth Rodriguez**
**5708 6TH AVE**
**LOS ANGELES, CA 90043**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$836.00**

**Beaver Express Inc**
**PO Box 5216**
**Alpha, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BEE VANG**
**2576 GARETH CIRCLE**
**STOCTON, CA 95210**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Bee Vang
2576 GARETH CIRCLE
STOCTON, CA 95210

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Beecher Maurice Anderson
1110 W. 61st Street
Los Angeles, CA 90044

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.393** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

BEHAILU KASSE
4775 TOPAZ ST S APT 45
LAS VEGAS, NV 89121

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.394** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Behzad Hosseini
193 IMAGES CIR
MILPITAS, CA 95035

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.395** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

BELALL NAWABI
4008 CARIBBEAN COMMON
FREMONT, CA 94555

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Belall Nawabi
4008 CARIBBEAN COMMON
FREMONT, CA 94555

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Belinda Jeanisha Salter
532 16TH ST APT 302
OAKLAND, CA 94612

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.398** Nonpriority creditor's name and mailing address
BELLARDO SABINI BAUTISTA
2132 MORRILL AVE
SAN JOSE, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399** Nonpriority creditor's name and mailing address
Bellardo Sabini Bautista
2132 MORRILL AVE
SAN JOSE, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.400** Nonpriority creditor's name and mailing address
BEN PEELER
6970 NORTH GREEN DRIVE
SANDY SPRINGS, GA 30328

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.401** Nonpriority creditor's name and mailing address
BENITA JEAN FOX
5890 ED DORI DR
SAN JOSE, CA 95123

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.402** Nonpriority creditor's name and mailing address
Benita Jean Fox
5890 ED DORI DR
SAN JOSE, CA 95123

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.403** Nonpriority creditor's name and mailing address
Benjamin Gerald Corpuz
385 HEIDI DRIVE
MORGAN HILL, CA 95037

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.404** Nonpriority creditor's name and mailing address
Benjamin Hernandez
1424 SHAFFER DRIVE
SAN JOSE, CA 95132

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN PAUL PRUDENCE**
**210 SAN ANTONIO CIR APT 132**
**MOUNTAIN VIEW, CA 94040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Paul Prudence**
**210 SAN ANTONIO CIR APT 132**
**MOUNTAIN VIEW, CA 94040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin Richard Daly**
**431 IMPERIAL DR**
**PACIFICA, CA 94044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN ROSENBAUM**
**1287 PELHAM PKWY N**
**BRONX, NY 10469**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN RUSSELL**
**10114 PEARL RD**
**PITTSBURGH, PA 15235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BENJAMIN S ROBERTS**
**690 15TH ST APT 405**
**OAKLAND, CA 94612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Benjamin S Roberts**
**690 15TH ST APT 405**
**OAKLAND, CA 94612**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.412** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Benjamin Tran Quoc Tran**
3327 Cannongate Ct
San Jose, CA 95121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.413** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BENJAMIN TURNER**
210 HUNTERS TRACE LANE
SANDY SPRINGS, GA 30328

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.414** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BENJI ESTEBAN JACINTO**
2319 ZOE AVE
HUNTINGTON PARK, CA 90255

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.415** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Benji Esteban Jacinto**
2319 ZOE AVE
HUNTINGTON PARK, CA 90255

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Bennie Smith**
1735 MCKEE RD #12
SAN JOSE, CA 95116

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Benton Chen**
553 WINCHESTER ST
DALY CITY, CA 94014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BENYAM BERHANE KIDANE**
3250 RED CEDAR TERRACE
FREMONT, CA 94536

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number (if known)    **17-52865**

| | |
|---|---|
| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Benyam Berhane Kidane**
**3250 RED CEDAR TERRACE**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BERAN CHAMBERS**
**115-11 230 STREET**
**CAMBRIA HEIGHTS, NY 11411**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Berlin Calderon**
**1954 Ninfatino st.**
**Stockton, CA 95206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BERNADETTE MEND MANALO**
**8 SANTA BARBARA AVE**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bernadette Mendoza Manalo**
**8 SANTA BARBARA AVE**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BERNARD JAVIER TAYAG**
**757 PETTIS AVENUE**
**MOUNTAIN VIEW, CA 94041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bernard Javier Tayag**
**757 PETTIS AVENUE**
**MOUNTAIN VIEW, CA 94041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Bernardino Ramirez**
1043 S FRESNO ST
LOS ANGELES, CA 90023

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Bernardo Butler**
15934 HESPERIAN BLVD APT 236
SAN LORENZO, CA 94580

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Bernardo Guzman Zaragoza**
2016 DALY ST APT#303
LOS ANGELES, CA 90031

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Berthamalia Carmen Reyes**
1308 HAWES ST
SAN FRANCISCO, CA 94124

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Bertila Del Carmen Arevalo**
1012 EAST FAIRVIEW BLVD
INGLEWOOD, CA 90302

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,108.68

**Best Courier**
PO Box 30251
Gahanna, OH 43230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Bethelhem Berhane Gidey**
768 DELAND AVE APT 3
SAN JOSE, CA 95128

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **A-1 Express Delivery Service, Inc.**                    Case number (if known)    **17-52865**
_____
Name

| | | |
|---|---|---|
| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Betty Wong**
**5686 ALLEN AVE APT 4**
**SAN JOSE, CA 95123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Beverly Bridget Bautista Berioso**
**998 CRESTWOOD CT**
**SUNNYVALE, CA 94089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BHAWANDEEP SINGH**
**4458 S 188TH PL**
**SEATAC, WA 98188**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bi Van Nguyen**
**1200 RAVENSCOURT AVE**
**SAN JOSE, CA 95128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**BIANCA BLAIR RUFFIN**
**1313 PARKER ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bianca Blair Ruffin**
**1313 PARKER ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bianca Dyann Borque**
**13743 Cordary Ave**
**Hawthorne, CA 90250**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bijan Francis Soroush Sepehri**
**503 CURTNER CT**
**MILPITAS, CA 95035**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bill Jay Herman**
**657 CAMBRIDGE DR**
**SANTA CLARA, CA 95051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BILL MCDONALD**
**6769 MCCORMICK WOODS DR SW**
**PORT ORCHARD, WA 98367**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BILLY CHAN**
**39 ATLAS AVE APT 10**
**SAN JOSE, CA 95126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Billy Chan**
**39 ATLAS AVE APT 10**
**SAN JOSE, CA 95126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Billy Robert Gonzales**
**209 E HAZEL ST**
**INGLEWOOD, CA 90302**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bilma Aliaga**
**2534 Greenstone ct**
**San Jose, CA 95122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.447** Nonpriority creditor's name and mailing address

Birch Connect
320 Interstate N Cir SE
#300
Atlanta, GA 30339

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.448** Nonpriority creditor's name and mailing address

Blaise Enonchong
2108 SCENIC AVE
MARTINEZ, CA 94553

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Class List

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449** Nonpriority creditor's name and mailing address

BLAISE NGOC HOANG
3059 WETMORE DR
SAN JOSE, CA 95148

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  6 mo term

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.450** Nonpriority creditor's name and mailing address

Blaise Ngoc Hoang
3059 WETMORE DR
SAN JOSE, CA 95148

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Class List

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.451** Nonpriority creditor's name and mailing address

Blanca De Jesus Merlos Salgado
16700 LOS BANOS ST
SAN LEANDRO, CA 94578

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Class List

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.452** Nonpriority creditor's name and mailing address

BLANCA DE JESUS SALGADO
16700 LOS BANOS ST
SAN LEANDRO, CA 94578

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  6 mo term

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.453** Nonpriority creditor's name and mailing address

Blaze Logistics LLC
PO Box 23165
Harahan, LA 70183

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$701.96

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.96 |
|---|---|---|---|

**Blue Marble Logistics LLC**
**800 King Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,227.20 |
|---|---|---|---|

**Blue Sky Courier**
**830 S Bellevue Blvd**
**Memphis, TN 38104-4646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,734.60 |
|---|---|---|---|

**Bob Rocco Enterprises Inc**
**5901 Benjamin Center Drive**
**Ste 105**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bobby David Santa Ana-Fernandez**
**4032 PRUNETREE LN**
**SAN JOSE, CA 95121**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Boonsom Ruenhunsa**
**1124 DELNA MANOR LN APT 1**
**SAN JOSE, CA 95128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Otis Hillinger**
**28631 SLOAN CANYON RD**
**CASTAIC, CA 91384**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bradfield Thompson**
**63 BOVET RD #416**
**SAN MATEO, CA 94402**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.** _____     Case number (if known)   **17-52865**
      Name

| | |
|---|---|
| 3.461 | **Nonpriority creditor's name and mailing address** |

**Braeanna Laprice Taylor**
**2763 76TH AVE**
**OAKLAND, CA 94605**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.462 | **Nonpriority creditor's name and mailing address** |

**BRANDEN TEMPLE**
**888 KINCAID AVE APT 3**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.463 | **Nonpriority creditor's name and mailing address** |

**Branden Temple**
**888 KINCAID AVE APT 3**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.464 | **Nonpriority creditor's name and mailing address** |

**Brandom Rakim Archer**
**12010 S VERMONT AVE #207**
**LOS ANGELES, CA 90044**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.465 | **Nonpriority creditor's name and mailing address** |

**BRANDON A BENTON**
**3101 FOSTER AVE  4B**
**BROOKLYN, NY 11210**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.466 | **Nonpriority creditor's name and mailing address** |

**Brandon Alan Smith**
**133 BERKELEY WAY**
**SAN FRANCISCO, CA 94131**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** |

**BRANDON CONN**
**1226 MELROSE FOREST LN SE**
**LAWRENCEVILLE, GA 30045**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.468** | Nonpriority creditor's name and mailing address

**BRANDON E BRADFORD**
**2305 HAUSER BLVD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.469** | Nonpriority creditor's name and mailing address

**Brandon E Bradford**
**2305 HAUSER BLVD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.470** | Nonpriority creditor's name and mailing address

**Brandon Gong Chinh**
**49043 FEATHER GRASS TERRACE**
**FREMONT, CA 94539**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.471** | Nonpriority creditor's name and mailing address

**BRANDON JAMAL GRIFFITH**
**2600 SAN LEANDRO BLVD APT 506**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.472** | Nonpriority creditor's name and mailing address

**Brandon Jamal Griffith**
**2600 SAN LEANDRO BLVD APT 506**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.473** | Nonpriority creditor's name and mailing address

**Brandon Jamall Mobley**
**1111 W 51ST**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.474** | Nonpriority creditor's name and mailing address

**BRANDON LEMAR THOMPSON**
**2143 MITCHELL ST**
**OAKLAND, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Lemar Thompson**
2143 MITCHELL ST
OAKLAND, CA 94601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Michael Brierley**
961 WAINWRIGHT DR
SAN JOSE, CA 95128

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Mills**
190 Starling Way
Hurcules, CA 94547

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Mister**
255 WEST 5TH ST 521
SAN PEDRO, CA 90731

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**BRANDON NOHE**
506 NORDEN DRIVE
WEST MIFFLIN, PA 15122

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Oliver Moore**
11936 BLOOMINGTON WAY
DUBLIN, CA 94568

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brandon Rong Bin Huang**
170 HALE ST
SAN FRANCISCO, CA 94134

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON SCOTT ROSS**
**47623 ZUNIC DR**
**FREMONT, CA 94539**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Scott Ross**
**47623 ZUNIC DR**
**FREMONT, CA 94539**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON SHA RON HAYES-MOORE**
**14670 CYPRESS ST**
**SAN LEANDRO, CA 94579**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Sha Ron Hayes-Moore**
**14670 CYPRESS ST**
**SAN LEANDRO, CA 94579**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON SMITH**
**487 HARMAN ST 2R**
**BROOKLYN, NY 11237**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRANDON SWAN**
**7510 S HALLDALE AVE**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon Swan**
**7510 S HALLDALE AVE**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **BRANDON TERREL MATTHEWS**<br>**529 E QUEEN ST APT 2**<br>**INGLEWOOD, CA 90301** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __6 mo term__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brandon Terrel Matthews**<br>**529 E QUEEN ST APT 2**<br>**INGLEWOOD, CA 90301** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRANDON TRAMAIN SMITH**<br>**6401 SHELLMOUND ST APT 6118**<br>**EMERYVILLE, CA 94608** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __6 mo term__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brandon Tramain Smith**<br>**6401 SHELLMOUND ST APT 6118**<br>**EMERYVILLE, CA 94608** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brandon Tramaine Smith**<br>**6401 SHELLMOUND ST APT 6118**<br>**EMERYVILLE, CA 94608** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brandy Brashawn Whittle-Johnson**<br>**4803 CASTILLA AVE**<br>**RICHMOND, CA 94804** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brant Creamer**<br>**707 LAKEFAIR DR**<br>**SUNNYVALE, CA 94089** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.496** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

BRAXTON JAMES BLAMER
135 S  CLAREMONT AVE
SAN JOSE, CA 95127

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Braxton James Blamer
135 S CLAREMONT AVE
SAN JOSE, CA 95127

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00**

BRCP San Leandro Industrial, LLC
Attn Access Manager
PO Box 515056
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.92**

Breakaway Courier Systems
444 W 36th Street
New York, NY 10018-6344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.500** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Bree Carl Micah Norman
11606 CHERRY AVE
INGLEWOOD, CA 90303

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Breida Christina Monge Arizaga
1990 LATHAM ST #23
MOUNTAINVIEW, CA 94040

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

BRENDAN MILLS FALLON
575 E  DUANE AVE
SUNNYVALE, CA 94085

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Brendan Mills Fallon**
**575 E DUANE AVE**
**SUNNYVALE, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BRENDEN DEVON HAROLD**
**5210 ROUNDUP WAY**
**ANTIOCH, CA 94531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Brenden Devon Harold**
**5210 ROUNDUP WAY**
**ANTIOCH, CA 94531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Brenna Renee Pratt**
**160 KIELY BLVD #C**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BRENNON SHANARD HAWKINS**
**2776 JO ANN DR**
**RICHMOND, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Brennon Shanard Hawkins**
**2776 JO ANN DR**
**RICHMOND, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BRENT CORNEL WILKERSON**
**740 E ADAMS BLVD**
**LOS ANGELES, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
_____
Name

| | | |
|---|---|---|
| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

3.510 | **Brent Cornel Wilkerson**
**740 E ADAMS BLVD**
**LOS ANGELES, CA 90011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.511 | **Breonna Brejae Alexander**
**6342 JOAQUIN MURIETA APT #J**
**NEWARK, CA 94560**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.512 | **BRETT ANDREW PELLEMEIER**
**462 CLIFTON AVE**
**SAN JOSE, CA 95128**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.513 | **Brett Andrew Pellemeier**
**462 CLIFTON AVE**
**SAN JOSE, CA 95128**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.514 | **Brett Carl Lueckfeld**
**140 LOCKSUNART WAY APT 4**
**SUNNYVALE, CA 94087**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.515 | **Briahna Unique Lomax**
**7911 BANCROFT AVE APT 306**
**OAKLAND, CA 94605**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.516 | **Brian Charles Cali**
**820 QUINCE AVE APT 3**
**SANTA CLARA, CA 95051**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**                                      Case number (if known)    **17-52865**
_____
Name

| | | |
|---|---|---|
| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Edwin Blanco**
**950 PINE ST APT# 307**
**SAN FRANCISCO, CA 94108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Hooker Romero**
**1675 CLOVIS AVE**
**SAN JOSE, CA 95124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian James Keith**
**630 SAN ANTONIO RD APT 203**
**PALO ALTO, CA 94306**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Jeffery Hagen**
**843 IRIS AVE**
**SUNNYVALE, CA 94086**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian John Gerales**
**133 E 35TH ST**
**LONG BEACH, CA 90807**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian John Mcgoldrick**
**1539 ALISAL AVE**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BRIAN JONES**
**307 NORTH AVE**
**PITTSBURGH, PA 15112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Keith Barnes**
**346 105TH AVE APT I**
**OAKLAND, CA 94603**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**BRIAN KEITH MULVEY**
**3713 BRIGHTON RD**
**PITTSBURGH, PA 15212**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**BRIAN LOUIS ACKERMAN**
**174 CARROLL ST  APT 340**
**SUNNYVALE, CA 94086**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Louis Ackerman**
**174 CARROLL ST APT 340**
**SUNNYVALE, CA 94086**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**BRIAN NGUNYI**
**8401 RANIER PL S APT 7**
**SEATTLE, WA 98118**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Nguyen**
**596 LA CONNER DR APT 14**
**SUNNYVALE, CA 94087**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Brian Rios**
**374 RODEO CT**
**SAN JOSE, CA 95111**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number (if known)    **17-52865**

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN ROBLES**
**859 W 81ST**
**LOS ANGELES, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Robles**
**859 W 81ST**
**LOS ANGELES, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Sanchez**
**807 EAST 27 STREET**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIAN TRUONG TRAN**
**577 FANELLI CT**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Truong Tran**
**577 FANELLI CT**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Briana Glenisa Spotwood**
**1619 Princeton Dr**
**San Jose, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BRIANNA D ASHLEY**
**829 E 19TH STREET  APT 8**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.538** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Brianna D Ashley
829 E 19TH STREET APT 8
OAKLAND, CA 94606

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Brianna Marissa Gonzalez
2420 PACIFIC DR APT 46
SANTA CLARA, CA 95051

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

BRICE VESTER PROCTOR
12218 BLAKLEY AVE
LOS ANGELES, CA 90059

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Brice Vester Proctor
12218 BLAKLEY AVE
LOS ANGELES, CA 90059

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

BRIDGET PASTER BROWN
884 DAVIS ST APT 307
SAN LEANDRO, CA 94577

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Bridget Paster Brown
884 DAVIS ST APT 307
SAN LEANDRO, CA 94577

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Bridgett Monique Thomas
10314 S GRAMERCY PL
LOS ANGELES, CA 90047

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY DEAN**
**3109 MRYTLE AVE**
**TEMPLE HILLS, MD 20748**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY LEVIGN SPEARS**
**3619 SUNRISE CT**
**RICHMOND, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittany Levign Spears**
**3619 SUNRISE CT**
**RICHMOND, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY NICOLE BROWN**
**4700 BLACKBURN PEAK CT**
**ANTIOCH, CA 94531**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittany Nicole Brown**
**4700 BLACKBURN PEAK CT**
**ANTIOCH, CA 94531**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTANY RENEE BECKWITH**
**835 LAKE SHORE DRIVE**
**MITCHELLVILLE, MD 20721**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTNEY RAYCHE PHILLIPS**
**300 N  MARKET ST  APT 1**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittney Raychelle Phillips**
**300 N Market St Apt.1**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittney Renee Green**
**126 MONROE DR**
**PALO ALTO, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRITTNEY TANISH BRYAN**
**2295 CAPISTRANO DR**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittney Tanisha Bryan**
**2295 CAPISTRANO DR**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Broc Andrew Orozco**
**1240 N Flores St**
**West Hollywood, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRUCE J GUILLORY**
**27340 TYRRELL AVE APT 16**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bruce J Guillory**
**27340 TYRRELL AVE APT 16**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __A-1 Express Delivery Service, Inc._____     Case number (if known) __17-52865__
　　　　　　Name

| | | |
|---|---|---|
| 3.559 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Bryan Alexander Dejano**
**641 PARADISE BLVD**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.560 | **Nonpriority creditor's name and mailing address** | $0.00 |

**BRYAN BACANI DEVICENTE**
**6130 MONTEREY HWY  SPC 207**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.561 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Bryan Bacani Devicente**
**6130 MONTEREY HWY SPC 207**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.562 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Bryan Nathan Gonzalez**
**2322 THOMPSON PL**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.563 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Bryan Onome Asagba**
**1501 ALMADEN EXPY 3224**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.564 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Bryan Roach**
**2131 MARLBORO CT APT 2**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.565 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Bryant Dewan Price**
**1650 PINE ST APT K4**
**CONCORD, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryant Whitfield**
**827 REDONDO AVENUE UNIT 7**
**LONG BEACH, CA 90804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Budi Hotmartua Silalahi**
**8048 LUBEC ST**
**DOWNEY, CA 90240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,441.40 |
|---|---|---|---|

**Business Express Courier SVS**
**PO Box 720477**
**Atlanta, GA 30358-2477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**BYRON ARTHER ELMORE**
**1973 CARDIFF DR**
**PITTSBURG, CA 94565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Byron Arther Elmore**
**1973 CARDIFF DR**
**PITTSBURG, CA 94565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Byron Elizandro Mejia Aguilar**
**1287 SILVER AVE**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,080.00 |
|---|---|---|---|

**C P Delivery LLC**
**3541 Kings Canyon Court**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  __A-1 Express Delivery Service, Inc._____      Case number (if known)    __17-52865__
          Name

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAIRBRE A H FANSLOW**
**1232 SOCORRO AVE**
**SUNNYVALE, CA 94089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cairbre A H Fanslow**
**1232 SOCORRO AVE**
**SUNNYVALE, CA 94089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALEB BOGGS**
**604 CENTENNIAL ST APT 1**
**NEW CASTLE, PA 16101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CALEB MESSELE**
**5090 LICK MILL BLVD  APT #342**
**SANTA CLARA, CA 95054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caleb Messele**
**5090 LICK MILL BLVD APT #342**
**SANTA CLARA, CA 95054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Callie Karina Lim**
**850 PROSPECT AVE**
**OAKLAND, CA 94610**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Calvin Boissiere**
**1123 CHULA VISTA AVE #5**
**BURLINGAME, CA 94010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.580 | **Nonpriority creditor's name and mailing address**<br>**CALVIN DENNIS ADAMS III**<br>**1200 DAVIS ST APT 40**<br>**SAN LEANDRO, CA 94577** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __6 mo term__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.581 | **Nonpriority creditor's name and mailing address**<br>**Calvin Dennis Adams III**<br>**1200 DAVIS ST APT 40**<br>**SAN LEANDRO, CA 94577** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.582 | **Nonpriority creditor's name and mailing address**<br>**CALVIN GANTT**<br>**1623 LAKETON RD**<br>**PITTSBURGH, PA 15221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __6 mo term__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.583 | **Nonpriority creditor's name and mailing address**<br>**CALVIN PIETER M LATOUR**<br>**369 CLUB DR**<br>**SAN CARLOS, CA 94070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __6 mo term__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.584 | **Nonpriority creditor's name and mailing address**<br>**Calvin Pieter M Latour**<br>**369 CLUB DR**<br>**SAN CARLOS, CA 94070** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.585 | **Nonpriority creditor's name and mailing address**<br>**Calvin Soohoo**<br>**2558 38TH AVE**<br>**SAN FRANCISCO, CA 94116** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __Class List__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.586 | **Nonpriority creditor's name and mailing address**<br>**CAMERON ANTHONY JACKSON**<br>**276 WOODRUFF WAY**<br>**MILPITAS, CA 95035** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __6 mo term__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.587** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cameron Anthony Jackson**
**276 WOODRUFF WAY**
**MILPITAS, CA 95035**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cameron Phillip Smith**
**1998 Vining Dr**
**San Leandro, CA 94579**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Camila Roxana Ayala Delgado**
**1437 CHINOOK CT UNIT A**
**SAN FRANCISCO, CA 94130**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Canieshia Lashone Kahn**
**251 E 105TH ST**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $729.23

**Capital Delivery Systems**
**PO Box 10720**
**Harrisburg, PA 17105**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CAPRICIA JOHNSON**
**2238 S 116TH ST**
**BURIEN, WA 98168**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CAPRISHA TIERRA GREEN**
**442 ARCH ST**
**SAN FRANCISCO, CA 94132**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.594** Nonpriority creditor's name and mailing address

**Caprisha Tierra Green**
**442 ARCH ST**
**SAN FRANCISCO, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.595** Nonpriority creditor's name and mailing address

**CARESSA THOMPSON**
**1563 PACIFIC STREET**
**BROOKLYN, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.596** Nonpriority creditor's name and mailing address

**CAREY CHUNN**
**5920 56TH AVE W D8**
**UNIVERSITY PLACE, WA 98467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.597** Nonpriority creditor's name and mailing address

**CAREY EVERETTE**
**20149 128TH AVE SE**
**KENT, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.598** Nonpriority creditor's name and mailing address

**CARL CHAVEZ JR**
**10347 HICKORY ST**
**LOS ANGELES, CA 90002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.599** Nonpriority creditor's name and mailing address

**Carl Chavez Jr**
**10347 HICKORY ST**
**LOS ANGELES, CA 90002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.600** Nonpriority creditor's name and mailing address

**CARLA BANEZA PRADO**
**2213 S RIDGELEY DR APT 2**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.601**

**Nonpriority creditor's name and mailing address**
Carla Baneza Prado
2213 S RIDGELEY DR APT 2
LOS ANGELES, CA 90016

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.602**

**Nonpriority creditor's name and mailing address**
CARLA MCCOY
2920 BRODHEAD ROAD
ALIQUIPPA, PA 15001

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.603**

**Nonpriority creditor's name and mailing address**
Carlito Justo Pascual Jr
1286 ORTIZ COURT
SUNNYVALE, CA 94089

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.604**

**Nonpriority creditor's name and mailing address**
Carlo Matteucci
4560 SEQUOYAH RD
OAKLAND, CA 94605

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.605**

**Nonpriority creditor's name and mailing address**
Carlos Aguiar
4060 HOOVER ST APT 203
LOS ANGELES, CA 90037

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.606**

**Nonpriority creditor's name and mailing address**
CARLOS ALBERTO GARCIA
824 S ARDMORE AVE #H
LOS ANGELES, CA 90005

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.607**

**Nonpriority creditor's name and mailing address**
Carlos Alberto Garcia
824 S ARDMORE AVE #H
LOS ANGELES, CA 90005

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Duran**
**608 VASONA STREET**
**MILPITAS, CA 95035**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Francisco Rodriguez Jr**
**384 HERRICK AVE**
**SAN JOSE, CA 95123**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS GARCIA MORENO**
**7337 LONGMONT LOOP**
**CASTRO VALLEY, CA 94552**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Garcia Moreno**
**7337 LONGMONT LOOP**
**CASTRO VALLEY, CA 94552**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CARLOS GONZALEZ JR**
**847 W  WHITMORE AVE**
**MODESTO, CA 95358**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Gonzalez Jr**
**847 W WHITMORE AVE**
**MODESTO, CA 95358**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos Horacio Zavala**
**20 NORTHUMBERLAND AVE APT 4**
**REDWOOD CITY, CA 94063**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carlos Macias**
**9144 GALLATIN ROAD**
**DOWNEY, CA 90240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carlos Miguel Lucido Mangundayao**
**1157 CALLE ORIENTE**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carlos Portillo**
**2519 S HARCOURT AVE**
**LOS ANGELES, CA 90016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carmen Cecilia Swenson**
**2086 TINY ST**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.50 |

**Carmine Fornaro Mail Service**
**18 Woodruff Rd**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CARNEKA NICOLE WASHINGTON**
**10946 ROBLEDO DR**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carneka Nicole Washington**
**10946 ROBLEDO DR**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.622** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CAROLINA MERCED HERNANDEZ**
13214 CHOPIN CT
SILVER SPRING, MD 20904

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Caroline Monique Amaya**
5875 CHARLOTTE DR APT 247
SAN JOSE, CA 95123

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.624** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Carolyn Jackson**
4310 CAHUENGA BLVD UNIT 103
TOLUCA LAKE, CA 91602

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Carolyn Magalona Calabia**
255 GATEWAY DRIVE
PACIFICA, CA 94044

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Carrie Vizconde**
10141 OTIS ST
SOUTH GATE, CA 90280

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CASANDRA AUSTIN**
2620 LOMBARD AVE
EVERETT, WA 98201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cassie Mae Holloway**
4163 BUCKINGHAM RD APT 201-C
LOS ANGELES, CA 90008

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.629** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cassius M Hicks**
**1330 WEST H ST APT K**
**DIXON, CA 95620**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.630** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Catrina Chavez**
**2080 ALUM ROCK AVE #223**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.631** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CEDRICK WESLEY KENNEDY**
**2739 INYO AVE**
**OAKLAND, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.632** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cedrick Wesley Kennedy**
**2739 INYO AVE**
**OAKLAND, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.633** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CELIA ELIZABETH PERLA MARTINEZ**
**1702 WEST BLVD #16**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.634** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Celia Elizabeth Perla Martinez**
**1702 WEST BLVD #16**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.635** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CELIA SCHWARZ**
**1734 UNION ST**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Celia Schwarz
1734 UNION ST
ALAMEDA, CA 94501

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723.05 |
|---|---|---|---|

Central Courier LLC
1957 Eastman Ave Ste c
Ventura, CA 93003

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CESAR ADRIAN SA VILLASENOR
6622 LYON WAY
OAKLAND, CA 94621

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Cesar Adrian Salinas Villasenor
6622 LYON WAY
OAKLAND, CA 94621

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

CESAR ARTURO RODRIGUEZ RAMIREZ
5467 SPINNAKER WALK WAY APT 1
SAN JOSE, CA 95123

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Cesar Arturo Rodriguez Ramirez
5467 SPINNAKER WALK WAY APT 1
SAN JOSE, CA 95123

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Cesar Calderon Armenta
1919 MANCHESTER RD APT 222
SAN LEANDRO, CA 94578

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cesar D Peig**
**1643 VICKSBURG DR**
**FAIRFIELD, CA 94533**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CESAR MACEDO**
**4651 BIG VALLEY ROAD**
**STONE MOUNTAIN, GA 30083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cesar Octavio Diaz Cedano**
**700 SHERIDAN STREET**
**VALLEJO, CA 94590**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CESAR REYES-CHAVEZ**
**5515 LEAN AVE**
**SAN JOSE, CA 95123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cesar Reyes-Chavez**
**5515 LEAN AVE**
**SAN JOSE, CA 95123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cesar Worthington-May**
**101 HYDE ST**
**SAN FRANCISCO, CA 94102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CEYLON TYREE GLYMPH**
**900 143RD AVE APT 204**
**SAN LEANDRO, CA 94578**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.650** | Nonpriority creditor's name and mailing address

**Ceylon Tyree Glymph**
**900 143RD AVE APT 204**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.651** | Nonpriority creditor's name and mailing address

**CHAD EDWARD RICHMOND**
**17206 108TH ST CT   E**
**BONNEY LAKE, WA 98391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652** | Nonpriority creditor's name and mailing address

**CHAD FLAGG**
**832 S FLOWER ST**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653** | Nonpriority creditor's name and mailing address

**Chad Flagg**
**832 S FLOWER ST**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.654** | Nonpriority creditor's name and mailing address

**Chad Lane Wical**
**609 CARNELIAN ST**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.655** | Nonpriority creditor's name and mailing address

**CHAD PHILLIP PANGORANG**
**3245 SHADOW PARK PL**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.656** | Nonpriority creditor's name and mailing address

**Chad Phillip Pangorang**
**3245 SHADOW PARK PL**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.657** | Nonpriority creditor's name and mailing address

**Chandra Latrece Thomas**
**P.O. BOX 723**
**UNION CITY, CA 94587**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658** | Nonpriority creditor's name and mailing address

**Chanrou Yath**
**809 E NEW YORK ST**
**LONG BEACH, CA 90813**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659** | Nonpriority creditor's name and mailing address

**CHANTAL GUOBADIA**
**865 E 167 ST #6H**
**BRONX, NY 10459**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.660** | Nonpriority creditor's name and mailing address

**Chantel Bennett**
**1350 LEXINGTON DR APT D-20**
**SAN JOSE, CA 95117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661** | Nonpriority creditor's name and mailing address

**CHARDONNE TASCH HART**
**332 W 122ND ST**
**LOS ANGELES, CA 90061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.662** | Nonpriority creditor's name and mailing address

**Chardonne Tasche Hart**
**332 W 122ND ST**
**LOS ANGELES, CA 90061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.663** | Nonpriority creditor's name and mailing address

**Charlene May Avery**
**908 INDIAN AVE**
**SAN MATEO, CA 94401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charlene Yvette Butler**
**2849 10TH ST**
**SAN PABLO, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Andres Deleon**
**4228 BOLINA DR**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES CHAPA**
**1639 PARKVIEW GREEN CIR**
**SAN JOSE, CA 95131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Chapa**
**1639 PARKVIEW GREEN CIR**
**SAN JOSE, CA 95131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Chungho Lee**
**972 WESTLYNN WAY APT 1**
**CUPERTINO, CA 95014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles D Love**
**188 SUNSET BLVD APT 2**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Dat Nguyen**
**1835 GRENADINE WAY**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Edward Harris**
**2005 SAN JOSE DR APT E122**
**ANTIOCH, CA 94509**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Emeterio Guevara**
**171 BRANHAM LN APT 10 - 125**
**SAN JOSE, CA 95136**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES GAGE**
**1343 WEBER WAY**
**LANCASTER, CA 93535**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Gage**
**1343 WEBER WAY**
**LANCASTER, CA 93535**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Glover**
**2611 YORBA LINDA BLVD #109**
**FULLERTON, CA 92831**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Holloway**
**2662 KIMBALL DR**
**SAN JOSE, CA 95121**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Lubwama**
**2930 Shattuck Ave Apt 200-21**
**Berkeley, CA 94705**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.678** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHARLES PAUL ELLIOTT**
**9815 REDFERN AVE**
**INGLEWOOD, CA 90301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Charles Paul Elliott**
**9815 REDFERN AVE**
**INGLEWOOD, CA 90301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Charles Reed**
**5235 RIVERSIDE AVENUE APT 1**
**SAN PABLO, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHARLES TOPALIAN**
**3211 NW 71ST ST**
**SEATTLE, WA 98117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Charlton Fields**
**15506 SOUTH VERMONT AVENUE**
**GARDENA, CA 90247**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Charmaine Jayme Clemons**
**606 FOUNTAINHEAD DR**
**SAN LEANDRO, CA 94578**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Chase Charles Volgenau**
**4976 Paseo Olivos**
**San Jose, CA 95130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.685** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00**

Checkr
205 Mariposa Street
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.686** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Chenette Edwards
1321 S GRANDEE AVE
COMPTON, CA 90220

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class List

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.687** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Cheng Hin Saechao
3242 ANNAPOLIS AVE
SAN PABLO, CA 94806

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class List

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.688** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CHERELLE DANKINS
834 WOODWORTH ST
PITTSBURGH, PA 15221

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  6 mo term

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.689** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CHERELLE MCBRIDE
418 17TH STREET SE 10B
AUBURN, WA 98002

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  6 mo term

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.690** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

CHERYL LORRAINE CROSBY
3312 69TH AVE
OAKLAND, CA 94605

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  6 mo term

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.691** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Cheryl Lorraine Crosby
3312 69TH AVE
OAKLAND, CA 94605

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Class List

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheuk Yin Lee**
**26584 SUNVALE CT**
**HAYWARD, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHIBUIKE OJEH**
**1025 NEVIN AVE #1183**
**RICHMOND, CA 94801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chibuike Ojeh**
**1025 NEVIN AVE #1183**
**RICHMOND, CA 94801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,122.00 |
|---|---|---|---|

**Chicago Messenger Service**
**1600 S Ashland Ave**
**Chicago, IL 60608-2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHITWAN SINGH**
**320 SYCAMORE HILL CT**
**DANVILLE, CA 94526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chitwan Singh**
**320 SYCAMORE HILL CT**
**DANVILLE, CA 94526**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHOUA YANG**
**756 KIRKLAND AVE NE**
**RENTON, WA 98056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.699** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CHOY WAH LOUIE**
**661 WILSON AVE**
**RICHMOND, CA 94805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Choy Wah Louie**
**661 WILSON AVE**
**RICHMOND, CA 94805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chris Edward Gillooly**
**3956 ARDEN FARM PLACE**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CHRIS FUNNELL**
**1415 W COSMO RD APT 113**
**EVERETT, WA 98204**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CHRIS J BONFIGLIO**
**8330 26TH AVE NW**
**BALLARD, WA 98117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Chris Sterling Wittington**
**211 NORWICH DR**
**SOUTH SAN FRANCISCO, CA 94038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christian Bahena**
**3540 ROLISON RD APT 9**
**REDWOOD CITY, CA 94063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christian E Diaz Cruz**
**2601 NUESTRA CASTILLO CT**
**APT 1307**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTIAN I MARTIN SALCEDO**
**33738 11TH STREET**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christian I Martin Salcedo**
**33738 11TH STREET**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTIAN JAMAA COOPER**
**15357 CHURCHILL ST**
**SAN LEANDRO, CA 94579**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christian Jamaa Cooper**
**15357 CHURCHILL ST**
**SAN LEANDRO, CA 94579**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christian Josue Rodriguez**
**11719 1/2 ALLIN ST APT 486**
**CULVER CITY, CA 90230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHRISTIAN PARKER**
**4740 51ST AVE SW**
**SEATTLE, WA 98116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian Thomas Llanos**
639 W COLDEN AVE
LOS ANGELES, CA 90044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN V LEMI**
1236 AVON AVE
SAN LEANDRO, CA 94579

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christian V Lemi**
1236 AVON AVE
SAN LEANDRO, CA 94579

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christina Glory Johnson**
PO BOX 455
DALY CITY, CA 94014

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER ALA JUNGLING**
239 ANGELS BAY CT
POINT RICHMOND, CA 94801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Alan Jungling**
239 ANGELS BAY CT
POINT RICHMOND, CA 94801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER ALL CALDWELL**
1236 PEACH CT
SAN JOSE, CA 95116

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Allan Caldwell**
**1236 PEACH CT**
**SAN JOSE, CA 95116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Aneal Iwuoma**
**125 PATTERSON ST APT 337**
**SAN JOSE, CA 95117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.722** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHRISTOPHER BRY CHAN**
**1241 VISTA GLEN DR**
**SAN JOSE, CA 95122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.723** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Bryan Chan**
**1241 VISTA GLEN DR**
**SAN JOSE, CA 95122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.724** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHRISTOPHER DAN JONES**
**5697 HOLLYLEAF LANE**
**SAN JOSE, CA 95118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.725** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Dan Jones**
**5697 HOLLYLEAF LANE**
**SAN JOSE, CA 95118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.726** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Dandan Ongaco**
**2308 Fashion Ave.**
**Long Beach, CA 90810**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.727** | Nonpriority creditor's name and mailing address

**Christopher Daniel Jones**
**5697 HOLLYLEAF LANE**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | Nonpriority creditor's name and mailing address

**Christopher David Gonzalez**
**3592 WESLEY ST APT B**
**CULVER CITY, CA 90232**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | Nonpriority creditor's name and mailing address

**CHRISTOPHER ESKRIDGE**
**202 WEST 70 ST  APT 9**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | Nonpriority creditor's name and mailing address

**Christopher Eskridge**
**202 WEST 70 ST APT 9**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | Nonpriority creditor's name and mailing address

**CHRISTOPHER F CIRAULO**
**464 LILY ANN WAY**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.732** | Nonpriority creditor's name and mailing address

**Christopher F Ciraulo**
**464 LILY ANN WAY**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733** | Nonpriority creditor's name and mailing address

**Christopher Flores**
**124 N B STREET**
**TUSTIN, CA 92780**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.734** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CHRISTOPHER G JOHNSON**
**560 S 14TH ST**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher G Johnson**
**560 S 14TH ST**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher Hoke**
**2818 MONTE CRESTA WAY**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CHRISTOPHER J GAUGHAN**
**4846 CRESTONE NEEDLE WAY**
**ANTIOCH, CA 94531**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher J Gaughan**
**4846 CRESTONE NEEDLE WAY**
**ANTIOCH, CA 94531**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Christopher J Tindsley**
**8491 GOLF LINKS RD**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.740** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CHRISTOPHER J WEBB**
**2275 D ST**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.741** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher J Webb**
2275 D ST
HAYWARD, CA 94541

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Jam Sandow**
2380 ST AUGUSTINE DR
BRENTWOOD, CA 94513

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher James Alton**
2483 ANNA DR UNIT C
SANTA CLARA, CA 95050

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Lamont Williams**
138 W 127 ST
LOS ANGELES, CA 90061

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.745** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Mark Norris**
890 W 15TH ST APT 113
NEWPORT BEACH, CA 92663

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Michael Jordan**
752 SOUTH MAIN STREET APT 424
LOS ANGELES, CA 90014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Michael Kulow**
3255 Sawtelle Blvd. #104
Los Angeles, CA 90066

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Mitchell Lewis**
**1528 DWIGHT AVE**
**BERKELEY, CA 94703**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHRISTOPHER NICOLAS DE LA ROSA**
**772 SAINT NICOLAS PLACE 28**
**NEW YORK, NY 10031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHRISTOPHER PLASENCIA**
**1287 EDWARD L GRANT HWY**
**BRONX, NY 10452**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Pontod**
**760 N 7st St 4109**
**San Jose, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**CHRISTOPHER RAN BERKLEY**
**271 EL PORTAL WAY**
**SAN JOSE, CA 96119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.753** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Randall Berkley**
**271 EL PORTAL WAY**
**SAN JOSE, CA 96119**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.754** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Christopher Robert Hohmann**
**944 CLOVER DR**
**SANTA ROSA, CA 95401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.755**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER S SHEA**
**1665 DOLORES DRIVE**
**SAN JOSE, CA 95125**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.756**

**Nonpriority creditor's name and mailing address**

**Christopher Steve Marroquin Oviedo**
**5805 HAROLD WAY #7**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.757**

**Nonpriority creditor's name and mailing address**

**Christopher Thinh Ngo**
**1860 N PARK VICTORIA DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.758**

**Nonpriority creditor's name and mailing address**

**Christopher Vi Tran**
**5579 LEAN AVE**
**SAN JOSE, CA 95123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.759**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER YOUNG**
**1065 CONTRA COSTA DR**
**EL CERRITO, CA 94530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.760**

**Nonpriority creditor's name and mailing address**

**Christopher Young**
**1065 CONTRA COSTA DR**
**EL CERRITO, CA 94530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.761**

**Nonpriority creditor's name and mailing address**

**Christy Alexandra Arsky**
**225 N CLARK AVE**
**LOS ALTOS, CA 94022**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.762** Nonpriority creditor's name and mailing address
**CHUKWUNONYELUM AKALI**
**140 CROCKER DRIVE APT K209**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.763** Nonpriority creditor's name and mailing address
**Chukwunonyelum Jude Akali**
**140 CROCKER DRIVE APT K209**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.764** Nonpriority creditor's name and mailing address
**Chun Ho Cheung**
**34776 PLATT RIVER PL**
**FREMONT, CA 94555**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.765** Nonpriority creditor's name and mailing address
**CHUONG HOANG PHAM**
**3620 MECHALYS WAY**
**MODESTO, CA 95357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.766** Nonpriority creditor's name and mailing address
**Chuong Hoang Pham**
**3620 MECHALYS WAY**
**MODESTO, CA 95357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.767** Nonpriority creditor's name and mailing address
**Chynna Alexandra Smith**
**9500 ZELZAH AVE APT M230**
**NORTHRIDGE, CA 91325**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.768** Nonpriority creditor's name and mailing address
**Cigna**
**900 Cottage Grove Road**
**Bloomfield, CT 06002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known) **17-52865**

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**CINTHIA DE DOMI RAMOS**
**9226 BANCROFT AVE APT D**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Cinthia De Domilica Ramos**
**9226 BANCROFT AVE APT D**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,957.43 |

**CIT**
**Attn: Customer Service**
**PO Box 550599**
**Jacksonville, FL 32255-0599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Citlalic Rodriguez**
**9701 C ST**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |

**City of Hermosa Beach Parking Violations**
**1315 Valley Drive**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.58 |

**City of Inglewood**
**PO BOX 30878**
**Los Angeles, CA 90030-0878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |

**City Sprint Delivery (OR)**
**8812 NE Alderwood Rd**
**Portland, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,371.29 |
|---|---|---|---|

**CitySprint**
**5555 W 78th Street**
**Ste D**
**Edina, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLARENCE WHITING**
**28904 19TH AVE S**
**FEDERAL WAY, WA 98003**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claro Nguyen Saba**
**1147 87TH STREET**
**DALY CITY, CA 94015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claude Anthony Barker Sr.**
**1236 PEACH CT**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claudia Garcia Vargas**
**3832 WEST 113TH STREET**
**INGLEWOOD, CA 90303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLAUDIA LAUFFER**
**909 COMET DR**
**WEST NEWTON, PA 15089**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claudia Mae Gates**
**1232 cypress st**
**East Palo Alto, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLAUDIA NATHALI GARCIA**
**3708 CARDIFF AVE**
**LOS ANGELES, CA 90034**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Claudia Nathalie Garcia**
**3708 CARDIFF AVE**
**LOS ANGELES, CA 90034**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ClaudioMiro Dos Santos**
**1600 E 3RD AVE APT 2104**
**SAN MATEO, CA 94401**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLAYTON AGUEL MAGSANAY**
**3365 SUTTON LOOP**
**FREMONT, CA 94536**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clayton Aguel Magsanay**
**3365 SUTTON LOOP**
**FREMONT, CA 94536**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clayton Tran**
**4633 MIA CIRCLE**
**SAN JOSE, CA 95136**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLEMENT JOSEPH CARRIG**
**391 S PASTORIA AVE**
**SUNNYVALE, CA 94086**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clement Joseph Carrig**
391 S PASTORIA AVE
SUNNYVALE, CA 94086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clementine Johnson Jones**
PO BOX 51439
PALO ALTO, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clevelon Barnes Jr**
6401 SHELLMOUND STREET 7109
EMERYVILLE, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLIFFARD O SATTERWHITE**
4703 309TH ST
AUBURN, WA 98001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clifford Dione Roberson**
4310 MLK JR BLVD
Apt D
LYNWOOD, CA 90262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clifford Tayon Grant**
2162 MARKET ST APT 103
SAN FRANCISCO, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CLINT SYLVESTER**
1722 RALPH AVENUE APT 6E
BROOKLYN, NY 11236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clinton Matthew Ingalls**
**3673 REMUDA WY**
**PINOLE, CA 94564**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLIVE CHIN-HOW**
**4224 193 STREET  FLUSHING**
**FLUSHING, NY 11358**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Clockwork Logistics Inc**
**4765 E 131st Street**
**Cleveland, OH 44105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLOTEE RENE JOHNSON**
**579 EL PASEO DR**
**OAKLAND, CA 94603**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clotee Rene Johnson**
**579 EL PASEO DR**
**OAKLAND, CA 94603**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cody Allen Stevens**
**15200 MONTEREY RD #165**
**MORGAN HILL, CA 95037**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cody Christopher Brajevich**
**3737 CASA VERDE ST APT 148**
**SAN JOSE, CA 95134**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cody Paul Stephens**
654 S 16TH ST
SAN JOSE, CA 95112

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CODY PHILIP CAMPBELL**
568 EMERSON STREET
FREMONT, CA 94539

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cody Philip Campbell**
568 EMERSON STREET
FREMONT, CA 94539

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CODY SCOTT**
17103 SE 144TH ST C
RENTON, WA 98059

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLE CREVELING**
P.O. BOX 986
ISSAQUAH, WA 98027

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COLIN SEBASTIAN DUKE**
1034 MARIANAS LANE
ALAMEDA, CA 94502

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colin Sebastian Duke**
1034 MARIANAS LANE
ALAMEDA, CA 94502

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Collin Jeffrey Hahn**
**2155 LANAI AVE APT 4**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colman Ga-ming Chow**
**512 HANOVER ST**
**DALY CITY, CA 94014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $579.06 |
|---|---|---|---|

**Comcast**
**PO Box 530098**
**Atlanta, GA 30353-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $144.85 |
|---|---|---|---|

**Comcast-Seattle WA**
**PO Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,579.50 |
|---|---|---|---|

**Competitive Courier Service**
**1055 Commerce Ave**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,270.00 |
|---|---|---|---|

**Continental Courier Solutions**
**11697 W Grand Ave**
**Northlake, IL 60164-1302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**CORA LEE COATS**
**1277 100TH AVE**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cora Lee Coats**
**1277 100TH AVE**
**OAKLAND, CA 94603**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corazon Balmaceda Bonifacio**
**300 EL CORTEZ AVE**
**S SAN FRANCISCO, CA 94080**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COREY ALEXANDER GONZALES MABUTAS**
**1545 SHUMAKER WAY**
**SAN JOSE, CA 95131**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corey Alexander Gonzales Mabutas**
**1545 SHUMAKER WAY**
**SAN JOSE, CA 95131**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corey Curtis Cotman**
**73 ALAMITOS AVE APT 7**
**LONG BEACH, CA 90802**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CORI HOLINESS**
**3848 MILL GLEN DRIVE**
**DOUGLASVILLE, GA 30135**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CORNELL WHITEN**
**1251 S 134TH ST**
**BURIEN, WA 98168**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.11 |
|---|---|---|---|

**Cornerstone Cookie**
**330 Franklin Rd**
**Ste A**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Leven Broussard**
**134 E 84TH PLACE**
**LOS ANGELES, CA 90003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Class List**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CORY MASTALSKI**
**44 WALDORF ST**
**PITTSBURGH, PA 15214**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cory Wayne Furse**
**777 BLUE SAGE DR**
**SUNNYVALE, CA 94086**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Class List**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.15 |
|---|---|---|---|

**Courier Depot**
**PO Box 93097**
**Austin, TX 78709-3097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.13 |
|---|---|---|---|

**Courier Express**
**PO Box 6877**
**Marietta, GA 30065-0877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |
|---|---|---|---|

**Courier Systems**
**PO Box 2707**
**Pismo Beach, CA 93448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,553.40 |
|---|---|---|---|

**Cova DBA Central Delivery Serv**
**7801 N Shepherd Dr Ste #107**
**Houston, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.00 |
|---|---|---|---|

**Cox Communication**
**PO Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Steven McCoy**
**3553 ATLANTIC AVE. STE.1321**
**LONG BEACH, CA 90807**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crisolo Ursonal Pantonial**
**660 sylvan st.**
**Daly City, CA 94014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cristal Marquez**
**5356 W 99TH PL 6**
**LOS ANGELES, CA 90045**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cristian Lopez Tapia**
**419 CEDAR ST APT 3**
**REDWOOD CITY, CA 94063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cristopher Anthony Lerma**
**768 MELANNIE CT**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,066.37 |
|---|---|---|---|

**Crossroads Courier Inc.**
**4348 Green Ash Drive**
**Earth City, MO 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,547.00 |
|---|---|---|---|

**Crosstown Courier Inc**
**1450 Gould Blvd**
**La Vergne, TN 37086-3513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRYSTAL HOMAYUN**
**5829 KYLER LANE**
**SAN RAMON, CA 94582**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crystal Homayun**
**5829 KYLER LANE**
**SAN RAMON, CA 94582**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crystal Marie Alexandra Smith**
**2836 68TH AVE**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.70 |
|---|---|---|---|

**CS Logistics Inc**
**11001 W Mitchell Street**
**Milaukee, WI 53214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CUONG Q LIEU**
**3156 KAMILLE CT**
**SAN FRANCISCO, CA 94110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.846**

Nonpriority creditor's name and mailing address

Cuong Q Lieu
3156 KAMILLE CT
SAN FRANCISCO, CA 94110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.847**

Nonpriority creditor's name and mailing address

Cuong Van Phan
1576 FROST DR
SAN JOSE, CA 95131

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848**

Nonpriority creditor's name and mailing address

CURTIS WASHINGTON
912 FREY RD
PITTSBURGH, PA 15235

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849**

Nonpriority creditor's name and mailing address

CYNTHIA ANTHONY
512 FLORENCE AVE
PITTSBURGH, PA 15202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850**

Nonpriority creditor's name and mailing address

Cynthia Jo Smith
423 N 2ND ST APT 138
SAN JOSE, CA 95112

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.851**

Nonpriority creditor's name and mailing address

Cypress Street LLC
545 Cypress Street
Hermosa Beach, CA 90254

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852**

Nonpriority creditor's name and mailing address

Daene Renee Burns
1683 S LONGWOOD AVE APT 6
LOS ANGELES, CA 90019

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

**3.853** Nonpriority creditor's name and mailing address

**DAHIR ABDULLAHI**
**3815 S OTHELLO ST 100-127**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.854** Nonpriority creditor's name and mailing address

**DAHIR D ELMI**
**6510 30TH AVE SW**
**SEATTLE, WA 98126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855** Nonpriority creditor's name and mailing address

**DAHIR HAJI-YUSUF**
**412 NOVAK LN E106**
**KENT, WA 98032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.856** Nonpriority creditor's name and mailing address

**DAISY MENDOZA**
**486 N. 14TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.857** Nonpriority creditor's name and mailing address

**Daisy Mendoza**
**486 N. 14TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858** Nonpriority creditor's name and mailing address

**Daisy Vivanco David**
**748 VENICE WAY**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.859** Nonpriority creditor's name and mailing address

**DALE ERIC DEWITT**
**101 W WEDDELL DR APT 129**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Eric Dewitt**
**101 W WEDDELL DR APT 129**
**SUNNYVALE, CA 94089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DALE JOHN BILOG**
**472 CURTNER DRIVE**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale John Bilog**
**472 CURTNER DRIVE**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DALE LEE BAXLEY**
**629 TAMARACK DR**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dale Lee Baxley**
**629 TAMARACK DR**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dalisia Marie Morgan**
**3419 BARMOUTH DR**
**ANTIOCH, CA 94509**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dameian O'Sullivan**
**3858 ASHRIDGE LN**
**SAN JOSE, CA 95121**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.867** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAMEIAN OSULLIVAN**
**3858 ASHRIDGE LN**
**SAN JOSE, CA 95121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAMIAN CHRISTOP WHITE**
**33524 7TH ST**
**UNION CITY, CA 94587**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Damian Christop White**
**33524 7TH ST**
**UNION CITY, CA 94587**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAMIAN MAXIMILL MORA**
**215 N CAPITAL AVE APT 4**
**SAN JOSE, CA 95127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.871** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Damian Maximill Mora**
**215 N CAPITAL AVE APT 4**
**SAN JOSE, CA 95127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DAMIAN PEREZ**
**316 AVALON BLVD**
**LOS ANGELES, CA 90744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.873** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Damian Perez**
**316 AVALON BLVD**
**LOS ANGELES, CA 90744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMIEN LAMONT COLEMAN II**
**37033 MAPLE ST**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Damien Lamont Coleman II**
**37033 MAPLE ST**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMION HARRY**
**120 SOUTH 11TH AVENUE**
**MOUNT VERNON, NY 10550**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAMON JAMAL LYNCH**
**1741 B ST APT 1**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Damon Jamal Lynch**
**1741 B ST APT 1**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Damon Michael Wilks**
**36149 CABRILLO DR**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Damon Paul Musselman**
**711 OLD CANYON RD APT 147**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Bautista Munoz**
**2345 ASHGLEN WAY**
**SAN JOSE, CA 95133**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dan Ngo**
**375 OLIVER STREET**
**MILPITAS, CA 95035**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANAYSHA HARRIS**
**446 BERRIMAN ST 2B**
**BROOKLYN, NY 11208**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danesha Ebony Sapp**
**705 SOUTH ALMANSOR STREET**
**ALHAMBRA, CA 91801**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL AGUILAR**
**37640 26TH DRIVE S**
**FEDERAL WAY, WA 98003**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL BRYANT**
**15905 SE 144TH ST**
**RENTON, WA 98059**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Diaz Hernandez Jr**
**3512 ROLISON RD**
**REDWOOD CITY, CA 94063**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DANIEL E BARBA MORALES**
**334 ROEDER CT**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel E Barba Morales**
**334 ROEDER CT**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel Epifone Borjon Jr**
**2181 NORTH TRACY BLVD APT 193**
**TRACY, CA 95376**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DANIEL F MESIANO**
**26808 171ST PL SE APT C207**
**COVINGTON, WA 98042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DANIEL JAMES HOPPNER**
**1506 BIRD AVE**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel James Hoppner**
**1506 BIRD AVE**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.894** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Daniel James Klay**
**1350 JUANITA WAY**
**CAMPBELL, CA 95008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel James Stoch**
**2361 LOMA PARK CT**
**SAN JOSE, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL JEAN-BAPTISTE**
**22623 16TH AVE S**
**DES MOINES, WA 98198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Lander**
**2858 REGNART WAY**
**SANTA CLARA, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Liang**
**1015 BRUSSELS STREET**
**SAN FRANCISCO, CA 94134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Murrell**
**1516 RALSTON AVE APT 7**
**BURLINGAME, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Nguyen**
**299 ASPEN RIDGE DR**
**MILPITAS, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL PENN**
**2113 VILLAGE DRIVE**
**PITTSBURGH, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number *(if known)*    **17-52865**

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DANIEL QUINONEZ**
**822 SINBAD AVE**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Quinonez**
**822 SINBAD AVE**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Raymond Ballard**
**340 UNION SQUARE APT 294**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Reeb**
**407 SANDSTONE DRIVE**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Rosales**
**315 SOUTH BERNARDO AVE UNIT 3**
**SUNNYVALE, CA 94086**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**DANIEL ROY CALDERA**
**1085 TASMAN DR SPC 697**
**SUNNYVALE, CA 94089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Roy Caldera**
**1085 TASMAN DR SPC 697**
**SUNNYVALE, CA 94089**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL STEPHEN HARRISTAKIS**
**1730 LAKE ST**
**SAN MATEO, CA 94403**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Stephen Harristakis**
**1730 LAKE ST**
**SAN MATEO, CA 94403**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Tsegaye**
**3865 MLK JR WAY**
**Oakland, CA 94609**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL YEMANE HAGOS**
**P O  BOX 28891**
**SAN JOSE, CA 95159**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Yemane Hagos**
**P O BOX 28891**
**SAN JOSE, CA 95159**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Denise Serrano**
**734 LEXINGTON PL 118**
**GILROY, CA 95020**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Marie Shroyer**
**213 DEL ROSA WY**
**SAN MATEO, CA 94403**

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE MARIE VADEN**
**551 12TH ST**
**RICHMOND, CA 94801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Marie Vaden**
**551 12TH ST**
**RICHMOND, CA 94801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIELLE MILLER**
**819 BOQUET ST**
**MCKEES ROCKS, PA 15236**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danita Churchill**
**1730 Bay Road # 403**
**East Palo Alto, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny Andrew Horning**
**797 WILLOW GLEN WAY**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny Andrew Horning II**
**14581 CHARMERAN AVE**
**SAN JOSE, CA 95124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANNY DINH**
**2214 GALVESTON APT A**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny Dinh**
**2214 GALVESTON APT A**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danny Nguyen**
**1832 ROCK SPRINGS DR APT 4**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANNY WILSON**
**19502 28TH DR SE**
**BOTHELL, WA 98012**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANTE FALLS**
**32200 MILITARY RD S APT V 350**
**FEDERAL WAY, WA 98001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANUAL JOEL VON KERRY**
**724 LEWELLING BLVD APT 241**
**SAN FRANCISCO, CA 94115**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danual Joel Von Kerry**
**724 LEWELLING BLVD APT 241**
**SAN FRANCISCO, CA 94115**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daphne Darlene Davis**
**1801 E SONORA ST**
**STOCKTON, CA 95205**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DARICO GREGORY**
**837 LAKE SHORE DR**
**BOWIE, MD 20721**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dario Duenas**
**330 CARSON DR**
**HAYWARD, CA 94544**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darisha Mae Singleton**
**1122 73RD AVE**
**OAKLAND, CA 94621**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darius Deante Fields**
**338 CHESTER ST**
**OAKLAND, CA 94607**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darnell Lemar Sweazie**
**9414 S SAN PEDRO ST APT # 2**
**LOS ANGELES, CA 90003**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darnisha Monique Koonce**
**238 EAST 83RD ST**
**LOS ANGELES, CA 90003**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darrail Stallworth**
**1526 W 20TH ST APT D**
**LONG BEACH, CA 90810**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.937** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DARREL VINCENT ALAMEIDA**
**325 SYLVAN AVE SPC 19**
**MOUNTAIN VIEW, CA 94041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Darrel Vincent Alameida**
**325 SYLVAN AVE SPC 19**
**MOUNTAIN VIEW, CA 94041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.939** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DARRELL FISHER**
**7903 CROWS NEST CT 31**
**LAUREL, MD 20707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DARREN XIE**
**41 YALE ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.941** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Darren Xie**
**41 YALE ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.942** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Darriel Ballesteros**
**PO BOX 6455**
**BUENA PARK, CA 90622**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.943** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Darryl Bickley**
**805 SHARMON PALMS LN APT B**
**CAMPBELL, CA 95008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number _(if known)_    **17-52865**

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Darshan Singh**
**5405 CURTIS ST**
**FREMONT, CA 94538**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $472.90 |

**Dash Courier Service**
**PO Box 6704**
**Greenville, SC 29606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**DASHANIQUE CHRI REED**
**77 AMBROSE AVE**
**BAY POINT, CA 94565**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dashanique Christine Reed**
**77 AMBROSE AVE**
**BAY POINT, CA 94565**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Dashonya Monitque Renee Ross**
**1600 82ND AVE**
**OAKLAND, CA 94621**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**DAVE JEAN-BAPTISTE**
**1497 CARROLL ST APT 56**
**BROOKLYN, NY 11213**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**David Allen Lopez**
**8480 MORENO DR APT 1**
**RANCHO CUCAMONGA, CA 91730**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 140 of 681

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.951** | Nonpriority creditor's name and mailing address

**David Amanuel Julius**
706 Modesto ave
Santa Cruz, CA 95060

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.952** | Nonpriority creditor's name and mailing address

**DAVID ANTHONY FLORES JR**
855 APPLE ST
OAKLAND, CA 94603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.953** | Nonpriority creditor's name and mailing address

**David Anthony Flores Jr**
855 APPLE ST
OAKLAND, CA 94603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.954** | Nonpriority creditor's name and mailing address

**David Anthony Nye**
123 E SAN CARLOS AVE APT 193
SAN JOSE, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.955** | Nonpriority creditor's name and mailing address

**DAVID ANTONIO RODRIGUEZ**
433 W 48TH ST
LOS ANGELES, CA 90037

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.956** | Nonpriority creditor's name and mailing address

**David Antonio Rodriguez**
433 W 48TH ST
LOS ANGELES, CA 90037

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.957** | Nonpriority creditor's name and mailing address

**David Arteaga**
422 E 56TH ST
LOS ANGELES, CA 90011

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name | | |

---

**3.958** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DAVID BOOKMAN
133 W 90TH ST 10E
NEW YORK, NY 10024

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David C. Van Horn
4147 BYRON ST
PALO ALTO, CA 94306

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Cano
7148 CLARENDON ST
SAN JOSE, CA 95129

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DAVID CASTRO CELESTINO
2791 CHRISTOPHER CT
HAYWARD, CA 94541

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Castro Celestino
2791 CHRISTOPHER CT
HAYWARD, CA 94541

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Damaso Weinstein
766 BAYSHORE ST
MARTINEZ, CA 94553

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Do
1626 RIDGETREE WAY
SAN JOSE, CA 95131

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.965**

**Nonpriority creditor's name and mailing address**

**DAVID HARDY**
**1459 DRUID VALLEY DR**
**ATLANTA, GA 30329**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.966**

**Nonpriority creditor's name and mailing address**

**DAVID HIEN DUC BUI**
**3394 NORWOOD AVE**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.967**

**Nonpriority creditor's name and mailing address**

**David Hien Duc Bui**
**3394 NORWOOD AVE**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.968**

**Nonpriority creditor's name and mailing address**

**David Hong Duc Mai**
**5015 PAGE MILL DR**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.969**

**Nonpriority creditor's name and mailing address**

**DAVID IAN QUIRIMIT**
**2364 ALCALDE ST**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.970**

**Nonpriority creditor's name and mailing address**

**David Ian Quirimit**
**2364 ALCALDE ST**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.971**

**Nonpriority creditor's name and mailing address**

**DAVID JAMES CAUGHEY**
**1108 CREED ST**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.972** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David James Caughey**
**1108 CREED ST**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.973** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DAVID JAY KOBZEV**
**PO BOX 2903**
**WOODINVILLE, WA 98072**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.974** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DAVID JOSEPH GONZALES JR**
**2999 HOSTETTER RD**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.975** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Joseph Gonzales Jr**
**2999 HOSTETTER RD**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.976** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DAVID JOSEPH RIOS**
**2 PINEHURST AVE #D2**
**NEW YORK, NY 10033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.977** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Lee King Jr**
**1314 SOUTHGATE AVE**
**DALY CITY, CA 94015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.978** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DAVID LEON FONTENETTE**
**1019 CENTER ST**
**OAKLAND, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.979** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Leon Fontenette
1019 CENTER ST
OAKLAND, CA 94607

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.980** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Leon Sosa
3339 QUESADA DR
SAN JOSE, CA 95148

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.981** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Luevano
1225 Bay Port Circle
Pomona, CA 91768

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.982** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Manuel Lemos
396 ROYCE DR
SAN JOSE, CA 95133

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.983** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

David Marquez
4315 E 55TH ST
MAYWOOD, CA 90270

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.984** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DAVID MARTINEZ
12121 SE 319TH PL
AUBURN, WA 98002

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.985** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DAVID MOON
552 SINCLAIR ST APT 311
MCKEESPORT, PA 15132

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.986** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Peter Dreyfous**
533 ROBIN DR
SANTA CLARA, CA 95050

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Renato Aguirre**
2717 NEVIN AVE
RICHMOND, CA 94804

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Reveles**
1925 E 23RD ST
OAKLAND, CA 94606

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Rincon**
515 REDONDO AVE APT 1
LONG BEACH, CA 90814

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.990** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Russell Quick**
648 ARMANINI AVE
SANTA CLARA, CA 95050

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**DAVID SCHOENE**
102 TAPIA DR
SAN FRANCISCO, CA 94132

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**David Schoene**
102 TAPIA DR
SAN FRANCISCO, CA 94132

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**                                       Case number *(if known)*   **17-52865**
_____
Name

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Thomas Smith**
**1463 30th Ave**
**San Francisco, CA 94124**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Valdes Reyes**
**1291 PLUM ST #2**
**SAN JOSE, CA 95110**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Van Duong**
**1387 DORNOCH AVE**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID VIN**
**507 SINCLAIR DR**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Vin**
**507 SINCLAIR DR**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Wayne Miller**
**483 LINCOLN AVE**
**SUNNYVALE, CA 94086**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DAVID WUEST**
**19721 BOTHELL EVERETT HIGHWAY**
**APT 507**
**BOTHELL, WA 98012**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.100 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DAVID YUNG KIM** | ■ Contingent | |
| | **6564 TIMBERVIEW DR** | ■ Unliquidated | |
| | **SAN JOSE, CA 95120** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **David Yung Kim** | ■ Contingent | |
| | **6564 TIMBERVIEW DR** | ■ Unliquidated | |
| | **SAN JOSE, CA 95120** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Davit Davtyan** | ■ Contingent | |
| | **2460 W 239TH ST APT 31** | ■ Unliquidated | |
| | **TORRANCE, CA 90501** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DAWIT THIRUNEH** | ■ Contingent | |
| | **8450 DELRIDGE WAY SW APT 2A** | ■ Unliquidated | |
| | **SEATTLE, WA 98106** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DAWIT YIHDEGO** | ■ Contingent | |
| | **3604 S 100TH ST APT B42** | ■ Unliquidated | |
| | **SEATAC, WA 98188** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **DAWN HIRSCH** | ■ Contingent | |
| | **1317 S BRADDOCK AVE APT 5** | ■ Unliquidated | |
| | **PITTSBURGH, PA 15218** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*    **17-52865**

---

| 3.100 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **DAWOOD AUCKBARAULLEE** | ■ Contingent | |
| **3710 CHARLTON IVES DR** | ■ Unliquidated | |
| **LILBURN, GA 30047** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **DAYTON JOSEPH KNOLES** | ■ Contingent | |
| **1690 CIVIC CENTER DR #501** | ■ Unliquidated | |
| **SANTA CLARA, CA 95050** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dayton Joseph Knoles** | ■ Contingent | |
| **1690 CIVIC CENTER DR #501** | ■ Unliquidated | |
| **SANTA CLARA, CA 95050** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **DAYVON JAMERE DAVIS** | ■ Contingent | |
| **10900 EAST TAYLOR RD APT 163** | ■ Unliquidated | |
| **GULFPORT, MS 39503** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dayvon Jamere Davis** | ■ Contingent | |
| **10900 EAST TAYLOR RD APT 163** | ■ Unliquidated | |
| **GULFPORT, MS 39503** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **DCT Williams Street LLC** | ☐ Contingent | |
| **555 17th Street** | ☐ Unliquidated | |
| **Suite 3700** | ☐ Disputed | |
| **Denver, CO 80202** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name                                                                    Case number (if known)    **17-52865**

---

**3.101
2**

**Nonpriority creditor's name and mailing address**

**DE ANDRE JAY CUMMINGS
625 BERRY AVE
HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101
3**

**Nonpriority creditor's name and mailing address**

**De Andre Jay Cummings
625 BERRY AVE
HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101
4**

**Nonpriority creditor's name and mailing address**

**DE JON MONEIL VASQUEZ
1482 12TH ST.  APT B
OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101
5**

**Nonpriority creditor's name and mailing address**

**De Jon Moneil Vasquez
1482 12TH ST. APT B
OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101
6**

**Nonpriority creditor's name and mailing address**

**De Yuan Zheng
7315 STARWARD DR APT 53
DUBLIN, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101
7**

**Nonpriority creditor's name and mailing address**

**De Zaun Jaquell Bruce
15215 EDGEMOOR ST
SAN LEANDRO, CA 94579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.101 8**

**Nonpriority creditor's name and mailing address**
**DEANA LEE CAIN**
**328 SUFFOLK DR**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 9**

**Nonpriority creditor's name and mailing address**
**Deana Lee Cain**
**328 SUFFOLK DR**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 0**

**Nonpriority creditor's name and mailing address**
**Deandre Cash**
**882 WILLOW ST**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 1**

**Nonpriority creditor's name and mailing address**
**DEANDRE OFFORD**
**3445 S 176TH STREET APT 302**
**SEATAC, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 2**

**Nonpriority creditor's name and mailing address**
**Deaneane Shonte Oberlton Chambers**
**463 WOOSTER AVE APT G15**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 3**

**Nonpriority creditor's name and mailing address**
**DEANKA JACQUELI DOPLER-PANTOJA**
**3838 TWIN FALLS CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*     **17-52865**

---

**3.102
4**

**Nonpriority creditor's name and mailing address**

**Deanka Jacqueline Dopler-Pantoja**
**3838 TWIN FALLS CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.102
5**

**Nonpriority creditor's name and mailing address**

**DeAnna Briones**
**604 ROUGH AND READY RD**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.102
6**

**Nonpriority creditor's name and mailing address**

**Deanna Lynne Wanzo**
**10241 MCBROOM ST**
**SUNLAND, CA 91040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.102
7**

**Nonpriority creditor's name and mailing address**

**DEAUNDRE TYSON**
**1219 W 92ND**
**LOS ANGELES, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.102
8**

**Nonpriority creditor's name and mailing address**

**Deaundre Tyson**
**1219 W 92ND**
**LOS ANGELES, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.102
9**

**Nonpriority creditor's name and mailing address**

**Debbie Anita Alcala**
**2132 MAIN ST APT 2**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number (if known)   **17-52865**

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Debbie Lynn Hudson**
**616 W PARR AVE #7**
**LOS GATOS, CA 95032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deborah Alley Gerkin**
**531 MOUNTAIN HOME DR**
**SAN JOSE, CA 95136**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DEBORAH ANN SCHWENKE**
**282 REY ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deborah Ann Schwenke**
**282 REY ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DEBORAH DENISE LANPHEAR**
**1760 CHEVALIER DRIVE**
**SAN JOSE, CA 95124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deborah Denise Lanphear**
**1760 CHEVALIER DRIVE**
**SAN JOSE, CA 95124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**Deborah Lynn Gales**
**1230 BROOKSIDE DR APT 28**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**DEBORAH RENEE LAFROM**
**360 E  EVELYN AVE  APT 234**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**Deborah Renee Lafrom**
**360 E EVELYN AVE APT 234**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**Deborah Sue Valle**
**4271 N FIRST ST #140**
**SAN JOSE, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Dee Jay Caparra Mahinan**
**1318 CASSLAND CT**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**DEERICKA SHROND RICHARDSON**
**667 SYCAMORE AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.104**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Deericka Shronda Richardson**<br>**667 SYCAMORE AVE**<br>**HAYWARD, CA 94544** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DEIRDRE SANDRA MONTGOMERIE**<br>**934 ADAMS STREET**<br>**ALBANY, CA 94706** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Deirdre Sandra Montgomerie**<br>**934 ADAMS STREET**<br>**ALBANY, CA 94706** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DEJANE COOPER**<br>**1014 1/2 W  84TH ST**<br>**LOS ANGELES, CA 90044** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dejane Cooper**<br>**1014 1/2 W 84TH ST**<br>**LOS ANGELES, CA 90044** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dejanet Garrett**<br>**5408 AEGEAN WAY APT 1**<br>**LAS VEGAS, NV 89149** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1048**

**Nonpriority creditor's name and mailing address**

**Deje Devante Silas**
**1419 GATEWAY DR**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1049**

**Nonpriority creditor's name and mailing address**

**Delanna Marshun Grayson**
**22522 THIRD ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1050**

**Nonpriority creditor's name and mailing address**

**Delano Villacarillo**
**382 SILVERTIP CT**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1051**

**Nonpriority creditor's name and mailing address**

**Delivery Express Inc**
**405 Evans Black Drive**
**Tukwila, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$201.62**

---

**3.1052**

**Nonpriority creditor's name and mailing address**

**Delta Airlines**
**PO Box 934946**
**Atlanta, GA 31193-4946**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$176.38**

---

**3.1053**

**Nonpriority creditor's name and mailing address**

**Delvin Ray Nix**
**1504 W TICHENOR ST**
**COMPTON, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**Delynn Lakita Rose**
**584 58th St**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**DEMARCUS SHAMBLEY**
**15 MOSEL AVE 1B**
**STATEN ISLAND, NY 10304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**DEMAREA LEWIS RADFORD**
**2607 67TH AVE**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**DEMARIA AVRAHAM SHAPIRO**
**1357 136TH AVE**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**Demaria Avraham Shapiro**
**1357 136TH AVE**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**Demario Megele Henderson**
**1231 ELGIN ST**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.106 0**

**Nonpriority creditor's name and mailing address**
**DEMAUREA M SMITH**
**2942 FRUITVALE AVENUE**
**OAKLAND, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**
**Demaurea M Smith**
**2942 FRUITVALE AVENUE**
**OAKLAND, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 2**

**Nonpriority creditor's name and mailing address**
**Demba Baldeh**
**1116 NW 54TH APT 202**
**SEATTLE, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**
**DEMELASH MEKONE GEBRU**
**1083 N  ABBOTT AVE**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
**Demelash Mekonene Gebru**
**1083 N ABBOTT AVE**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
**DEMETRIUS DARNE SNEED**
**2697 HAVENSCOURT APT 13**
**OAKLAND, CA 95601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

**Demetrius Darnell Sneed**
**2697 HAVENSCOURT APT 13**
**OAKLAND, CA 95601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

**DEMETRIUS LAMON DAVIS**
**1641 SUBURBAN AVE**
**PITTSBURGH, PA 15216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

**Dena Tayebipoor**
**14248 DICKENS ST APT #116**
**SHERMAN OAKS, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

**DENIKKO HOWARD**
**6339 34TH AVE SW 112**
**SEATTLE, WA 98126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Denis Shneyder**
**15375 TROPIC CT APT 6**
**SAN LEANDRO, CA 94579**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Denise Cheri Zangrando**
**529 JACKSON AVE**
**REDWOOD CITY, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**DENISE YVONNE JOHNSON**
**2966 ROSSMORE LN**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Denise Yvonne Johnson**
**2966 ROSSMORE LN**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Dennard Lenore Earl Robinson**
**2104 MANZANITA WAY APT A**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**DENNIS FRASER**
**111-31 125 ST**
**RICHMOND HILL, NY 11420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Dennis Jermaine Williams**
**187 1/2 ELLIS STREET**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Denny Aldana**
**925 E ADAMS BLVD**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Denrick Ivan Sebastian**
**2350 TRADE ZONE BLVD**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**DEONN ALBERTO ORTIZ**
**1425 CHIPLAY DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Deonn Alberto Ortiz**
**1425 CHIPLAY DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Deonte Williams**
**6435 FOOTHILL BLVD 214**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Derby Logistics Solutions Inc**
**215 R Salem Street**
**Ste A**
**Woburn, MA 01801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,725.00**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**DEREJE GEDA**
**917 105TH PL SE**
**EVERETT, WA 98208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.108 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DEREK BRYAN ROGERS**
**34583 CALCUTTA DR**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.108 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek Bryan Rogers**
**34583 CALCUTTA DR**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.108 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DEREK JAMES WILLIAMS JR**
**1170 ELGIN ST**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.108 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derek James Williams Jr**
**1170 ELGIN ST**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.108 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Derreck Duarte**
**9715 1/2 Alexander.ave**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.108 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**DERRICK BUSH**
**8502 KADEN DRIVE**
**JONESBORO, GA 30238**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

**DERRICK HOOKS**
**794 MIDWOOD STREET 5C**
**BROOKLYN, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**

**DERRICK LORENZO PRESSLEY**
**6505 FARMER DRIVE**
**FORT WASHINGTON, MD 20744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**

**DERRICK NII ATTRAM ASHONG**
**3042 DRIFTWOOD DR APT 36**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

**Derrick Nii Attram Ashong**
**3042 DRIFTWOOD DR APT 36**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

**Derrick Norfleet**
**3423 MT EVEREST DR**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

**DERRON JACKSON**
**826 S FLOWER ST  APT 2**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

**Derron Jackson**
**826 S FLOWER ST APT 2**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 7**

**Nonpriority creditor's name and mailing address**

**DESALEGN ALEMU**
**14200 LINDEN AVE N APT 304**
**SEATTLE, WA 98133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 8**

**Nonpriority creditor's name and mailing address**

**Desenta Renee Mcdaniels**
**133 W HILLCREST BLVD APT 4**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.109 9**

**Nonpriority creditor's name and mailing address**

**DESHONIQUE PORC JEFFERSON**
**4105 MARKET ST**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 0**

**Nonpriority creditor's name and mailing address**

**Deshonique Porcha Luveya Jefferson**
**4105 MARKET ST**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 1**

**Nonpriority creditor's name and mailing address**

**Desiree Beltran**
**271 EL PORTAL WAY**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.110
2**

**Nonpriority creditor's name and mailing address**

**Desiree Christine Harris**
**715 MILITARY EAST**
**BENICIA, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110
3**

**Nonpriority creditor's name and mailing address**

**DESIRES PEREZ**
**1385 5TH AVE**
**NEW YORK, NY 10027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110
4**

**Nonpriority creditor's name and mailing address**

**DESTINY CARTER**
**4105 161ST AVE SE**
**BELLEVUE, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110
5**

**Nonpriority creditor's name and mailing address**

**Deundre Grice**
**12903 Roselle Ave #1**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110
6**

**Nonpriority creditor's name and mailing address**

**Devante William-Markell Harris**
**2130 MAIN ST APT 1**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110
7**

**Nonpriority creditor's name and mailing address**

**DEVAUGHN WHITE**
**226 CLAY DR**
**PITTSBURGH, PA 15235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|--------|-----------------------------------|--------------------------|----------|
| | Name | | |

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Devin Kilpatrick**
**1432 W 121ST**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**DEVONNA LYNN JONES**
**2901 MARY ANN LANE APT 227**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Devonna Lynn Jones**
**2901 MARY ANN LANE APT 227**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**DeVontae LaJaun Smith**
**500 RAILWAY AVE #305**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**DEXTER MCKENLEY GIVENS**
**P O BOX 51520**
**PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Dexter Mckenley Givens**
**P O BOX 51520**
**PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
**DIAKA BURKE**
**765 VEDADO WAY NE APT.1**
**ATLANTA, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
**Diamon Jakeyna Hamilton**
**1616 G STREET APT D**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**
**DIANNE TAM**
**1517 ONTARIO AVE**
**LAKE CITY, GA 30260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**
**Diego Reyna**
**6901 Flora Ave**
**Bell, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**
**Diligent Delivery Service**
**28338 Constellation Rd**
**Unit 940**
**Valencia, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$89.00**

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
**Dindo C Dupa**
**736 GELLERT BLVD**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.112 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Dinesha Lakesha Knox**<br>**1006 W GRAND AVE**<br>**POMONA, CA 91766** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Dion Joseph Hudson Starr**<br>**619 TOPAZ STREET APT #5**<br>**REDWOOD CITY, CA 94061** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Dione Alex Mason**<br>**2326 88TH AVE APT C**<br>**OAKLAND, CA 94605** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,662.20** |
|---|---|---|
| **Discount Courier Services**<br>**2549-B EastBluff Dr**<br>**#276**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$391.00** |
|---|---|---|
| **Dispatch Delivery K B Inc**<br>**PO Box 12069**<br>**Oklahoma City, OK 73157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,471.54** |
|---|---|---|
| **Distribution Management Corp**<br>**PO Box 94150**<br>**Albuquerque, MN 87199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97.75** |
|---|---|---|
| **Diversified Delivery Service**<br>**546 W. 9560 S**<br>**Sandy, UT 84070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name
Case number (*if known*)    **17-52865**

---

**3.1127**

**Nonpriority creditor's name and mailing address**

**DIYA IMANI JONES**
**722 31ST ST**
**OAKLAND, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1128**

**Nonpriority creditor's name and mailing address**

**Diya Imani Jones**
**722 31ST ST**
**OAKLAND, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1129**

**Nonpriority creditor's name and mailing address**

**DJJ Technologies**
**PO Box 420296**
**Atlanta, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

$400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1130**

**Nonpriority creditor's name and mailing address**

**DJUAN MILLER**
**22416 88TH AVE S K206**
**KENT, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1131**

**Nonpriority creditor's name and mailing address**

**DLS Discovery**
**PO Box 226**
**Wilmington, DE 19899**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

$10,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1132**

**Nonpriority creditor's name and mailing address**

**DOMINIC ALLEN ALVIDREZ**
**1989 ELDEN DR**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

**Dominic Allen Alvidrez**
**1989 ELDEN DR**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**DOMINIC DANIEL DURON**
**P O  BOX 3650**
**SANTA CLARA, CA 95055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**Dominic Daniel Duron**
**P O BOX 3650**
**SANTA CLARA, CA 95055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**Dominik Rogers**
**762 BATISTA DR**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**DOMINIQUE DEVAR CENTERS**
**2675 PARKER AVE**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Dominique Devar Centers**
**2675 PARKER AVE**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.113 9**

**Nonpriority creditor's name and mailing address**
**DOMINIQUE HARRIS**
**10419 22ND AVE SW**
**SEATTLE, WA 98146**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 0**

**Nonpriority creditor's name and mailing address**
**DOMINIQUE RACHE JOHNSON**
**3610 PERALTA ST APT 220**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**
**Dominique Rache Johnson**
**3610 PERALTA ST APT 220**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**
**DOMONIQUE ROBINSON**
**3970 WARNER AVE APT A7**
**LANDOVER HILLS, MD 20784**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**
**Donald Ray Pittman**
**3942 S WILTON PLACE**
**LOS ANGELES, CA 90062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**
**Donald Roberts**
**3520 WEST 39TH STREET**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **A-1 Express Delivery Service, Inc.**

Name

Case number *(if known)*     **17-52865**

---

| 3.114 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**DONALD RUSTE BAUTISTA**
**2706 COLIN CT**
**SAN JOSE, CA 95148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donald Ruste Bautista**
**2706 COLIN CT**
**SAN JOSE, CA 95148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donielle Lyles**
**8635 SOMERSET BLVD APT 141**
**PARAMOUNT, CA 90723**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$296,676.21** |

**Donlen**
**3000 Lakeside Dr., 2nd Floor**
**Bannockburn, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donn John Juvida Delacruz**
**2957 NIEMAN BLVD APT 301**
**SAN JOSE, CA 95148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Simpson**
**4901 GREENRIVER RD #248**
**CORONA, CA 92880**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.115**
**1**

**Nonpriority creditor's name and mailing address**
**DONNA TAPIA**
**3638 E F ST**
**TACOMA, WA 98404**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115**
**2**

**Nonpriority creditor's name and mailing address**
**Donneld Lawrence Elder**
**728 E 121ST**
**LOS ANGELES, CA 90059**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115**
**3**

**Nonpriority creditor's name and mailing address**
**DONOVAN DAJON WASHINGTON**
**25518 SOTO RD APT 9**
**HAYWARD, CA 94544**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115**
**4**

**Nonpriority creditor's name and mailing address**
**Donovan Dajon Washington**
**25518 SOTO RD APT 9**
**HAYWARD, CA 94544**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115**
**5**

**Nonpriority creditor's name and mailing address**
**DONTE MAURICE BROWN**
**1780 BANCROFT AVE #4502**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115**
**6**

**Nonpriority creditor's name and mailing address**
**Donte Maurice Brown**
**1780 BANCROFT AVE #4502**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known) **17-52865**

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DONTE WILLIAMS**
**445 S 3RD ST 15**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donte Williams**
**445 S 3RD ST 15**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Doreen Joy Isaacs**
**1624 THE ALAMEDA APT 15**
**SAN JOSE, CA 95126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DORIS LAVONNE A GAFFNEY**
**1330 CONTRA COSTA AVE**
**APT J107**
**RICHMOND, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Doris Lavonne A Gaffney**
**1330 CONTRA COSTA AVE**
**APT J107**
**RICHMOND, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DOUGLAS ALAN HOPKINS**
**1498 CATHY WAY**
**HAYWARD, CA 94545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**Douglas Alan Hopkins**
**1498 CATHY WAY**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**Douglas Duaine Cupp**
**PO BOX 391287**
**MOUNTAIN VIEW, CA 94039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**Drake Wilson**
**4677 DEMARET DR**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**Du Ngoc Bui**
**3351 FLINTMONT DR**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**DUANE ECHOLS**
**810 KIRKPATRICK AVE APT 2**
**BRADDOCK, PA 15104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**DUANISHA SARDE GOODE**
**2700 GRAND CONCOURSE APT 611**
**BRONX, NY 10458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.116 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Duante Dedron Rentie**<br>**1346 BECKET DR**<br>**SAN JOSE, CA 95121** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.117 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Duong Thai Dang**<br>**3547 LISBON DR**<br>**SAN JOSE, CA 95132** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.117 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DUQUERLEAU PRINSILMA**<br>**2511 NEWKIRK AVE APT A15**<br>**BROOKLYN, NY 11226** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.117 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Duriel Lamont Walker**<br>**999 W EVELYN TERRACE # 80**<br>**SUNNYVALE, CA 94086** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.117 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DUSTIN ASHLEY**<br>**11038 DAYTON AVE N**<br>**SEATTLE, WA 98133** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.117 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **DUSTIN BOULDING**<br>**13 PLEASANTVIEW HOMES**<br>**BEAVER FALLS, PA 15010** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.117**
**5**

**Nonpriority creditor's name and mailing address**

**Dustin Jared Ross**
**14420 KITTRIDGE STREET**
**APT 304**
**VAN NUYS, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117**
**6**

**Nonpriority creditor's name and mailing address**

**DUSTIN LAW**
**1720 MORRILL AVE**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117**
**7**

**Nonpriority creditor's name and mailing address**

**Dustin Law**
**1720 MORRILL AVE**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117**
**8**

**Nonpriority creditor's name and mailing address**

**DUY CU**
**3181 LONE BLUFF WAY**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117**
**9**

**Nonpriority creditor's name and mailing address**

**Duy Cu**
**3181 LONE BLUFF WAY**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118**
**0**

**Nonpriority creditor's name and mailing address**

**DWAIN DERRICK BRAZIL II**
**17701 S AVALON BLVD SP 190**
**CARSON, CA 90746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

**Dwain Derrick Brazil II**
**17701 S AVALON BLVD SP 190**
**CARSON, CA 90746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

**Dwayne A Holland**
**4096 PIEDMONT AVE SUITE 329A**
**OAKLAND, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

**DWAYNE ALDRIDGE**
**103 MORELAND ST**
**ALIQUIPPA, PA 15001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

**DWAYNE ALGERNON MACK**
**40 S TERRACE AVE, # 1**
**MOUNT VERNON, NY 10550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

**DWAYNE ALLEN JONES**
**7907 WESTWOOD COURT**
**CLINTON, MD 20735-1456**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

**DWAYNE O KEMP JR**
**106 KAREN DR**
**MCDONALD, PA 15057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.118 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dwayne Vanier Davis**
**2342 SHATTUCK AVE APT 303**
**BERKELEY, CA 94704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dylan Adams**
**18342 PATTERSON LANE UNIT 1**
**HUNTINGTON BEACH, CA 92646**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dylan Yei Lin Chan**
**1845 GENEVA AVE**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dylann Fezeukemgue**
**201 PENNSYLVANIA AVE APT 226**
**FAIRFIELD, CA 94533**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$643.75** |
|---|---|---|---|

**Dynamex-Las Vegas**
**PO Box 803496**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$775.00** |
|---|---|---|---|

**Dynamex-NJ**
**PO Box 803496**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,121.01 |
|---|---|---|---|

**Dynamex-OR**
**PO Box 803496**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,256.74 |
|---|---|---|---|

**Dynamex-UT**
**PO Box 803496**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DZEVAD SALI**
**1825 NE 3RD ST APT 8**
**RENTON, WA 98056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  6 mo term

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**E-Courier Inc**
**776 Live Oak Drive**
**Millersville, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $447,789.80 |
|---|---|---|---|

**Ean Services**
**PO Box 402383**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Earl Crockett III**
**1722 SIXTH ST**
**RICHMOND, CA 94801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class List

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EARLENE E STEWART**
**1808 88TH AVE APT A**
**OAKLAND, CA 94621**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  6 mo term

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
**Earlene E Stewart**
**1808 88TH AVE APT A**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
**EARNEST LEE**
**3005 S 152ND STREET**
**SEATAC, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
**EarthLink**
**PO Box 2252**
**Birmingham, AL 35246-1058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
**EARVIN JUSTIN VILLAFLOR**
**821 CALIFORNIA AVE APT A**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
**Earvin Justin Villaflor**
**821 CALIFORNIA AVE APT A**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
**Ed Scott Express**
**PO Box 648**
**Springfield, MO 65801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$601.94

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known) **17-52865**

| 3.120 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDDER JAVIER GONZALEZ**
**1608 N  SERRANO AVE APT 5**
**LOS ANGELES, CA 90027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edder Javier Gonzalez**
**1608 N SERRANO AVE APT 5**
**LOS ANGELES, CA 90027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDDIE DEAN MORRIS**
**443 DIMM ST**
**RICHMOND, CA 94805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eddie Dean Morris**
**443 DIMM ST**
**RICHMOND, CA 94805**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.58 |
|---|---|---|---|

**Eddy Messenger Service**
**5 West Main Street**
**Elmsford, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDDY SHAFER**
**3106 GLENDALE AVE**
**PITTSBURGH, PA 15227**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.121 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

| **Edgar Armando Esturban**
1815 W 36TH ST
LOS ANGELES, CA 90018 |
|---|

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EDGAR DAVID ALARCON JR**
864 SILVER AVE
SAN FRANCISCO, CA 94134

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edgar David Alarcon Jr**
864 SILVER AVE
SAN FRANCISCO, CA 94134

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edgar Hernando Gomez**
19608 PRUNERIDGE AVE #9205
CUPERTINO, CA 95014

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edgar Javier Cartagena**
177 COLERIDGE GREEN
FREMONT, CA 94538

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edgar Joya**
3268 FLINTVIEW COURT
SAN JOSE, CA 95148

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1218**

**Nonpriority creditor's name and mailing address**

**Edgar Ogeese**
**759 6TH AVE APT B**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1219**

**Nonpriority creditor's name and mailing address**

**Edgar Racanac**
**505 VIA LUNETO**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1220**

**Nonpriority creditor's name and mailing address**

**Edgar Torres Granados**
**2113 LINCOLN ST**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1221**

**Nonpriority creditor's name and mailing address**

**EDINALDO DOS SANTOS**
**8626 26TH AVE SW A**
**SEATTLE, WA 98106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1222**

**Nonpriority creditor's name and mailing address**

**Eduardo D Micu**
**983 LAKEHAVEN DR**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1223**

**Nonpriority creditor's name and mailing address**

**Edward Alan Ederra**
**221 WASHINGTON DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.122
4**

**Nonpriority creditor's name and mailing address**

**Edward Albert Jerry Peter Stamper**
**142 SONDRA WAY**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122
5**

**Nonpriority creditor's name and mailing address**

**EDWARD ALBERT STAMPER**
**142 SONDRA WAY**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122
6**

**Nonpriority creditor's name and mailing address**

**Edward Allen Ricks**
**9805 CIMARRON ST**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122
7**

**Nonpriority creditor's name and mailing address**

**Edward Calderon**
**2755 SAN LEANDRO BLVD**
**APT. 205**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122
8**

**Nonpriority creditor's name and mailing address**

**EDWARD DUKE SCOTT III**
**853 DEL TREN AVE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122
9**

**Nonpriority creditor's name and mailing address**

**Edward Duke Scott III**
**853 DEL TREN AVE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.123 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Heshan**
**2059 Camden Ave.,#288**
**San Jose, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Huy Nguyen**
**709 CREEKLAND CIR**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Jerome Mcgadney Jr**
**2449 ACTON ST**
**BERKELEY, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Kunle Dale**
**902 KIRKHAM WAY**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD LATIMORE**
**1704 DAVIS AVE APT 3**
**PITTSBURGH, PA 15212**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.123 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Lee Johnson**
**1232 CARLTON AVE**
**MENLO PARK, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | **17-52865** |
|---|---|---|---|---|
| | Name | | | |

---

**3.123
6**

**Nonpriority creditor's name and mailing address**

**Edward M Habimana**
**20641 VANOWEN ST #106**
**WINNETKA, CA 91306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.123
7**

**Nonpriority creditor's name and mailing address**

**EDWARD NORWOOD**
**35156 LIDO BLVD APT J**
**NEWARK, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.123
8**

**Nonpriority creditor's name and mailing address**

**Edward Norwood**
**35156 LIDO BLVD APT J**
**NEWARK, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.123
9**

**Nonpriority creditor's name and mailing address**

**EDWARD RIENKS**
**4320 CRESCENT AVE**
**EVERETT, WA 98203-2125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.124
0**

**Nonpriority creditor's name and mailing address**

**Edward Takayuki Uto**
**3934 Alla Road**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.124
1**

**Nonpriority creditor's name and mailing address**

**Edwardo Calles**
**1132 PECOS WAY**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

Debtor    A-1 Express Delivery Service, Inc.
_____
          Name                                                    Case number (if known)    17-52865

| 3.124 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

Edwardo Tlatenchi Jr
1638 84TH AVE
OAKLAND, CA 94621

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

EDWIN BRUAN ICBAN
2746 CROFT DR
SAN JOSE, CA 95148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

Edwin Bruan Icban
2746 CROFT DR
SAN JOSE, CA 95148

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

EDWIN COLBERT
917 EUREKA ST
PITTSBURGH, PA 15210

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

Edwin Sereno Coria
10371 MILLER AVE #2
CUPERTINO, CA 95014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

EDWIN ULISES SANCHEZ LINARES
48 VIEWMONT AVE
SAN JOSE, CA 95127

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
_____
Name

---

**3.1248**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Edwin Ulises Sanchez Linares**
**48 VIEWMONT AVE**                                    ■ Contingent
**SAN JOSE, CA 95127**
                                                       ■ Unliquidated

Date(s) debt was incurred _                             ■ Disputed

Last 4 digits of account number _                      Basis for the claim:  **Class List**

                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1249**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Edwinds Ayala Jr**
**305 TYRELLA AVE APT A**                               ■ Contingent
**MOUNTAIN VIEW, CA 94043**
                                                       ■ Unliquidated

Date(s) debt was incurred _                             ■ Disputed

Last 4 digits of account number _                      Basis for the claim:  **Class List**

                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1250**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Edwinds Ayala Nizama**
**305 TYRELLA AVE APT A**                               ■ Contingent
**MOUNTAIN VIEW, CA 94043**
                                                       ■ Unliquidated

Date(s) debt was incurred _                             ■ Disputed

Last 4 digits of account number _                      Basis for the claim:  **Class List**

                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1251**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**ELI SAUL ROMAN**
**1674 MACOMBS RD 4A**                                  ■ Contingent
**BRONX, NY 10453**
                                                       ■ Unliquidated

Date(s) debt was incurred _                             ■ Disputed

Last 4 digits of account number _                      Basis for the claim:  **6 mo term**

                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1252**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**ELI VEGA**
**2612 OHIO AVE**                                       ■ Contingent
**SOUTH GATE, CA 90280**
                                                       ■ Unliquidated

Date(s) debt was incurred _                             ■ Disputed

Last 4 digits of account number _                      Basis for the claim:  **6 mo term**

                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1253**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Eli Vega**
**2612 OHIO AVE**                                       ■ Contingent
**SOUTH GATE, CA 90280**
                                                       ■ Unliquidated

Date(s) debt was incurred _                             ■ Disputed

Last 4 digits of account number _                      Basis for the claim:  **Class List**

                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.125 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elias Ayala**
**10261 REGAN ST**
**SAN JOSE, CA 94034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ELIAS GEBRAGAIZT**
**1700 17TH AVE 204**
**SEATTLE, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elisabeth L Nelson**
**21382 LAKE FOREST DRIVE APT F**
**LAKE FOREST, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Anne Ware**
**1021 N 7TH ST APT 4**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Ashworth**
**1427 HAVENCOURT**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.125 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Elizabeth Perez**
**1450 EAST GROVE AVE**
**ORANGE, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1260**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| ELIZABETH SCHWAB<br>1505 WEST CASINO RD APT 20<br>EVERETT, WA 98204 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1261**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| ELIZABETH SHERR BRINSON<br>249 THOMAS S  BOYLAND APT 12D<br>BROOKLYN, NY 11233 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1262**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Elizabeth Thuy Phan<br>2650 Whispering Hills dr<br>San Jose, CA 95148 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1263**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| ELIZER PANLAQUI PONIO<br>1051 SONOMA AVE<br>MENLO PARK, CA 94025 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1264**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Elizer Panlaqui Ponio<br>1051 SONOMA AVE<br>MENLO PARK, CA 94025 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1265**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| ELLIOTT DRAPER<br>1500 27TH AVE APT 1<br>OAKLAND, CA 94621 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__<br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **A-1 Express Delivery Service, Inc.**

Name

Case number (if known)   **17-52865**

---

| 3.126 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Elliott Draper**
**2120 65TH AVE**
**OAKLAND, CA 94621**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ELLIOTT TOTURA**
**71 CRAVEN DR**
**CHARLEROI, PA 15022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Elmer Elliot Huezo**
**433 W 48TH STREET**
**LOS ANGELES, CA 90037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Elodio Rubio Soto**
**14023 DOTY AVE**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ELOUISE CELESTINE-HOUSTON**
**625 W VERNON ST APT 2**
**LOS ANGELES, CA 90037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Elouise Celestine-Houston**
**625 W VERNON ST APT 2**
**LOS ANGELES, CA 90037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                              Case number (if known)    **17-52865**
_____
Name

| 3.127 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**EMANDY OLIVIA HELMER**
**1430 HALIBUT CT UNIT A**
**SAN FRANCISCO, CA 94130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Emandy Olivia Helmer**
**1430 HALIBUT CT UNIT A**
**SAN FRANCISCO, CA 94130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**EMANUEL ESPINOZA**
**7223 CLARENDON ST APT 6**
**SAN JOSE, CA 95129**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Emanuel Espinoza**
**7223 CLARENDON ST APT 6**
**SAN JOSE, CA 95129**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**EMEBET GETACHEW**
**4525 164TH ST SW Y-203**
**LYNNWOOD, WA 98087**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Emerlito Buenaventur Fernandez**
**54 2Shepherd Avenue,Apt.3**
**Hayward, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.127 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emil Broderick Carter**
**427 WESTERN AVE APT 1**
**GLENDALE, CA 91201**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emil Joseph Vale Salvador**
**1943 LOYOLA DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emil Naim**
**10394 Rochester Ave.**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMILIO F BLOISE**
**13214 CHOPIN CT**
**SILVER SPRING, MD 20904**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emilio Reyes Castrejon**
**812 STATE ST**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emmanuel Alvarez Castaneda**
**E 76TH ST APT 811**
**LOS ANGELES, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                        Case number *(if known)*    **17-52865**
Name

| 3.128 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EMMANUEL MARTINEZ**
**2015 S  7TH ST**
**ALHAMBRA, CA 91803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Emmanuel Martinez**
**2015 S 7TH ST**
**ALHAMBRA, CA 91803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Emory Rodriguez**
**1808 S COCHRAN AVE**
**LOS ANGELES, CA 90019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ENDYYA PRESCOTT**
**9001 BARING CROSS ST**
**LOS ANGELES, CA 90044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Endyya Prescott**
**9001 BARING CROSS ST**
**LOS ANGELES, CA 90044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ENRIQUE ALFONSO FORD**
**2A DREYER AVE**
**STATEN ISLAND, NY 10314**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
_____
Name

| | | |
|---|---|---|
| 3.129 0 | **Nonpriority creditor's name and mailing address**<br>**ENRIQUE DE LA TORRE**<br>**P O  BOX 2301**<br>**SUNNYVALE, CA 94087**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.129 1 | **Nonpriority creditor's name and mailing address**<br>**Enrique De La Torre**<br>**P O BOX 2301**<br>**SUNNYVALE, CA 94087**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.129 2 | **Nonpriority creditor's name and mailing address**<br>**Enterprise FM Trust**<br>**PO Box 800089**<br>**Kansas City, MO 64180**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,929.86** |
| 3.129 3 | **Nonpriority creditor's name and mailing address**<br>**Enterprise Rent-A-Car**<br>**PO Box 843369**<br>**Kansas City, MO 64184**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,139.86** |
| 3.129 4 | **Nonpriority creditor's name and mailing address**<br>**EPHRAIM BAUTIST RASTRULLO**<br>**1108 WOODBOROUGH PL**<br>**SAN JOSE, CA 95118**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.129 5 | **Nonpriority creditor's name and mailing address**<br>**Ephraim Bautista Rastrullo**<br>**1108 WOODBOROUGH PL**<br>**SAN JOSE, CA 95118**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **A-1 Express Delivery Service, Inc.**

Name

Case number (if known) **17-52865**

| | |
|---|---|
| 3.129 6 | |

**Nonpriority creditor's name and mailing address**

**Eric Bin**
**855 NORTH BAYSHORE RD**
**WEST # B205**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.129 7 | |

**Nonpriority creditor's name and mailing address**

**Eric Christopher Aguirre**
**2316 MARSHGLEN CT**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.129 8 | |

**Nonpriority creditor's name and mailing address**

**Eric Claude Domejean**
**39368 SUNDALE DR**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.129 9 | |

**Nonpriority creditor's name and mailing address**

**ERIC DANIEL RODRIGUEZ**
**22142 THELMA ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.130 0 | |

**Nonpriority creditor's name and mailing address**

**Eric Daniel Rodriguez**
**22142 THELMA ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.130 1 | |

**Nonpriority creditor's name and mailing address**

**ERIC EUGENE MOSSETT**
**6925 GREENWOOD ST**
**PITTSBURGH, PA 15206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __A-1 Express Delivery Service, Inc._____    Case number (if known) __17-52865__
　　　　　Name

| 3.130 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC FANCHER**
**6775 LISA LANE**
**SANDY SPRINGS, GA 30338**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Fei Lee**
**1008 CONNIE DR**
**CAMPBELL, CA 95008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric James Sanchagrin**
**973 PERREIRA DR**
**SANTA CLARA, CA 95051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIC JOSEPH HUMMEL**
**3 SOMER RIDGE DR APT 123**
**ROSEVILLE, CA 95661**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Joseph Hummel**
**3 SOMER RIDGE DR APT 123**
**ROSEVILLE, CA 95661**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eric Ka-Wai Cheung**
**211 DIXON RD**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Eric Luong**
**1035 BILLINGS BLVD**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Eric Nelson**
**603 SKYLINE DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Eric Nguyen**
**1308 ABERFORD DR**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Eric Norris**
**2323 moorpark ave Apt 2**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Eric Reyna**
**10321 HICKORY ST**
**LOS ANGELES, CA 90002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**Eric Sturtz Ward**
**3934 SUNNY RD**
**STOCKTON, CA 95215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**ERIC TIMMINS**
**25350 1/2 OAK ST**
**LOMITA, CA 90717**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Eric Timmins**
**25350 1/2 OAK ST**
**LOMITA, CA 90717**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**ERICA LENAY WILLIAMS**
**10927 ACALANES DR**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Erica Lenay Williams**
**10927 ACALANES DR**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**ERICA PRESSLEY**
**2918 OTIS ST**
**BERKELEY, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**Erica Pressley**
**2918 OTIS ST**
**BERKELEY, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

**Erick F Ortega**
**24909 AVOCADO CT**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

**Erick Henry Lopez**
**1927 S SHENANDOAH ST APT #6**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**ERICSON CABEBE EVANGELISTA**
**224 VERANO DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**Ericson Cabebe Evangelista**
**224 VERANO DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**ERIK DAMON ELMORE**
**6233 VERDICT  CT**
**CHESTERFIELD, VA 23832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Erik John Camacho**
**4141 DEEP CREEK RD SPC 16**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1326**

**Nonpriority creditor's name and mailing address**

**Erik Joseph Sanchez**
**10432 MCNERNEY AVE**
**SOUTH GATE, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1327**

**Nonpriority creditor's name and mailing address**

**Erik Laron Martin Jr**
**522 CARTER ST APT 307 D**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1328**

**Nonpriority creditor's name and mailing address**

**ERIK MAURICE PATTERSON**
**630 PANJON ST**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1329**

**Nonpriority creditor's name and mailing address**

**Erik Maurice Patterson**
**630 PANJON ST**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1330**

**Nonpriority creditor's name and mailing address**

**Erik Michael Friedlander**
**713 SUTTER AVE**
**PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1331**

**Nonpriority creditor's name and mailing address**

**Erik Stephen Haccou**
**2643 TARTAN DR**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  A-1 Express Delivery Service, Inc.
_____
Name

Case number (if known)    17-52865

| 3.133 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erine Aisha Robertson**
**1112 DEL NORTE AVE**
**MENLO PARK, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ERNEST JON LABI ODOYA**
**28622 BAY PORT CT**
**HAYWARD, CA 94545**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ernest Jon Labi Odoya**
**28622 BAY PORT CT**
**HAYWARD, CA 94545**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ernesto Gomez**
**676 GIRAUDO DRIVE**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erwin Giovanni Toscano**
**5414 11TH AVE**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ESKANDER ABDELLA**
**25621 27TH PL S C102**
**KENT, WA 98032**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.133 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **ESMERALDA DOMINGUEZ NOYOLA**<br>**3268 FLINTVIEW CT**<br>**SAN JOSE, CA 95418-9541** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.133 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Esmeralda Dominguez Noyola**<br>**3268 FLINTVIEW CT**<br>**SAN JOSE, CA 95418** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Esperanza Fletcher**<br>**39270 Paseo Padre Parkway**<br>**Fremont, CA 94538** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,680.00** |
|---|---|---|
| **Esquire Express Inc**<br>**2275 E 11th Ave**<br>**Hialeah, FL 33013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **ESTEBAN TOBON**<br>**17221 164TH WAY SE**<br>**RENTON, WA 98058** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Esther Zaragoza Magallon**<br>**325 UNION AVE APT 131**<br>**CAMPBELL, CA 95008** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|--------|-----------------------------------|--|------------------------|----------|
| | Name | | | |

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**Etienne Barnes**
**3459 GRASS VALLEY CT.**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**EUFRACIO CARONA VARGAS**
**219 MCCREERY AVE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**Eufracio Carona Vargas**
**219 MCCREERY AVE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**EUGENE BRAMBLE**
**2287 LYON AVE**
**BRONX, NY 10462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**EUGENE HENDERSON**
**13101 WEST LOOP VIEW DR**
**GRANITE FALLS, WA 98252**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**Eugene Marceau Pettigrew**
**2021 WEST 54TH ST**
**LOS ANGELES, CA 90062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.135 0**

**Nonpriority creditor's name and mailing address**
**EUGENE THOMAS CLEWLOW**
**5371 KING ESTATES COURT**
**SAN JOSE, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** 6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 1**

**Nonpriority creditor's name and mailing address**
**Eugene Thomas Clewlow**
**5371 KING ESTATES COURT**
**SAN JOSE, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 2**

**Nonpriority creditor's name and mailing address**
**Eva-Ruth Banuelos**
**PO BOX 640488**
**SAN JOSE, CA 95164**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 3**

**Nonpriority creditor's name and mailing address**
**Evan Larry Souza**
**65 MARIAN LN**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 4**

**Nonpriority creditor's name and mailing address**
**Eve Medina**
**2461 MOORPARK AVE**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.135 5**

**Nonpriority creditor's name and mailing address**
**Evelyn Larizza Dubois**
**1159 s Bronson Ave ***
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.135 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Everardo Huerta Torres**
**2084 POAS CT**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Everett Allen Robinson Jr**
**6646 MACARTHUR BLVD APT 19**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evert Antonio Mejia**
**175 LELAND AVE**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.95 |
|---|---|---|---|

**Expedited Courier & Distributon LLC**
**PO Box 13082**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,528.17 |
|---|---|---|---|

**Express Connection**
**12021 Wilshire Blvd Ste 922**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,202.48 |
|---|---|---|---|

**Express Courier Intl MEM**
**PO Box 678576**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name | | |

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
**EYOB ABEBE**
**PO BOX 55305**
**SHORELINE, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** 6 mo term

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.136 3**

**Nonpriority creditor's name and mailing address**
**EZ Trucking**
**PO Box 518**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$8,466.71

---

**3.136 4**

**Nonpriority creditor's name and mailing address**
**Faaitua Logo**
**1153 SARATOGA AVE**
**E PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.136 5**

**Nonpriority creditor's name and mailing address**
**Faazil Farhaan Ali**
**658 MEMORIAL WAY APT 8**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.136 6**

**Nonpriority creditor's name and mailing address**
**Fabiola Carrillo-Padilla**
**4767 DON ZAREMBO DRIVE #5**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.136 7**

**Nonpriority creditor's name and mailing address**
**Fahad Siddiqi**
**1545 FLINIGAN DRIVE UNIT 143**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Class List

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1368**

**Nonpriority creditor's name and mailing address**
**Faisel Rehman**
**27267 SLEEPY HOLLOW AVE**
**APT 105**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1369**

**Nonpriority creditor's name and mailing address**
**FAIZ R AHMED**
**9429 LEFFERTS BOULAVARD**
**SOUTH RICHMOND HILL, NY 11410**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1370**

**Nonpriority creditor's name and mailing address**
**FARES ALMOUZANI**
**1079 FULTON AVE**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1371**

**Nonpriority creditor's name and mailing address**
**Fares Almouzani**
**1079 FULTON AVE**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1372**

**Nonpriority creditor's name and mailing address**
**Farhad Sharifov**
**4251 SHELTER CREEK LANE**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1373**

**Nonpriority creditor's name and mailing address**
**FARHAN ALI**
**12919 ROSELLE AVE APT 4**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **A-1 Express Delivery Service, Inc.**

Name

Case number (if known)   **17-52865**

---

3.137
4

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Farhan Ali**
**12919 ROSELLE AVE APT 4**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.137
5

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Farid Mohandesi**
**19600 VOSE ST**
**RESEDA, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.137
6

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$248.00** |
|---|---|---|

**Fast Lane Courier**
**1751 W Alexander St #100**
**Salt Lake City, UT 84119**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.137
7

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,884.30** |
|---|---|---|

**Fast Track**
**109 Price Lane**
**Voorheesville, NY 12186**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.137
8

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$538.20** |
|---|---|---|

**Fastrack**
**109 Price Lane**
**Voorheeseville, NY 12186**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.137
9

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Faycal Zaidi**
**2156 TASMAN DR APT 246**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.138 0 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FEHED ABUKBAKAR
5920 HIGH POINT DR SW
SEATTLE, WA 98126

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Felicia Ingram
2784 HOMESTEAD ROAD UNIT 106
SANTA CLARA, CA 95051

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FELIPE IVAN AMEZCUA BARAJAS
135 EASTWOOD CT
SAN JOSE, CA 95116

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Felipe Ivan Amezcua Barajas
135 EASTWOOD CT
SAN JOSE, CA 95116

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Felipe Martinez
3312 W 108TH ST
INGLEWOOD, CA 90302

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 5 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Felix Opulencia Dizon
2210 RUMRILL BLVD
SAN PABLO, CA 94806

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**Felton R Buckholtz**
**4130 EDGEHILL DR**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**FERDINAND VENAS SWEDI**
**743 FALLON AVE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**Ferdinand Venas Swedi**
**743 FALLON AVE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**FERNANDA MARIEL FLORES**
**1775 MARCO POLO WAY APT 8**
**BURLINGAME, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Fernanda Marielos Flores**
**1775 MARCO POLO WAY APT 8**
**BURLINGAME, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

**Fernando Garnica**
**427 PINE ST**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.139 2**

**Nonpriority creditor's name and mailing address**

**Fidel Flores**
**3755 W 58TH PL**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

**Fifth Third Bank**
**3344 Peachtree Road, NE**
**Suite 800**
**Atlanta, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$122,000.00

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

**Finast Michael Brown**
**5273 CAMDEN AVE APT 197**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

**First Choice Coffee Service**
**6700 Dawson Blvd Bld 3-E**
**Norcross, GA 30093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$430.86

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

**First Choice Courier Service**
**PO Box 2317**
**Owasso, OK 74055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$25.00

---

**3.139 7**

**Nonpriority creditor's name and mailing address**

**Fissehaye Ghebregziabiher Ghebremichael**
**1305 WEST CAMPBELL AVE APT #4**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1398**

**Nonpriority creditor's name and mailing address**
**FISSEHAYE GHEBREMICHAEL**
**1305 WEST CAMPBELL AVE APT #4**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1399**

**Nonpriority creditor's name and mailing address**
**Fleet Wash**
**PO Box 36014**
**Newark, NJ 07188-6014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,655.25

---

**3.1400**

**Nonpriority creditor's name and mailing address**
**Fnu Abdulhamid**
**1811 27TH AVE FOOTHILL**
**APT 105**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1401**

**Nonpriority creditor's name and mailing address**
**Fnu Hares**
**1811 27TH FOOTHILL BLVD**
**BOX 105**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1402**

**Nonpriority creditor's name and mailing address**
**FOWSIYA IBRAHIM**
**3445 S 144TH ST 113**
**SEATTLE, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1403**

**Nonpriority creditor's name and mailing address**
**Frances Puzon**
**5200 BIRKDALE WAY**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.140**
**4**

**Nonpriority creditor's name and mailing address**

**Francine G Bass**
**3561 HOMESTEAD RD APT 265**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140**
**5**

**Nonpriority creditor's name and mailing address**

**Francis Aldrin Valencia**
**2215 SAN RAFAEL AVE**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140**
**6**

**Nonpriority creditor's name and mailing address**

**Francis G. Zapanta Macaraeg**
**3125 VESUVIUS LN**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140**
**7**

**Nonpriority creditor's name and mailing address**

**FRANCIS GITAU NDUNGU**
**30602 PACIFIC HWY S  APT E201**
**FEDERAL WAY, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140**
**8**

**Nonpriority creditor's name and mailing address**

**Francis Javier Villanueva**
**1933 Drumhead Ct.**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.140**
**9**

**Nonpriority creditor's name and mailing address**

**FRANCIS KWABENA MENSAH**
**8545 LIQUID AMBER WAY**
**ELK GROVE, CA 95757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

**Francis Kwabena Mensah**
**8545 LIQUID AMBER WAY**
**ELK GROVE, CA 95757**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

**Francis Rovert Reyes**
**33300 MISSION BLVD APT 52**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 2**

**Nonpriority creditor's name and mailing address**

**Francis W Sudieh**
**2195 CRESTVIEW DR APT 138**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

**FRANCISCO BAGA MATEO JR**
**1661 N WILTON PL  APT 2**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

**Francisco Baga Mateo Jr**
**1661 N WILTON PL APT 2**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

**Francisco Ernesto Miranda**
**2437 CORINTH AVE APT 308**
**LOS ANGELES, CA 90054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

**Francisco J Gonzalez**
**4316 CESAR E CHAVEZ AVE**
**LOS ANGELES, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.141 7**

**Nonpriority creditor's name and mailing address**

**Francisco Javier Camarena**
**6340 LANKESHIM BLVD APT 224**
**NORTH HOLLYWOOD, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

**Francisco Javier Del Rio Chave**
**947 Mouton cir**
**E Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.141 9**

**Nonpriority creditor's name and mailing address**

**FRANK FRANKLIN**
**9831 STANLEY AVE**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.142 0**

**Nonpriority creditor's name and mailing address**

**Frank Franklin**
**9831 STANLEY AVE**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.142 1**

**Nonpriority creditor's name and mailing address**

**FRANKLIN SPOLORIC**
**321 S 177TH PL APT K301**
**SEATTLE, WA 98148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.142**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Fred Taylor Jr**<br>**120 GARDINER AVE APT C**<br>**SOUTH SAN FRANCISCO, CA 94080** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Freddie Bobby Dabney Jr**<br>**2022 84TH AVE**<br>**OAKLAND, CA 94621** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FREDDIE THOMAS BULLOCK**<br>**380 SCHENCK AVE APT#1A**<br>**BROOKLYN, NY 11207** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Freddy Anthony Blanco-Rojas**<br>**950 PINE ST 307**<br>**SAN FRANCISCO, CA 94108** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **FREDERICK L SMITH**<br>**1635 - 92ND AVENUE #4**<br>**OAKLAND, CA 94603** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.142**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Frederick L Smith**<br>**1635 - 92ND AVENUE #4**<br>**OAKLAND, CA 94603** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
_____
Name

| 3.142 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FREDRICK FLOURNOY**
**54 EVELYN PLACE 4E**
**BRONX, NY 10468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.142 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FREDRICK HARDWELL**
**125 SW CAMPUS DR APT 27-103**
**FEDERALWAY, WA 98023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.143 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FREDRICK M WILLIAMS IV**
**2411 S 2332ND ST**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.143 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Fredrick Rodolph Roberts**
**3900 RIVERLAKES DR #10 J**
**BAKERSFIELD, CA 93312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.143 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**FRIESY J MEJIA JIMENEZ**
**1126 METCOVE AVE APT 2F**
**BRONX, NY 10472**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.143 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Frontier Communications**
**PO Box 740407**
**Cincinnati, OH 45274-0407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.143 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Fuad Ali Mohamed** | ■ Contingent | |
| | **6167 CARLING WAY #7** | ■ Unliquidated | |
| | **SAN DIEGO, CA 92115** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FUAD MOHAMED HUSSEIN** | ■ Contingent | |
| | **3240 S 180TH ST APT 53** | ■ Unliquidated | |
| | **SEATAC, WA 98188** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __6 mo term__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FUNG CHAN** | ■ Contingent | |
| | **9085 ALCOSTA BLVD APT 400** | ■ Unliquidated | |
| | **SAN RAMON, CA 94583** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __6 mo term__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Fung Chan** | ■ Contingent | |
| | **9085 ALCOSTA BLVD APT 400** | ■ Unliquidated | |
| | **SAN RAMON, CA 94583** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Fusion/Network Billing Systems** | ☐ Contingent | |
| | **155 Willowbrook Blvd** | ☐ Unliquidated | |
| | **Wayne, NJ 07470** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.00 |
|---|---|---|---|
| | **G & E Delivery** | ☐ Contingent | |
| | **PO Box 5872** | ☐ Unliquidated | |
| | **Burlington, VT 05402** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1440**

**Nonpriority creditor's name and mailing address**

**GABE MICHAEL GAISER**
**215 W MACARTHUR BLVD APT 126**
**OAKLAND, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1441**

**Nonpriority creditor's name and mailing address**

**Gabe Michael Gaiser**
**215 W MACARTHUR BLVD APT 126**
**OAKLAND, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1442**

**Nonpriority creditor's name and mailing address**

**Gabriel Arturo Mendoza Jr**
**26691 CAMPECHE ST**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1443**

**Nonpriority creditor's name and mailing address**

**Gabriel Gonzalez Jr**
**18691 CRABTREE AVENUE**
**CUPERTINO, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1444**

**Nonpriority creditor's name and mailing address**

**Gabriel Rios**
**537 N.Colonia de los Cedros**
**Los Angeles, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1445**

**Nonpriority creditor's name and mailing address**

**GABRIEL SETH LONG**
**1522 TUCKER ST**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

**Gabriel Seth Long**
**1522 TUCKER ST**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144 7**

**Nonpriority creditor's name and mailing address**

**GABRIEL STEVENS ZOLDI**
**825 POLLARD RD STE 207**
**LOS GATOS, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

**GABRIEL TOMMIE MIJARES**
**39800 FREMONT BLVD**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

**Gabriel Tommie Mijares**
**39800 FREMONT BLVD**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

**Gabriel Valencia Magana**
**2400 Gloria Way Apt. 404**
**E Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145 1**

**Nonpriority creditor's name and mailing address**

**Gabriel Vasilakis**
**4193 CHEENEY ST**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**
_____
Name                                   Case number (if known)   **17-52865**

---

| 3.145<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**GAGANDEEP SINGH**
**31105 VARNI PL**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gagandeep Singh**
**31105 VARNI PL**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Galicia Alena Fajardo**
**211A WHITLING ST**
**EL SEGUNDO, CA 90245**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**GALMESA ELEMO**
**1209 EVERETT AVE**
**EVERETT, WA 98201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gameli Bettina Dorcoo**
**6400 WEST BLVD APT 107**
**LOS ANGELES, CA 90043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ganter Hoc**
**1440 LOGAN ST APT 10**
**LOS ANGELES, CA 90026**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1458**

**Nonpriority creditor's name and mailing address**

**GARAD NUR**
**3510 S 180TH ST C11**
**SEATAC, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1459**

**Nonpriority creditor's name and mailing address**

**Garfield Leung**
**219 FARALLONES ST**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**Garin A Rosen**
**4400 CENTRAL AVE APT 415**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**Garrick Gran Goods**
**10234 S VANNESS AVE**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**Gary Anderson Courier Co**
**4227 Commonwealth Ave**
**Toledo, OH 43612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$800.00**

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**GARY ANTHONY NELSON**
**3357 HOLLY DR**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.146 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Anthony Nelson**
**3357 HOLLY DR**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARY CHARLES WATSON III**
**1479 SHAFTER AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Charles Watson Iii**
**1479 SHAFTER AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary John Govola II**
**796 GWEN DR**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Leonard Blowers Jr**
**2929 CHEVY WAY**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Philip Tognetti**
**3177 FAIR OAKS AVE.**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

Debtor      **A-1 Express Delivery Service, Inc.**                          Case number (if known)      **17-52865**
_____
Name

| 3.147 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GARY SIMON** | ■ Contingent | |
| **74 EDGEMONT DRIVE** | ■ Unliquidated | |
| **DALY CITY, CA 94015** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gary Simon** | ■ Contingent | |
| **74 EDGEMONT DRIVE** | ■ Unliquidated | |
| **DALY CITY, CA 94015** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GARY SUBLETT** | ■ Contingent | |
| **208 DIAMOND AVE** | ■ Unliquidated | |
| **BROWNSVILLE, PA 15417** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **GARY VARANO JR** | ■ Contingent | |
| **1116 STARDUST WAY** | ■ Unliquidated | |
| **MILPITAS, CA 95035** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gary Varano Jr** | ■ Contingent | |
| **1116 STARDUST WAY** | ■ Unliquidated | |
| **MILPITAS, CA 95035** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gemma Joyce David De Dios** | ■ Contingent | |
| **2420 BERMUDA AVE** | ■ Unliquidated | |
| **SAN LEANDRO, CA 94577** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
**Gene Chi Wong**
**5629 WALLACE PL**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.147 7**

**Nonpriority creditor's name and mailing address**
**General Courier**
**PO Box 1072**
**Portland, ME 04104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$586.15

---

**3.147 8**

**Nonpriority creditor's name and mailing address**
**GEOFFREY BRIAN PHELPS**
**1269A NOGAL DR**
**SALINAS, CA 93905**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.147 9**

**Nonpriority creditor's name and mailing address**
**GEOFFREY KENNED YOON**
**857 LEXINGTON DR**
**SALINAS, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.148 0**

**Nonpriority creditor's name and mailing address**
**Geoffrey Kennedy Yoon**
**857 LEXINGTON DR**
**SALINAS, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.148 1**

**Nonpriority creditor's name and mailing address**
**GEORDAN ALBERT**
**2223 BENSON RD S V101**
**RENTON, WA 98055**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**George Chatillon Collins**
**225 S MORRISON AVE**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

◼ Contingent
◼ Unliquidated
◼ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

**$0.00**

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**George Morado**
**641 N 19th Street**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

◼ Contingent
◼ Unliquidated
◼ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

**$0.00**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**George Ophelia**
**4514 WEBSTER ST**
**OAKLAND, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

◼ Contingent
◼ Unliquidated
◼ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

**$0.00**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**GEORGE ROBIN HAWIL**
**323 VIEWPARK CIRCLE**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

◼ Contingent
◼ Unliquidated
◼ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ◼ No ☐ Yes

**$0.00**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**George Robin Hawil**
**323 VIEWPARK CIRCLE**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

◼ Contingent
◼ Unliquidated
◼ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

**$0.00**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**George Wendell Glass**
**2020 CULLIVAN ST**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

◼ Contingent
◼ Unliquidated
◼ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ◼ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

**3.148 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **George William Capers Iii**<br>**6503 EASTLAWN ST**<br>**OAKLAND, CA 94621** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.148 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **GEORGINA R HEAROD**<br>**215 W MACARTHUR APT #548**<br>**OAKLAND, CA 94611** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.149 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Georgina R Hearod**<br>**215 W MACARTHUR APT #548**<br>**OAKLAND, CA 94611** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.149 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Geovany Erwin Torres Godinez**<br>**2017 NEWTON AVE**<br>**SAN JOSE, CA 95122** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.149 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Gerald Baroy Chan**<br>**355 PARKVIEW TER UNIT I 1**<br>**VALLEJO, CA 94589** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.149 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **GERALD SENCHEK**<br>**3963 3RD STREET, PO BOX 418**<br>**WEST PITTSBURG, PA 16160-1616** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                                      Case number (if known)    **17-52865**
_____

---

| 3.149 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**GERALDINE ELIZA CABRERA**
**11212 RAYMOND AVE APT B**                                             ■ Contingent
**LOS ANGELES, CA 90044**
                                                                        ■ Unliquidated

Date(s) debt was incurred _                                            ■ Disputed

Last 4 digits of account number _                                      Basis for the claim: **6 mo term**

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Geraldine Elizabeth Cabrera**
**11212 RAYMOND AVE APT B**                                             ■ Contingent
**LOS ANGELES, CA 90044**
                                                                        ■ Unliquidated

Date(s) debt was incurred _                                            ■ Disputed

Last 4 digits of account number _                                      Basis for the claim: **Class List**

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Geraldine Williams**
**872 E 55th Street**                                                   ■ Contingent
**Los Angeles, CA 90011**
                                                                        ■ Unliquidated

Date(s) debt was incurred _                                            ■ Disputed

Last 4 digits of account number _                                      Basis for the claim: **Class List**

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Gerardo Corrales**
**946 W BRAZIL ST**                                                     ■ Contingent
**COMPTON, CA 90220**
                                                                        ■ Unliquidated

Date(s) debt was incurred _                                            ■ Disputed

Last 4 digits of account number _                                      Basis for the claim: **Class List**

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**GERARDO VILLASENOR AYALA**
**500 HARMONY LN**                                                      ■ Contingent
**SAN JOSE, CA 95111**
                                                                        ■ Unliquidated

Date(s) debt was incurred _                                            ■ Disputed

Last 4 digits of account number _                                      Basis for the claim: **6 mo term**

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Gerardo Villasenor Ayala**
**500 HARMONY LN**                                                      ■ Contingent
**SAN JOSE, CA 95111**
                                                                        ■ Unliquidated

Date(s) debt was incurred _                                            ■ Disputed

Last 4 digits of account number _                                      Basis for the claim: **Class List**

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.150 0**

**Nonpriority creditor's name and mailing address**
**GERMA YAYIH**
**220 NW 184TH ST**
**SHORELINE, WA 98177**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.150 1**

**Nonpriority creditor's name and mailing address**
**GERMAN ALCIDES AGUILAR MEJIA**
**1737 NORANDA DR APT 3**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.150 2**

**Nonpriority creditor's name and mailing address**
**German Alcides Aguilar Mejia**
**1737 NORANDA DR APT 3**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**
**GERONE DARIN COLE**
**3978 SEASELL CT**
**DISCOVERY BAY, CA 94505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**
**Gerone Darin Cole**
**3978 SEASELL CT**
**DISCOVERY BAY, CA 94505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**
**GERRY GORDON**
**1012 109TH ST CT E 72**
**TACOMA, WA 98445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.150
6**

**Nonpriority creditor's name and mailing address**

**Gersson Paolo Martell**
**1843 FOREST CT**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150
7**

**Nonpriority creditor's name and mailing address**

**GETENET MULUGETA**
**9061 SEWARD PARK AVE S 344**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150
8**

**Nonpriority creditor's name and mailing address**

**Gholam Reza Shafazand**
**17203 DEER PARK RD**
**LOS GATOS, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150
9**

**Nonpriority creditor's name and mailing address**

**Gibson Cassidy Falepouono**
**559 OAKSIDE AVENUE APT C**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151
0**

**Nonpriority creditor's name and mailing address**

**Gilbert David Reyes**
**417 EAST FRANKLIN AVENUE**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151
1**

**Nonpriority creditor's name and mailing address**

**Gilberto Angel Landa**
**332 W HILLCREST BLV**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.151**
**2**

**Nonpriority creditor's name and mailing address**
**GILBERTO G LOPEZ LUA**
**240 S 163RD PL**
**BURIEN, WA 98148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151**
**3**

**Nonpriority creditor's name and mailing address**
**Gina Marie Ricci**
**632 EASTVIEW WAY**
**REDWOOD CITY, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151**
**4**

**Nonpriority creditor's name and mailing address**
**Gina Whitson**
**956 CASTLEWOOD DRIVE APT 3**
**LOS GATOS, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151**
**5**

**Nonpriority creditor's name and mailing address**
**Gino Lazaro Peynado**
**270 GATEWAY DR**
**PACIFICA, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151**
**6**

**Nonpriority creditor's name and mailing address**
**GISELE TROIE-MENDOZA**
**50 WEST EDMUNDSON AVE APT 8**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.151**
**7**

**Nonpriority creditor's name and mailing address**
**Gisele Troie-Mendoza**
**50 WEST EDMUNDSON AVE APT 8**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*   **17-52865**

---

| 3.1518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Giselle Baizas**
**5720 SAGEWELL WAY**
**SAN JOSE, CA 95138**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**GISSETTE ANNDERHERZ**
**5327 VILLAGE PARK DRIVE**
**APT. 2142**
**BELLEVUE, WA 98006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**GIULIANO FINAMORE**
**3700 SW 328TH PL**
**FEDERAL WAY, WA 98023**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**GLADYS MARITZA HERNANDEZ**
**2211 WEST AVE 136TH ST**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gladys Maritza Hernandez**
**2211 WEST AVE 136TH ST**
**SAN LEANDRO, CA 94577**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Glen Cubillo**
**15047 NORTON ST**
**SAN LEANDRO, CA 94579**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number *(if known)*    **17-52865**
_____

| | |
|---|---|
| 3.152 4 | **Nonpriority creditor's name and mailing address** |

**Glenn Garcia**
**1321 LEONARD DR**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.152 5 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz**
**PO Box 71730**
**Phoenix, AZ 85050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,543.76**

---

| | |
|---|---|
| 3.152 6 | **Nonpriority creditor's name and mailing address** |

**GLORINDA KATRIN WINSOR**
**983 HELEN AVE APT 4**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.152 7 | **Nonpriority creditor's name and mailing address** |

**Glorinda Katrina Winsor**
**983 HELEN AVE APT 4**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.152 8 | **Nonpriority creditor's name and mailing address** |

**GLYNNIS ROY**
**18666 REDMOND WAY APT II2065**
**REDMOND, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.152 9 | **Nonpriority creditor's name and mailing address** |

**Go Getter**
**PO Box 552**
**West Sacramento, CA 95691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,239.63**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**Gold Rush Express Delivery**
**PO Box 549**
**San Jose, CA 95106-0549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,423.40**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**GONATHAN YANN**
**6744 SIGNAL PEAK CT**
**STOCKTON, CA 95210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**Gonathan Yann**
**6744 SIGNAL PEAK CT**
**STOCKTON, CA 95210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

**GONDA LAPONI**
**20910 39TH WAY S APT D203**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

**GOPALAKRISHNAN KRISHNAN NAIR**
**142 ARLA DR**
**PITTSBURGH, PA 15220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**Grace Mei Ling Teo**
**287 WOODCREEK TER**
**FREMONT, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1536**

**Nonpriority creditor's name and mailing address**

**Graeme Castro**
**4823 ST ELMO DR**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1537**

**Nonpriority creditor's name and mailing address**

**Greg Schmitt**
**1580 Tennessee Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1538**

**Nonpriority creditor's name and mailing address**

**GREGG MURRAY**
**1366 ROSE AVE**
**LOS ANGELES, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1539**

**Nonpriority creditor's name and mailing address**

**Gregg Murray**
**1366 ROSE AVE**
**LOS ANGELES, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1540**

**Nonpriority creditor's name and mailing address**

**Gregorio Rodriguez**
**9941 B ST APT A**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1541**

**Nonpriority creditor's name and mailing address**

**GREGORY EARL HOLMAN**
**700 W  LAUREL ST H220**
**COMPTON, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Gregory Earl Holman**
**700 W LAUREL ST H220**
**COMPTON, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

**GREGORY FISHERKELLER**
**23340 13TH AVE SE**
**BOTHELL, WA 98021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

**Gregory M Calabretta**
**7 WAKEFIELD CT**
**BELMONT, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

**Gregory Michael Garcia**
**980 MAGNOLIA AVE APT 316**
**LOS ANGELES, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

**GREGORY MOORE JR**
**515 MCMASTERS AVE**
**TURTLE CREEK, PA 15145**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 7**

**Nonpriority creditor's name and mailing address**

**GREGORY P SCHMIDT**
**82 LOWER ROAD**
**PITTSBURGH, PA 15215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.1548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory Surigao**
**50 Edgemont Way**
**Oakland, CA 94605**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.1549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GUADALUPE C VARGAS LOPEZ**
**323 W VIRGINIA ST**
**SAN JOSE, CA 95110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.1550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guadalupe C Vargas Lopez**
**323 W VIRGINIA ST**
**SAN JOSE, CA 95110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.1551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guadalupe Richard Fuentes Rosas**
**2738 KOLLMAR DR**
**SAN JOSE, CA 95127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.1552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gucake Iosefo Rabosea**
**29083 Mission Blvd Rm**
**Hayward, CA 94544**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.1553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guillermo Barrios**
**2651 VISTA VERDE DR**
**SAN JOSE, CA 95148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Guillermo Wilfredo Hernandez Jr**
**3340 SAN BRUNO AVE APT 4**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Gurdeep Singh**
**11852 Fellows Ave**
**San Fernando, CA 91340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Gurmej Singh**
**4200 THE WOODS DR APT #507**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Gurmit Singh Kang**
**639 BRANHAM LN**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**GURPREET SIDHU**
**14118 53RD AVE S**
**TUKWILA, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Gurpreet Singh**
**4425 BIDWELL DR #1206**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**GUSSA LOKE**
**12118 HWY 99 G202**
**EVERETT, WA 98204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**Guy Eugene Alford**
**13613 LEMOLI AVE APT 219**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**Guy Eugene Partin**
**1024 W 227TH ST**
**TORRANCE, CA 90502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**Guy Lau**
**120 SARATOGA AVENUE #86**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**HABTAMU TSEGA MENGISTIE**
**380 NORTHLAKE DR APT 19**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**Habtamu Tsega Mengistie**
**380 NORTHLAKE DR APT 19**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**Hai Huang**
**801 S WINCHESTER BLVD #1209**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**HAILEE HINDS**
**7510 S  HALLDALE AVE**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**Hailee Hinds**
**7510 S HALLDALE AVE**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**HAITHAM ABDULLA JASIM**
**3848 BARKER DR APT #3**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Haitham Abdulla Jasim**
**3848 BARKER DR APT #3**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Haitham Elias Shaheen**
**562 BLAIRBURRY WAY**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.157 2**

**Nonpriority creditor's name and mailing address**

**Halls Atlanta**
**630 Angier Ave, NE**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$724.55**

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Hamed Ghafuri**
**1515 west st apt 16**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**HAMIDREZA MAJIDI**
**1642 LEXINGTON ST APT 5**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Hamidreza Majidi**
**1642 LEXINGTON ST APT 5**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Hamidullah Jamal**
**20928 WILBEAM AVE APT 44**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**HAMSE YUSUF**
**8414 MLK JR WAY S**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**                    Case number (if known)    **17-52865**
　　　　Name

---

**3.1578**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Hamza Mohammad Mohammad**
**2513 GALLUP DR**
**SANTA CLARA, CA 95051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1579**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**HAMZA SAYIDI**
**7910 RAINIER AVE S 205**
**SEATTLE, WA 98118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1580**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**HAMZA WALUPUPU**
**1515 38TH AVE APT #5**
**OAKLAND, CA 94601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1581**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Hamza Walupupu**
**1515 38TH AVE APT #5**
**OAKLAND, CA 94601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1582**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Han Ming Hsu**
**4517 VIA LA PAZ**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1583**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**Han Ngoc Ho**
**2532 COCONUT DR**
**SAN JOSE, CA 95148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.158 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Hanh Thi My Do**<br>**3167 OAKGATE WAY**<br>**SAN JOSE, CA 95148** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.158 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **HANK MAMERTO YACAT**<br>**401 JOAQUIN AVE APT #3**<br>**SAN LEANDRO, CA 94577** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.158 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Hank Mamerto Yacat**<br>**401 JOAQUIN AVE APT #3**<br>**SAN LEANDRO, CA 94577** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.158 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Hannah Louise Zulueta**<br>**46722 CRAWFORD ST 6**<br>**FREMONT, CA 94539** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.158 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Hannah Wright**<br>**13949 DOOLITTLE DRIVE APT 115**<br>**SAN LEANDRO, CA 94577** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.158 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **HANS FLEURIMONT**<br>**14508 W THORNE LANE**<br>**LAKEWOOD, WA 98498** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **A-1 Express Delivery Service, Inc.**                     Case number (if known)    **17-52865**
_____
Name

| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HARDEEP SINGH GILL**
**409 GEMMA DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hardeep Singh Gill**
**409 GEMMA DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harinder Batra**
**358 ALIDA WAY #21**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hariqbal Singh**
**39626 WALL COMMON**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**HARMIT S LIDHRAN**
**2396 CENTRAL RD**
**EVERSON, WA 98247**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harold J Villanueva**
**3054 DAVID AVE APT #8**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.159 6**

**Nonpriority creditor's name and mailing address**
**HARRY ANTHONY WILLIAMS III**
**346 105TH AVE APT I**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**
**Harry Anthony Williams III**
**346 105TH AVE APT I**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 8**

**Nonpriority creditor's name and mailing address**
**HARRY M HUNKE III**
**9320 161ST  STREET COURT E**
**PUYALLUP, WA 98375**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 9**

**Nonpriority creditor's name and mailing address**
**Harsh Kumar**
**4909 ASHWORTH ST**
**LAKEWOOD, CA 90712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 0**

**Nonpriority creditor's name and mailing address**
**Harvin Thomas Lawrence Camacho**
**1515 ALTA GLEN DR APT 11**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**
**HASSAMI BAGA**
**2503 MIRAMAR AVE APT 221**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)  **17-52865**

---

| 3.160 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**  $0.00

**Hassami Baga**
**2503 MIRAMAR AVE APT 221**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**  $0.00

**HASSAN ABDINUR**
**3726 S 180TH ST APT E101**
**SEATAC, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**  $0.00

**HASSAN MOHAMUD**
**2616 SOUTH 224 ST APT A304**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**  $0.00

**HAYMUUN ADEN**
**3913 SE 280 PL**
**KENT, WA 98042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**  $1,510.19

**HealthEx Courier**
**35 Powerhouse Rd**
**Roslyn Heights, NY 11577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**  $0.00

**Heather Joan Leighton**
**38660 LEXINGTON ST APT 601**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1608**

**Nonpriority creditor's name and mailing address**

**Hector Miguel Gonzalez**
**689 WYANDOTTE AVE**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1609**

**Nonpriority creditor's name and mailing address**

**Helen Voong**
**3616 TUNIS AVE**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1610**

**Nonpriority creditor's name and mailing address**

**Hendry Halim**
**48823 SUMMIT VIEW**
**FREMONT, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1611**

**Nonpriority creditor's name and mailing address**

**HENOCK ABAYNEH**
**14727 BOTHELL WAY NE 27**
**SHORELINE, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1612**

**Nonpriority creditor's name and mailing address**

**Henri James Valley Picardo**
**37950 FREMONT BLVD APT 11**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1613**

**Nonpriority creditor's name and mailing address**

**Henri Juhani Wu Pietila**
**1222 SUSAN WAY**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number (if known)    **17-52865**

---

| 3.161 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**HENRY BOLAR**
**140 23RD AVE S UNIT 301**
**SEATTLE, WA 98144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.161 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Henry Eduard Keydeniers**
**1320 LEXINGTON DR APT 5**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.161 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Henry Elijah Bartley Jr**
**44710 DIVISION STREET**
**APT # 804**
**LANCASTER, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.161 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Henry Hoang**
**535 PENETENCIA ST APT#1**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.161 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Henry Hoanghai Tran**
**705 SIRICA WAY**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.161 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Henry Pineda Cajucom**
**3287 LANGHORN DR**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.162 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**HENRY YAN CHIN HO**
**31 BEATRICE LN #1**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Henry Yan Chin Ho**
**31 BEATRICE LN #1**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Herman Hiu Nam Li**
**1039 DOUGLAS CT**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**HERMAN HOWARD WILSON JR**
**3726 S 180TH ST E-301**
**SEATAC, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Hi Chan Huynh**
**270 UMBARGER RD SPC 66**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Hieu Ngoc Tran**
**3118 WHITEROSE COURT**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.162 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hilda Amalia Valencia**
**410 N WHITE RD APT 1104**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.162 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hilda Blanco**
**732 E PARK WAY**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.162 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**HIRAD SAJADI**
**HIRADSAJADI@GMAIL.COM**
**SEATTLE, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.162 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hiram Granados**
**27804 BALDWIN ST**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.163 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**HireRight**
**PO Box 847891**
**Dallas, TX 75284-7891**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$635.00

---

| 3.163 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hirpa Ayane Tulu**
**360 MERIDIAN AVE APT 233**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name    Case number (if known)    **17-52865**

---

| 3.163 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **HOA A DUONG** | ■ Contingent | |
| **1626 12TH AVE APT B** | ■ Unliquidated | |
| **OAKLAND, CA 94606** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Hoa A Duong** | ■ Contingent | |
| **1626 12TH AVE APT B** | ■ Unliquidated | |
| **OAKLAND, CA 94606** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Hoa Duc Huynh** | ■ Contingent | |
| **900 GOLDEN WHEEL PARK DRIVE** | ■ Unliquidated | |
| **SPACE 86** | ■ Disputed | |
| **SAN JOSE, CA 95112** | | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Hoa Thanh Nguyen** | ■ Contingent | |
| **800 HILLSDALE AVE #527** | ■ Unliquidated | |
| **SAN JOSE, CA 95136** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **HONG THI KIM HO** | ■ Contingent | |
| **439 N 8TH ST APT D** | ■ Unliquidated | |
| **SAN JOSE, CA 95112** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Hong Thi Kim Ho** | ■ Contingent | |
| **439 N 8TH ST APT D** | ■ Unliquidated | |
| **SAN JOSE, CA 95112** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

**Hot Shot**
**PO Box 701189**
**Houston, TX 77270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,369.10

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

**Hugo Banda**
**1126 EAST ADAMS BLVD APT 4**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

**Humberto Hernandez**
**6605 PLASKA AVE**
**HUNTINGTON PARK, CA 90255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

**HUMPHREY OMAGHO ABESON JR**
**1776 PANDA WAY APT 108**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164 2**

**Nonpriority creditor's name and mailing address**

**Humphrey Omaghomi Abeson Jr**
**1776 PANDA WAY APT 108**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

**Hung Nguyen Dang**
**668 N 4TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

**HUNG SY BUI**
**1341 OLD ROSE PL**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**Hung Sy Bui**
**1341 OLD ROSE PL**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**Hung Tuan Luu**
**360 Los Encinos ct**
**San Jose, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

**HURRE IBRAHIM**
**18439 MILITARY RD S**
**TUKWILA, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

**HUSSEIN FARAH**
**12344 14TH AVE**
**SEATTLE, WA 98125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

**Hussein Hammoud**
**461 ZATON AVE**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1650**

**Nonpriority creditor's name and mailing address**

**HUSSEIN SHEGOW
2402 S MORGAN ST
SEATTLE, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1651**

**Nonpriority creditor's name and mailing address**

**HUY HA PHONG PHAM
4016 KANSAS ST APT C
OAKLAND, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1652**

**Nonpriority creditor's name and mailing address**

**Huy Ha Phong Pham
4016 KANSAS ST APT C
OAKLAND, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1653**

**Nonpriority creditor's name and mailing address**

**HYAKUB EDWARD HERRING JR
PO BX 1194
ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1654**

**Nonpriority creditor's name and mailing address**

**Hyakub Edward Herring Jr
PO BX 1194
ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1655**

**Nonpriority creditor's name and mailing address**

**IGOR RUSU
1109 IDLEWOOD DR
SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.165 6**

**Nonpriority creditor's name and mailing address**
**Igor Rusu**
**1109 IDLEWOOD DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 7**

**Nonpriority creditor's name and mailing address**
**Iisha Marie Latimore-Cosey**
**1170 ELGIN ST**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**
**IIX Insurance Information Exch**
**1716 Briarcrest Drive**
**Suite 200**
**Bryan, TX 77802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**$26.20**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**
**Ikechukwu Akajiobi**
**531 RIDGEWAY LANE**
**LA HABRA, CA 90631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**
**Ileanna Angelina Vilorio**
**4065 PERLITA AVE APT A**
**LOS ANGELES, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**
**ILEISHA MONE HAYES**
**654 26TH ST**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

**Ileisha Mone Hayes**
**654 26TH ST**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

**Imani Shepel Shuttleworth-Derrick**
**1140 MARTIN LUTHER KING DR**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

**Imran Inayat**
**2346 AGUA VISTA DR**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

**Indira Mercado**
**168 DELTA 1**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

**Ineisha Ro Shae Mccray**
**270 E O`KEEFE ST #C**
**E PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.166 7**

**Nonpriority creditor's name and mailing address**

**Infinisource**
**PO Box 889**
**Coldwater, MI 49036-0889**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$132.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

**Instant Delivery**
**103 Johnson Street**
**E Syracuse, NY 13057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$458.80**

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

**IntelliQuick Delivery**
**PO Box 34964**
**Phoenix, AZ 85067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$937.08**

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

**Iraj Farzad**
**1671 HAMILTON AVE APT 37**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

**Iraj Hashemitaheri**
**1301 ANTWERP LANE**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.167 2**

**Nonpriority creditor's name and mailing address**

**Irene Elacre Eugenio**
**766 Moscow st**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.167 3**

**Nonpriority creditor's name and mailing address**

**Irene Taylor**
**133 S ALEXANDRIA AVE**
**LOS ANGELES, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor __A-1 Express Delivery Service, Inc._____     Case number (if known) __17-52865__
     Name

| 3.167 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Irene Virginia Taylor-White**
**183 Rey St**
**San Francisco, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.167 5

**Nonpriority creditor's name and mailing address**
**Irvin Armando Zuniga Rojas SR**
**37171 SYCAMORE ST**
**NEWARK, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.167 6

**Nonpriority creditor's name and mailing address**
**IRVING HERNANDEZ**
**2823 IOWA AVE**
**SOUTH GATE, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.167 7

**Nonpriority creditor's name and mailing address**
**Irving Hernandez**
**2823 IOWA AVE**
**SOUTH GATE, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.167 8

**Nonpriority creditor's name and mailing address**
**Isabelo Aldip Revadavia Jr**
**650 BUCKWHEAT COURT APT 6307**
**HAYWARD, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.167 9

**Nonpriority creditor's name and mailing address**
**Isaiah Anthony Rodriguez**
**1727 DE MARIETTA AVE APT 3**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Debtor      **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
Name

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISAIAH FREEMAN**
**13606 CERISE AVE**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isaiah Freeman**
**13606 CERISE AVE**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISAIAH JORDAN TAYLOR-TERRY**
**4810 FAIRFAX AVE APT D**
**OAKLAND, CA 94601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isaiah Jordan Taylor-Terry**
**4810 FAIRFAX AVE APT D**
**OAKLAND, CA 94601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isaiah Samson Revestir**
**2846 RAINWOOD CT**
**SAN JOSE, CA 95148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISAIAH SHAKIR WALLACE**
**2309 POTRERO CT**
**PINOLE, CA 94564**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| | |
|---|---|
| 3.168<br>6 | |

**Nonpriority creditor's name and mailing address**

**Isaiah Shakir Wallace**
**2309 POTRERO CT**
**PINOLE, CA 94564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.168<br>7 | |

**Nonpriority creditor's name and mailing address**

**Isiah Jones Jr**
**4328 LEIMERT BLVD**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.168<br>8 | |

**Nonpriority creditor's name and mailing address**

**Isileli Fakalata**
**267 TERMINAL ST**
**MENLO PARK, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.168<br>9 | |

**Nonpriority creditor's name and mailing address**

**ISMAIL AHMED**
**9440 27TH AVE SW B102**
**SEATTLE, WA 98126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.169<br>0 | |

**Nonpriority creditor's name and mailing address**

**ISMAIL J FARAH**
**3240 S 180TH ST APT 53**
**SEATAC, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.169<br>1 | |

**Nonpriority creditor's name and mailing address**

**ISRAEL AUGUSTIN JIMENEZ**
**251 SAN MARCO AVE APT 4**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.169
2**

**Nonpriority creditor's name and mailing address**

**Israel Augustin Jimenez**
**251 SAN MARCO AVE APT 4**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.169
3**

**Nonpriority creditor's name and mailing address**

**ISRAEL BLAS**
**958 KENWOOD ST**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.169
4**

**Nonpriority creditor's name and mailing address**

**Israel Blas**
**958 KENWOOD ST**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.169
5**

**Nonpriority creditor's name and mailing address**

**IYESHA MICHELLE LEE**
**3501 SAN PABLO AVE APT 437**
**OAKLAND, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.169
6**

**Nonpriority creditor's name and mailing address**

**Iyesha Michelle Lee**
**3501 SAN PABLO AVE APT 437**
**OAKLAND, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.169
7**

**Nonpriority creditor's name and mailing address**

**JACK DOYLE**
**1710 UNION ST**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1698**

**Nonpriority creditor's name and mailing address**

**Jack Doyle**
**1710 UNION ST**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1699**

**Nonpriority creditor's name and mailing address**

**JACK FULMORE JR**
**1021 JONES AVE**
**BRADDOCK, PA 15104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1700**

**Nonpriority creditor's name and mailing address**

**Jackielou Bayari**
**2723 RIVERRUN DR**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1701**

**Nonpriority creditor's name and mailing address**

**Jackson Duong**
**4907 CALLE DE ESCUELA**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1702**

**Nonpriority creditor's name and mailing address**

**Jacky Ri Hui Huang**
**149 Mariposa Ave**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1703**

**Nonpriority creditor's name and mailing address**

**Jacob Baptista**
**5304 BELLAS ARTES CIRCLE**
**SAN RAMON, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name                                                    Case number (if known)    **17-52865**

---

| 3.170 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Jacob Eli Sleep** | ■ Contingent | | |
| **327 TRENTON WAY** | ■ Unliquidated | | |
| **MENLO PARK, CA 94025** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.170 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Jacob James Gehnert** | ■ Contingent | | |
| **1610 N NORMANDIC AVE #308** | ■ Unliquidated | | |
| **LOS ANGELES, CA 90027** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.170 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **JACOB LOUIE FRANKLIN** | ■ Contingent | | |
| **1174 BAYARD DR** | ■ Unliquidated | | |
| **SAN JOSE, CA 95122** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.170 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Jacob Louie Franklin** | ■ Contingent | | |
| **1174 BAYARD DR** | ■ Unliquidated | | |
| **SAN JOSE, CA 95122** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.170 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **JACOB MATTHEW GARNER** | ■ Contingent | | |
| **873 LEWIS AVE** | ■ Unliquidated | | |
| **SUNNYVALE, CA 94086** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.170 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Jacob Matthew Garner** | ■ Contingent | | |
| **873 LEWIS AVE** | ■ Unliquidated | | |
| **SUNNYVALE, CA 94086** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**Jacob Mitchell Gann**
**PO BOX 5682**
**SANTA CRUZ, CA 95063**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**JACOB PORTER**
**27 DEER RUN COURT**
**NEW CUMBERLAND, WV 26047**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 2**

**Nonpriority creditor's name and mailing address**

**Jacqueline Washington**
**29009 DIXON ST APT 6**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

**Jacqunisha Willinisha Smith**
**1515 E BIANCHI RD APT 608**
**STOCKTON, CA 95210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

**JAE PIL RO**
**1550 TECHNOLOGY DR APT 2082**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

**Jae Pil Ro**
**1550 TECHNOLOGY DR APT 2082**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAFAR ALI**
**12225 OCCIDENTAL AVE S**
**SEATTLE, WA 98168**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jagmit Singh Josan**
**1760 Halford Avenue #158**
**Santa Clara, CA 95051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jagtar Singh Sanghera**
**43225 VALIANT DR**
**CHANTILLY, VA 20152**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jaime Chavez V**
**828 MORSE AVE #55**
**SUNNYVALE, CA 94085**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAIME GONZALEZ**
**14404 CHADRON AVE**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jaime Gonzalez**
**14404 CHADRON AVE**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **A-1 Express Delivery Service, Inc.**          Case number (if known)    **17-52865**
_____
Name

---

| 3.172 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jaime Medina**
**1216 N NEW HAMPSHIRE AVE**
**APT 5**
**LOS ANGELES, CA 90029**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Class List**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jairo Armando Romero**
**5811 LOVELAND ST APT E**
**BELL GARDENS, CA 90201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Class List**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**JAKENDA ANITA WILLIAMS**
**1106 ALPINE AVE**
**MENLO PARK, CA 94025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **6 mo term**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jakenda Anita Williams**
**1106 ALPINE AVE**
**MENLO PARK, CA 94025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Class List**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jalen Rehawn Lawson**
**756 EAST TAYLOR ST**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Class List**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jalil Nazmjo**
**3188 MOORPARK AVE**
**SAN JOSE, CA 95117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _                    Basis for the claim:  **Class List**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    __A-1 Express Delivery Service, Inc._____    Case number (if known)    __17-52865__
          Name

| 3.172 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**JAMAL JEYLANI**
**5025 PUGET BLVD SW**
**SEATTLE, WA 98106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**Jamal Lavell Miller**
**435 HAIGHT AVE**
**ALAMEDA, CA 94501**

3.172 9

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**Jamar Kyle Smithe**
**8727 D ST**
**OAKLAND, CA 94621**

3.173 0

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**JAMARR POILET SMITH**
**1542 SHAFTER AVE APT B**
**SAN FRANCISCO, CA 94124**

3.173 1

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**Jamarr Poilet Smith**
**1542 SHAFTER AVE APT B**
**SAN FRANCISCO, CA 94124**

3.173 2

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Nonpriority creditor's name and mailing address**
**Jameel Rizwan Hussain**
**11808 TURTLE SPRINGS LANE**
**PORTER RANCH, CA 91326**

3.173 3

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.173
4**

**Nonpriority creditor's name and mailing address**

**JAMEL DINGLE**
**415 W 128TH ST 2**
**NEW YORK, NY 10027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
5**

**Nonpriority creditor's name and mailing address**

**JAMES CARTER JEFFERSON**
**155 BURBANK ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
6**

**Nonpriority creditor's name and mailing address**

**James Carter Jefferson**
**155 BURBANK ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
7**

**Nonpriority creditor's name and mailing address**

**James Charles Rego**
**22242 QUEEN ST**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
8**

**Nonpriority creditor's name and mailing address**

**JAMES CHEATHAM**
**134 SHANNON HIGHTS DR**
**VERONA, PA 15147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
9**

**Nonpriority creditor's name and mailing address**

**James Clark**
**155 NANTUCKET LN APT 155**
**VALLEJO, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**James Cortez**
**2019 FOXWORTHY AVE**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

**JAMES DUY DAO**
**1214 CLAYBURN LN**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 2**

**Nonpriority creditor's name and mailing address**

**James Duy Dao**
**1214 CLAYBURN LN**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 3**

**Nonpriority creditor's name and mailing address**

**James Edward Belton**
**912 TEAKWOOD CT APT 2**
**LOS GATOS, CA 95032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 4**

**Nonpriority creditor's name and mailing address**

**James Evans**
**Po Box 60203**
**Sunnyvale, CA 94088**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

**James Graston**
**1645 SALISBURY**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

**JAMES HALL**
**110 NORMAN DR**
**PITTSBURGH, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 7**

**Nonpriority creditor's name and mailing address**

**JAMES JEAN-BAPTISTE**
**107-46 90TH STREET**
**OZONE PARK, NY 11417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**JAMES JORDAN BLIESNER**
**5034 117TH AVE SE**
**BELLEVUE, WA 98006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**James Manriquez II**
**2643 YERBA VISTA CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**James Marcus Goulden**
**169 BENDER CIRCLE**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**James Marcus Turner**
**4523 LE CONTE CIRCLE**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  __A-1 Express Delivery Service, Inc._____     Case number (if known)  __17-52865__
　　　　　　Name

| 3.175 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.175 2**

**Nonpriority creditor's name and mailing address**

**JAMES MICHAEL CANNON**
**1605 THE STRAND AVE**
**SAN JOSE, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

**James Michael Cannon**
**1605 THE STRAND AVE**
**SAN JOSE, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

**James Nicholas Vinyard**
**5043 LE MICCINE TER**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

**JAMES OSCAR THOMAS**
**23633 SCHULTIES RD**
**LOS GATOS, CA 95033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

**James Oscar Thomas**
**23633 SCHULTIES RD**
**LOS GATOS, CA 95033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**JAMES PRESTRIDGE**
**4126 37TH AVE SW**
**SEATTLE, WA 98126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number (if known)    **17-52865**

---

| 3.175 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES QUANG PHA NGUYEN**
**3065 MELCHESTER DR**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Quang Phan Nguyen**
**3065 MELCHESTER DR**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES ROBERT HESSINGER**
**2240 TAMIE LANE**
**SAN JOSE, CA 95130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Robert Hessinger**
**2240 TAMIE LANE**
**SAN JOSE, CA 95130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES SANDS**
**2239 MIDTOWN SQUARE**
**PITTSBURGH, PA 15219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAMES VU**
**3776 ROUEN CT**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.176 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Vu**<br>**3776 ROUEN CT**<br>**SAN JOSE, CA 95127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.176 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Wanjohi Kahenya**<br>**834 DOYLE ROAD**<br>**SAN JOSE, CA 95129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.176 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JAMES WILLIAM VEJVODA**<br>**SADDLE BROOK, 114**<br>**SAN JOSE, CA 95136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __6 mo term__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.176 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James William Vejvoda**<br>**SADDLE BROOK, 114**<br>**SAN JOSE, CA 95136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.176 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JAMIE NEHRENBERG**<br>**985 MARVIEW AVE APT 5**<br>**LOS ANGELES, CA 90012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __6 mo term__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

**3.176 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **JAMIE WOLFE**<br>**1174 FOREST AVE**<br>**PITTSBURGH, PA 15236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __6 mo term__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.177 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **JAMIKA LATRICE PROCTOR-WATTS**<br>**638 21ST APT 315**<br>**OAKLAND, CA 94612** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.177 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamika Latrice Proctor-Watts**<br>**638 21ST APT 315**<br>**OAKLAND, CA 94612** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.177 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **JAMIL OCTAVIO JOHNSON-BENNETT**<br>**4839 STATE COURT**<br>**RICHMOND, CA 94804** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.177 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamil Octavio Johnson-Bennett**<br>**4839 STATE COURT**<br>**RICHMOND, CA 94804** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.177 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamila Brantley**<br>**3120 SAN ANDREAS DR**<br>**UNION CITY, CA 94587** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.177 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **JAMILL LAMAR SPARROW**<br>**3629 BROWNSVILLE RD  APT 2**<br>**PITTSBURGH, PA 15227** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **A-1 Express Delivery Service, Inc.**                                Case number (if known)   **17-52865**
_____
Name

---

| 3.177 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jan Clement Zacarias Olidan** | ■ Contingent | |
| **1371 LASSEN AVE** | ■ Unliquidated | |
| **MILPITAS, CA 95035** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:**  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jan Marc Oropesa Enriquez** | ■ Contingent | |
| **101 W MOLTKE ST** | ■ Unliquidated | |
| **DALY CITY, CA 94014** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:**  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jan Ron Palmiery Tolentino** | ■ Contingent | |
| **658 KODIAK CT APT 4** | ■ Unliquidated | |
| **SAN JOSE, CA 94087** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:**  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.177 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JANAYA NICOLE GILKEY** | ■ Contingent | |
| **2820 CROSSMILL COURT** | ■ Unliquidated | |
| **SAN JOSE, CA 95121** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:**  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Janaya Nicole Gilkey** | ■ Contingent | |
| **2820 CROSSMILL COURT** | ■ Unliquidated | |
| **SAN JOSE, CA 95121** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:**  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.178 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JANCIN ROBINSON** | ■ Contingent | |
| **120 ERSKINE PL 225** | ■ Unliquidated | |
| **BRONX, NY 10475** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:**  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

**Janelle Lynn Rodricks**
**853 COMMODORE #421**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

**Janet Williams**
**4162 DON MARIANO DRIVE**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

**JANICE G DUNCAN**
**1880 N CAPITOL AVE APT 321**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

**Janice G Duncan**
**1880 N CAPITOL AVE APT 321**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

**Janjo Cruz Mangalindan**
**895 NORTH BAYSHORE ROAD WEST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 7**

**Nonpriority creditor's name and mailing address**

**JARED SUTTON**
**16061 SE 173RD ST**
**RENTON, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.178 8**

**Nonpriority creditor's name and mailing address**
**Jarod Justin Holmes**
**1900 CALIFORNIA ST APT 21**
**MOUNTAIN VIEW, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 9**

**Nonpriority creditor's name and mailing address**
**Jaroslava Popova**
**1539 7TH AVE**
**SAN FRANCISCO, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 0**

**Nonpriority creditor's name and mailing address**
**Jasmine Gomez**
**52 DEARBORN STREET 52**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 1**

**Nonpriority creditor's name and mailing address**
**JASMINE INES ROSADO**
**254 W 154 STREET APT  4C**
**NEW YORK, NY 10039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 2**

**Nonpriority creditor's name and mailing address**
**JASMINE JAMILA MILLER**
**1475 167TH AVE APT 52**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 3**

**Nonpriority creditor's name and mailing address**
**Jasmine Jamila Miller**
**1475 167TH AVE APT 52**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | **17-52865** |
|---|---|---|---|
| | Name | | |

---

**3.179 4**

**Nonpriority creditor's name and mailing address**
JASMINE MARIA RODRIGUEZ
20646 BLOSSOM COMMON
HAYWARD, CA 94541

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 5**

**Nonpriority creditor's name and mailing address**
Jasmine Maria Rodriguez
20646 BLOSSOM COMMON
HAYWARD, CA 94541

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 6**

**Nonpriority creditor's name and mailing address**
Jasmine Yazareth Delcid
14726 GREVILLIA AVE
LAWNDALE, CA 90260

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**
Jason Adam Freedman
1019 S CURSON AVE
LOS ANGELES, CA 90019

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**
JASON CHRISTOPH FAILLA
7220 DUMAS PL
NEWARK, CA 94560

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**
Jason Christopher Failla
7220 DUMAS PL
NEWARK, CA 94560

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**3.180 0**

**Nonpriority creditor's name and mailing address**
**JASON DARNELL ROBINSON**
**214 LOVERIDGE CIRCLE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**
**Jason Darnell Robinson**
**214 LOVERIDGE CIRCLE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 2**

**Nonpriority creditor's name and mailing address**
**Jason David Perez**
**1003 FOXCHASE DR**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
**Jason Ernest Cabral**
**2881 ARMSTEAD CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
**JASON FOON LEE**
**59 CYMBIDIUM CIRCLE**
**S SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
**Jason Foon Lee**
**59 CYMBIDIUM CIRCLE**
**S SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**Jason Gancedo**
**3114 LOWELL AVE**
**LOS ANGELES, CA 90032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**JASON ISAAC LEVINE**
**250 WEST EL CAMINO REAL #6100**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**Jason Isaac Levine**
**250 WEST EL CAMINO REAL #6100**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**Jason Jerome Mcgehee**
**793 S TRACY BLVD UNIT 159**
**TRACY, CA 95376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**Jason Kalid Noorzai**
**4920 CHISM WAY**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

**Jason Lee Sumpter**
**890 HAYES ST**
**SAN FRANCISCO, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.181 2**

**Nonpriority creditor's name and mailing address**

**Jason Luc**
**3204 PARKHAVEN DR**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

**Jason Matthew Marrero**
**1900 NICE DRIVE #201**
**CORONA, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

**JASON PAUL CORNELIUS**
**720 N 10TH ST STE A    264**
**RENTON, WA 98057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

**JASON PEREZ**
**1003 FOXCHASE DR**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

**Jason S Poon**
**950 Linden Ave #212**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.181 7**

**Nonpriority creditor's name and mailing address**

**JASON TIN HUYNH**
**2538 HURAN COURT**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1818**

**Nonpriority creditor's name and mailing address**

Jason Tin Huynh
2538 HURAN COURT
SAN JOSE, CA 95122

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1819**

**Nonpriority creditor's name and mailing address**

JASON TODD
3090 LOS PRADOS ST APT 17
SAN MATEO, CA 94403

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1820**

**Nonpriority creditor's name and mailing address**

Jason Todd
3090 LOS PRADOS ST APT 17
SAN MATEO, CA 94403

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1821**

**Nonpriority creditor's name and mailing address**

JASPER OLYMPIO
1451 COMPTON DRIVE
MABLETON, GA 30126

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1822**

**Nonpriority creditor's name and mailing address**

JATINDER PAL SINGH
25200 SANTA CLARA ST APT 242
HAYWARD, CA 94544

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1823**

**Nonpriority creditor's name and mailing address**

Jatinder Pal Singh
25200 SANTA CLARA ST APT 242
HAYWARD, CA 94544

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**Jatinder Singh**
**25200 SANTA CLARA ST APT 242**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**JAUREL PAYABYAB JULAO**
**11 EDINBURGH ST**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

**Jaurel Payabyab Julao**
**11 EDINBURGH ST**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 7**

**Nonpriority creditor's name and mailing address**

**Java Leon Bacot**
**1362 64th ave**
**Oakland, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 8**

**Nonpriority creditor's name and mailing address**

**JAVANTE WATSON**
**12519 SE 216TH ST**
**KENT, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.182 9**

**Nonpriority creditor's name and mailing address**

**Javier Chavez Salas**
**1981 TATE ST APT #B301**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.183 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAVIER LOPEZ URENDA**
**4011 DARWIN DR**
**FREMONT, CA 94555**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javier Lopez Urenda**
**4011 DARWIN DR**
**FREMONT, CA 94555**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javier Villanueva**
**805 SAN VERON AVE**
**MOUNTAIN VIEW, CA 94043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAVIS MICHAEL ABREGANO**
**1142 ZURICH COURT**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javis Michael Abregano**
**1142 ZURICH COURT**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jay Edward Mitchell**
**1435 KIM CT APT 2**
**CAMPBELL, CA 95008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.183 6**

**Nonpriority creditor's name and mailing address**
**JAY KATOFSKY**
**725 LITTLE FOOT DR**
**FREMONT, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 7**

**Nonpriority creditor's name and mailing address**
**Jay Katofsky**
**725 LITTLE FOOT DR**
**FREMONT, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 8**

**Nonpriority creditor's name and mailing address**
**Jay Young Kim**
**3585 Sandpebble Dr**
**San Jose, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.183 9**

**Nonpriority creditor's name and mailing address**
**Jayme Renee Hutchins**
**P O BOX 2311**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 0**

**Nonpriority creditor's name and mailing address**
**Jaymie Alan Rekdahl**
**1737 REDWOOD AVE**
**REDWOOD CITY, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 1**

**Nonpriority creditor's name and mailing address**
**JAYVON VANPELT**
**1033 60TH ST APT 2**
**OAKLAND, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number *(if known)*    **17-52865**

---

| 3.184 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jayvon Vanpelt**
**1033 60TH ST APT 2**
**OAKLAND, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAZMINE PAIGE HERNANDEZ**
**460 E 147 ST 2B**
**BRONX, NY 10455**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JAZMINE SHANDAL EWING**
**5905 MAURITANIA AVE APT 4**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jazmine Shandal Ewing**
**5905 MAURITANIA AVE APT 4**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JEAN BERNARD**
**1565 NOSTRAND AVE 5H**
**BROOKLYN, NY 11226**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JEANETE MALDONADO**
**917 W HYDE PARK BLVD**
**SUITE 105**
**INGLEWOOD, CA 95131-1730**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.184 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeanete Maldonado**
**917 W HYDE PARK BLVD**
**SUITE 105**
**INGLEWOOD, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.184 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeanette Leah Davis**
**714 VARSI PL**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.185 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEANETTE VILLALOBOS**
**338 E 82 ST**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.185 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeanette Villalobos**
**338 E 82 ST**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.185 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeannette Estelle Oguinn**
**2915 N TEXAS ST APT 115**
**FAIRFIELD, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.185 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Lung Chen**
**38780 HUNTINGTON CIR**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
          Name                                                    Case number (if known)    **17-52865**

---

| 3.185 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jeff M Zaklit**<br>**1179 W 11TH ST APT 7**<br>**SAN PEDRO, CA 90731** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JEFFERY DEAKINGS**<br>**1129 MELLON STREET**<br>**PITTSBURGH, PA 15206** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jeffery Wade Jr**<br>**258 LANSING WAY**<br>**HAYWARD, CA 94541** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jeffrey Allen Stevenson**<br>**1151 PECOS WAY**<br>**SUNNYVALE, CA 94089** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JEFFREY BELTRAN**<br>**423 GALAXY CT**<br>**MILPITAS, CA 95035** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.185 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jeffrey Briscoe**<br>**771 clark way**<br>**Palo Alto, CA 94304** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JEFFREY JAMES HARTUNG**
**1798 STARLITE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey James Hartung**
**1798 STARLITE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey John Dauz Beltran**
**423 GALAXY CT**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JEFFREY LEE ROWLAND**
**1510 AWALT COURT**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Lee Rowland**
**1510 AWALT COURT**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JEFFREY LYONS**
**6418 HAWTHORNE ST**
**LANDOVER, MD 20785**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Macabeo Encarnacion**
**2845 CORDA DRIVE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 7**

**Nonpriority creditor's name and mailing address**

**JEFFREY MICHAEL YOUNGBLOOD**
**846 LAKEWOOD DR.**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Michael Youngblood**
**846 LAKEWOOD DR.**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Tellez**
**219 ALBION AVENUE APT #3**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Welti Jones**
**7486 BRIGHTON CT**
**DUBLIN, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 1**

**Nonpriority creditor's name and mailing address**

**JEFFY TARUC SIMON**
**66 GREENTREE WAY**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number (if known)    **17-52865**
_____

---

| 3.187 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeffy Taruc Simon**
**66 GREENTREE WAY**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.187 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jena Gillin**
**3433 LEIGH AVE**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.187 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENAYA FRA CATO**
**24230 SILVA AVE APT 29**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.187 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jenaya Fra Cato**
**24230 SILVA AVE APT 29**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.187 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JENE MARIE CRAVANAS**
**1629 CAVALLO RD APT D**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.187 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jene Marie Cravanas**
**1629 CAVALLO RD APT D**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)  **17-52865**

---

| 3.187 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer Anne Fisser**
**489 SNYDER AVE**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JENNIFER BARAJAS**
**4229 W  102ND ST**
**INGLEWOOD, CA 90304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer Barajas**
**4229 W 102ND ST**
**INGLEWOOD, CA 90304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JENNIFER HALL**
**124 KISSICK LN**
**FREEPORT, PA 16229**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jennifer McDonald**
**1553 PROVINCETOWN DR**
**SAN JOSE, CA 95129**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JENNIFER RUTH MOSS**
**501 W  189TH ST APT 3**
**NEW YORK, NY 10040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1884**

**Nonpriority creditor's name and mailing address**

**JENNIFER TAN**
**6110 181ST PL SW**
**LYNNWOOD, WA 98037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1885**

**Nonpriority creditor's name and mailing address**

**Jenny Mercedes Jimenez**
**2517 LOGSDEN WAY**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1886**

**Nonpriority creditor's name and mailing address**

**Jerahmeel Lemuel Blanco**
**29149 SUNRISE CT**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1887**

**Nonpriority creditor's name and mailing address**

**JEREMIAH AKINI CHARLES**
**172 WEST 130TH ST APT 5B**
**NEW YORK, NY 10027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1888**

**Nonpriority creditor's name and mailing address**

**JEREMIAH BYRON CLAUSS**
**2104 LA TERRACE CIRCLE**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1889**

**Nonpriority creditor's name and mailing address**

**Jeremiah Byron Clauss**
**2104 LA TERRACE CIRCLE**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

---

**3.1890**

**Nonpriority creditor's name and mailing address**
**JEREMIAH JOHN STUDEBAKER**
**1315 GORDON ST**
**VALLEJO, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1891**

**Nonpriority creditor's name and mailing address**
**Jeremiah John Studebaker**
**1315 GORDON ST**
**VALLEJO, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1892**

**Nonpriority creditor's name and mailing address**
**Jeremie Fontanilla Aldana**
**518 PENTENCIA ST 3**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1893**

**Nonpriority creditor's name and mailing address**
**Jeremy Active**
**3427 KETTMANN RD**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1894**

**Nonpriority creditor's name and mailing address**
**Jeremy David Coatney**
**1236 PEACH COURT**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1895**

**Nonpriority creditor's name and mailing address**
**JEREMY LUCAS SOUZA**
**65 MARIAN LANE**
**SAN JOSE, CA 95127-9512**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

| 3.189 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jeremy Lucas Souza**
**65 MARIAN LANE**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jeremy Richard Lopez**
**94 POAS CIR**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**JEREMY SMITH**
**23634 129TH AVE SE**
**KENT, WA 98031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jeremy Vincent Di Salvo**
**460 DIXON DR**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**JEREMY WILLIAM SCHULTZ**
**53 CLEAVES AVE**
**SAN JOSE, CA 95126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Jeremy William Schultz**
**53 CLEAVES AVE**
**SAN JOSE, CA 95126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.190 2**

**Nonpriority creditor's name and mailing address**

**Jericho Ganado Tottoc**
**569 PARK JOHNSON PL**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

**Jerico Elijah Cruz Galuego**
**2656 GREAT ARBOR WAY**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

**Jeries Bahu**
**700 PRONTO DR**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**Jermiah Lakapi Sao**
**2359 PENTLAND WAY**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**Jerold Keith Bacon**
**1055 LAKEVIEW DRIVE**
**HILLSBOROUGH, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Jerome Bright**
**510 ARGONAUT AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.190 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEROME LEROY FINLEY**
**1713 164TH AVE APT 5**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.190 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerome Leroy Finley**
**1713 164TH AVE APT 5**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerome Pinkney**
**5816 WARING AVENUE 102**
**LOS ANGELES, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JEROME WARTHEN**
**4079 W 142ND ST APT E**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerome Warthen**
**4079 W 142ND ST APT E**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.191 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERROLD FORD JR**
**2128 FLORIDA AVE**
**RICHMOND, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.191 4 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Jerrold Ford Jr
2128 FLORIDA AVE
RICHMOND, CA 94804

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 5 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JERRY CHARLOT
88-35 162ST 3H
JAMAICA, NY 11432

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 6 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Jerry David Candelaria
934 ADAMS ST
ALBANY, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 7 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Jerry Kim
3751 W 6TH ST #76227
LOS ANGELES, CA 90076

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 8 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Jerry Obi
1461 NAVY ST
SAN LEANDRO, CA 94577

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 9 | | | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Jerry Toan Pham
270 UMBARGER RD SPC 6
SAN JOSE, CA 95111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

**Jersey Shore Courier Service**
**501 Prospect St Unit 90**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,200.00

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

**Jerum Polloso**
**555 WASHINGTON AVENUE**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 2**

**Nonpriority creditor's name and mailing address**

**Jesse Anthony Montes**
**3519 WELLINGTON RD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

**Jesse Anthony Quiroz**
**3443 MCKINLEY AVE**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

**JESSE BAUER**
**692 FLORIDA AVE APT A**
**MOUNT LEBANON, PA 15228**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

**Jesse Edgar Diaz**
**1920 W 41ST ST**
**LOS ANGELES, CA 90062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*  **17-52865**

---

| 3.192 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JESSE JOHN AVILES** | ■ Contingent | |
| **336 N CHAPEL AVE APT J** | ■ Unliquidated | |
| **ALHAMBRA, CA 91801** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **6 mo term** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.192 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jesse John Aviles** | ■ Contingent | |
| **336 N CHAPEL AVE APT J** | ■ Unliquidated | |
| **ALHAMBRA, CA 91801** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.192 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jesse Montoya** | ■ Contingent | |
| **483 BIXBY DR** | ■ Unliquidated | |
| **MILPITAS, CA 95035** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.192 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JESSICA CIENA BRAVO** | ■ Contingent | |
| **2340 ORLANDO DRIVE** | ■ Unliquidated | |
| **SAN JOSE, CA 95122-9512** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **6 mo term** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jessica Ciena Bravo** | ■ Contingent | |
| **2340 ORLANDO DRIVE** | ■ Unliquidated | |
| **SAN JOSE, CA 95122** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.193 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JESSICA E ALLEN** | ■ Contingent | |
| **494 63RD ST APT 1** | ■ Unliquidated | |
| **OAKLAND, CA 94609** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **6 mo term** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **A-1 Express Delivery Service, Inc.**
_____
Name                                                          Case number (if known)  **17-52865**

---

| 3.193 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica E Allen**
**494 63RD ST APT 1**
**OAKLAND, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Hernandez Berrios**
**225 BOCANA ST**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**JESSICA LARKIN**
**8106 19TH AVE NE A**
**MARYSVILLE, WA 98271**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Mai Thanh Nguyen**
**525 TIROL CT**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**JESSICA MARTINEZ**
**691 W  SAN CARLOS ST**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Martinez**
**691 W SAN CARLOS ST**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number *(if known)*    **17-52865**
_____

| 3.193 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Sanchez Garcia**
**564 TROY DR APT 2**
**SAN JOSE, CA 95117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JESSICA TORRES ZAMBRANO**
**73 LAMMERHAVEN CT**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Torres Zambrano**
**73 LAMMERHAVEN CT**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessie Postremo Gumban**
**142 PLYMOUTH CIR**
**DALY CITY, CA 94015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JESUS ADRIAN BALLOTE-BURGOS**
**515 FILLMORE ST**
**SAN FRANCISCO, CA 94117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesus Adrian Ballote-Burgos**
**515 FILLMORE ST**
**SAN FRANCISCO, CA 94117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.194 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus C Mejia**
**1249 HOPKINS DR**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus Carvente Quinto**
**PO BOX 40221**
**LONG BEACH, CA 90804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESUS DE LA CRUZ**
**2723 WEBB AVE 1-G**
**BRONX, NY 10468**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus Grimaldo**
**14016 YUKON AVE**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESUS LUNA JR**
**121 BIRCH LANE**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus Manuel Romero Duarte**
**2782 FOLSOM STREET #3**
**SAN FRANCISCO, CA 94110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**    Case number (if known)    **17-52865**
_____
Name

| 3.195 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesus Meza Juarez**
**2052 OLIVE AVE APT A**
**LONG BEACH, CA 90806**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesus Uriel Samano Soto**
**3853 LYMAN RD**
**OAKLAND, CA 94602**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JIAN EN ZHENG**
**1109 GRACE ST**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jian En Zheng**
**1109 GRACE ST**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jianbin Liang**
**284 ELLINGTON AVE**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JIMMY CAM**
**919 RUTLAND ST**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)  **17-52865**
_____

| 3.195 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jimmy Cam**
**919 RUTLAND ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jimmy Dean Scott Jr**
**979 60TH ST**
**OAKLAND, CA 94608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jimmy Hieu Cao**
**2877 Hostetter Rd**
**San Jose, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jimmy James Sugar**
**1227 W 39TH ST**
**LOS ANGELES, CA 90037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JIMMY JEFFERSON LOBO ORDONEZ**
**5522 VIRGINIA AVE APT 1**
**LOS ANGELES, CA 90038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jimmy Jefferson Lobo Ordonez**
**5522 VIRGINIA AVE APT 1**
**LOS ANGELES, CA 90038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __A-1 Express Delivery Service, Inc._____   Case number (if known)   __17-52865__
       Name

| 3.196 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jimmy Karoll Sigmon**
**832 W 134 PLACE**
**COMPTON, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JIMMY RIGGINS**
**7158 TILDEN STREET**
**PITTSBURGH, PA 15206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JoAnn Ray**
**744 E 85TH STREET**
**LOS ANGELES, CA 90001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joanna Marie Ebon Magpayo**
**548 Saint Anton way**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOANNA MARIE GA ACALA**
**34112 VIA LUCCA**
**FREMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joanna Marie Ga Acala**
**34112 VIA LUCCA**
**FREMONT, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.1968**

**Nonpriority creditor's name and mailing address**

Jody Ray Mccoy Jr
1229 OAK HILL CT
PINOLE, CA 94564

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.1969**

**Nonpriority creditor's name and mailing address**

Joe Abraham Murillo Cortes
2912 SUNWOOD DR
SAN JOSE, CA 95111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.1970**

**Nonpriority creditor's name and mailing address**

Joe Duc Wong
1372 Trestlewood lane dr
San Jose, CA 95138

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.1971**

**Nonpriority creditor's name and mailing address**

Joe Dung Chi Dam
1267 OXTON DR
SAN JOSE, CA 95121

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.1972**

**Nonpriority creditor's name and mailing address**

Joe Ornelas
2330 PATRICIA DR
SANTA CLARA, CA 95050

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.1973**

**Nonpriority creditor's name and mailing address**

JOEL ANTONIO CONTRERAS
3843 AGNES AVE
LYNWOOD, CA 90262

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:   **6 mo term**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (*if known*)    **17-52865**

---

| 3.197 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Joel Antonio Contreras** | ■ Contingent | |
| **3843 AGNES AVE** | ■ Unliquidated | |
| **LYNWOOD, CA 90262** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.197 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JOEL BERRY** | ■ Contingent | |
| **512 E ST. APT B** | ■ Unliquidated | |
| **ANTIOCH, CA 94509** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.197 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Joel Berry** | ■ Contingent | |
| **512 E ST. APT B** | ■ Unliquidated | |
| **ANTIOCH, CA 94509** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.197 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JOEL GUITY** | ■ Contingent | |
| **345 THATFORD AVENUE 2B** | ■ Unliquidated | |
| **BROOKLYN, NY 11212** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.197 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Joey Phuc Cong Nguyen** | ■ Contingent | |
| **510 SADDLEBROOK DR SPC# 309** | ■ Unliquidated | |
| **SAN JOSE, CA 95136** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.197 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Johanna Campos** | ■ Contingent | |
| **3972 E. 5th Street** | ■ Unliquidated | |
| **Los Angeles, CA 90026** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **A-1 Express Delivery Service, Inc.** _____   Case number (if known)   **17-52865**
　　　　　Name

---

**3.198 0**

**Nonpriority creditor's name and mailing address**

**Johe Altamirano**
**870 E EL CAMINO REAL APT 160**
**MOUNTAIN VIEW, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 1**

**Nonpriority creditor's name and mailing address**

**JOHN ANTHONY DIAZ**
**867 MALONE RD**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 2**

**Nonpriority creditor's name and mailing address**

**John Anthony Diaz**
**867 MALONE RD**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 3**

**Nonpriority creditor's name and mailing address**

**John Anthony Perdomo**
**16601 KELSLOAN ST**
**VAN NUYS, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 4**

**Nonpriority creditor's name and mailing address**

**John Bang Tran**
**2630 GLEN FERGUSON CIRCLE**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 5**

**Nonpriority creditor's name and mailing address**

**JOHN CARL TERRAZAS JR**
**104 GLEN EYRIE AVE APT 5**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

**John Carl Terrazas Jr**
**104 GLEN EYRIE AVE APT 5**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 7**

**Nonpriority creditor's name and mailing address**

**JOHN CHRISTOPHE HANKS**
**1702 65TH AVE**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

**John Christophe Hanks**
**1702 65TH AVE**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

**John Constantine Dela Pena**
**341 CARNEGIE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**John Edward Beltran II**
**10275 EARLANDER ST**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

**John Ervin Bagby**
**16180 Marcella st**
**San Leandro, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.199 2**

**Nonpriority creditor's name and mailing address**

**JOHN FRANKLIN**
**1150 RANCHERO WAY #1**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

**JOHN INOCENCIO**
**22652 BYRON ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

**John Inocencio**
**22652 BYRON ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

**JOHN JOSEPH ACEDILLO**
**2761 VALLEYWOOD DR**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

**John Joseph Acedillo**
**2761 VALLEYWOOD DR**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 7**

**Nonpriority creditor's name and mailing address**

**JOHN KEVIN SYKI NOLASCO**
**900 HENDERSON AVE SPACE 66**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.1998**

**Nonpriority creditor's name and mailing address**

**John Kevin Sykimte Nolasco**
**900 HENDERSON AVE SPACE 66**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1999**

**Nonpriority creditor's name and mailing address**

**JOHN KIM**
**35739 30TH AVE S**
**FEDERAL WAY, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2000**

**Nonpriority creditor's name and mailing address**

**John Lawrence W Schofield**
**176 JASMINE WAY**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2001**

**Nonpriority creditor's name and mailing address**

**John Le**
**4504 BISON WAY**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2002**

**Nonpriority creditor's name and mailing address**

**JOHN LE-NAM DANG**
**6975 ROCKTON PLACE**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2003**

**Nonpriority creditor's name and mailing address**

**John Le-Nam Dang**
**6975 ROCKTON PLACE**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

**John Nels Lindstrom**
**16 MANZANITA AVE**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

**John Ortega Chagoya**
**2509 BLUESTONE CT**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

**John P Deguzman**
**43 HEATH ST**
**MILPITAS, CA 95036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.200 7**

**Nonpriority creditor's name and mailing address**

**John Paul Braga Murillo**
**22790 OLIVE PL**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.200 8**

**Nonpriority creditor's name and mailing address**

**John Paul Realon**
**2555 KOLNES CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.200 9**

**Nonpriority creditor's name and mailing address**

**John Robert Haynes-Brakebill Ii**
**21242 MEEKLAND AVE**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.2010 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | JOHN SALVADOR CALDERON | ■ Contingent | |
| | PO BOX 24865 | ■ Unliquidated | |
| | SAN JOSE, CA 95154 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2011 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | John Salvador Calderon | ■ Contingent | |
| | PO BOX 24865 | ■ Unliquidated | |
| | SAN JOSE, CA 95154 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2012 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | JOHN SLIMICK JR | ■ Contingent | |
| | 333 HANKEY FARMS DR | ■ Unliquidated | |
| | OAKDALE, PA 15071 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2013 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | John W Shepherd | ■ Contingent | |
| | 13302 BLUE SPRUCE AVE | ■ Unliquidated | |
| | GARDEN GROVE, CA 92840 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2014 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | John William Spurlock | ■ Contingent | |
| | 29004 MIRADA CIRCULO | ■ Unliquidated | |
| | VALENCIA, CA 91354 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2015 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Johnathan Talo Ludka | ■ Contingent | |
| | 3393 Ivan Way | ■ Unliquidated | |
| | Mountain View, CA 94040 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **A-1 Express Delivery Service, Inc.**
　　　　　　Name                                                                 Case number (if known)    **17-52865**

---

| 3.201 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Johnny Lewis Allen Jr**
**5526 OLANDA ST**
**LYNWOOD, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JOHNNY MORENO**
**3047 NELSON LN**
**TRACY, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Johnny Moreno**
**3047 NELSON LN**
**TRACY, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Johnny Ray Florence Jr**
**1475 FLORIDA AVE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Johnny Ray Willis**
**1227 WEST AVE H14**
**LANCASTER, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Johnny Valdez**
**928 S FERRIS AVE**
**LOS ANGELES, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

| 3.202 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johnson Huang**
**560 HURON AVE**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jomar Santos Yanos**
**196 LONETREE CT**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Daniel Croft**
**299 MELIN AVE**
**BEN LOMOND, CA 95005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Mark Ashe**
**PO BOX 1967**
**NOVATO, CA 94948**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JONAI FULLARD**
**817 12TH STREET A13**
**OAKLAND, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonai Fullard**
**817 12TH STREET A13**
**OAKLAND, CA 94607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    __A-1 Express Delivery Service, Inc._____     Case number (if known)    __17-52865__
                Name

| | |
|---|---|
| **3.2028** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

Jonathan Antonio Montano
2261 CLINTON AVE APT A
ALAMEDA, CA 94501

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          Basis for the claim:  __Class List__

                                           Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.2029** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

Jonathan Bonilla
3970 BRIGHTON AVE
LOS ANGELES, CA 90062

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          Basis for the claim:  __Class List__

                                           Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.2030** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

Jonathan Charles Walker
541 W CAPITOL EXPRESSWAY
SAN JOSE, CA 95136

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          Basis for the claim:  __Class List__

                                           Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.2031** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

JONATHAN CHAVEZ
1225 VIENNA DR SPACE 127
SUNNYVALE, CA 94089

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          Basis for the claim:  __6 mo term__

                                           Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.2032** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

Jonathan Chavez
1225 VIENNA DR SPACE 127
SUNNYVALE, CA 94089

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          Basis for the claim:  __Class List__

                                           Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.2033** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

JONATHAN DAVIS ROMERO
961 NEIL WAY
HAYWARD, CA 94545

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          Basis for the claim:  __6 mo term__

                                           Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.203 4**

**Nonpriority creditor's name and mailing address**
**Jonathan Davis Romero**
**961 NEIL WAY**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.203 5**

**Nonpriority creditor's name and mailing address**
**JONATHAN DOMINGO**
**4729 S 284TH PL**
**AUBURN, WA 98001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.203 6**

**Nonpriority creditor's name and mailing address**
**Jonathan Elliot Figueroa**
**3903 W 119TH PL**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.203 7**

**Nonpriority creditor's name and mailing address**
**Jonathan Lam**
**441 BATAAN CT**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.203 8**

**Nonpriority creditor's name and mailing address**
**Jonathan Marquis Rodgers**
**1519 W 123RD ST**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.203 9**

**Nonpriority creditor's name and mailing address**
**JONATHAN MENEFEE**
**537 W 7TH AVE APT 2**
**HOMESTEAD, PA 15120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | A-1 Express Delivery Service, Inc. |
| | Name |

Case number (if known)    17-52865

**3.204 0**

Nonpriority creditor's name and mailing address
**Jonathan Montinol Bialoglovski**
**10466 MILLER AVENUE**
**CUPERTINO, CA 95014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**
Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

**3.204 1**

Nonpriority creditor's name and mailing address
**JONATHAN R BLUNT**
**295 EAST 57TH ST APT 2**
**LONG BEACH, CA 90805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**
Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

**3.204 2**

Nonpriority creditor's name and mailing address
**Jonathan R Flowers**
**1214 E 49TH ST**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**
Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

**3.204 3**

Nonpriority creditor's name and mailing address
**Jonathan Raven Banting Silvestre**
**2264 DENAIR AVE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**
Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

**3.204 4**

Nonpriority creditor's name and mailing address
**Jonathan Richards Blunt**
**295 EAST 57TH ST APT 2**
**LONG BEACH, CA 90805**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**
Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

**3.204 5**

Nonpriority creditor's name and mailing address
**JONATHAN SANTOS**
**316 E HYDE PARK APT. 7**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**
Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.204 6**

**Nonpriority creditor's name and mailing address**
**Jonathan Santos**
**316 E HYDE PARK APT. 7**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.204 7**

**Nonpriority creditor's name and mailing address**
**JONESHA MARIE HEMPSTEAD**
**1633 NEWCOMB AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.204 8**

**Nonpriority creditor's name and mailing address**
**Jonesha Marie Hempstead**
**1633 NEWCOMB AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.204 9**

**Nonpriority creditor's name and mailing address**
**JONETTA LORETTA WILLIAMS**
**2229 E 24TH ST APT 3**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.205 0**

**Nonpriority creditor's name and mailing address**
**Jonetta Loretta Williams**
**2229 E 24TH ST APT 3**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.205 1**

**Nonpriority creditor's name and mailing address**
**JORDAN BLAKE**
**304 SOUTH STREET**
**WEST MIFFLIN, PA 15122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.205 2**

**Nonpriority creditor's name and mailing address**

**Jordan Jayson Tabula**
**600 EAST WEDDELL DR #132**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.205 3**

**Nonpriority creditor's name and mailing address**

**Jordan Kealohapauole Gagne**
**1066 SUMMERPLACE DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.205 4**

**Nonpriority creditor's name and mailing address**

**JORDAN LEE TRUPPNER**
**5306 S 3RD AVENUE**
**EVERETT, WA 98203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.205 5**

**Nonpriority creditor's name and mailing address**

**Jordan Stephan Flores**
**3120 CHAPMAN ST APT C**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.205 6**

**Nonpriority creditor's name and mailing address**

**JORGE ALEJANDRO MALDONADO SALAS**
**1658 ORLANDO DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.205 7**

**Nonpriority creditor's name and mailing address**

**Jorge Alejandro Maldonado Salas**
**1658 ORLANDO DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor     **A-1 Express Delivery Service, Inc.**                                          Case number (if known)    **17-52865**
_____
Name

| 3.205 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jorge Amezcua Anaya** | ■ Contingent | |
| **26112 REGAL AVE** | ■ Unliquidated | |
| **HAYWARD, CA 94544** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jorge Chacon** | ■ Contingent | |
| **6 SPRUCE AVE APT #1** | ■ Unliquidated | |
| **SOUTH SAN FRANCISCO, CA 94080** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jorge Guerrero** | ■ Contingent | |
| **446 E 47TH ST** | ■ Unliquidated | |
| **LOS ANGELES, CA 90011** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jorge Huberto Salazar** | ■ Contingent | |
| **3026 CRYSTAL CREEK DR** | ■ Unliquidated | |
| **SAN JOSE, CA 95133** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Jorge Luis Trejo** | ■ Contingent | |
| **5257 BORLAND ROAD UNIT D** | ■ Unliquidated | |
| **LOS ANGELES, CA 90032** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **JORGE MORALES** | ■ Contingent | |
| **15339 FLORWOOD AVE** | ■ Unliquidated | |
| **LAWNDALE, CA 90260** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

**Jorge Morales**
**15339 FLORWOOD AVE**
**LAWNDALE, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

**Jorge Villalobos**
**10223 BUFORD AVE APT 11**
**INGLEWOOD, CA 90304**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

**JORGE VLADIMIR GARCIA**
**6858 FULTON AVE APT 17**
**NORTH HOLLYWOOD, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206 7**

**Nonpriority creditor's name and mailing address**

**Jorge Vladimir Garcia**
**6858 FULTON AVE APT 17**
**NORTH HOLLYWOOD, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206 8**

**Nonpriority creditor's name and mailing address**

**Jose A Garcia**
**1548 ALMADEN EXPWY APT 302**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206 9**

**Nonpriority creditor's name and mailing address**

**Jose Alberto Rosales Garcia**
**2868 LONGACRE CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.207 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Alejandro Calderon Bazurto**
**178 DELTA ST**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Alexander Herrera**
**1842 W 49TH ST**
**LOS ANGELES, CA 90062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Angel Briones**
**4321 LENNOX BLVD**
**INGLEWOOD, CA 90304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Antonio Jimenez Hernandez Jr**
**1207 HOPKINS AVE APT 5**
**REDWOOD CITY, CA 94062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose Armando Garcia**
**1939 JONES AVE**
**LOS ANGELES, CA 90032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose De Jesus Flores Santoyo**
**2036 S HUNTER ST.**
**STOCKTON, CA 95206**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.207**
**6**

**Nonpriority creditor's name and mailing address**

**Jose De Jesus Loza**
**11947 ALLIN ST APT 586**
**CULVER CITY, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207**
**7**

**Nonpriority creditor's name and mailing address**

**Jose De Jesus Quevedo Jr**
**160 PARK PLACE APT 4**
**SANTA CRUZ, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207**
**8**

**Nonpriority creditor's name and mailing address**

**Jose DeJesus Gonzalez**
**189 ACACIA STREET**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207**
**9**

**Nonpriority creditor's name and mailing address**

**Jose Enrique Martinez Gatica**
**282 VELVET LAKE DR**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208**
**0**

**Nonpriority creditor's name and mailing address**

**JOSE ESCOBAR GONZALES**
**10603 S VAN NESS ST  APT 1**
**INGLEWOOD, CA 90303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208**
**1**

**Nonpriority creditor's name and mailing address**

**Jose Escobar Gonzales**
**10603 S VAN NESS ST APT 1**
**INGLEWOOD, CA 90303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.208**
**2**

**Nonpriority creditor's name and mailing address**

**JOSE FRANCISCO CERVANTES AGUILAR**
**1040 CLYDE AVE APT 3**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208**
**3**

**Nonpriority creditor's name and mailing address**

**Jose Francisco Cervantes Aguilar**
**1040 CLYDE AVE APT 3**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208**
**4**

**Nonpriority creditor's name and mailing address**

**JOSE G RICO**
**19983 FOREST AVE APT 15**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208**
**5**

**Nonpriority creditor's name and mailing address**

**Jose G Rico**
**19983 FOREST AVE APT 15**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208**
**6**

**Nonpriority creditor's name and mailing address**

**Jose Isaias Garcia Ramirez**
**200 RANDOLPH ST APT 13**
**SAN FRANCISCO, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208**
**7**

**Nonpriority creditor's name and mailing address**

**JOSE J MONTES DE OCA ACOSTA**
**2308 SW 333RD ST**
**FEDERAL WAY, WA 98023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)* **17-52865**

---

| 3.208 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JOSE JUAN GONZALEZ SOTELO** | ■ Contingent | |
| **1179 AYALA DR APT D** | ■ Unliquidated | |
| **SUNNYVALE, CA 94086** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.208 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jose Juan Gonzalez Sotelo** | ■ Contingent | |
| **1179 AYALA DR APT D** | ■ Unliquidated | |
| **SUNNYVALE, CA 94086** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.209 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jose Luis Cejalanda** | ■ Contingent | |
| **1001 S 12TH ST** | ■ Unliquidated | |
| **SAN JOSE, CA 95112** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.209 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jose Luis Gurrola** | ■ Contingent | |
| **861 BIRCH AVE** | ■ Unliquidated | |
| **SUNNYVALE, CA 94086** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.209 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jose Luis Monzon Torres** | ■ Contingent | |
| **333 N BERENDO ST #108** | ■ Unliquidated | |
| **LOS ANGELES, CA 90004** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.209 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jose Manuel Hernandez** | ■ Contingent | |
| **4313 E PALMERSTONE ST** | ■ Unliquidated | |
| **COMPTON, CA 90221** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

**JOSE MUNOZ JR**
**35 UNION AVE APT 23**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

**Jose Munoz Jr**
**35 UNION AVE APT 23**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

**JOSE NAVAREZ**
**555 EAST CARSON STREET APT 43**
**CARSON, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 7**

**Nonpriority creditor's name and mailing address**

**Jose Navarez**
**555 EAST CARSON STREET APT 43**
**CARSON, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 8**

**Nonpriority creditor's name and mailing address**

**Jose Pablo Colmenares**
**10502 MCNERNEY AVENUE**
**SOUTH GATE, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 9**

**Nonpriority creditor's name and mailing address**

**Jose Ramon Torres**
**4936 WEWWORLD DR**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.210 0**

**Nonpriority creditor's name and mailing address**

**Jose Reynaldo Hernandez Perez**
**55 NEWELL RD APT 103**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 1**

**Nonpriority creditor's name and mailing address**

**Jose Ricardo Calderon**
**178 DELTA ST**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 2**

**Nonpriority creditor's name and mailing address**

**Jose Steven Gonzalez**
**4976 1/2 MARIONWOOD DR APT#21**
**CULVER CITY, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

**JOSE TOMAYLLA**
**4324 W  145TH ST**
**LAWNDALE, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 4**

**Nonpriority creditor's name and mailing address**

**Jose Tomaylla**
**4324 W 145TH ST**
**LAWNDALE, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 5**

**Nonpriority creditor's name and mailing address**

**Jose Valencia**
**230 CARNEGIE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.210 6**

**Nonpriority creditor's name and mailing address**
**JOSE YAHIR MEZA**
**473 21ST ST**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 7**

**Nonpriority creditor's name and mailing address**
**Jose Yahir Meza**
**473 21ST ST**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 8**

**Nonpriority creditor's name and mailing address**
**JOSEPH ALEXANDE CERVANTES**
**109 FLORENCE ST**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 9**

**Nonpriority creditor's name and mailing address**
**Joseph Alexander Cervantes**
**109 FLORENCE ST**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211 0**

**Nonpriority creditor's name and mailing address**
**Joseph Bautista**
**3237 CLIFFORD CIR**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211 1**

**Nonpriority creditor's name and mailing address**
**JOSEPH BERNARD MATTHEWS**
**71 MINERVA ST**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

**3.211
2**

**Nonpriority creditor's name and mailing address**

**Joseph Bernard Matthews
71 MINERVA ST
SAN FRANCISCO, CA 94112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211
3**

**Nonpriority creditor's name and mailing address**

**Joseph Daniel Garber
7643 HOLLANDERRY PL
CUPERTINO, CA 95014**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211
4**

**Nonpriority creditor's name and mailing address**

**Joseph Enzio Dill
3134 MLK JR WAY
OAKLAND, CA 94609**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211
5**

**Nonpriority creditor's name and mailing address**

**JOSEPH FIORE
814 JUSTINE DRIVE
PITTSBURGH, PA 15239**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211
6**

**Nonpriority creditor's name and mailing address**

**Joseph Gifford
10 9TH AVE APT 203
SAN MATEO, CA 94401**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211
7**

**Nonpriority creditor's name and mailing address**

**Joseph Lee Rodriguez
11301 WILSHIRE BLVD
BLD 209 APT 205
LOS ANGELES, CA 90073**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2118**

**Nonpriority creditor's name and mailing address**

**Joseph Michael Castro**
**918 NORTH SOLDANO AVE.**
**AZUSA, CA 91702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2119**

**Nonpriority creditor's name and mailing address**

**Joseph Michael Gerosa**
**4291 26TH ST**
**SAN FRANCISCO, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2120**

**Nonpriority creditor's name and mailing address**

**JOSEPH PATTERSON**
**87 GREENBRIAR DR**
**PITTSBURGH, PA 15220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2121**

**Nonpriority creditor's name and mailing address**

**JOSEPH PAUL CAIANIELLO**
**1248 LUCILLE STREET**
**SAN LEANDRO, CA 94577-1433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2122**

**Nonpriority creditor's name and mailing address**

**Joseph Paul Caianiello**
**1248 LUCILLE STREET**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2123**

**Nonpriority creditor's name and mailing address**

**JOSEPH PAUL SETO**
**18953 ALMOND RD**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.212
4**

**Nonpriority creditor's name and mailing address**

**Joseph Paul Seto
18953 ALMOND RD
CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.212
5**

**Nonpriority creditor's name and mailing address**

**Joseph Perez
3078 CRATER LN
SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.212
6**

**Nonpriority creditor's name and mailing address**

**JOSEPH PERRY JR
4322 ABRAM DR
CONLEY, GA 30288**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.212
7**

**Nonpriority creditor's name and mailing address**

**JOSEPH PINCHOTTI
49 VERNON DRIVE
ALIQUIPPA, PA 15001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.212
8**

**Nonpriority creditor's name and mailing address**

**JOSEPH RAMONE ROBINSON
6438 HERZOG ST
OAKLAND, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.212
9**

**Nonpriority creditor's name and mailing address**

**Joseph Ramone Robinson
6438 HERZOG ST
OAKLAND, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**Josephine Rosemary Alnajjar**
**5901 Central Ave**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

**JOSH WOLFE**
**506 208TH ST SE**
**BOTHELL, WA 98012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.213 2**

**Nonpriority creditor's name and mailing address**

**Joshua Aaron Vicente**
**2665 SPINDRIFT CIRCLE**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

**Joshua Alan Howard-Taylor**
**601 N MARKET ST B-8**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.213 4**

**Nonpriority creditor's name and mailing address**

**Joshua Albright**
**718 E 47TH ST APT 718**
**LOS ANGELES, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.213 5**

**Nonpriority creditor's name and mailing address**

**JOSHUA ALLEN KOLKMANN**
**15812 INDEPENDENCE AVE**
**LATHROP, CA 95330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.213 6**

**Nonpriority creditor's name and mailing address**

**Joshua Allen Kolkmann**
**15812 INDEPENDENCE AVE**
**LATHROP, CA 95330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213 7**

**Nonpriority creditor's name and mailing address**

**JOSHUA ANDREW DUCOTE**
**1949 WALNUT GROVE AVE**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213 8**

**Nonpriority creditor's name and mailing address**

**Joshua Andrew Ducote**
**1949 WALNUT GROVE AVE**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213 9**

**Nonpriority creditor's name and mailing address**

**JOSHUA ANTON DUSAN**
**2200 CURTNER AVENUE APT 86**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

**Joshua Anton Dusan**
**2200 CURTNER AVENUE APT 86**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

**JOSHUA ARP**
**2507 S 286TH PL APT C301**
**FEDERAL WAY, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.214 2**

**Nonpriority creditor's name and mailing address**
**JOSHUA BOYKIN**
**49 MEADOW RD**
**BURGETTSTOWN, PA 15021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214 3**

**Nonpriority creditor's name and mailing address**
**Joshua Ebrado Deleon**
**449 GEMMA DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214 4**

**Nonpriority creditor's name and mailing address**
**JOSHUA EMALE HATCHER**
**2056 40TH AVE**
**OAKLAND, CA 94601-9460**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214 5**

**Nonpriority creditor's name and mailing address**
**Joshua Emale Hatcher**
**2056 40TH AVE**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214 6**

**Nonpriority creditor's name and mailing address**
**JOSHUA ESAU LOPEZ**
**651 N 10TH ST APT B**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214 7**

**Nonpriority creditor's name and mailing address**
**Joshua Esau Lopez**
**651 N 10TH ST APT B**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*    **17-52865**

---

**3.2148**

**Nonpriority creditor's name and mailing address**
**JOSHUA LAVELL RHODES**
**1213 SWEET PEA DR**
**PATTERSON, CA 95363**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

�too Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.2149**

**Nonpriority creditor's name and mailing address**
**Joshua Lavell Rhodes**
**1213 SWEET PEA DR**
**PATTERSON, CA 95363**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.2150**

**Nonpriority creditor's name and mailing address**
**Joshua Mark Simoes**
**1111 MORSE AVE #73**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.2151**

**Nonpriority creditor's name and mailing address**
**Joshua Mccain**
**530 BAILWAY AVENUE 828**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.2152**

**Nonpriority creditor's name and mailing address**
**JOSHUA MICHAEL FRANCIA**
**501 MINERVA STREET**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.2153**

**Nonpriority creditor's name and mailing address**
**Joshua Michael Francia**
**501 MINERVA STREET**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

**3.215 4**

**Nonpriority creditor's name and mailing address**

**Joshua Minh Nghiem**
**4040 HIDDEN VALLEY LN**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 5**

**Nonpriority creditor's name and mailing address**

**JOSHUA SABATEN SIAPNO**
**15501 OCEANSIDE WAY**
**SAN LEANDRO, CA 94579**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 6**

**Nonpriority creditor's name and mailing address**

**JOSHUA SHEETS**
**620 S CENTRAL AVENUE**
**CANONSBURG, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 7**

**Nonpriority creditor's name and mailing address**

**Joshua Shelby Damon Jones**
**100 9TH ST APT 117**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

**JOSHUA T MCLACHLAN**
**125 BUSS LANE**
**SAXONBURG, PA 16056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

**JOSHUA VICTOR M WOOD**
**29375 TAYLOR AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.216 0 | **Nonpriority creditor's name and mailing address**<br>**Joshua Victor Martin Wood**<br>**29375 TAYLOR AVE**<br>**HAYWARD, CA 94544**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.216 1 | **Nonpriority creditor's name and mailing address**<br>**JOSHUA WITTMER**<br>**304 SHOREHAM RD**<br>**ALLISON PARK, PA 15101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.216 2 | **Nonpriority creditor's name and mailing address**<br>**JOSHUAH L BURGER**<br>**4703 S 309TH ST**<br>**AUBURN, WA 98001**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.216 3 | **Nonpriority creditor's name and mailing address**<br>**JOSUE FRANCISCO RAMOS**<br>**1318 HOPE DR APT 202**<br>**SANTA CLARA, CA 95054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.216 4 | **Nonpriority creditor's name and mailing address**<br>**Josue Francisco Ramos**<br>**1318 HOPE DR APT 202**<br>**SANTA CLARA, CA 95054**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.216 5 | **Nonpriority creditor's name and mailing address**<br>**JOSUE HERNANDEZ**<br>**56 LOIS LN**<br>**SAN FRANCISCO, CA 94134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

Debtor    __A-1 Express Delivery Service, Inc._____     Case number (if known) ___17-52865___
        Name

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josue Hernandez**
**56 LOIS LN**
**SAN FRANCISCO, CA 94134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSUE ISAAC CAMPOS IRAHETA**
**1560 SIERRA CREEK WAY**
**SAN JOSE, CA 95132-9513**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josue Isaac Campos Iraheta**
**1560 SIERRA CREEK WAY**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSUE ZAMBRANO**
**1357 ELM AVE  APT 8**
**LONG BEACH, CA 90813**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josue Zambrano**
**1357 ELM AVE APT 8**
**LONG BEACH, CA 90813**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOUN APRIM BINYAMIN**
**5320 WONG CT APT 243**
**SAN JOSE, CA 95123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
          Name

Case number (if known)    **17-52865**
_____

| 3.217 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joun Aprim Binyamin**
**5320 WONG CT APT 243**
**SAN JOSE, CA 95123**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JOVAN ROBERT ALVAREZ-ALABA**
**720 MUSCADET CT**
**LOS BANOS, CA 93635**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jovan Robert Alvarez-Alaba**
**720 MUSCADET CT**
**LOS BANOS, CA 93635**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JOVAN WILLIAMS**
**1621 80TH AVE**
**OAKLAND, CA 94621**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jovan Williams**
**1621 80TH AVE**
**OAKLAND, CA 94621**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JOVOHN ONEIL GIBSON**
**727 PERALTA AVE**
**SAN FRANCISCO, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**                          Case number (if known)   **17-52865**
_____
Name

| | | |
|---|---|---|
| 3.217 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

| 3.217 8 | **Nonpriority creditor's name and mailing address**<br>**Jovohn Oneil Gibson**<br>**727 PERALTA AVE**<br>**SAN FRANCISCO, CA 94110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.217 9 | **Nonpriority creditor's name and mailing address**<br>**JS Express**<br>**PO box 88**<br>**St Louis, MO 63166**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$783.28** |
| 3.218 0 | **Nonpriority creditor's name and mailing address**<br>**JUAN ANTONIO BANUELOS**<br>**854 JEANNE ST APT 1**<br>**SAN JOSE, CA 95116**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.218 1 | **Nonpriority creditor's name and mailing address**<br>**Juan Antonio Banuelos**<br>**854 JEANNE ST APT 1**<br>**SAN JOSE, CA 95116**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.218 2 | **Nonpriority creditor's name and mailing address**<br>**Juan Antonio Roa Reza**<br>**1229 FLORA AVE**<br>**SAN JOSE, CA 95117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.218 3 | **Nonpriority creditor's name and mailing address**<br>**Juan Antonio Rosales Jr**<br>**2758 AIDA AVE**<br>**SAN JOSE, CA 95122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor  **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number (if known)    **17-52865**

---

| 3.218 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Juan Antonio Ugarte Jr**                                  ■ Contingent
**2762 AIDA AVE**
**SAN JOSE, CA 95122**                                      ■ Unliquidated

Date(s) debt was incurred _                                 ■ Disputed

Last 4 digits of account number _                           Basis for the claim:  **Class List**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.218 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Juan Botello**                                            ■ Contingent
**4233 1/2 FLORAL DR**
**LOS ANGELES, CA 90063**                                   ■ Unliquidated

Date(s) debt was incurred _                                 ■ Disputed

Last 4 digits of account number _                           Basis for the claim:  **Class List**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.218 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**JUAN CARLOS AGUILERA**                                    ■ Contingent
**117 FERRARI AVE**
**SAN JOSE, CA 95110**                                      ■ Unliquidated

Date(s) debt was incurred _                                 ■ Disputed

Last 4 digits of account number _                           Basis for the claim:  **6 mo term**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.218 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Juan Carlos Aguilera**                                    ■ Contingent
**117 FERRARI AVE**
**SAN JOSE, CA 95110**                                      ■ Unliquidated

Date(s) debt was incurred _                                 ■ Disputed

Last 4 digits of account number _                           Basis for the claim:  **Class List**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.218 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Juan Carlos Barrios**                                     ■ Contingent
**9355 MONTEREY RD APT 101**
**GILROY, CA 95020**                                        ■ Unliquidated

Date(s) debt was incurred _                                 ■ Disputed

Last 4 digits of account number _                           Basis for the claim:  **Class List**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.218 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Juan Colio**                                              ■ Contingent
**17527 Victory Blvd**
**Van Nuys, CA 91406**                                      ■ Unliquidated

Date(s) debt was incurred _                                 ■ Disputed

Last 4 digits of account number _                           Basis for the claim:  **Class List**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.219 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Juan David Monsalve** | ■ Contingent | |
| **5659 LATHROP DR** | ■ Unliquidated | |
| **SAN JOSE, CA 95123** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **JUAN DONOSO** | ■ Contingent | |
| **4 TOMAHAWK LANE** | ■ Unliquidated | |
| **CARSON, CA 90745** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Juan Donoso** | ■ Contingent | |
| **4 TOMAHAWK LANE** | ■ Unliquidated | |
| **CARSON, CA 90745** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **JUAN EDUARDO QUEZADA** | ■ Contingent | |
| **5528 TYHURST CT APT 1** | ■ Unliquidated | |
| **SAN JOSE, CA 95123** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Juan Eduardo Quezada** | ■ Contingent | |
| **5528 TYHURST CT APT 1** | ■ Unliquidated | |
| **SAN JOSE, CA 95123** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Juan Felipe Romero** | ■ Contingent | |
| **600 E WEDDELL DR SP 158** | ■ Unliquidated | |
| **SUNNYVALE, CA 94089** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor __A-1 Express Delivery Service, Inc.__
    Name

Case number (if known)   __17-52865__

---

**3.219 6**

**Nonpriority creditor's name and mailing address**
**JUAN FRANCISCO PEREZ**
**1131 FINDLAY AVENUE APT 2E**
**BRONX, NY 10456**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 7**

**Nonpriority creditor's name and mailing address**
**Juan Gabriel Barboza**
**38730 LEXINGTON ST APT 168**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 8**

**Nonpriority creditor's name and mailing address**
**JUAN MANUEL SABA**
**2603 S  ROBERTSON BLVD APT C**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 9**

**Nonpriority creditor's name and mailing address**
**Juan Manuel Saba**
**2603 S ROBERTSON BLVD APT C**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.220 0**

**Nonpriority creditor's name and mailing address**
**JUAN PABLO DELGADILLO RODRIGUEZ**
**1072 S 11 STREET**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.220 1**

**Nonpriority creditor's name and mailing address**
**Juan Pablo Delgadillo Rodriguez**
**1072 S 11 STREET**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.220 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Rafael Martinez-Medrano**
**7204 PASEO DEL RIO**
**COMMERCE, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juanita Renee Diamond**
**3103 EAST AVE Q16**
**PALMDALE, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,323.00 |
|---|---|---|---|

**Judge Courier**
**PO Box 61884**
**King Of Prussia, PA 19046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUDITH KAY NAMOKI**
**5449 YGNACIO AVE**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Judith Kay Namoki**
**5449 YGNACIO AVE**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Julia Sanchez Leyva**
**438 WADDINGTON AVE**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.2208**

**Nonpriority creditor's name and mailing address**
**JULIAN BANTON-NAVARRETE**
**2313 S  SPAULDING AVE**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2209**

**Nonpriority creditor's name and mailing address**
**Julian Banton-Navarrete**
**2313 S SPAULDING AVE**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2210**

**Nonpriority creditor's name and mailing address**
**JULIAN DAVID BETANCOURT RENGIFO**
**4950 CHERRY AVE APT 7**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2211**

**Nonpriority creditor's name and mailing address**
**Julian David Betancourt Rengifo**
**4950 CHERRY AVE APT 7**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2212**

**Nonpriority creditor's name and mailing address**
**JULIAN R MILES**
**412 HIGHLAND AVE**
**PITCAIRN, PA 15140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2213**

**Nonpriority creditor's name and mailing address**
**Julian Rafael Gomez**
**13152 WOOL AVE**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.221 4**

**Nonpriority creditor's name and mailing address**
**JULIAN WRIGHT**
**3333 JULIET ST**
**PITTSBURGH, PA 15213**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 5**

**Nonpriority creditor's name and mailing address**
**JULIAN YEE**
**4199 RAINBOW TERRACE**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 6**

**Nonpriority creditor's name and mailing address**
**Julian Yee**
**4199 RAINBOW TERRACE**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**
**JULIE WEN HSUAN CHOU**
**606 SANTA CRUZ TER**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**
**Julie Wen Hsuan Chou**
**606 SANTA CRUZ TER**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**
**JULIEN PAUL MODELISTE**
**1813 BUENA VISTA AVE APT B**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.222 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Julien Paul Modeliste** | ■ Contingent | |
| **1813 BUENA VISTA AVE APT B** | ■ Unliquidated | |
| **ALAMEDA, CA 94501** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Juliet Shenice Burton** | ■ Contingent | |
| **4332 W 167TH ST** | ■ Unliquidated | |
| **LAWNDALE, CA 90260** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Julio Alberto Nieto** | ■ Contingent | |
| **21236 SANTOS ST** | ■ Unliquidated | |
| **HAYWARD, CA 94541** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Julio Amaya** | ■ Contingent | |
| **226 WEST 85 PL** | ■ Unliquidated | |
| **LOS ANGELES, CA 90003** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Julio Cesar Oregel** | ■ Contingent | |
| **2384 MCBRYDE AVE** | ■ Unliquidated | |
| **RICHMOND, CA 94804** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JULIO CURIEL** | ■ Contingent | |
| **2836 CHAPMAN ST** | ■ Unliquidated | |
| **OAKLAND, CA 94601-9460** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.222 6**

**Nonpriority creditor's name and mailing address**

**Julio Curiel**
**2836 CHAPMAN ST**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 7**

**Nonpriority creditor's name and mailing address**

**Julius Franklin**
**2139 ALSACE ST #3**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 8**

**Nonpriority creditor's name and mailing address**

**Juper Almalel Corpuz**
**131 ROSS WAY**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

**Jurgen Alexander Lagos**
**483 ARLETA AVE**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

**JURI TEPPER**
**1327 W PARK WESTERN DR APT 10**
**SAN PEDRO, CA 90732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

**Juri Tepper**
**1327 W PARK WESTERN DR APT 10**
**SAN PEDRO, CA 90732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**

Name

Case number *(if known)*   **17-52865**

---

| 3.223 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTIN AMILLIO INGLEZ**
**PO BOX 701253**
**EAST ELMHURST, NY 11370**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Dilesh Chand**
**1812 90TH AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTIN FORD**
**345 E 101 STREET APT 4C**
**MANHATTAN, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Grewe**
**2737 GONZAGA ST**
**MILLBRAE, CA 94030**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUSTIN HALLAHAN**
**904 MONACA ROAD # A**
**MONACA, PA 15061**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Hastings**
**714 VARSI PLACE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.223 8**

**Nonpriority creditor's name and mailing address**
**JUSTIN JASON KIM**
**5623 GLEN HAVEN CT**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 9**

**Nonpriority creditor's name and mailing address**
**Justin Jason Kim**
**5623 GLEN HAVEN CT**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 0**

**Nonpriority creditor's name and mailing address**
**Justin Jude Calderon**
**5366 CHENIN BLANC PL**
**VALLEJO, CA 94591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**
**Justin Max Hudspeth**
**620 W HYDE PARK BLVD APT 126**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**
**Justin Michael Chase**
**PO BOX 303**
**LA HONDA, CA 94020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 3**

**Nonpriority creditor's name and mailing address**
**Justin Niya Gayle**
**5157 SHELTER CREEK LN**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.224 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Noel Campbell**
**10585 MISSOURI AVE APT 4**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Ray Kenery**
**51 HANGOVER ST**
**SAN FRANCISCO, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JUSTINE VENTURA**
**1800 TAMBOUR WAY**
**SAN JOSE, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justine Ventura**
**1800 TAMBOUR WAY**
**SAN JOSE, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justus Lynn Miles**
**1117 GORHAM AVE**
**MODESTO, CA 95350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**K & K And Associates Inc**
**PO Box 11084**
**Apollo Mail/1st Class Presort**
**Charlotte, NC 28220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2250**

**Nonpriority creditor's name and mailing address**
**Ka Heng Chio**
**618 BUSH ST APT 51**
**SAN FRANSICO, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2251**

**Nonpriority creditor's name and mailing address**
**Ka Kit Ngai**
**14141 NASSAU RD**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2252**

**Nonpriority creditor's name and mailing address**
**Ka Po Tong**
**782 Brooklyn ave**
**Oakland, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2253**

**Nonpriority creditor's name and mailing address**
**Kabrea Andrea Smith**
**4839 BAYSIDE WAY**
**OAKLEY, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2254**

**Nonpriority creditor's name and mailing address**
**KADEJA RENAE JOHNSON**
**1475 167TH AVE APT 80**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2255**

**Nonpriority creditor's name and mailing address**
**Kadeja Renae Johnson**
**1475 167TH AVE APT 80**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.225 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KADIR HUSSEIN**
**30638 GENESEE ST 2B**
**SEATTLE, WA 98108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.225 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAI AJENE RICHARD**
**750 43RD ST**
**OAKLAND, CA 94609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.225 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kai Ajene Richard**
**750 43RD ST**
**OAKLAND, CA 94609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.225 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KAI DANIEL CHEESEMAN**
**750 24TH ST**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kai Daniel Cheeseman**
**750 24TH ST**
**SAN FRANCISCO, CA 94107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KALID A MAHAMMED**
**5231 39TH AVE S #308**
**SEATTLE, WA 98118**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)   **17-52865**

---

| 3.226 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KALILA IMAN LUJA**
**3912 MEADOWBROOK CIRCLE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kalila Iman Luja**
**3912 MEADOWBROOK CIRCLE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kall8**
**417 2nd Ave W**
**Seattle, WA 98119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KAMAL OSMAN**
**1325 S. HUDSON ST**
**SEATTLE, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**KAMEI ANDREWS**
**142 PEPPERTREE WAY**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kamei Andrews**
**142 PEPPERTREE WAY**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.226 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**KAMEL FERHATI**
**124 14TH ST 19**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.226 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kamel Ferhati**
**124 14TH ST 19**
**OAKLAND, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.227 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**KAMERON LOUIS HANDY**
**1404 SONOMA DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.227 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kameron Louis Handy**
**1404 SONOMA DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.227 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kamran Aslam**
**924 LARCH ST APT 11**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.227 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**KANEESHA SHARIE PIERCE**
**4228 MASTERSON ST APT 1**
**OAKLAND, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
          Name                                                          Case number (if known)    **17-52865**

---

| 3.227 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kaneesha Sharie Pierce**
**4228 MASTERSON ST APT 1**
**OAKLAND, CA 94619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KAO HER**
**116 MYRTLE RD #1**
**BURLINGAME, CA 94010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kao Her**
**116 MYRTLE RD #1**
**BURLINGAME, CA 94010**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Karen Higgins**
**1520 E CAPITOL EXPWY 89**
**SAN JOSE, CA 95121**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KAREN YVETTE GONZALEZ**
**821 4TH ST UNIT 2**
**MODESTO, CA 95351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**KARIN LEIGH BERNAL**
**550 RAILROAD AVE**
**SOUTH SAN FRANCISCO, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.228 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karl Patrick Afalla Vasquez**
**965 COURTLAND CT**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.228 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KARLTZ FLEURIMONT**
**4408 FOSTER AVE**
**BROOKLYN, NY 11203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.228 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kasio Varma**
**120 CHURCH ST APT 4**
**MOUNTAIN VIEW, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.228 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Ann Shannon**
**1931 LINDEN ST**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.228 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KATHERINE GISSE ZELAYANDIA**
**5708 6TH AVE**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.228 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Katherine Gissell Zelayandia**
**5708 6TH AVE**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number (if known)    **17-52865**

---

**3.228 6**

**Nonpriority creditor's name and mailing address**

**Kathleen Annmarie Spillane**
**2056 Ticonderoga Drive**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.228 7**

**Nonpriority creditor's name and mailing address**

**Kathleen Louise Mundorff**
**950 MARION WAY**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.228 8**

**Nonpriority creditor's name and mailing address**

**Katia Stephanie Motley**
**54 LAFAYETTE AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.228 9**

**Nonpriority creditor's name and mailing address**

**Katie Ann Coy**
**1800 EVANS LANE APT 2218**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.229 0**

**Nonpriority creditor's name and mailing address**

**Katrina Marie Delgado**
**10261 REGAN ST**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

**KATRINA REANN OSBOURNE**
**456 E  HULLETT ST  APT 3**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.229 2**

**Nonpriority creditor's name and mailing address**

**Katrina Reann Osbourne**
**456 E HULLETT ST APT 3**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

**KATSHUNGA KADISHA**
**98-38 57TH AVE 2B**
**CORONA, NY 11368**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

**KAYCEE SOUTHICHACK**
**6431 KNOTT AVE**
**EL CERRITO, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

**Kaycee Southichack**
**6431 KNOTT AVE**
**EL CERRITO, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

**KAYLA JONNILE I SCOTT**
**5632 WEAVER PL**
**OAKLAND, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 7**

**Nonpriority creditor's name and mailing address**

**Kayla Jonnile Imani Scott**
**5632 WEAVER PL**
**OAKLAND, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known) **17-52865**

| | | |
|---|---|---|
| 3.2298 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KAYLA MARY HAYES**<br>**792 EMERSON CT**<br>**SAN JOSE, CA 95126** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** |
| | | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.2299 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Kayla Mary Hayes**<br>**792 EMERSON CT**<br>**SAN JOSE, CA 95126** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** |
| | | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.2300 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KAYLAH MARTIKA JACKSON-KEY**<br>**10710 PEARMAIN ST**<br>**OAKLAND, CA 94603** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** |
| | | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.2301 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Kaylah Martika Jackson-Key**<br>**10710 PEARMAIN ST**<br>**OAKLAND, CA 94603** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** |
| | | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.2302 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **KEANNA APPLETON**<br>**226 MOUNT HOPE PL APT 3B**<br>**BRONX, NY 10457** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **6 mo term** |
| | | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.2303 | **Nonpriority creditor's name and mailing address** | **$0.00** |
| | **Keianya Townes**<br>**1449 1/2 WEST 108 ST**<br>**LOS ANGELES, CA 90047** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: **Class List** |
| | | Is the claim subject to offset? ☑ No ☐ Yes |

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.230 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KEIDA MUTI BREWER**
**27320 MANON AVE APT 18**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.230 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keida Muti Brewer**
**27320 MANON AVE APT 18**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.230 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keila Vega Stevens**
**421 SOUTH ST**
**ANDREWS PLACE APT 2**
**LOS ANGELES, CA 90020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.230 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KEITH LLOYD TATE II**
**1334 EAST 58TH PLACE**
**LOS ANGELES, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.230 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Keith Lloyd Tate II**
**1334 EAST 58TH PLACE**
**LOS ANGELES, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.230 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**KEITH MARIO WILLIAMS**
**1558 SHAFTER AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

| 3.231 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Keith Mario Williams**
**1558 SHAFTER AVE**
**SAN FRANCISCO, CA 94124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KEITH WISE**
**721 N EDGEWOOD ST  APT 18**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Keith Wise**
**721 N EDGEWOOD ST APT 18**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KELLIE MILLER**
**238 KINVARA DRIVE**
**PITTSBURGH, PA 15237**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**KELLY ELIZABETH GRAVETT**
**1409 LEMOS LN**
**FREMONT, CA 94539**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kelly Elizabeth Gravett**
**1409 LEMOS LN**
**FREMONT, CA 94539**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**Kelly Michele Hart**
**9 BROOKDALE AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**Kelsey Allyn Miller**
**339 BROADWAY APT 216**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Kelsey Sousa**
**1232 IOWA AVE**
**LOS BANOS, CA 93635**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**KELVIN JENNINGS**
**880 ST NICHOLAS AVE 23**
**NEW YORK, NY 10032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**KELVING HERNANDEZ**
**2444 DELANOY AVE 2**
**BRONX, NY 10469**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**KEMALI TASHEEM GREEN**
**191 HOLLIS AVENUE**
**JAMAICA, NY 11423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.232 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**KENDALL RICHARD NATROP**
**1806 N VAN NESS AVE**
**LOS ANGELES, CA 90028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Kendall Richard Natrop**
**1806 N VAN NESS AVE**
**LOS ANGELES, CA 90028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Kendell L Beverly**
**2426 HIGHLAND AVE**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Kenia Zuniga Zuniga**
**1140 STARBIRD CIR APT 1**
**SAN JOSE, CA 95117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**KENNEDY MOHAMED**
**2700 S 256TH ST  0307**
**KENT, WA 98032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**KENNEDY NYAMBURA**
**1710 98TH ST S APT J18**
**TACOMA, WA 98444**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2328**

**Nonpriority creditor's name and mailing address**
**KENNETH ANDREW BOWERS**
**1120 EATON AVE APT 13**
**SAN CARLOS, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2329**

**Nonpriority creditor's name and mailing address**
**Kenneth Andrew Bowers**
**1120 EATON AVE APT 13**
**SAN CARLOS, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2330**

**Nonpriority creditor's name and mailing address**
**KENNETH ANTHONY FREEMAN**
**14868 UNION AVE**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2331**

**Nonpriority creditor's name and mailing address**
**KENNETH COURIE**
**69 CUMBERLAND VILLAGE**
**CARMICHAELS, PA 15320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2332**

**Nonpriority creditor's name and mailing address**
**Kenneth Courtenay Jr**
**12124 SOUTH HARVARD BLVD**
**LOS ANGELES, CA 90047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2333**

**Nonpriority creditor's name and mailing address**
**KENNETH FRANKEL**
**2198 HAROLD LANE**
**SMYRNA, GA 30080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

**KENNETH GARDEN**
**119 W 135TH STREET APT 4B**
**NEW YORK, NY 10030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 5**

**Nonpriority creditor's name and mailing address**

**KENNETH JOHN LE AKAU**
**905 SELBY LANE**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 6**

**Nonpriority creditor's name and mailing address**

**Kenneth John Lee Akau**
**905 SELBY LANE**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 7**

**Nonpriority creditor's name and mailing address**

**KENNETH JOSEPH COMBS II**
**715 SUNRISE DR**
**FREMONT, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 8**

**Nonpriority creditor's name and mailing address**

**Kenneth Joseph Combs Ii**
**715 SUNRISE DR**
**FREMONT, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 9**

**Nonpriority creditor's name and mailing address**

**KENNETH SCOTT GATES**
**2133 TRINITY PLACE**
**MARTINEZ, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

---

**3.234 0**

**Nonpriority creditor's name and mailing address**
**Kenneth Scott Gates**
**2133 TRINITY PLACE**
**MARTINEZ, CA 94553**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.234 1**

**Nonpriority creditor's name and mailing address**
**KENNETH TOBIAS HARMON**
**3266 INDUS CT**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.234 2**

**Nonpriority creditor's name and mailing address**
**Kenneth Tobias Harmon**
**3266 INDUS CT**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.234 3**

**Nonpriority creditor's name and mailing address**
**KENNETH VALERIE**
**1535 BERGEN ST 2**
**BROOKLYN, NY 11213**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.234 4**

**Nonpriority creditor's name and mailing address**
**Kenny Vuong Truong**
**12832 WYNANT DR**
**GARDEN GROVE, CA 92841**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.234 5**

**Nonpriority creditor's name and mailing address**
**KENT BROWN**
**623 3RD STREET**
**HERMOSA BEACH, CA 90254**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

Debtor __A-1 Express Delivery Service, Inc._____     Case number (if known) __17-52865__
　　　　　Name

| 3.234 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kent Dana Connick**
**6786 LAZY RIVER WAY**
**SAN JOSE, CA 95120**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kenya Mechelle Johnson**
**10602 GRAFFIAN ST**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kenya Nicole Clark**
**654 SYLVAN ST #2**
**DALY CITY, CA 94014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Keoreyontaye Donnie Saunders**
**3720 PINTAIL DR**
**ANTIOCH, CA 94509**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**KERN KIRTON**
**2105 FLATBUSH AVE APT 36**
**BROOKLYN, NY 11234**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**KESHA RANKINS**
**525 SOUTH 9TH ST**
**CUPERTINO, CA 95129**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
Name

---

| 3.235 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kesha Rankins**
**525 SOUTH 9TH ST**
**CUPERTINO, CA 95129**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**KEVIN ALAN BATCHELDER**
**2786 GREENWOOD DR**
**SAN PABLO, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kevin Alan Batchelder**
**2786 GREENWOOD DR**
**SAN PABLO, CA 94806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kevin Angelo Belisario**
**2984 IRWINDALE DRIVE**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kevin Art Brown**
**9407 CHERRY ST**
**OAKLAND, CA 94603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kevin B Rosas**
**2742 CASTLETON DR**
**SAN JOSE, CA 95148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.235
8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Brian Thach
1641 VIRGINIA AVE APT 1
SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235
9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KEVIN BRYANT DEL CID
3623 DUNN DR APT 6
LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236
0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Bryant Del Cid
3623 DUNN DR APT 6
LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236
1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin E Sandoval
1612 CORTEZ ST
LOS ANGELES, CA 90026**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236
2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Gar Hing Wu
2571 46TH AVE
SAN FRANCISCO, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236
3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Guerra
13016 ROSELLE AVE APT 6
HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.236 4**

**Nonpriority creditor's name and mailing address**

**Kevin Harper**
**1918 BIG BEND DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 5**

**Nonpriority creditor's name and mailing address**

**Kevin Hin-Fai Lau**
**819 RUSSELL LANE**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 6**

**Nonpriority creditor's name and mailing address**

**Kevin Huu Le**
**3776 MASTERS CT**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**

**Kevin Kehaulani Hoohuli Jr**
**22228 Grace Avenue Apt 204a**
**Richmond, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**

**Kevin Lee Tsugawa-Oliverio**
**6403 NEPO COURT**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236 9**

**Nonpriority creditor's name and mailing address**

**KEVIN MARK HAILEY**
**5485 SPINNAKER WALKWAY APT 1**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

| 3.237 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kevin Mark Hailey** | ☐ Contingent | |
| | **5485 SPINNAKER WALKWAY APT 1** | ☐ Unliquidated | |
| | **SAN JOSE, CA 95123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kevin Matthew Flood** | ☐ Contingent | |
| | **825 SEABURY DR** | ☐ Unliquidated | |
| | **SAN JOSE, CA 95136** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kevin Matthew Williams** | ☐ Contingent | |
| | **1067 4th st** | ☐ Unliquidated | |
| | **st santa rosa, CA 95404** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **KEVIN MICHAEL NERI** | ☐ Contingent | |
| | **3283 TULIPWOOD LANE** | ☐ Unliquidated | |
| | **SAN JOSE, CA 95132** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __6 mo term__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kevin Michael Neri** | ☐ Contingent | |
| | **3283 TULIPWOOD LANE** | ☐ Unliquidated | |
| | **SAN JOSE, CA 95132** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.237 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Kevin Michael Subijano** | ☐ Contingent | |
| | **39645 Bruning St** | ☐ Unliquidated | |
| | **Fremont, CA 94538** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | **17-52865** |
|---|---|---|---|---|
| | Name | | | |

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

**KEVIN MICHAEL YOUNG JR**
**1043 MUIR CREEK DR**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 7**

**Nonpriority creditor's name and mailing address**

**Kevin Michael Young Jr**
**1043 MUIR CREEK DR**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 8**

**Nonpriority creditor's name and mailing address**

**KEVIN MICKENS**
**114-49 124TH ST**
**SOUTH OZONE PARK, NY 11420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 9**

**Nonpriority creditor's name and mailing address**

**Kevin Musyoka Mului**
**22706 PEAK ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 0**

**Nonpriority creditor's name and mailing address**

**Kevin Ngoc C Nguyen**
**2869 PELICAN DRIVE**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 1**

**Nonpriority creditor's name and mailing address**

**KEVIN PAUL HANLEY**
**3923 CENTER AVE**
**HOMESTEAD, PA 15120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.238 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Kevin Villanueva
1647 N AVALON BLVD
WILMINGTON, CA 90744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KEVIN WALLACE
314 RIDGEVIEW DR
BRADDOCK, PA 15104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KEWANNA BROWN
5102 RAVENNA AVE NE
SEATTLE, WA 98105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Khai Hoang Nguyen
521 SINCLAIR DR
SAN JOSE, CA 95116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

Khalfani Fadori Toles
5434 BROOKDALE AVE
OAKLAND, CA 94619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.238 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

KHALID AHMED
9716 S 204TH CT
KENT, WA 98031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (*if known*)    **17-52865**
_____

| 3.238 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**KHALIL FOSTER**
**17328 121ST LN SE  APT TT303**
**RENTON, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.238 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Kham K Lam**
**293 WESTRIDGE AVENUE**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.239 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Khanh-Truong Dat Hoang**
**362 Chateau La Salle Drive**
**San Jose, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.239 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**KHIEM NGUYEN**
**7005 GOLDENSPUR LOOP**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.239 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Khiem Nguyen**
**7005 GOLDENSPUR LOOP**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.239 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**KHOA ANH LE**
**531 NOKOMIS DRIVE**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.239 4 | **Nonpriority creditor's name and mailing address**<br>**Khoa Anh Le**<br>**531 NOKOMIS DRIVE**<br>**SAN JOSE, CA 95111**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.239 5 | **Nonpriority creditor's name and mailing address**<br>**Khoa Nguyen**<br>**305 LASSEN PARK CIR**<br>**SAN JOSE, CA 95136**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.239 6 | **Nonpriority creditor's name and mailing address**<br>**Khoi Minh Pham**<br>**2600 Corde Terra Ct #5322**<br>**San Jose, CA 95111**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.239 7 | **Nonpriority creditor's name and mailing address**<br>**Khoi Xuan Nguyen**<br>**1807 WELCH AVE APT 1**<br>**SAN JOSE, CA 95112**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.239 8 | **Nonpriority creditor's name and mailing address**<br>**Kiarash Omrani**<br>**5055 DENT AVE APT 99**<br>**SAN JOSE, CA 95118**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.239 9 | **Nonpriority creditor's name and mailing address**<br>**KIMBERLY ANN SOBIECH**<br>**20446 FOREST AVE APT 13**<br>**CASTRO VALLEY, CA 94546**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.240 0**

**Nonpriority creditor's name and mailing address**

**Kimberly Ann Sobiech**
**20446 FOREST AVE APT 13**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 1**

**Nonpriority creditor's name and mailing address**

**Kimberly Kay Downs**
**245 SINGINGWOOD ST #22**
**ORANGE, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 2**

**Nonpriority creditor's name and mailing address**

**Kimberly Monique Monks**
**12010 S VERMONT AVE #207**
**LOS ANGELES, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 3**

**Nonpriority creditor's name and mailing address**

**Kimberly Mustafa**
**151 19th Ave**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$637.96**

---

**3.240 4**

**Nonpriority creditor's name and mailing address**

**Kimberly Thi Huynh**
**1075 SPACE PARK WY SP 122**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 5**

**Nonpriority creditor's name and mailing address**

**KIMSAN CHEA**
**27539 SEBASTIAN WY**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.240 6**

**Nonpriority creditor's name and mailing address**

**Kimsan Chea**
**27539 SEBASTIAN WY**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 7**

**Nonpriority creditor's name and mailing address**

**KINDERJIT GREWAL**
**9020 CALLE DEL REY**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 8**

**Nonpriority creditor's name and mailing address**

**Kinderjit Grewal**
**9020 CALLE DEL REY**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 9**

**Nonpriority creditor's name and mailing address**

**King Delivery Service**
**101 E 5th**
**Des Moines, IA 50309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,208.75**

---

**3.241 0**

**Nonpriority creditor's name and mailing address**

**KIRK ADAMS**
**437 DANNA COURT**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 1**

**Nonpriority creditor's name and mailing address**

**Kirk Ronald Adams**
**437 DANNA COURT**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.241**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kit Tsz Cheung**<br>**851 VIDELL STREET**<br>**SAN LORENZO, CA 94580** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **KITO OGARTO**<br>**6211 S 249TH ST D205**<br>**KENT, WA 98032** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Krishell Renee Robinson**<br>**562 ALEMANY BLVD**<br>**SAN FRANCISCO, CA 94110** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kristen Lakota Benson**<br>**168 DAKOTA ST**<br>**SAN FRANCISCO, CA 94107** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kristin Colette Roland**<br>**90 KILARNEY LN**<br>**SANTA ROSA, CA 95403** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kristina Cassandra Steben**<br>**207 Atherton ave**<br>**Atherton, CA 94027** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2418**

**Nonpriority creditor's name and mailing address**

**Kristine Jennifer Del Rosario**
**33 FOREST GROVE DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2419**

**Nonpriority creditor's name and mailing address**

**Krystal Johnson**
**2319 S GARTH AVE**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2420**

**Nonpriority creditor's name and mailing address**

**Kurt Hoelzer**
**708 VENICE WAY APT 5**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2421**

**Nonpriority creditor's name and mailing address**

**Kurt Owen Dwiggins**
**1239 Rose st**
**Crockett, CA 94525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2422**

**Nonpriority creditor's name and mailing address**

**Kurtona Evelyn Milum**
**9510 SUNNYSIDE ST APT 7**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2423**

**Nonpriority creditor's name and mailing address**

**Kushoun Anthony Burch**
**2020 CHEYENNE WAY APT**
**MODESTO, CA 95356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.242 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kwame Attim Jenkins Jr**
**709 98TH AVE APT B**
**OAKLAND, CA 94621**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kwanza H Grigsby**
**613 E 73RD ST**
**LOS ANGELES, CA 90001**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kwokying Chan**
**2142 42ND AVE**
**San Francisco, CA 94116**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KYAING TUN**
**1605 8TH AVE APT 2**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyaing Tun**
**1605 8TH AVE APT 2**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KYANDRE RASHUN LONG**
**99 AUSTIN AVE**
**HAYWARD, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known) **17-52865**

---

| 3.243 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyle Ortiz**
**1085 TASMAN DRIVE UNIT 45**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyle Phillip Esmenda**
**43218 GATEWOOD ST**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyle Sahid Fernandez Torres**
**2491 WHITNEY DR APT 1**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KYLE WILLIAMS**
**7182 GEORGES WAY**
**MORROW, GA 30260**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kymberley Anne Whitlow**
**753 ALMA ST APT 338**
**PALO ALTO, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lafron Shawnee Britton Jr**
**2037 E 23RD ST**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **A-1 Express Delivery Service, Inc.**                                          Case number (if known)    **17-52865**
           Name

---

| 3.243 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LAKEA BAILEY**
**450 BREMERTON AVE NE H**
**RENTON, WA 98059**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LAKPA DENDI SHERPA**
**1333 W STEEL LINE 210**
**SANTA ROSA, CA 95403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lakpa Dendi Sherpa**
**1333 W STEEL LINE 210**
**SANTA ROSA, CA 95403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lalita Carol Myrick**
**1837 IDAHO ST**
**FAIRFIELD, CA 94533**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lam Hoang Nguyen**
**92 ALEXANDER CT**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Iam SithambaramSidath Vengadasa**
**40 ALICE ST**
**Arcadia, CA 91006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.244**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lam Son Nguyen**<br>**4128 AREZZO POINTE LANE**<br>**SAN JOSE, CA 95148** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **LAMAR SAMPSON**<br>**1514 W 137TH ST**<br>**COMPTON, CA 90222** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lamar Sampson**<br>**1514 W 137TH ST**<br>**COMPTON, CA 90222** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lamont Charles Angelo**<br>**102 TUOLUMNE ST**<br>**VALLEJO, CA 94591** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lamont M Christopher Jones III**<br>**718 HENRY ST**<br>**OAKLAND, CA 94607** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.244**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **LaMont Vaughn Davis Jr**<br>**400 Davis St #204**<br>**San Leandro, CA 94577** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2448**

**Nonpriority creditor's name and mailing address**
**LANCE CHEADLE**
**1765 SKYLINE DRIVE APT 49**
**WHITEHALL, PA 15227**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _6 mo term_

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.2449**

**Nonpriority creditor's name and mailing address**
**Lance Gabriel Hooks**
**621 CORONADO AVE**
**LONG BEACH, CA 90814**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Class List_

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.2450**

**Nonpriority creditor's name and mailing address**
**Laprease Caldwell**
**3524 FALLS CT**
**PALMDALE, CA 93551**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Class List_

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.2451**

**Nonpriority creditor's name and mailing address**
**LAQUISHA DENISE SCOTT**
**1505 DESDEMONA CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _6 mo term_

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.2452**

**Nonpriority creditor's name and mailing address**
**Laquisha Denise Scott**
**1505 DESDEMONA CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Class List_

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.2453**

**Nonpriority creditor's name and mailing address**
**Lareisha Lewis**
**6401 SHELLMOUND ST 7109**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Class List_

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

Debtor    A-1 Express Delivery Service, Inc.                                  Case number (if known)    17-52865
_____
Name

| 3.245 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Allen Williams Jr**
**4018 SAINT ANDREWS WAY**
**ANTIOCH, CA 94509**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LARRY AUCENSIO BACACAO**
**1002 S SHERBOURNE DR**
**LOS ANGELES, CA 90035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Aucensio Bacacao**
**1002 S SHERBOURNE DR**
**LOS ANGELES, CA 90035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LARRY BEMBRY**
**509 S  EUCALYPTUS AVE  APT 5**
**INGLEWOOD, CA 90301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Bembry**
**509 S EUCALYPTUS AVE APT 5**
**INGLEWOOD, CA 90301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LARRY COLLINS A SHULAR III**
**27851 HUMMINGBIRD**
**HAYWARD, CA 94545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                                Case number *(if known)*    **17-52865**

| 3.246 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Collins Arthur Shular III**
**27851 HUMMINGBIRD**
**HAYWARD, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Rey Ardoin**
**175 CHARTER OAK ST**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Tyree Horne**
**8107 IDLEWOOD ST**
**OAKLAND, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Larry Wu**
**3897 FORESTWOOD DR**
**SAN JOSE, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lasandra Wauline Hamlin**
**332 W 122ND ST**
**LOS ANGELES, CA 90061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,566.33** |
|---|---|---|---|

**LaserShip**
**PO Box 1335**
**Charlotte, NC 28201-1335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number *(if known)*    **17-52865**

---

| 3.246 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LASHANDRA KING**
**818 GREENWOOD AVENUE, NE**
**, #106**
**ATLANTA, GA 30306-3740**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lashapale Alisia Copes**
**1973 TATE F103**
**EAST PALO ALTO, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Lashaun Lloyd**
**875 CINNIBAR ST 1422**
**SAN JOSE, CA 95126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LASHAY HARTLE**
**145 SNYDER DR**
**ROCHESTER, PA 15074**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LATISHA FRANKLIN**
**9251 15TH AVENUE SW**
**SEATTLE, WA 98106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**LATISHA LASHAND BROUGHTON**
**532 16TH ST APT 409**
**OAKLAND, CA 94612**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**
　　　　　Name

Case number (if known)    **17-52865**

---

| 3.247<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Latisha Lashand Broughton**
**532 16TH ST APT 409**
**OAKLAND, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LATOYA DENISE ALVAREZ**
**2420 S MARVIN AVE APT 6**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Latoya Denise Alvarez**
**2420 S MARVIN AVE APT 6**
**LOS ANGELES, CA 90016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Latoya Neshe Love**
**19 TURNER TERRACE**
**SAN FRANCISCO, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAURENT PAUL PUGH**
**1158 W WASHINGTON AVE**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Laurent Paul Pugh**
**1158 W WASHINGTON AVE**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2478**

**Nonpriority creditor's name and mailing address**
**LAVELL LAMONT KENDRICKS**
**9047 LANGDON AVE APT 4**
**NORTH HILLS, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2479**

**Nonpriority creditor's name and mailing address**
**Lavell Lamont Kendricks**
**9047 LANGDON AVE APT 4**
**NORTH HILLS, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2480**

**Nonpriority creditor's name and mailing address**
**Lavell Robert Russell**
**1750 WASHINGTON STREET APT 3**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2481**

**Nonpriority creditor's name and mailing address**
**LAWRENCE MAH**
**2298 SHADE TREE LN**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2482**

**Nonpriority creditor's name and mailing address**
**Lawrence Mah**
**2298 SHADE TREE LN**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2483**

**Nonpriority creditor's name and mailing address**
**Lawrence Rushing**
**728 N MARKET ST APT 12**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (*if known*)  **17-52865**
_____

| 3.248 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Lawrence Wayne Price**
**5051 SUTTER CREEK CIR**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Layshorn Renee Daniel**
**9414 S SAN PEDRO ST APT 2**
**LOS ANGELES, CA 90063**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Le Ron Atmore**
**326 LIME ST APT C**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Le T Doan**
**3995 AMBLER CT**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LEANDRO AVILA**
**639 SW 307TH ST**
**FEDERAL WAY, WA 98023**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**LEE FRANKS**
**4951 GOLD MINE DR**
**SUGAR HILL, GA 30518**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2490**

**Nonpriority creditor's name and mailing address**

**LEE PAONESSA**
**18306 104TH ST CT E**
**BONNEY LAKE, WA 98391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2491**

**Nonpriority creditor's name and mailing address**

**LEEPO JAMAAL RUSSELL**
**3172 MOORPARK AVE APT 3**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2492**

**Nonpriority creditor's name and mailing address**

**Leepo Jamaal Russell**
**3172 MOORPARK AVE APT 3**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2493**

**Nonpriority creditor's name and mailing address**

**LEILAH EMANUEL-KINNIEBREW**
**1828 YALE AVE**
**SEATTLE, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2494**

**Nonpriority creditor's name and mailing address**

**Lena Marie Loreto**
**275 CALLAN ST**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2495**

**Nonpriority creditor's name and mailing address**

**LENARD ANTHONY GANT JR**
**28821 LOGAN WAY**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.249 6**

**Nonpriority creditor's name and mailing address**

**Lenard Anthony Gant Jr**
**28821 LOGAN WAY**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 7**

**Nonpriority creditor's name and mailing address**

**Leo Salinas Larios**
**1666 VIRGINIA PL**
**SAN JOSE 95116, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 8**

**Nonpriority creditor's name and mailing address**

**Leon Bendana Melendres Jr**
**1465 B STREET**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.249 9**

**Nonpriority creditor's name and mailing address**

**LEON CORNUTE**
**12447 OBERLIN DR**
**DALLAS, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 0**

**Nonpriority creditor's name and mailing address**

**LEON HAUGHTON**
**305 W SYCAMORE STREET**
**PITTSBURGH, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 1**

**Nonpriority creditor's name and mailing address**

**Leonard Dalian Rideau III**
**4038 AMBLER WAY**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.250<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEONARD JACKSON**
**2748 KOLLMAN DR APT 5**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  6 mo term

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Jackson**
**2748 KOLLMAN DR APT 5**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class List

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Morris Jr**
**1114 KENTUCKY ST**
**VALLEJO, CA 94590**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class List

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEONARD SHAFER**
**120 GRAND VIEW AVENUE**
**ALIQUIPPA, PA 15001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  6 mo term

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250<br>6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LEONARDO DANIEL ROCHA**
**316 N  GAGE AVE**
**LOS ANGELES, CA 90011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  6 mo term

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250<br>7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonardo Daniel Rocha**
**316 N GAGE AVE**
**LOS ANGELES, CA 90011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Class List

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

**Leonel Christian Canales Andalis**
**24395 DIXON ST**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

**LEONID V RIBALKO**
**2125 SAFFARIAN CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

**Leonid V Ribalko**
**2125 SAFFARIAN CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

**Leslie Ann Shraifer**
**6341 N. Devonshire Drive**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 2**

**Nonpriority creditor's name and mailing address**

**LESLIE MARK SNELL**
**1495 DON AVE APT 161**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

**Lester Dwight Toles**
**3641 LAFAYETTE ST APT 02**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 399 of 681

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

**LESTER FRANK PATILLA**
**20667 BLOSSOM COMMONS**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

**Lester Frank Patilla**
**20667 BLOSSOM COMMONS**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

**Leticia Tolentino Trejo**
**2717 BURLINGAME WAY**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 7**

**Nonpriority creditor's name and mailing address**

**LEWIS DAVIS**
**1109 PROGRESS ST**
**MC KEES ROCKS, PA 15136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

**Lewis Sustaita Jr**
**8060 SWANSTON LN**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

**Librado Roberto Medina Martinez**
**2220 MEADOWGATE WAY**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.252 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Liliah Ondera Mabon**<br>**2020 SAGE SPARROW ST.**<br>**BRENTWOOD, CA 94513** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.252 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Linnie Thi Nguyen**<br>**3221 LONE BLUFF WAY**<br>**SAN JOSE, CA 95111** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.252 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lisa Latasha Hollman**<br>**4675 APPIAN WAY APT 105**<br>**EL SOBRANTE, CA 94803** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.252 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **LISA LYNN DRAKE**<br>**120 DIXON LANDING RD APT 120**<br>**MILPITAS, CA 95035** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.252 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lisa Lynn Drake**<br>**120 DIXON LANDING RD APT 120**<br>**MILPITAS, CA 95035** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.252 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Lisiane Carvalho De Castro**<br>**4096 18TH ST APT 8**<br>**SAN FRANCISCO, CA 94114** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.252 6**

**Nonpriority creditor's name and mailing address**

**LISSETTE ROSAS-VILLA**
**436 CLINTON ST APT 4**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 7**

**Nonpriority creditor's name and mailing address**

**Lissette Rosas-Villa**
**436 CLINTON ST APT 4**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 8**

**Nonpriority creditor's name and mailing address**

**LIZ MUNOZ**
**442 51ST STREET APT 1R**
**BROOKLYN, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252 9**

**Nonpriority creditor's name and mailing address**

**Lizbeth Paola Barronmontoya**
**14758 MARTELL AVE APT B**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 0**

**Nonpriority creditor's name and mailing address**

**LLOYD MAXIMILLI WASHINGTON**
**1845 S ST ANDREWS PL APT 9**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 1**

**Nonpriority creditor's name and mailing address**

**Lloyd Maximillian Washington**
**1845 S ST ANDREWS PL APT 9**
**LOS ANGELES, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.253 2**

**Nonpriority creditor's name and mailing address**
**Loc Ba Giang**
**1520 E CAPITOL EXPY 129**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 3**

**Nonpriority creditor's name and mailing address**
**Loc Dinh Hoang**
**1652 CRUCERO DR APT # 4**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 4**

**Nonpriority creditor's name and mailing address**
**Long Building Technologies**
**PO Box 5501**
**Denver, CO 80217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.253 5**

**Nonpriority creditor's name and mailing address**
**Long Duc Dao**
**3167 HERITAGE SPRINGS CT**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 6**

**Nonpriority creditor's name and mailing address**
**Long Thanh Nguyen**
**1223 SYLVIA DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253 7**

**Nonpriority creditor's name and mailing address**
**LONG THANH VU TRAN**
**1902 BEVERLY BLVD**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

**3.253**
**8**

Nonpriority creditor's name and mailing address

**Long Thanh Vu Tran**
**1902 BEVERLY BLVD**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**
**9**

Nonpriority creditor's name and mailing address

**Long Van Nguyen**
**3155 PAYNE AVE #15**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254**
**0**

Nonpriority creditor's name and mailing address

**LOREN STEELE**
**1288 6TH STREET**
**WESTMORELAND, PA 15692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254**
**1**

Nonpriority creditor's name and mailing address

**Lorena Lisette Navarrete**
**275 PARK PASEO LN APT F**
**LOS ANGELES, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254**
**2**

Nonpriority creditor's name and mailing address

**LORI ZAVACKY**
**334 VIRGINIA AVE**
**MOUNT WASHINGTON, PA 15211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254**
**3**

Nonpriority creditor's name and mailing address

**LORIE CABUDIL MARINICK**
**7555 MISSION ST UNIT 204**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**3.254 4**

**Nonpriority creditor's name and mailing address**

**Lorie Cabudil Marinick**
**7555 MISSION ST UNIT 204**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 5**

**Nonpriority creditor's name and mailing address**

**Louis Anthony Barreto**
**748 CLARA VISTA AVE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 6**

**Nonpriority creditor's name and mailing address**

**Louis Centeno**
**11740 ALLIN ST #138**
**CULVER CITY, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

**LOUIS GEBRETENSAI**
**11555 17TH AVE NE**
**SEATTLE, WA 98125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

**Lounes Ziam**
**6040 WENK AVE APT 5**
**RICHMOND, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

**Loureuna Tamrea Wytch**
**1216 HASKELL ST**
**BERKELEY, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name
Case number *(if known)*    **17-52865**
_____

| 3.255 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lovee Precious Stanberry**
**1370 10TH ST**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.255 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lovevina Johnson**
**3445 SUMMER PARK DR APT 190**
**SACRAMENTO, CA 95834**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.255 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LSO Final Mile**
**Po Box 678576**
**Dallas, TX 75267-8576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$21.04

---

| 3.255 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LUBER DANILO ARAYA**
**2969 GLEN CROW COURT**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.255 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luber Danilo Araya**
**2969 GLEN CROW COURT**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.255 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**LUCAS VADER**
**19902 113TH ST E**
**BONNEY LAKE, WA 98391**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|------------------------------------|------------------------|----------|
|        | Name |  |  |

---

**3.255 6**

**Nonpriority creditor's name and mailing address**
**Lucretia Anne Walker**
**647 VIRGINIA CIRCLE UNIT A**
**SAN BERNARDINO, CA 92405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 7**

**Nonpriority creditor's name and mailing address**
**LUCRETIA LORIA-PUNCH**
**2800 HERRINGTON WOODS COURT**
**LAWRENCEVILLE, GA 30044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 8**

**Nonpriority creditor's name and mailing address**
**LUIS ALBERTO CANCINO BOLANOS**
**1285 AYALA DR. APT 2**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 9**

**Nonpriority creditor's name and mailing address**
**Luis Alberto Cancino Bolanos**
**1285 AYALA DR. APT 2**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.256 0**

**Nonpriority creditor's name and mailing address**
**Luis Alberto Santiago**
**16560 DEL MONTE AVE**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.256 1**

**Nonpriority creditor's name and mailing address**
**Luis Alberto Zamarripa Granados**
**1323 MADERA AVE**
**MENLO PARK, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.256<br>2 | **Nonpriority creditor's name and mailing address**<br>**Luis Angel Hernandez Martinez**<br>**2780 WESTBERRY DR**<br>**SAN JOSE, CA 95132**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.256<br>3 | **Nonpriority creditor's name and mailing address**<br>**Luis Antonio C Miranda**<br>**516 OREGON ST**<br>**WATSONVILLE, CA 95076**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.256<br>4 | **Nonpriority creditor's name and mailing address**<br>**Luis Antonio Ramirez Macias**<br>**166 LACROSSE DR**<br>**MILPITAS, CA 95035**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.256<br>5 | **Nonpriority creditor's name and mailing address**<br>**Luis Banuelos**<br>**18222C HALE AVE**<br>**MORGAN HILL, CA 95037**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.256<br>6 | **Nonpriority creditor's name and mailing address**<br>**LUIS ENRIQUE QUIROZ**<br>**1082 OAKMONT DR APT #6**<br>**SAN JOSE, CA 95117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.256<br>7 | **Nonpriority creditor's name and mailing address**<br>**Luis Enrique Quiroz**<br>**1082 OAKMONT DR APT #6**<br>**SAN JOSE, CA 95117**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2568**

**Nonpriority creditor's name and mailing address**

**Luis Felipe Benites**
**240 E OKEEFE ST APT 10**
**E PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2569**

**Nonpriority creditor's name and mailing address**

**Luis Giron Yuja**
**3241 BENTON STREET**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2570**

**Nonpriority creditor's name and mailing address**

**Luis Julio Aleman**
**636 MAC ARTHUR AVE**
**REDWOOD CITY, CA 94063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2571**

**Nonpriority creditor's name and mailing address**

**Luis Manuel Solis Cardoza**
**5908 WYMAN ST**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2572**

**Nonpriority creditor's name and mailing address**

**Luis Miguel Alvarez**
**776 BAIRD AVE**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2573**

**Nonpriority creditor's name and mailing address**

**LUIS RENDON**
**414 E 130TH ST**
**LOS ANGELES, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
　　　　　Name

Case number (if known)    **17-52865**

---

| 3.257<br>4 | **Nonpriority creditor's name and mailing address**<br>**LUNGRIG GYALTSEN**<br>**2717 LINCOLN AVE**<br>**RICHMOND, CA 94804** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>5 | **Nonpriority creditor's name and mailing address**<br>**Lungrig Gyaltsen**<br>**2717 LINCOLN AVE**<br>**RICHMOND, CA 94804** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>6 | **Nonpriority creditor's name and mailing address**<br>**Luzmila Maria Evens**<br>**1075 SPACE PARK WAY #140**<br>**MOUNTAIN VIEW, CA 94043** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>7 | **Nonpriority creditor's name and mailing address**<br>**Lydia Castro**<br>**922 PRINCESS ANNE DRIVE**<br>**SAN JOSE, CA 95128** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>8 | **Nonpriority creditor's name and mailing address**<br>**Lydia Quintero**<br>**1550 EVERTT ST APT C**<br>**ALAMEDA, CA 94501** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257<br>9 | **Nonpriority creditor's name and mailing address**<br>**LYNDSEY RENEE JOHNSON**<br>**1617 QUEEN CHARLOTTE DR**<br>**APT 17**<br>**SUNNYVALE, CA 94087** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2580**

**Nonpriority creditor's name and mailing address**

**Lyndsey Renee Johnson**
**1617 QUEEN CHARLOTTE DR**
**APT 17**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.2581**

**Nonpriority creditor's name and mailing address**

**MAAN SHAKIR MAH RAOOF**
**2868 S NORFOLK APT H**
**SAN MATEO, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.2582**

**Nonpriority creditor's name and mailing address**

**Maan Shakir Mahmood Raoof**
**2868 S NORFOLK APT H**
**SAN MATEO, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.2583**

**Nonpriority creditor's name and mailing address**

**Mack Edward Moore**
**346 105TH AVE APT I**
**OAKLAND, CA 94603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.2584**

**Nonpriority creditor's name and mailing address**

**Mack Kong San**
**PO BOX 14913**
**FREMONT, CA 94539**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.2585**

**Nonpriority creditor's name and mailing address**

**MAE SAECHAO**
**3201 LOMA VERDE DR  APT  120**
**SAN JOSE, CA 95117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.258 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mae Saechao**
**3201 LOMA VERDE DR APT 120**
**SAN JOSE, CA 95117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.258 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAGDALENA MORALES**
**4064 LACONIA AVE 2A**
**BRONX, NY 10466**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

| 3.258 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mahendra Ranabhat**
**39648 WALL COMMON APT N**
**FREMONT, CA 94538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.258 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maher Hamood Alghazali**
**2035 PLACER DR**
**SAN LEANDRO, CA 94578**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,929.09 |
|---|---|---|---|

**Mail Delivery Service**
**PO Box 33022**
**Detroit, MI 48232-2065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,686.32 |
|---|---|---|---|

**Mail Delivery Service of KC Inc**
**PO Box 418099**
**Kanas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.259**
**2**

**Nonpriority creditor's name and mailing address**

**Mail Dispatch**
**PO Box 85430**
**San Diego, CA 92186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$773.22**

---

**3.259**
**3**

**Nonpriority creditor's name and mailing address**

**MailCo USA Inc**
**3186 South School Ave**
**Fayetteville, AR 72701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$871.50**

---

**3.259**
**4**

**Nonpriority creditor's name and mailing address**

**Mailroom Specialist**
**PO Box 37286**
**Oak Park, MI 48237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.259**
**5**

**Nonpriority creditor's name and mailing address**

**Majid Wajdi Hamdi**
**2775 W BALL RD**
**ANAHEIM, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.259**
**6**

**Nonpriority creditor's name and mailing address**

**MALACHI WALTON**
**3406 HOYT AVE**
**EVERETT, WA 98201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.259**
**7**

**Nonpriority creditor's name and mailing address**

**MALCOLM JAMAAL LANE**
**30600 ENGINE HOUSE DR**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **A-1 Express Delivery Service, Inc.** |
| | Name |

Case number *(if known)*    **17-52865**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Malcolm Jamaal Lane**
**30600 ENGINE HOUSE DR**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**MALCOLM JOHNSON**
**680 SHADE AVE APT 4B**
**PITTBURGH, PA 15202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**Malcolm Xavier Gattis**
**1019 CENTER STREET**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

**MAMADOU CISSE**
**2101 SW SUNSET BLVD E410**
**RENTON, WA 98057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

**MAMADOU THIAM**
**22831 30TH AVE 305**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**Man Duong**
**8 JACKRABBIT LANE**
**CARSON, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**                          Case number (if known)    **17-52865**
_____
Name

---

| 3.260<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MANDY FROMAN**
**PO BOX 12741**
**MILL CREEK, WA 98082**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.260<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mangrove Cay LP**
**2500 Eldo Road**
**Monroeville, PA 15146**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.260<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Manpreet Singh Bains**
**34248 ASPEN LOOP**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.260<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MANUEL F GONZALES**
**4027 DOANE ST**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.260<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Manuel F Gonzales**
**4027 DOANE ST**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.260<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Manuel Felix Salazar**
**1523 SCOTT RD APT C**
**BURBANK, CA 91504**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

---

**3.261 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Manuel Nicolas Candia**<br>**1478 caliente way**<br>**San Jose, CA 95132** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Manuel Perez**<br>**315 GREY GHOST AVE**<br>**SAN JOSE, CA 95111** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **MANUEL RIVERA JR**<br>**538 CAPITOL ST**<br>**SALINAS, CA 93901** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Manuel Rivera Jr**<br>**538 CAPITOL ST**<br>**SALINAS, CA 93901** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Maraj U Baha**<br>**9274 FRANKLIN BLVD APT 257**<br>**ELK GROVE, CA 95758** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,245.45 |
|---|---|---|
| **Marathon Express**<br>**3210 Coffey Lane**<br>**Ste A**<br>**Santa Rosa, CA 95403-1924** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.261 6**

**Nonpriority creditor's name and mailing address**

**Marbelyn Galo**
**5551 BLACKWELDEN ST**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261 7**

**Nonpriority creditor's name and mailing address**

**Marc Alexander Siegel**
**1901 IRON PEAK CT**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261 8**

**Nonpriority creditor's name and mailing address**

**Marc Andro Vicera**
**505 SHELL PARKWAY 1204**
**REDWOOD CITY, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261 9**

**Nonpriority creditor's name and mailing address**

**Marc Horace Spencer**
**4522 WAGON CT**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 0**

**Nonpriority creditor's name and mailing address**

**Marc Lester Zapata Jamilano**
**1256 N HILLVIEW DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 1**

**Nonpriority creditor's name and mailing address**

**Marcel Derron Frazier**
**7950 NEY AVE APT 10**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor __A-1 Express Delivery Service, Inc._____    Case number *(if known)*  __17-52865__
Name

| 3.262<br>2 | **Nonpriority creditor's name and mailing address**<br>**Marcel Walker**<br>**456 BURLWOOD AVE**<br>**OAKLAND, CA 94603** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.262<br>3 | **Nonpriority creditor's name and mailing address**<br>**Marcela Lombard**<br>**3434 MONROE ST #4**<br>**SANTA CLARA, CA 95050** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.262<br>4 | **Nonpriority creditor's name and mailing address**<br>**MARCELL LAUMONT LEWIS**<br>**8889 SPRINGHURST DR**<br>**ELK GROVE, CA 95715** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.262<br>5 | **Nonpriority creditor's name and mailing address**<br>**Marcell Laumont Lewis**<br>**8889 SPRINGHURST DR**<br>**ELK GROVE, CA 95715** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.262<br>6 | **Nonpriority creditor's name and mailing address**<br>**Marcello Norris**<br>**380 Northlake dr apt 4**<br>**San Jose, CA 95117** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.262<br>7 | **Nonpriority creditor's name and mailing address**<br>**MARCELO A HENANDEZ**<br>**2712 SEA CREST AVE**<br>**LONG BEACH, WA 98631** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                              Case number (if known)    **17-52865**

---

| 3.262 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARCELO TINGZON GABUYA** | ■ Contingent | |
| **160 CHECKERS DR** | ■ Unliquidated | |
| **SAN JOSE, CA 95116** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _6 mo term_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.262 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Marcelo Tingzon Gabuya** | ■ Contingent | |
| **160 CHECKERS DR** | ■ Unliquidated | |
| **SAN JOSE, CA 95116** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Class List_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **MARCO ANTONIO BARRERA** | ■ Contingent | |
| **15326 WASHINGTON AVE** | ■ Unliquidated | |
| **COMPTON, CA 90221** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _6 mo term_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Marco Antonio Barrera** | ■ Contingent | |
| **15326 WASHINGTON AVE** | ■ Unliquidated | |
| **COMPTON, CA 90221** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Class List_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Marco Antonio Gomez** | ■ Contingent | |
| **1356 W 110TH ST** | ■ Unliquidated | |
| **LOS ANGELES, CA 90044** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Class List_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.263 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Marco Antonio Zaragoza** | ■ Contingent | |
| **3217 E CESAR CHAVEZ AVE** | ■ Unliquidated | |
| **LOS ANGELES, CA 90063** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _Class List_ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **A-1 Express Delivery Service, Inc.**
       Name
                                                                Case number (if known)    **17-52865**

---

| 3.263 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---------|---|---|---|

**MARCO DOMINIC GLAUDE**
**2283 INTERNATIONAL BOULEVARD**
**APT 107**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __6 mo term__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---------|---|---|---|

**Marco Dominic Glaude**
**2283 INTERNATIONAL BOULEVARD**
**APT 107**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Class List__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---------|---|---|---|

**MARCOS ANTONIO SOTO**
**3480 MT  MADONNA DR**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __6 mo term__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---------|---|---|---|

**Marcos Antonio Soto**
**3480 MT MADONNA DR**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Class List__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---------|---|---|---|

**Marcos C Relano**
**203 OAK AVE**
**REDWOOD CITY, CA 94061**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Class List__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---------|---|---|---|

**Marcos Daniel Ferreira**
**6550 YUCCA ST APTO 322**
**HOLLYWOOD, CA 90028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Class List__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

**Marcos Pena Jimenez**
**2101 PALM BEACH WAY**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

**MARCUS ANTHONY FORDE**
**569 SOUTH SECOND ST APT 8**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 2**

**Nonpriority creditor's name and mailing address**

**Marcus Anthony Forde**
**569 SOUTH SECOND ST APT 8**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 3**

**Nonpriority creditor's name and mailing address**

**MARCUS EUGENE RICHARD**
**909 MULBERRY WAY**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 4**

**Nonpriority creditor's name and mailing address**

**Marcus Eugene Richard**
**909 MULBERRY WAY**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 5**

**Nonpriority creditor's name and mailing address**

**Marcus Freeman**
**2124 S SYCAMORE AVE #3**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2646**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Marcus Makio Davis**<br>**1407 FOREST RUN**<br>**HERCULES, CA 94547** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2647**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **MARGARET LUCY GAUTHIER**<br>**5862 OLEANDER DR**<br>**NEWARK, CA 94560** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2648**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Margaret Lucy Gauthier**<br>**5862 OLEANDER DR**<br>**NEWARK, CA 94560** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2649**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Margaret Rose Inferrera**<br>**475 CHERRY AVE**<br>**SAN BRUNO, CA 94066** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2650**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Maria Annette Fisher**<br>**118 HOLLOWAY AVE APT 118**<br>**SAN FRANCISCO, CA 94112** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2651**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Maria D Rosas Ramirez**<br>**745 REMO ST**<br>**SAN JOSE, CA 95116** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.265
2**

**Nonpriority creditor's name and mailing address**

**MARIA DE LOS AN ARELLANO MEZA
2207 LOS PADRES BLVD APT A
SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
3**

**Nonpriority creditor's name and mailing address**

**Maria Del Pilar Sanche
1257 W 41st Street 0
Los Angeles, CA 90037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
4**

**Nonpriority creditor's name and mailing address**

**Maria Elena Saldana
885 LAKECHIME DR.
SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
5**

**Nonpriority creditor's name and mailing address**

**Maria Lastenia Molina Aviles
670 JOHANNA AVE APT 2
SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
6**

**Nonpriority creditor's name and mailing address**

**Maria Lluvia Guerrero
325 KENMORE AVE
SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
7**

**Nonpriority creditor's name and mailing address**

**Maria Los Angele Arellano Meza
2207 LOS PADRES BLVD APT A
SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2658**

**Nonpriority creditor's name and mailing address**

**Maria Maciel**
**1014 GRANT STREET APT C**
**SANTA MONICA, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2659**

**Nonpriority creditor's name and mailing address**

**MARIA MARGOUX R CHAVEZ**
**1549 BAILEY DR**
**FAIRFIELD, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2660**

**Nonpriority creditor's name and mailing address**

**Maria Margoux R Chavez**
**1549 BAILEY DR**
**FAIRFIELD, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2661**

**Nonpriority creditor's name and mailing address**

**Maria Marin**
**1041 YORK ST**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2662**

**Nonpriority creditor's name and mailing address**

**MARIA MURILLO**
**1406 NW RICHMOND BEACH RD  15**
**SEATTLE, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2663**

**Nonpriority creditor's name and mailing address**

**Maria Poot**
**1842 LAVONNE AVENUE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.266 4**

**Nonpriority creditor's name and mailing address**

**MARIANA CATALIN SEEPE**
**220 MARINA WAY**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.266 5**

**Nonpriority creditor's name and mailing address**

**Mariana Catalina Seepe**
**220 MARINA WAY**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.266 6**

**Nonpriority creditor's name and mailing address**

**Mariano Cruz Urquico**
**5 MARINER LANE**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.266 7**

**Nonpriority creditor's name and mailing address**

**Mariasha Shanice Serrao**
**1466 INNES AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.266 8**

**Nonpriority creditor's name and mailing address**

**Marie Louise Gonzalez**
**1496 BERONA WAY**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.266 9**

**Nonpriority creditor's name and mailing address**

**MARILYN LUCILLE CHOUYANG**
**606 SANTA CRUZ TERRACE**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)   **17-52865**
_____

| 3.267 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marilyn Lucille Rose Chouyang**
**606 SANTA CRUZ TERRACE**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario A. Hernandez-Ortega**
**2124 8TH AVE APT B**
**OAKLAND, CA 94606**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario Alberto Perez Baez**
**22593 7TH ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario Alberto Rodriguez**
**381 E WASHINGTON AVE**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario Aranda**
**62 NORTH 33RD STREET**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mario Benjamin Cornell**
**1280 E 127TH ST**
**LOS ANGELES, CA 90059**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.267 6**

**Nonpriority creditor's name and mailing address**
**MARIO ELIAS CARABAJAL**
**225 HYDE ST APT 221**
**SAN FRANCISCO, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.267 7**

**Nonpriority creditor's name and mailing address**
**Mario Elias Carabajal**
**225 HYDE ST APT 221**
**SAN FRANCISCO, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.267 8**

**Nonpriority creditor's name and mailing address**
**MARIO GARCIA**
**464 STONEFORD AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.267 9**

**Nonpriority creditor's name and mailing address**
**Mario Garcia**
**464 STONEFORD AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 0**

**Nonpriority creditor's name and mailing address**
**Mario Garza**
**1575 MCDANIEL AVE**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 1**

**Nonpriority creditor's name and mailing address**
**Mario Martinez Jr**
**9136 THERMAL ST**
**OAKLAND, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.268 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marissa Paschal**
**1924 JULIE AVE**
**FULLERTON, CA 92833**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARITZA ORTIZ**
**2932 AVENUE V APT 5A**
**BROOKLYN, NY 11229**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariza Flores Krasno**
**1909 LIMEWOOD DR**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariza Nicole Mendez**
**760 N. 7TH ST APT 3317**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark A Brulee**
**2612 HUDSPETH ST**
**INGLEWOOD, CA 90303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARK A RISACHER**
**3010 GRANITE DR**
**CONYERS, GA 30012**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.2688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Alexander Vega**
**151 W 47TH PLACE**
**LOS ANGELES, CA 90037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Anthony Camaddo Llamelo**
**31050 NEW HAVEN ST APT #1**
**UNION CITY, CA 94587**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Anthony Euceda**
**727 S SADLER AVE**
**LOS ANGELES, CA 90022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Anthony Haylock Jr**
**1507 W 36TH PL**
**LOS ANGELES, CA 90018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARK ANTHONY HERNANDEZ**
**1549 MARIN AVE**
**SAN JOSE, CA 95126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Anthony Hernandez**
**1549 MARIN AVE**
**SAN JOSE, CA 95126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.269 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARK ANTHONY ORTIZ**
**2996 SUNBURST DR**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Anthony Ortiz**
**2996 SUNBURST DR**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARK ANTHONY POL**
**14447 MERCED ST**
**SAN LEANDRO, CA 94579**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Anthony Pol**
**14447 MERCED ST**
**SAN LEANDRO, CA 94579**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARK ARINGTON**
**21323 95TH AVE W**
**EDMONDS, WA, WA 98020**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Cayabyab**
**1446 H ST**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.270 0**

**Nonpriority creditor's name and mailing address**

**Mark Fleuter**
**153-B KITTOE DR**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.270 1**

**Nonpriority creditor's name and mailing address**

**Mark Nathaniel Repat Medalle**
**3237 SAN CARLOS WAY**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.270 2**

**Nonpriority creditor's name and mailing address**

**MARK ONEAL CRAWFORD**
**4149 MERA ST**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.270 3**

**Nonpriority creditor's name and mailing address**

**Mark Oneal Crawford**
**4149 MERA ST**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.270 4**

**Nonpriority creditor's name and mailing address**

**Mark patrick Saucedo**
**1333 MERRIVALE WEST SQUARE**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.270 5**

**Nonpriority creditor's name and mailing address**

**MARK THOMPSON**
**5818 15TH AVE S 203**
**SEATTLE, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

| 3.270 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark William Smith**
**2568 AMARYL DR**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Wishowski**
**3565 S. Centinela Ave. #8**
**Los Angeles, CA 90066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARKELLE JERMAI SINGLETON**
**209 EAST HAZEL STREET**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Markelle Jermaine Singleton**
**209 EAST HAZEL STREET**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MARLON DENARD DAVIS JR**
**2916 PEAR ST**
**ANTIOCH, CA 94509**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marlon Denard Davis Jr**
**2916 PEAR ST**
**ANTIOCH, CA 94509**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.271
2**

**Nonpriority creditor's name and mailing address**

**Marlon Manuel Obsuna**
**398 HEATH ST**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271
3**

**Nonpriority creditor's name and mailing address**

**MARLOW LEE**
**1406 SEMINARY AVE APT A**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271
4**

**Nonpriority creditor's name and mailing address**

**Marlow Lee**
**1406 SEMINARY AVE APT A**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271
5**

**Nonpriority creditor's name and mailing address**

**Marque Terrence Willis**
**772 SOUTH 2ND ST APT E**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271
6**

**Nonpriority creditor's name and mailing address**

**Marquel Maurice Balentine**
**1220 BRAHMS COMMON**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271
7**

**Nonpriority creditor's name and mailing address**

**Marques Contreras**
**16227 EUCALYPTUS AVENUE**
**APT 62**
**BELLFLOWER, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __A-1 Express Delivery Service, Inc._____     Case number (if known) __17-52865__
        Name

| 3.271 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**MARQUI MONTEL WALKER**
**1255 HAYS ST APT 14**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Nonpriority creditor's name and mailing address**
**Marqui Montel Walker**
**1255 HAYS ST APT 14**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

3.271 9

---

**Nonpriority creditor's name and mailing address**
**Marquis Bess**
**1115 ELA DERA DR**
**LONG BEACH, CA 90807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

3.272 0

---

**Nonpriority creditor's name and mailing address**
**MARQUISE MARTEL WOODS**
**113 CASSIA DR**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

3.272 1

---

**Nonpriority creditor's name and mailing address**
**Marquise Martel Woods**
**113 CASSIA DR**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

3.272 2

---

**Nonpriority creditor's name and mailing address**
**Marquita A Hutchinson**
**6475 FOOTHILL BLVD APT 302**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

3.272 3

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.272 4**

**Nonpriority creditor's name and mailing address**

**Marshall William Plumeri**
**1601 SHREEN CT**
**SAN JOSE, CA 95124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 5**

**Nonpriority creditor's name and mailing address**

**Marshawn Omega Bluford**
**2619 CARNATION DR**
**FAIRFIELD, CA 94533**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 6**

**Nonpriority creditor's name and mailing address**

**MARSHELL TRAYCI THOMAS HEARNE**
**P O  BOX 5691**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

**Marshell Trayci Thomas Hearne**
**P O BOX 5691**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

**MARTEL CAMPOS MEJIA**
**1249 HOPKINS DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 9**

**Nonpriority creditor's name and mailing address**

**Martel Campos Mejia**
**1249 HOPKINS DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor  __A-1 Express Delivery Service, Inc.__      Case number (if known)  __17-52865__
Name

| 3.273 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Martin Arana**<br>**11122 HULME AVE**<br>**LYNWOOD, CA 90262** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Martin Lavel Tate**<br>**332 65TH ST**<br>**LONG BEACH, CA 90805** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Martin Philip Castro Jr**<br>**3201 HOOVER ST**<br>**REDWOOD CITY, CA 94063** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Martin Powell Craighead**<br>**1309 JAMES CT**<br>**SAN MATEO, CA 94401** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Martin Tuan Nguyen**<br>**1302 DANIEL CT**<br>**MILPITAS, CA 95035** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **MARTINA MARIE THOMAS**<br>**1601 165TH AVE APT 132**<br>**SAN LEANDRO, CA 94578** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor __A-1 Express Delivery Service, Inc.__                    Case number *(if known)* __17-52865__
       Name

| 3.273 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Martina Marie Thomas**
**1601 165TH AVE APT 132**
**SAN LEANDRO, CA 94578**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**MARVIN HORN**
**830 S FLOWER ST  APT 4**
**INGLEWOOD, CA 90301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marvin Horn**
**830 S FLOWER ST APT 4**
**INGLEWOOD, CA 90301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marvin Jake Cariaga**
**3028 CORAL COURT**
**SAN JOSE, CA 95121**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mary Elizabeth Johnson**
**45 W CLOVER RD**
**TRACY, CA 95376**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Maryam Dastagir**
**406 WEST HARDER RD**
**HAYWARD, CA 94544**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name                                                                    Case number (if known)    **17-52865**

---

| 3.274 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARYLOU BALICAS ESTOLERO**
**33 MASSASOIT ST**
**SAN FRANCISCO, CA 94110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marylou Balicas Estolero**
**33 MASSASOIT ST**
**SAN FRANCISCO, CA 94110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MASTONEH MEDI**
**21090 WHITE FIR CT**
**CUPERTINO, CA 95014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mastoneh Medi**
**21090 WHITE FIR CT**
**CUPERTINO, CA 95014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Masumeh Bagherian**
**382 LOS ENCINOS CT**
**SAN JOSE, CA 95134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MATHIAS ANTHONY CARREON**
**496 SAFARI DR**
**SAN JOSE, CA 95123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __A-1 Express Delivery Service, Inc.__      Case number (if known) __17-52865__
Name

---

**3.2748**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Mathias Anthony Carreon**
**496 SAFARI DR**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2749**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**MATTEWOS MEBRATU**
**3747 142ND ST 108**
**TUKWILA, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2750**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Matthew Albert Mansilla**
**32595 CARMEL WAY**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2751**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Matthew Barrios**
**1315 SOUTHGATE AVE**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2752**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Matthew Benjamin Hoffman**
**1459 Montego Dr**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2753**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Matthew Bernardino Espinosa**
**2752 VALLEY HEIGHTS DR**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.275 4**

**Nonpriority creditor's name and mailing address**

**Matthew Dado**
**254 BANANA GROVE**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275 5**

**Nonpriority creditor's name and mailing address**

**Matthew David Mercado**
**120 MARSH PLACE**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275 6**

**Nonpriority creditor's name and mailing address**

**Matthew Dennis Gaughan**
**4846 CRESTONE NEEDLE WAY**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275 7**

**Nonpriority creditor's name and mailing address**

**MATTHEW EMMANUE BUNKLEY**
**1953 S CRESCENT HEIGHTS BLVD**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275 8**

**Nonpriority creditor's name and mailing address**

**Matthew Emmanuel Bunkley**
**1953 S CRESCENT HEIGHTS BLVD**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.275 9**

**Nonpriority creditor's name and mailing address**

**MATTHEW HARRISO SAS**
**17505 SE 300TH ST**
**KENT, WA 98042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)  **17-52865**
_____

---

| 3.276 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MATTHEW HARTMAN**
**1178 PIEDMONT AVE NE B15**
**ATLANTA, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.276 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MATTHEW HILL**
**606 MILL AVE S APT 7**
**RENTON, WA 98057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.276 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MATTHEW JOSEPH MARTINEZ**
**1533 DARLENE AVE**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.276 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Joseph Martinez**
**1533 DARLENE AVE**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.276 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MATTHEW LAW SIMON**
**42925 CHARLESTON WAY**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.276 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Matthew Law Simon**
**42925 CHARLESTON WAY**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.276**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Matthew Obrien Smith**<br>**1024 PRINCESS ANNE DR.**<br>**SAN JOSE, CA 95128** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **MATTHEW OCONNOR LESNIKOSKI**<br>**135 RIO ROBLES E APT 162**<br>**SAN JOSE, CA 95134** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Matthew Oconnor Lesnikoski**<br>**135 RIO ROBLES E APT 162**<br>**SAN JOSE, CA 95134** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.276**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **MATTHEW PETRILL**<br>**3427 DOGWOOD PL**<br>**WEST HOMESTEAD, PA 15120** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **MATTHEW REVESTI TIANERO**<br>**1743 APRILSONG COURT**<br>**SAN JOSE, CA 95131** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.277**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Matthew Revestir Tianero**<br>**1743 APRILSONG COURT**<br>**SAN JOSE, CA 95131** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.277 2**

**Nonpriority creditor's name and mailing address**

**Matthew Robert Goodwin-Cruz Jr**
**30 SHEPARDSON LANE APT 30**
**ALAMEDA, CA 94502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277 3**

**Nonpriority creditor's name and mailing address**

**Matthew Robert Oranje**
**409 PENNSYLVANIA ST APT 7**
**VALLEJO, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277 4**

**Nonpriority creditor's name and mailing address**

**MATTHEW THOMAS HICKOX**
**4819 LOUISE CT**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277 5**

**Nonpriority creditor's name and mailing address**

**Matthew Thomas Hickox**
**4819 LOUISE CT**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

**Matthew Thomas Knorpp**
**12 Michael ct**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.277 7**

**Nonpriority creditor's name and mailing address**

**MATTIE RAIFORD**
**12610 14TH AVE SW**
**BURIEN, WA 98146**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.277 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MAUNG AUNG A THET**
**39310 LOGAN DR**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Maung Aung A Thet**
**39310 LOGAN DR**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Maung Phyo Maung Han**
**142 CAMELIA DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MAURICE ANTHONY TAYLOR JR**
**4056 VINCETON ST**
**PITTSBURGH, PA 15214**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MAURICE BROWN**
**210 W 140TH ST APT 2A**
**NEW YORK, NY 10030**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**MAURICE FLOYD**
**5182 SCHENLEY AVE**
**PITTSBURGH, PA 15224**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.278**
**4**

**Nonpriority creditor's name and mailing address**

**Mauricio Jesus Escalante**
**12927 ROSELLE AVE APT 7**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278**
**5**

**Nonpriority creditor's name and mailing address**

**Maurisha Maybelline Collins**
**1732 SUNNYDALE AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278**
**6**

**Nonpriority creditor's name and mailing address**

**Max Huy Minh Dang**
**1925 STOKES ST APT # 1**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278**
**7**

**Nonpriority creditor's name and mailing address**

**Max S Vonerbsen**
**1522 48TH AVE APT 2**
**SAN FRANCISCO, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278**
**8**

**Nonpriority creditor's name and mailing address**

**MAXWELL CHEN**
**5527 110TH PL SW**
**MUKILTEO, WA 98275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278**
**9**

**Nonpriority creditor's name and mailing address**

**MC Delivery**
**1410 MLK JR Way**
**Tacoma, WA 98405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,097.60**

---

Debtor   **A-1 Express Delivery Service, Inc.**                                   Case number *(if known)*   **17-52865**
_____
Name

---

**3.279 0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**MEDOJE MAOUSE**
**1163 FTELEY AVENUE APT 1F**                  ■ Contingent
**BRONX, NY 10472**
                                               ■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _              Basis for the claim:  **6 mo term**

                                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.279 1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**MEGGAN NICOLE HOWE**
**921 WAINWRIGHT DR**                           ■ Contingent
**SAN JOSE, CA 95128**
                                               ■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _              Basis for the claim:  **6 mo term**

                                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.279 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Meggan Nicole Howe**
**921 WAINWRIGHT DR**                           ■ Contingent
**SAN JOSE, CA 95128**
                                               ■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _              Basis for the claim:  **Class List**

                                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.279 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mehrafza Muntazir**
**34932 NOVA TER**                              ■ Contingent
**FREMONT, CA 94555**
                                               ■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _              Basis for the claim:  **Class List**

                                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.279 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**MEHRDAD GAMSHADZAHI**
**185 CLAREMONT AVE 3G**                        ■ Contingent
**NEW YORK, NY 10027**
                                               ■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _              Basis for the claim:  **6 mo term**

                                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.279 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**MEILANNY LATIES HANEY**
**6109 HILTON ST APT C**                        ■ Contingent
**OAKLAND, CA 94605**
                                               ■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _              Basis for the claim:  **6 mo term**

                                               Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2796**

**Nonpriority creditor's name and mailing address**

**Meilanny Latiesh Haney**
**6109 HILTON ST APT C**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2797**

**Nonpriority creditor's name and mailing address**

**Melanie Denise Jordan**
**2250 Menalto Ave**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2798**

**Nonpriority creditor's name and mailing address**

**MELDA MOLNAR**
**12 RAVINE STREET**
**DRAVOSBURG, PA 15034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2799**

**Nonpriority creditor's name and mailing address**

**MELES GEBREMARIAM**
**19663 20TH AVE NE**
**SHORELINE, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2800**

**Nonpriority creditor's name and mailing address**

**Melina Krasteva Hristova**
**95 Clarendon apt 8**
**Pacifica, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2801**

**Nonpriority creditor's name and mailing address**

**MELISSA ANN BAKER**
**13305 MENLO ST**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.280 2**

**Nonpriority creditor's name and mailing address**

**Melissa Ann Baker**
**13305 MENLO ST**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.280 3**

**Nonpriority creditor's name and mailing address**

**MELISSA ASHLEY CAMPANELLA**
**1409 MOCCASIN DR**
**MODESTO, CA 95351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.280 4**

**Nonpriority creditor's name and mailing address**

**Melissa Ashley Campanella**
**1409 MOCCASIN DR**
**MODESTO, CA 95351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

**MELVIN CHAND**
**161 SIERRAWOOD AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

**Melvin Chand**
**161 SIERRAWOOD AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.280 7**

**Nonpriority creditor's name and mailing address**

**Melvin Lyons**
**20555 S VERMONT AVE #5**
**TORRANCE, CA 90502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.280 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.2808**

Nonpriority creditor's name and mailing address
**Menelik Dashaun Goodwill**
**3571 66TH AVE APT 3**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2809**

Nonpriority creditor's name and mailing address
**MERAB CHANG**
**1650 KIRKLAND DR APT 3D**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2810**

Nonpriority creditor's name and mailing address
**Merab Chang**
**1650 KIRKLAND DR APT 3D**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2811**

Nonpriority creditor's name and mailing address
**MERANDA MARIE LUCIO**
**24432 SILVA AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2812**

Nonpriority creditor's name and mailing address
**Meranda Marie Lucio**
**24432 SILVA AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2813**

Nonpriority creditor's name and mailing address
**Merle Brillantes Banez**
**3931 STEIN CT**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

---

**3.281 4**

**Nonpriority creditor's name and mailing address**
**MERON ALEXANDER**
**4326 155TH ST SW APT A**
**LYNNWOOD, WA 98087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___6 mo term___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 5**

**Nonpriority creditor's name and mailing address**
**MERRARI JAZZLYN ALAMA**
**2080 ALUM ROCK APT 119**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___6 mo term___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 6**

**Nonpriority creditor's name and mailing address**
**Merrari Jazzlynn Alama**
**2080 ALUM ROCK APT 119**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Class List___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281 7**

**Nonpriority creditor's name and mailing address**
**Meteor Logistics Xpress**
**PO Box 833427**
**Richardson, TX 75083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,552.68**

---

**3.281 8**

**Nonpriority creditor's name and mailing address**
**MetLife**
**PO Box 804466**
**Kansas City, MO 64180**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,444.53**

---

**3.281 9**

**Nonpriority creditor's name and mailing address**
**Meynardo Elemia Talo Jr**
**3202 VINTAGE CREST DR**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Class List___

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.282 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miahn Fornoles Ibo**
**1821 BURLEY DRIVE**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICAH DESHAWN ROBINSON**
**6438 HERZOG STREET**
**OAKLAND, CA 94608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Micah Deshawn Robinson**
**6438 HERZOG STREET**
**OAKLAND, CA 94608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Alden Ross**
**7778 SURREY LN**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Alexander Vieira**
**4323 CHEENY STREET**
**SANTA CLARA, CA 95054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Allen Gaddy**
**1855 GRAHAM LN**
**SANTA CLARA, CA 95050**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.2826**

Nonpriority creditor's name and mailing address

**Michael Andre Quick**
**1349 OLD CANYON RD APT 3**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2827**

Nonpriority creditor's name and mailing address

**Michael Anthony Baltazar**
**881 W 40TH PLACE**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2828**

Nonpriority creditor's name and mailing address

**MICHAEL ANTHONY VALDEZ**
**1096 CLYDE AVE APT 3**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2829**

Nonpriority creditor's name and mailing address

**Michael Anthony Valdez**
**1096 CLYDE AVE APT 3**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2830**

Nonpriority creditor's name and mailing address

**MICHAEL ANTHONY VILLEGAS**
**80 S  MARKET ST**
**SAN JOSE, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2831**

Nonpriority creditor's name and mailing address

**Michael Anthony Villegas**
**80 S MARKET ST**
**SAN JOSE, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.283 2**

**Nonpriority creditor's name and mailing address**

**MICHAEL BURROUGHS JR**
**2222 CAREY WAY**
**PITTSBURGH, PA 15203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 3**

**Nonpriority creditor's name and mailing address**

**Michael Christian Wenger**
**1397 ESSEX WAY**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 4**

**Nonpriority creditor's name and mailing address**

**MICHAEL DAVID MAGALIT**
**46 SHAWNEE AVE**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 5**

**Nonpriority creditor's name and mailing address**

**Michael David Magalit**
**46 SHAWNEE AVE**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 6**

**Nonpriority creditor's name and mailing address**

**MICHAEL DEAL**
**5427 YOUNGRIDGE DR APT 1**
**BETHEL PARK, PA 15236**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 7**

**Nonpriority creditor's name and mailing address**

**Michael Earl Freeman**
**14741 BETTY JEAN AVE**
**BELLFLOWER, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|--------|-----------|--|-----------|----------|
| | Name | | | |

| 3.283 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael G Shmakov**
1334 S BERNARDO AVE
SUNNYVALE, CA 94087

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL GAUGHAN**
4846 CRESTONE NEEDLE WAY
ANTIOCH, CA 94531

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Gaughan**
4846 CRESTONE NEEDLE WAY
ANTIOCH, CA 94531

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Goodale**
80 DESCANSO DRIVE APT 1226
SAN JOSE, CA 95134

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL GRIFFIN**
8645 31ST AVE SW
SEATTLE, WA 98126

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MICHAEL HO**
2611 44TH AVE
SAN FRANCISCO, CA 94116

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.284
4**

**Nonpriority creditor's name and mailing address**

**Michael Ho**
**2611 44TH AVE**
**SAN FRANCISCO, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.284
5**

**Nonpriority creditor's name and mailing address**

**Michael Horton**
**4123 BROADWAY APT 231**
**OAKLAND, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.284
6**

**Nonpriority creditor's name and mailing address**

**MICHAEL JAY SHAVER**
**2113 EMORY ST**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.284
7**

**Nonpriority creditor's name and mailing address**

**Michael Jay Shaver**
**2113 EMORY ST**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.284
8**

**Nonpriority creditor's name and mailing address**

**MICHAEL JESUS SILVA**
**1137 FAIRFIELD AVE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.284
9**

**Nonpriority creditor's name and mailing address**

**Michael Jesus Silva**
**1137 FAIRFIELD AVE**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | **17-52865** |
|---|---|---|---|---|
| | Name | | | |

---

**3.285 0**

**Nonpriority creditor's name and mailing address**

**Michael John Guillory**
**121 MAY AVENUE**
**SANTA CRUZ, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 1**

**Nonpriority creditor's name and mailing address**

**Michael Jones**
**5201 COUNTRYSIDE DR**
**SAN DIEGO, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 2**

**Nonpriority creditor's name and mailing address**

**Michael Joseph Chiorello**
**756 SOUTH 3RD STREET**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 3**

**Nonpriority creditor's name and mailing address**

**Michael Julian Topper**
**627 N GUDALUPE AVE APT 5**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 4**

**Nonpriority creditor's name and mailing address**

**MICHAEL KADIAYI**
**23260 26TH AVE S**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 5**

**Nonpriority creditor's name and mailing address**

**MICHAEL LAMONT YOUNG JR**
**31252 HERSHEY WAY**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.285 6**

**Nonpriority creditor's name and mailing address**

**Michael Lamont Young Jr**
**31252 HERSHEY WAY**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 7**

**Nonpriority creditor's name and mailing address**

**MICHAEL LEE LEISHMAN**
**16716 AMBAUM BLVD  S**
**BURIEN, WA 98148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 8**

**Nonpriority creditor's name and mailing address**

**MICHAEL LICCIONE**
**1539 OREGON AVENUE**
**STEUBENVILLE, OH 43952-4395**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285 9**

**Nonpriority creditor's name and mailing address**

**Michael Mercado**
**1053 ARLINGTON LANE**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 0**

**Nonpriority creditor's name and mailing address**

**MICHAEL MONCRIEF**
**5492 TRADEWINDS WALKWAY**
**UNIT 4**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 1**

**Nonpriority creditor's name and mailing address**

**Michael Moncrief**
**5492 TRADEWINDS WALKWAY**
**UNIT 4**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

---

**3.286 2**

**Nonpriority creditor's name and mailing address**

**Michael Patrick Demarco**
**710 LAKEFAIR DR**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 3**

**Nonpriority creditor's name and mailing address**

**MICHAEL PAUL HAMILTON**
**985 ASILOMAR TER  #1**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 4**

**Nonpriority creditor's name and mailing address**

**Michael Paul Hamilton**
**985 ASILOMAR TER #1**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 5**

**Nonpriority creditor's name and mailing address**

**Michael Ratliff**
**8712 S 12TH AVE**
**INGLEWOOD, CA 90305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 6**

**Nonpriority creditor's name and mailing address**

**MICHAEL RAY SMITH**
**1944 94TH AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 7**

**Nonpriority creditor's name and mailing address**

**Michael Ray Smith**
**1944 94TH AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.286 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.286 8**

**Nonpriority creditor's name and mailing address**
MICHAEL REED HOLLEY
6300 WINDWARD DR
BURKE, VA 22015

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286 9**

**Nonpriority creditor's name and mailing address**
Michael Robert Ellis
3283 TIOGA RD 101
CONCORD, CA 94521

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 0**

**Nonpriority creditor's name and mailing address**
Michael Robert Erdman
3459 LOMA VISTA AVE
OAKLAND, CA 94619

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 1**

**Nonpriority creditor's name and mailing address**
Michael Rodriguez
3300 LEAVESLEY ROAD
GILROY, CA 95020

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 2**

**Nonpriority creditor's name and mailing address**
MICHAEL ROMERO MARANAN
243 ESMERALDA CT
SAN JOSE, CA 95116

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 3**

**Nonpriority creditor's name and mailing address**
Michael Romero Maranan
243 ESMERALDA CT
SAN JOSE, CA 95116

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | **17-52865** |
|---|---|---|---|
| | Name | | |

---

**3.287 4**

**Nonpriority creditor's name and mailing address**
**MICHAEL RYAN HARDEN**
**3063 PAYNE AVE**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 5**

**Nonpriority creditor's name and mailing address**
**Michael Ryan Harden**
**3063 PAYNE AVE**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 6**

**Nonpriority creditor's name and mailing address**
**MICHAEL S CALDWELL**
**11837 SE 321ST PL**
**AUBURN, WA 98092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 7**

**Nonpriority creditor's name and mailing address**
**Michael Santos Guinto**
**427 MORETTI LN**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 8**

**Nonpriority creditor's name and mailing address**
**MICHAEL SCOTT STEWART**
**737 LEXINGTON STREET**
**MILPITAS, CA 95035-3826**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287 9**

**Nonpriority creditor's name and mailing address**
**Michael Scott Stewart**
**737 LEXINGTON STREET**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   __A-1 Express Delivery Service, Inc._____     Case number (if known)   __17-52865__
         Name

| 3.288 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Seung Wang**
**2101 SHORELINE DR APT 474**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MICHAEL T PHU**
**1810 OHLONE ST**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael T Phu**
**1810 OHLONE ST**
**ALAMEDA, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Thomas Mount**
**1365 KLAMATH DR**
**SAN JOSE, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MICHAEL VANCE HERSH**
**16150 VIA ARROYO**
**SAN LORENZO, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Vance Hersh**
**16150 VIA ARROYO**
**SAN LORENZO, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                    Case number (if known)    **17-52865**
_____
Name

| 3.288 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL WELDAB**
**3904 S KENYON ST APT102B**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael William Komer**
**496 DEMPSEY ROAD APT 298**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL WOEHL**
**6708 MORGEN RD**
**EVERETT, WA 98203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael-Rock Castro Martinez**
**710 NIDO DR APT 107**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.289 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michal Anthony Mendoza**
**1075 Space Park Way SPC89**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.289 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michanne Elizabeth Bohanon**
**2679 COOLIDGE AVE**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.289 2**

**Nonpriority creditor's name and mailing address**

**Michele Christine Thorne**
**442 CHATEAU LA SALLE DR**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.289 3**

**Nonpriority creditor's name and mailing address**

**Michele Kelly Cox**
**3683 VIRGINIA RD**
**LOS ANGELES, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.289 4**

**Nonpriority creditor's name and mailing address**

**Michelle Ann Prok**
**345 EDUCATIONAL PARK DR**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.289 5**

**Nonpriority creditor's name and mailing address**

**MICHELLE B BURNS**
**2555 INTERNATIONAL BLVD**
**APT 317**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.289 6**

**Nonpriority creditor's name and mailing address**

**Michelle B Burns**
**2555 INTERNATIONAL BLVD**
**APT 317**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.289 7**

**Nonpriority creditor's name and mailing address**

**MICHELLE HINDS**
**6229 HAYES ST 2**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known) **17-52865**

---

| 3.2898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michelle Hinds**
**6229 HAYES ST 2**
**OAKLAND, CA 94621**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michelle Lupe Vargas**
**159 COLERIDGE TERRACE**
**FREMONT, CA 94538**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michelle Q. Uribe**
**1919 FIFTH ST**
**ATWATER, CA 95301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MICHELLE RENEE HERNANDEZ**
**1584 SCOTTY ST**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michelle Renee Hernandez**
**1584 SCOTTY ST**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MICHELLE TABOR**
**511 27TH AVENUE**
**SEATTLE, WA 98122**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.290
4**

**Nonpriority creditor's name and mailing address**

**Miguel Angel Martinez**
**80 SOUTH 5TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
5**

**Nonpriority creditor's name and mailing address**

**Miguel Casarrubias**
**717 W 80TH ST APT 3**
**LOS ANGELES, CA 90044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
6**

**Nonpriority creditor's name and mailing address**

**MIGUEL ESPARZA**
**23020 25TH AVE S B107**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
7**

**Nonpriority creditor's name and mailing address**

**MIGUEL J ARAUJO**
**805 EASTON AVE**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
8**

**Nonpriority creditor's name and mailing address**

**Miguel J Araujo**
**805 EASTON AVE**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
9**

**Nonpriority creditor's name and mailing address**

**Miguel Miranda**
**671 W O`FARRELL ST**
**SAN PEDRO, CA 90731**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.291 0**

**Nonpriority creditor's name and mailing address**
**MIKAYLA LYNN ELLIS-CANNON**
**1198 CROMWELL ST**
**LIVERMORE, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.291 1**

**Nonpriority creditor's name and mailing address**
**Mikayla Lynn Ellis-Cannon**
**1198 CROMWELL ST**
**LIVERMORE, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.291 2**

**Nonpriority creditor's name and mailing address**
**Mikeyase Frew Bekele**
**2520 S BASCOM AVE APT 1**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.291 3**

**Nonpriority creditor's name and mailing address**
**Mildred A Roja**
**30 BOSTON AVENUE**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.291 4**

**Nonpriority creditor's name and mailing address**
**Miles Clayton Rubia**
**1903 CAMARGO DR**
**SAN JOSE, CA 95355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.291 5**

**Nonpriority creditor's name and mailing address**
**Milkyas Alemu**
**3823 HARRISON ST APT 204**
**Oakland, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)   **17-52865**

| | |
|---|---|
| 3.291 6 | **Nonpriority creditor's name and mailing address**<br>**MILO AMOS**<br>**6115 CRENSHAW BLVD**<br>**LOS ANGELES, CA 90043**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.291 7 | **Nonpriority creditor's name and mailing address**<br>**Milo Amos**<br>**6115 CRENSHAW BLVD**<br>**LOS ANGELES, CA 90043**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.291 8 | **Nonpriority creditor's name and mailing address**<br>**MINH LUU**<br>**1363 CARTERWOOD PL**<br>**SAN JOSE, CA 95121**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.291 9 | **Nonpriority creditor's name and mailing address**<br>**Minh Luu**<br>**1363 CARTERWOOD PL**<br>**SAN JOSE, CA 95121**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.292 0 | **Nonpriority creditor's name and mailing address**<br>**Minh Thiet Hong**<br>**1035 MCKAY DRIVE APT 21**<br>**SAN JOSE, CA 95131**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | |
|---|---|
| 3.292 1 | **Nonpriority creditor's name and mailing address**<br>**Misael Cepeda**<br>**3973 SEVEN TREES BLVD APT 5**<br>**SAN JOSE, CA 95111**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.292 2**

**Nonpriority creditor's name and mailing address**

**Modern Express Courier**
**PO Box 8195**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,551.76

---

**3.292 3**

**Nonpriority creditor's name and mailing address**

**Modrey George Floyd**
**138 E. 36th Place**
**Los Angeles, CA 90011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 4**

**Nonpriority creditor's name and mailing address**

**Mohamad Rifai**
**37503 mission blvd**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 5**

**Nonpriority creditor's name and mailing address**

**MOHAMED A ABDI**
**17112 118TH LN SE APT 204**
**RENTON, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 6**

**Nonpriority creditor's name and mailing address**

**MOHAMED ABDI**
**14725 57TH AVE S**
**TUKWILA, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292 7**

**Nonpriority creditor's name and mailing address**

**MOHAMED ABDI**
**2137 N 153RD STREET**
**SHORELINE, WA 98133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **A-1 Express Delivery Service, Inc.** _____   Case number (if known)   **17-52865**
Name

---

| 3.292 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mohamed Abdullah Manea**
**1036 POLK ST #307**
**SAN FRANCISCO, CA 94109**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MOHAMED AHMED**
**25617 27TH PL H305**
**KENT, WA 98032**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MOHAMED ALI**
**8340 RAINIER AVE S 22**
**SEATTLE, WA 98118**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MOHAMED AWIES HAIDAR**
**28127 136TH AVE SE**
**KENT, WA 98042**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MOHAMED D OMAR**
**6801 S 160TH ST  #12**
**SEATAC, WA 98188**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MOHAMED DEER**
**3724 S 141 ST 3**
**TUKWILA, WA 98168**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

3.293
4

**Nonpriority creditor's name and mailing address**
**MOHAMED DIRIE**
**17341 32ND AVE S P219**
**SEATAC, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.293
5

**Nonpriority creditor's name and mailing address**
**MOHAMED M JAMA**
**3035 S 204TH ST APT 113**
**SEATAC, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.293
6

**Nonpriority creditor's name and mailing address**
**Mohamed Mohamed**
**120 ARDENDALE DR**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.293
7

**Nonpriority creditor's name and mailing address**
**MOHAMED O ALI**
**7241 38TH AVE S**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.293
8

**Nonpriority creditor's name and mailing address**
**Mohammad Mehdi Raza**
**4444 CENTRAL AVE #218**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.293
9

**Nonpriority creditor's name and mailing address**
**Mohammad Reza Ahmadi**
**3558 AGATE DR APT 7**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.294 0**

**Nonpriority creditor's name and mailing address**
**Mohammad-Naim Sina Ahmadzai**
**28012 FARM HILL DR**
**HAYWARD, CA 94542**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 1**

**Nonpriority creditor's name and mailing address**
**Mohammed Jasim Mohammed**
**PO BOX 2995**
**SANTA CLARA, CA 95055**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 2**

**Nonpriority creditor's name and mailing address**
**MOHAMMED OMAR**
**14839 MILITARY RD S 108**
**TUKWILA, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 3**

**Nonpriority creditor's name and mailing address**
**MOHAMUD SAIDALI**
**4117 SW 25TH AVE UNIT 1**
**SEATTLE, WA 98106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 4**

**Nonpriority creditor's name and mailing address**
**Moises Goevanne Gonzale**
**689 Wyandotte Ave**
**Daly City, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.294 5**

**Nonpriority creditor's name and mailing address**
**MOISES MIGUEL M JIMENEZ**
**27522 ORLANDO AVE**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.294 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Moises Miguel M Jimenez** | ■ Contingent | | |
| **27522 ORLANDO AVE** | ■ Unliquidated | | |
| **HAYWARD, CA 94545** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.294 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **MOISES MONSANTO** | ■ Contingent | | |
| **952 INTERVALE AVENUE APT 11** | ■ Unliquidated | | |
| **BRONX, NY 10459** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.294 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Mona J Menjivar** | ■ Contingent | | |
| **1806 MENTONE AVE** | ■ Unliquidated | | |
| **PASADENA, CA 91103** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.294 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Monee Richard Seng** | ■ Contingent | | |
| **2684 TOY LN** | ■ Unliquidated | | |
| **SAN JOSE, CA 95121** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.295 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **MONICA RODRIGUE PENA** | ■ Contingent | | |
| **5363 WONG CT APT 121** | ■ Unliquidated | | |
| **SAN JOSE, CA 95123** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.295 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Monica Rodrigue Pena** | ■ Contingent | | |
| **5363 WONG CT APT 121** | ■ Unliquidated | | |
| **SAN JOSE, CA 95123** | ■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monika Mitchell**
**P O BOX 4491**
**SAN CLEMENTE, CA 92674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.295 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monique Duch**
**7363 FORSUM RD**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.295 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MONIQUE S HERRERA THOMAS**
**689 CARPINO AVE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.295 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monique S Herrera Thomas**
**689 CARPINO AVE**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.295 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MORAIMA BULLIS**
**337 105TH AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.295 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Moraima Bullis**
**337 105TH AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.2958**

**Nonpriority creditor's name and mailing address**

**MORGAN MEDEIROS**
**1519 OAKMONT DRIVE**
**ACWORTH, GA 30102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2959**

**Nonpriority creditor's name and mailing address**

**Morgan Taylor Tschaen**
**3129 KEATS ST**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2960**

**Nonpriority creditor's name and mailing address**

**Morgan Wiley Merrihew**
**3801 THIRD ST STE 585**
**SAN FRANCISCO, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2961**

**Nonpriority creditor's name and mailing address**

**MUHADDIN SULUB**
**9300 51ST AVE  APT 2**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2962**

**Nonpriority creditor's name and mailing address**

**MUHAMED MOHAMED**
**6511 RAINIER AVE  102**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2963**

**Nonpriority creditor's name and mailing address**

**Muhammad Tayyab Mehfooz**
**38655 PASEO PADRE PKWY**
**APT 209**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known) **17-52865**

| 3.296 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MUHAMMAD W HAQ**
**50 AUSTIN AVE APT 917**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Muhammad W Haq**
**50 AUSTIN AVE APT 917**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Mujtaba Ilyaszada**
**20611 CENTER ST**
**CASTRO VALLEY, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MUKHTAR A ABDULKADIR**
**5915 DELRIDGE WAY SE APT S202**
**SEATTLE, WA 98106**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MULUBERHAN GOSHO**
**7917 WOLCOTT AVE S**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MULUME FATAKI**
**39 RANCHO DR APT 8**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*   **17-52865**

---

| 3.297 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mulume Fataki**
**39 RANCHO DR APT 8**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MUSIE GEBREMARIAM**
**600 SW 5TH CT G302**
**RAVENSDALE, WA 98051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MUSSE WACAYS**
**9805 AVONDALE RD NE APT I-130**
**REDMOND, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MUSTAFA KHAN**
**1739 MCLAUGHLIN AVE APT F**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mustafa Khan**
**1739 MCLAUGHLIN AVE APT F**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**MUSTAFE AHMED**
**14432 MILITARY RD S STE 5**
**TUKWILA, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*    **17-52865**

---

| 3.297 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Muwafaq Ahmed Yaseen Bakar**
**1577 POMEROY AVE APT #303**
**SANTA CLARA, CA 95051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MYLINH TRUONG**
**16133 EVANSTON AVE N**
**SHORELINE, WA 98133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MYRONE NIGEL LOUIS**
**429 21ST ST**
**RICHMOND, CA 94801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Myrone Nigel Louis**
**429 21ST ST**
**RICHMOND, CA 94801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MYTRESS COLLINS**
**2500 WALLACE ST APT 9**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mytress Collins**
**2500 WALLACE ST APT 9**
**OAKLAND, CA 94606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                  Case number (if known)    **17-52865**
_____
Name

| 3.298 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nacanieli Sega**
**2045 GLENWAY**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NADDR ALI HUGAIS**
**2456 DOLAN WAY**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Naddr Ali Hugais**
**2456 DOLAN WAY**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nadia Bernadette Ahumada**
**965 BELLHURST AVE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NADINE ADDISA BANTON**
**917 ENTERPRISE AVE  APT 7**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nadine Addisa Banton**
**917 ENTERPRISE AVE APT 7**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **A-1 Express Delivery Service, Inc.**
Name
Case number (if known)   **17-52865**

| 3.2988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Naeemah Henderson**
**342 MARIPOSA STREET, #4**
**SAN ANDREAS, CA 95249**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nahid Bastani Elahabadi**
**225 AVERY LANE**
**LOS GATOS, CA 95032**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nakisa A Boyd**
**3039 BROADWAY UNIT B**
**REDWOOD CITY, CA 94062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NAM THANH NGUYEN**
**120 CHATEAU LA SALLE DR**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nam Thanh Nguyen**
**120 CHATEAU LA SALLE DR**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Narciso Rafael Gonzalez**
**5929 DENVER AVE**
**LOS ANGELES, CA 90044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                        Case number (if known)    **17-52865**

| | |
|---|---|
| 3.299<br>4 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Naser Aliabadizadeh**
**1649 COLBY AVE #102**                                            ■ Contingent
**LOS ANGELES, CA 90025**
                                                                  ■ Unliquidated

                                                                  ■ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                 **Basis for the claim:  Class List**

                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>5 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Nasrin Sabokpa**
**7745 RESEDA BLVD APT 49**                                        ■ Contingent
**RESEDA, CA 91335**
                                                                  ■ Unliquidated

                                                                  ■ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                 **Basis for the claim:  Class List**

                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>6 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$1,169.95**

**Nassau Transportation Inc**
**PO Box 7276**                                                    ☐ Contingent
**Princeton, NJ 08543-7276**
                                                                  ☐ Unliquidated

                                                                  ☐ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                 **Basis for the claim:** _

                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>7 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**NASSER AHMED**
**3642 33RD AVE S A719**                                           ■ Contingent
**SEATTLE, WA 98144**
                                                                  ■ Unliquidated

                                                                  ■ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                 **Basis for the claim:  6 mo term**

                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>8 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Natalie Mavromatis**
**2403 BRIDLE PATH DR**                                            ■ Contingent
**GILROY, CA 95020**
                                                                  ■ Unliquidated

                                                                  ■ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                 **Basis for the claim:  Class List**

                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.299<br>9 | |

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Natalie Mier**
**9315 PARROT AVE**                                                ■ Contingent
**DOWNEY, CA 90240**
                                                                  ■ Unliquidated

                                                                  ■ Disputed
Date(s) debt was incurred _

Last 4 digits of account number _                                 **Basis for the claim:  Class List**

                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.300 0**

**Nonpriority creditor's name and mailing address**

**Natalie Pepe Mortenson**
**69 COLE DR APT 8**
**SAUSALITO, CA 94965**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 1**

**Nonpriority creditor's name and mailing address**

**Nataniela Tununamo Talasinga**
**552 HERMITAGE COURT**
**SAN JOSE, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 2**

**Nonpriority creditor's name and mailing address**

**NATASHA DENISE WRIGHT**
**P.O. BOX 1112**
**FRENCH CAMP, CA 95231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 3**

**Nonpriority creditor's name and mailing address**

**Natasha Denise Wright**
**P.O. BOX 1112**
**FRENCH CAMP, CA 95231**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 4**

**Nonpriority creditor's name and mailing address**

**Natasha Shevon Coleman**
**132 MISSION DR**
**E PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.300 5**

**Nonpriority creditor's name and mailing address**

**NATASHA SMITH**
**301 SUTTER AVE 17H**
**BROOKLYN, NY 11212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.300 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHAN BRAUN**
**231 PARKLANE DRIVE**
**PITTSBURGH, PA 15104**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHAN ELLIS**
**5012 REAVVAN**
**SEATTLE, WA 98105**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHAN JAMESAKR ASSAF**
**340 S TEMPLE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nathan Jamesakram Assaf**
**340 S. Temple Dr**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nathan Michael Dewain Mertz**
**2071 BOWERS AVE**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NATHAN WANG**
**2615 WHISPERING HILLS CIR**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name                                                Case number (if known)    **17-52865**

---

| 3.301 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nathan Wang**
**2615 WHISPERING HILLS CIR**
**SAN JOSE, CA 95148**

�, Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nathan William Falkoff**
**3727 KELTON AVE APT 4**
**LOS ANGELES, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NATHANIEL B ANTHONY**
**17 MANSION AVE**
**PITTSBURGH, PA 15209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NATHANIEL PRUITT**
**1616 BRANHAM LN APT 59**
**SAN JOSE, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Nathaniel Pruitt**
**1616 BRANHAM LN APT 59**
**SAN JOSE, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**NATHANIEL THOMAS**
**201 CLARA STREET**
**PITTSBURGH, PA 15209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.301 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHANIEL VARGAS**
**201 S 4TH ST APT 718**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel Vargas**
**201 S 4TH ST APT 718**
**SAN JOSE, CA 95112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATHANIEL WHITE IV**
**275 DE LONG ST**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel White IV**
**275 DE LONG ST**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NATNAEL GEBREMEDHIN**
**11532 STONE AVE A402**
**SEATTLE, WA 98133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NAVEEN KUMAR BALLEY**
**2382 FIELDGATE DR**
**PITTSBURG, CA 94565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.302 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Naveen Kumar Balley** | ■ Contingent | |
| **2382 FIELDGATE DR** | ■ Unliquidated | |
| **PITTSBURG, CA 94565** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.302 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **NAWID AHMAD** | ■ Contingent | |
| **4969 ANTIOCH LOOP** | ■ Unliquidated | |
| **UNION CITY, CA 94587** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.302 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Nawid Ahmad** | ■ Contingent | |
| **4969 ANTIOCH LOOP** | ■ Unliquidated | |
| **UNION CITY, CA 94587** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.302 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,076.48** |
| **NDS** | ☐ Contingent | |
| **PO Box 61002** | ☐ Unliquidated | |
| **Anaheim, CA 92803** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.302 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **NEALPATRICK VAR JARANILLA** | ■ Contingent | |
| **150 BEVERLY ST** | ■ Unliquidated | |
| **SAN FRANCISCO, CA 94132** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.302 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **NealPatrick Vargas Jaranilla** | ■ Contingent | |
| **150 BEVERLY ST** | ■ Unliquidated | |
| **SAN FRANCISCO, CA 94132** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | **Basis for the claim:** __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.303 0**

Nonpriority creditor's name and mailing address
**Nehal Parashar**
**2749 Lavender Terr**
**San Jose, CA 95111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

**3.303 1**

Nonpriority creditor's name and mailing address
**Neil Nombrado**
**22228 Grace Avenue Apt 204a**
**Carson, CA 90745**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

**3.303 2**

Nonpriority creditor's name and mailing address
**NELLEY ARLETE HERNANDEZ**
**3319 INNERWICK LANE**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

**3.303 3**

Nonpriority creditor's name and mailing address
**Nelley Arlete Hernandez**
**3319 INNERWICK LANE**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

**3.303 4**

Nonpriority creditor's name and mailing address
**Nelson Rubang Lopez**
**385 EASY ST APT 1**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

**3.303 5**

Nonpriority creditor's name and mailing address
**NERSES ARZUMANOV**
**19818 50TH AVE W 921**
**LYNNWOOD, WA 98036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.303
6**

**Nonpriority creditor's name and mailing address**
**Network Billing Systems, LLC.**
**PO Box 74301**
**Cleveland, OH 44194-4301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,024.32

---

**3.303
7**

**Nonpriority creditor's name and mailing address**
**NEUMAN ANTHONY ROBINSON**
**1023 GRIFFIN DR**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.303
8**

**Nonpriority creditor's name and mailing address**
**Neuman Anthony Robinson**
**1023 GRIFFIN DR**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.303
9**

**Nonpriority creditor's name and mailing address**
**Nhan Edison Trung Tran**
**2862 scottsdale dr.**
**San Jose, CA 96148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304
0**

**Nonpriority creditor's name and mailing address**
**Nhan Thanh Tran**
**754 DELAWARE AVE**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304
1**

**Nonpriority creditor's name and mailing address**
**Nhon Sang Do**
**2312 PARK BLVD APT 2**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name                                                                Case number (if known)    **17-52865**

---

**3.304 2**

**Nonpriority creditor's name and mailing address**
**NICCOLO PAOLO BARTIDO**
**1553 BRENNER WAY**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304 3**

**Nonpriority creditor's name and mailing address**
**Niccolo Paolo Bartido**
**1553 BRENNER WAY**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304 4**

**Nonpriority creditor's name and mailing address**
**NICHOLAI ALLEN**
**2330 WEST 11TH STREET 2**
**BROOKLYN, NY 11223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304 5**

**Nonpriority creditor's name and mailing address**
**NICHOLAS  S DERDAK**
**3652 EL GRANDE CT**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304 6**

**Nonpriority creditor's name and mailing address**
**NICHOLAS ALEXAN MARSHALL**
**15694 WASHINGTON AVE**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304 7**

**Nonpriority creditor's name and mailing address**
**Nicholas Alexan Marshall**
**15694 WASHINGTON AVE**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3048**

**Nonpriority creditor's name and mailing address**
**NICHOLAS EMILO MEDINA**
**1225 SIERRA AVE**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3049**

**Nonpriority creditor's name and mailing address**
**Nicholas Emilo Medina**
**1225 SIERRA AVE**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3050**

**Nonpriority creditor's name and mailing address**
**NICHOLAS JASON TORRES**
**1047 KELLY ST APT 1A**
**BRONX, NY 10459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3051**

**Nonpriority creditor's name and mailing address**
**Nicholas Lee St Amant**
**576 SMALLEY AVE APT 3**
**HAYWARD, CA 94541**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3052**

**Nonpriority creditor's name and mailing address**
**NICHOLAS LLERA**
**20312 132ND AVE NE**
**WOODINVILLE, WA 98072**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3053**

**Nonpriority creditor's name and mailing address**
**Nicholas Moussa Fares**
**38416 MISSION BLVD APT 142**
**FREMONT, CA 94536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.305 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicholas Nhut Truong**<br>**2019 SHELLBACK PL**<br>**SAN JOSE, CA 95133** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.305 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicholas S Derdak**<br>**3652 EL GRANDE CT**<br>**SAN JOSE, CA 95132** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.305 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NICHOLAS SCOTT VALORIE**<br>**3237 W LIBERTY AVE APT 3**<br>**PITTSBURGH, PA 15216** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.305 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicholas William Patty**<br>**2038 S HOLT AVE APT 1A**<br>**LOS ANGELES, CA 90034** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.305 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nico Quiocho Tingzon**<br>**20 OLD RODGERS RANCH CT**<br>**PLEASANT HILL, CA 94523** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.305 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NICOLA MICOMONACO**<br>**27541 43RD AVE S**<br>**AUBURN, WA 98001** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

| | |
|---|---|
| **3.306 0** | |

**Nonpriority creditor's name and mailing address**
**NICOLAS RAMON ATENCIO**
**595 JOHN MUIR DR  APT C311**
**SAN FRANCISCO, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 1** | |

**Nonpriority creditor's name and mailing address**
**Nicolas Ramon Atencio**
**595 JOHN MUIR DR APT C311**
**SAN FRANCISCO, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 2** | |

**Nonpriority creditor's name and mailing address**
**Nicole Louise Osibin**
**2813 SACRAMENTO ST**
**BERKELEY, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 3** | |

**Nonpriority creditor's name and mailing address**
**NIJAL RAMIL MIR MONTES**
**1794 CORTEZ AVE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 4** | |

**Nonpriority creditor's name and mailing address**
**Nijal Ramil Mir Montes**
**1794 CORTEZ AVE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.306 5** | |

**Nonpriority creditor's name and mailing address**
**Nikhil Beri**
**1532 EDEN AVE APT 3**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.306
6**

**Nonpriority creditor's name and mailing address**
**NIKOLAI ALEKSAN GRIBENKO**
**320 HARBOR LIGHT DR**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306
7**

**Nonpriority creditor's name and mailing address**
**Nikolai Aleksan Gribenko**
**320 HARBOR LIGHT DR**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306
8**

**Nonpriority creditor's name and mailing address**
**Nimai Pandit Gough**
**168 S 10TH ST APT B**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306
9**

**Nonpriority creditor's name and mailing address**
**NINA LINDERS**
**1326 3RD ST SE UNIT A**
**AUBURN, WA 98002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307
0**

**Nonpriority creditor's name and mailing address**
**Nitosha Khadija M E J Strother**
**131 NORTHRIDGE RD**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307
1**

**Nonpriority creditor's name and mailing address**
**NOAH WHITE**
**100 N WHISMAN RD APT 3711**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.307 2**

**Nonpriority creditor's name and mailing address**

**Noah White**
**100 N WHISMAN RD APT 3711**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

�;: Contingent

■ Unliquidated

☗ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☗ No ☐ Yes

**$0.00**

---

**3.307 3**

**Nonpriority creditor's name and mailing address**

**Noe Perez Aguilar**
**236 COY DR APT 3**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☗ Contingent

☗ Unliquidated

☗ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☗ No ☐ Yes

**$0.00**

---

**3.307 4**

**Nonpriority creditor's name and mailing address**

**NOEL BLAS**
**958 KENWOOD ST**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☗ Contingent

☗ Unliquidated

☗ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☗ No ☐ Yes

**$0.00**

---

**3.307 5**

**Nonpriority creditor's name and mailing address**

**Noel Blas**
**958 KENWOOD ST**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☗ Contingent

☗ Unliquidated

☗ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☗ No ☐ Yes

**$0.00**

---

**3.307 6**

**Nonpriority creditor's name and mailing address**

**Noel Ramirez**
**2445 CAMERON DR**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☗ Contingent

☗ Unliquidated

☗ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☗ No ☐ Yes

**$0.00**

---

**3.307 7**

**Nonpriority creditor's name and mailing address**

**NOEMI FRANCO**
**506 S WOODS AVE**
**LOS ANGELES, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☗ Contingent

☗ Unliquidated

☗ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☗ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

---

**3.3078**

**Nonpriority creditor's name and mailing address**
**Noemi Franco**
**506 S WOODS AVE**
**LOS ANGELES, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3079**

**Nonpriority creditor's name and mailing address**
**Norbert Rafael Vargas**
**99 SCHOOL STREET APT 116**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3080**

**Nonpriority creditor's name and mailing address**
**NORMA BERENICE FAUSTO**
**16161 HESPERIAN BLVD**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3081**

**Nonpriority creditor's name and mailing address**
**Norma Berenice Fausto**
**16161 HESPERIAN BLVD**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3082**

**Nonpriority creditor's name and mailing address**
**Norma Torres**
**1092 THORNDALE CT**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3083**

**Nonpriority creditor's name and mailing address**
**NORMAN CHANDLER**
**102 LAKEVIEW**
**MC KEES ROCKS, PA 15136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.308 4**

**Nonpriority creditor's name and mailing address**
**NORMAN GOOLSBY JR**
**16802 LOS REYES AVE**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.308 5**

**Nonpriority creditor's name and mailing address**
**Norman Goolsby Jr**
**16802 LOS REYES AVE**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.308 6**

**Nonpriority creditor's name and mailing address**
**Northside Flower Imports Inc**
**4591 Winter Chapel Rd**
**Atlanta, GA 30360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,040.69**

---

**3.308 7**

**Nonpriority creditor's name and mailing address**
**NOUR ARTEN**
**22416 88TH AVE S   K101**
**KENT, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.308 8**

**Nonpriority creditor's name and mailing address**
**Nova Delivery**
**2800 Gallows Rd**
**Vienna, VA 22180-7445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,466.00**

---

**3.308 9**

**Nonpriority creditor's name and mailing address**
**Now Courier (IN)**
**PO Box 6066**
**Indianapolis, IN 46206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$142.22**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3090**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Noy Boonnam**<br>**2618 BROOK WAY**<br>**SAN PABLO, CA 94806** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3091**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **NUR ABDI**<br>**3716 14TH AVE S**<br>**SEATTLE, WA 98144** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3092**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,542.69 |
| **NY Minute Messenger**<br>**PO Box 1935**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3093**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Nyoka Janette Phung**<br>**527 W REGENT ST 138**<br>**INGLEWOOD, CA 90301** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3094**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Obaidullah Mohammadi**<br>**6324 JERILYNN AVE**<br>**RICHMOND, CA 94806** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3095**

| | | |
|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Octavia Marlish Spencer**<br>**2698 78TH AVE**<br>**OAKLAND, CA 94605** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.309**
**6**

**Nonpriority creditor's name and mailing address**
**ODONTUNGALAG CHUNAGSUREN**
**418 25TH AVE APT 5**
**SAN FRANCISCO, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309**
**7**

**Nonpriority creditor's name and mailing address**
**Odontungalag Chunagsuren**
**418 25TH AVE APT 5**
**SAN FRANCISCO, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309**
**8**

**Nonpriority creditor's name and mailing address**
**OLADAPO O AKANBI**
**407 OLDE MILL LANE**
**NORCROSS, GA 30093**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309**
**9**

**Nonpriority creditor's name and mailing address**
**OLAYANJU MUSLIU YUSSUFF**
**1265 PEPPERWOOD CT**
**CARSON, CA 90746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.310**
**0**

**Nonpriority creditor's name and mailing address**
**Olayanju Musliudeen Yussuff**
**1265 PEPPERWOOD CT**
**CARSON, CA 90746**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.310**
**1**

**Nonpriority creditor's name and mailing address**
**OLLIE A CHAPLE**
**1436 SEMINARY AVE**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.310 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ollie A Chaple**
**1436 SEMINARY AVE**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omar Canales**
**15170 FROST AVE**
**CHINO HILLS, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omar Garcia**
**1821 EAST 4TH ST**
**LOS ANGELES, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omar Taha Hindam**
**2038 Calaveras Road**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omar Valdez**
**928 S FERRIS AVE**
**LOS ANGELES, CA 90022**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Omer Abraao Abdelnur**
**950 E Hillsdale Blvd apt 210**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.310 8**

**Nonpriority creditor's name and mailing address**

**On SameDay Delivery**
**PO Box 20467**
**Greeley Sq Station 4 E 27th St**
**New York, NY 10001-9998**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,216.40

---

**3.310 9**

**Nonpriority creditor's name and mailing address**

**One Ring**
**2030 Powers Ferry Rd**
**Ste 200**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,523.24

---

**3.311 0**

**Nonpriority creditor's name and mailing address**

**OnTrac**
**41 Northern Stacks Dr Ste 200**
**Fridley, mn 55421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,723.00

---

**3.311 1**

**Nonpriority creditor's name and mailing address**

**Orcas Business Park LLC**
**PO Box 81024**
**Seattle, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,482.00

---

**3.311 2**

**Nonpriority creditor's name and mailing address**

**ORELL RASHAI JACKSON**
**644 1ST ST**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311 3**

**Nonpriority creditor's name and mailing address**

**Orell Rashai Jackson**
**644 1ST ST**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Class List

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name                                                              Case number *(if known)*    **17-52865**

---

| 3.311 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ORIANA SAPORTAS**
**1330 VIRGINIA ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Oriana Saportas**
**1330 VIRGINIA ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Orlando Alvarez-Barragan**
**308 IVY DR**
**MENLO PARK, CA 94025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OSAMA SAID**
**13000 MLK JR WAY S 31**
**SEATTLE, WA 98178**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Oscar Bautista Coa**
**PO BOX 51344**
**SAN JOSE, CA 95151**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OSCAR LEMUS**
**6131 AFTON PL  APT 1**
**LOS ANGELES, CA 90028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.312 0**

**Nonpriority creditor's name and mailing address**

**Oscar Lemus**
**6131 AFTON PL APT 1**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 1**

**Nonpriority creditor's name and mailing address**

**Oscar Pasillas Panuco**
**1050 W 43RD ST**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 2**

**Nonpriority creditor's name and mailing address**

**OSCAR SANCHEZ**
**5847 AGRA ST**
**BELL GARDENS, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 3**

**Nonpriority creditor's name and mailing address**

**Oscar Sanchez**
**5847 AGRA ST**
**BELL GARDENS, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 4**

**Nonpriority creditor's name and mailing address**

**OSHANE TROY HENRY**
**80 ATLANTIC CIRCLE APT 206**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

**Osiri Darleni Medrano Sierra**
**10290 SHOREHAM CT**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | **17-52865** |
|---|---|---|---|---|
| | Name | | | |

---

**3.312 6**

**Nonpriority creditor's name and mailing address**
**OSMAN AFRAH**
**16200 NE 13TH PL APT G201**
**BELLEVUE, WA 98008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.312 7**

**Nonpriority creditor's name and mailing address**
**OSMAN NUUR**
**8320 RAINIE RAYE STREET APT D**
**SEATTLE, WA 38118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.312 8**

**Nonpriority creditor's name and mailing address**
**OSVALDO A MADERA**
**132 SEAMAN AVENUE APT 3E**
**NEW YORK, NY 10034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.312 9**

**Nonpriority creditor's name and mailing address**
**OSVALDO ORTIZ RODRIGUEZ**
**3466 WILLOW PASS ROAD SPC 49**
**CONCORD, CA 94519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313 0**

**Nonpriority creditor's name and mailing address**
**Osvaldo Ortiz Rodriguez**
**3466 WILLOW PASS ROAD SPC 49**
**CONCORD, CA 94519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.313 1**

**Nonpriority creditor's name and mailing address**
**Oswaldo Madrigal Cisneros**
**11847 167 ST**
**ARTESIA, CA 90701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number (if known)    **17-52865**

---

| 3.313 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**OUMOU CAMARA**
**1343 PROSPECT AVE #BSMT**
**BRONX, NY 10459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pablo Antonio Hernandez Gonzalez**
**22142 THELMA STREET**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PABLO ANTONIO SARAVIA**
**645 MYRTLE AVE**
**SOUTH SAN FRANCISCO, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pablo Antonio Saravia**
**645 MYRTLE AVE**
**SOUTH SAN FRANCISCO, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pablo Barahona**
**419 OXFORD ST APT 1**
**REDWOOD CITY, CA 94061**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pablo Jesus Bernal**
**2464 SUMMER ST**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

| 3.313 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**PABLO MARTINEZ MADRIGAL**
**5727 ALMADEN RD APT 1**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pablo Martinez Madrigal**
**5727 ALMADEN RD APT 1**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Pamela Jane Gurule**
**4400 ALUM ROCK AVE**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Paris Alexander Strong**
**2422 4TH AVENUE**
**LOS ANGELES, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**PATRICE CALLIGARIS**
**1030 E. EL CAMINO REAL, #117**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Patrice Calligaris**
**1030 E. EL CAMINO REAL, #117**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **A-1 Express Delivery Service, Inc.**
_____
Name

Case number *(if known)*   **17-52865**
_____

---

| 3.314 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**PATRICIA ANN STEWART**
**8714 MACARTHUR BLVD APT B**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.314 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patricia Ann Stewart**
**8714 MACARTHUR BLVD APT B**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.314 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patricia Anne DeBose**
**527 W REGENT ST #140**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.314 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patricia Anne Vaughn**
**4101 POLARIS AVE**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.314 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patricia Lynn Guard**
**885 BOULDER DR**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.314 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Patricia Xiomara Samayoa-Herrera**
**291 PUTNAM ST APT G**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.315 0**

**Nonpriority creditor's name and mailing address**

**Patrick David Weismann**
**586 LEYTE TERRACE**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 1**

**Nonpriority creditor's name and mailing address**

**Patrick Legaspi**
**646 GELLERT BOULEVARD**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 2**

**Nonpriority creditor's name and mailing address**

**PAUL D FAST HORSE**
**8327 5TH AVE W A4**
**EVERETT, WA 98203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 3**

**Nonpriority creditor's name and mailing address**

**Paul Erias Stelly**
**PO BOX 4343**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 4**

**Nonpriority creditor's name and mailing address**

**Paul Francisco**
**40638 MAX DRIVE**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 5**

**Nonpriority creditor's name and mailing address**

**PAUL GUERRERO**
**6704 235TH ST SW**
**MOUNTLAKE TERRACE, WA 98043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.315 6**

**Nonpriority creditor's name and mailing address**

**Paul Hernandez**
**785 NORTH FAIR OAKS AVE APT 7**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 7**

**Nonpriority creditor's name and mailing address**

**Paul J Gregoire**
**40 BELLA BLVD UNIT 10425**
**SAN RAFAEL, CA 94912**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 8**

**Nonpriority creditor's name and mailing address**

**Paul Joseph Neven**
**4470 FILLMORE ST**
**SANTA CLARA, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 9**

**Nonpriority creditor's name and mailing address**

**PAUL NATURALE**
**4455 NE 12TH ST 19-10**
**RENTON, WA 98059**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316 0**

**Nonpriority creditor's name and mailing address**

**Paul Nicolas Citraro**
**1008 E EL CAMINO REAL 4**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.316 1**

**Nonpriority creditor's name and mailing address**

**Paul Robert Gallegos**
**1464 LASSEN AVE**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.316 2**

**Nonpriority creditor's name and mailing address**

**Paul Victor Catayoc Delos Reyes**
**1931 RIPPLE ST**
**LOS ANGELES, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 3**

**Nonpriority creditor's name and mailing address**

**Paul Wong Lam**
**1056 SCHWERIN ST**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 4**

**Nonpriority creditor's name and mailing address**

**Paula Kay Robinson Enos**
**1059 VIA ROBLE APT 54**
**LAFAYETTE, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 5**

**Nonpriority creditor's name and mailing address**

**PAULINE HALL**
**PO BOX 591**
**LILBURN, GA 30048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 6**

**Nonpriority creditor's name and mailing address**

**PAVEL BARAM**
**16110 HORNELL ST WHITTIER**
**WHITTIER, CA 90603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 7**

**Nonpriority creditor's name and mailing address**

**Pavel Baram**
**16110 HORNELL ST WHITTIER**
**WHITTIER, CA 90603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**                    Case number *(if known)*    **17-52865**
Name

---

| 3.316 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pavel Golovlev**
**2350A SHAFER AVE**
**MORGAN HILL, CA 95037**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Paycom**
**7501 W Memorial Road**
**Oklahoma City, OK 73142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pearl Marisa Perez**
**735 STATE ST**
**SAN JOSE, CA 95110**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pedro Antune Palacios**
**1322 W Summit St Apt. D**
**Long Beach, CA 90810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PEDRO DE JESUS ALONZO**
**4391 WEST 135 ST**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pedro De Jesus Alonzo**
**4391 WEST 135 ST**
**HAWTHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **A-1 Express Delivery Service, Inc.**

Name

Case number *(if known)* **17-52865**

| | | | |
|---|---|---|---|
| 3.317 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pedro Jr Huitron**
**580 7TH AVE**
**MENLO PARK, CA 94025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.317 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Peni Hengehenga Mesui**
**3284 ADAMS ST**
**ALAMEDA, CA 94501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.317 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.00** |

**Peninsula Messenger LLC (Monterey)**
**8 Harris Street**
**Ste C3**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.317 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.44** |

**Peninsula Messenger Service**
**PO Box 1487**
**Visalia, CA 93279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.317 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Pepito Gonzales Joves**
**230 SAN ANTONIO AVE APT 2**
**SAN BRUNO, CA 94066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.317 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**PERCY FLOYD ROBINSON JR**
**469 MARBELLA LN**
**VACAVILLE, CA 95688**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

Debtor      **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
_____
Name

| | | |
|---|---|---|
| **3.318 0** | **Nonpriority creditor's name and mailing address**<br>**Percy Floyd Robinson Jr**<br>**469 MARBELLA LN**<br>**VACAVILLE, CA 95688**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.318 1** | **Nonpriority creditor's name and mailing address**<br>**PERRY NATHAN SANFORD**<br>**1780 9TH ST**<br>**OAKLAND, CA 94607**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.318 2** | **Nonpriority creditor's name and mailing address**<br>**Perry Nathan Sanford**<br>**1780 9TH ST**<br>**OAKLAND, CA 94607**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.318 3** | **Nonpriority creditor's name and mailing address**<br>**Peter Acosta Perez**<br>**2107 SHORTRIDGE AVE**<br>**SAN JOSE, CA 95116**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.318 4** | **Nonpriority creditor's name and mailing address**<br>**PETER AJANG**<br>**29947 49TH LANE S**<br>**AUBURN, WA 95001**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| **3.318 5** | **Nonpriority creditor's name and mailing address**<br>**PETER HA LUU**<br>**3273 ROCKPORT AVE APT D**<br>**SAN JOSE, CA 95132**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.318 6 | **Nonpriority creditor's name and mailing address**<br>**Peter Ha Luu**<br>**3273 ROCKPORT AVE APT D**<br>**SAN JOSE, CA 95132** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 7 | **Nonpriority creditor's name and mailing address**<br>**PETER KAHARE**<br>**1703 97TH ST CT S F22**<br>**TACOMA, WA 98444** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **6 mo term**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 8 | **Nonpriority creditor's name and mailing address**<br>**Peter Kevin Cheung**<br>**1423 FUNSTON AVE**<br>**SAN FRANCISCO, CA 94122** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 9 | **Nonpriority creditor's name and mailing address**<br>**Peter Patrick Hayes**<br>**2320 SIERRA COURT**<br>**PALO ALTO, CA 94303** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 0 | **Nonpriority creditor's name and mailing address**<br>**Pettyco Express**<br>**PO Box 41336**<br>**Jacksonville, FL 32203** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$222.32** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 1 | **Nonpriority creditor's name and mailing address**<br>**Pharoah Rahsaan Khalil Thomas Jr**<br>**21701 FOOTHILL BLVD APT 248**<br>**HAYWARD, CA 94541** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Class List**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

**3.319
2**

**Nonpriority creditor's name and mailing address**
**PHAROAH RAHSAAN THOMAS JR**
**21701 FOOTHILL BLVD APT 248**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.319
3**

**Nonpriority creditor's name and mailing address**
**Phat Phu Dam**
**216 GRAMERCY PL #3**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.319
4**

**Nonpriority creditor's name and mailing address**
**Phat Tuan Luu**
**360 LOS ENCINOS CT**
**SAN JOSE, CA 95134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.319
5**

**Nonpriority creditor's name and mailing address**
**Phelan P Mom**
**750 N KING RD APT 1112**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.319
6**

**Nonpriority creditor's name and mailing address**
**Philip Andreu Stith**
**2020 SOUTHWEST EXPWY APT 87**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.319
7**

**Nonpriority creditor's name and mailing address**
**Philip Isaac Morowitz**
**1260 AYALA DRIVE APT #207**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.319 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.319 8**

**Nonpriority creditor's name and mailing address**
PHILIP MATTHEW SHAMOUN
1200 HIGHLAND AVE
SANTA CLARA, CA 95050

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.319 9**

**Nonpriority creditor's name and mailing address**
Philip Matthew Shamoun
1200 HIGHLAND AVE
SANTA CLARA, CA 95050

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 0**

**Nonpriority creditor's name and mailing address**
PHILIP MICHAEL WASHINGTON
965 DELMAS AVENUE
SAN JOSE, CA 95125

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 1**

**Nonpriority creditor's name and mailing address**
Philip Michael Washington
965 DELMAS AVENUE
SAN JOSE, CA 95125

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 2**

**Nonpriority creditor's name and mailing address**
PHILIP REYNOLDS JR
332 TOCCOA AVE
MCCAYSVILLE, GA 30555

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.320 3**

**Nonpriority creditor's name and mailing address**
PHILLIP HOANG TRAN
385 HAZEN ST
MILPITAS, CA 95035

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.320
4**

**Nonpriority creditor's name and mailing address**

**Phillip Hoang Tran**
**385 HAZEN ST**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320
5**

**Nonpriority creditor's name and mailing address**

**Phillip Stephen Chapot**
**1528 COURT ST**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320
6**

**Nonpriority creditor's name and mailing address**

**PHILLIP WELLINGTON**
**112-29 DILLON ST**
**JAMAICA, NY 11433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320
7**

**Nonpriority creditor's name and mailing address**

**PHOLETT GALAZ CHAVEZ**
**8113 XAVIER WAY**
**EVERETT, WA 98203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320
8**

**Nonpriority creditor's name and mailing address**

**Phuong Quang Nguyen**
**39573 Dorrington ct**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.320
9**

**Nonpriority creditor's name and mailing address**

**PHYLLIS DEAN FREEMAN**
**611 16TH ST APT A**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.321 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Phyllis Dean Freeman**
**611 16TH ST APT A**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.321 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre A Marks Blaude**
**580 BONNIE VIEW COURT**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.321 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**PIERRE CRAYTON**
**3332 GLENDORA DR**
**SAN MATEO, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.321 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre Crayton**
**3332 GLENDORA DR**
**SAN MATEO, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.321 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pierre Eduardo Garcia**
**6355 PRICHARD ST**
**BELLFLOWER, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.321 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**PIERRE LANG NGUYEN**
**1341 ABERFORD DR**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.321 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Pierre Lang Nguyen**<br>**1341 ABERFORD DR**<br>**SAN JOSE, CA 95131** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.321 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Pierry Kabamba Ngonzo**<br>**481 CARPENTIER WAY**<br>**SAN JOSE, CA 95111** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.321 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **POMPIDOU CHERY**<br>**175 EAST 52ND ST APT C6**<br>**KINGS, NY 11203** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __6 mo term__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.321 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Poolod Daryabeigi**<br>**1134 OAKMONT DRIVE UNIT 9**<br>**SAN JOSE, CA 95117** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Porchea Carroll**<br>**127 Cameron Ct.**<br>**Ventura, CA 93001** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Porsche Thompson**<br>**942 TAMARACK DRIVE APT 13206**<br>**FAYETTEVILLE, NC 28311** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.322 2**

**Nonpriority creditor's name and mailing address**

**Porshae Shermi Johnson**
**2540 Indiana Ave**
**South Gate, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 3**

**Nonpriority creditor's name and mailing address**

**PORSHAONA SIMS**
**8625 10TH AVE S**
**SEATTLE, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 4**

**Nonpriority creditor's name and mailing address**

**Postal Express**
**PO Box 864**
**Bellevue, WA 98009-0864**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,092.24**

---

**3.322 5**

**Nonpriority creditor's name and mailing address**

**PRATEEK PARDASANI**
**36202 SALISBURY DR**
**NEWARK, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 6**

**Nonpriority creditor's name and mailing address**

**Prateek Pardasani**
**36202 SALISBURY DR**
**NEWARK, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 7**

**Nonpriority creditor's name and mailing address**

**PRATIK BARALY**
**271 N 6TH ST APT 7**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3228**

**Nonpriority creditor's name and mailing address**

**Pratik Baraly**
**271 N 6TH ST APT 7**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3229**

**Nonpriority creditor's name and mailing address**

**PRAVEENA DHARMLINGAM**
**27289 S SLEEPY HOLLOW AVE 202**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3230**

**Nonpriority creditor's name and mailing address**

**Praveena Dharmlingam**
**27289 S SLEEPY HOLLOW AVE 202**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3231**

**Nonpriority creditor's name and mailing address**

**PRECIOUS DENISE MILLER**
**2047 84TH AVE APT B**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3232**

**Nonpriority creditor's name and mailing address**

**Precious Denise Miller**
**2047 84TH AVE APT B**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3233**

**Nonpriority creditor's name and mailing address**

**Precious Dungey**
**747 EAST 84TH ST**
**LOS ANGELES, CA 90001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.323 4**

**Nonpriority creditor's name and mailing address**
**PREETINDER S SIVIA**
**161 LIMESTONE DR**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.323 5**

**Nonpriority creditor's name and mailing address**
**Preetinder S Sivia**
**161 LIMESTONE DR**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.323 6**

**Nonpriority creditor's name and mailing address**
**Princess Cabrera**
**38875 HELEN WAY**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.323 7**

**Nonpriority creditor's name and mailing address**
**Priority Dispatch CVG**
**PO Box 391**
**Middletown, OH 45042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$863.75**

---

**3.323 8**

**Nonpriority creditor's name and mailing address**
**ProCourier**
**PO Box 54846**
**Los Angles, CA 90054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$8,710.88**

---

**3.323 9**

**Nonpriority creditor's name and mailing address**
**ProCourier (CT)**
**25 Harlbut Street**
**W Hartford, CT 06110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$736.78**

---

**3.324 0**

**Nonpriority creditor's name and mailing address**
**Professional Express Inc**
**PO Box 327**
**Greenville, SC 29602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$195.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number (if known)    **17-52865**

---

| 3.324 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**QIANG LIU**
**36554 CORONADO DR**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.324 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Qiang Liu**
**36554 CORONADO DR**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.324 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quang Dac Trang**
**1512 PYRAMID CT**
**SAN JOSE, CA 95130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.324 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quang Dat Trieu**
**3019 GAYWOOD CTE**
**SAN JOSE, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.324 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**QUANG NHAT LE PHAN**
**4270 SAYOKO CIRCLE**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.324 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quang Nhat Le Phan**
**4270 SAYOKO CIRCLE**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    __A-1 Express Delivery Service, Inc._____    Case number (if known)    __17-52865__
Name

| 3.324 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Quang Vinh Chu**
**200 FORD ROAD SPC 172**
**SAN JOSE, CA 95138**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Quentin Bernard Frazier**
**137 LIME ST 4**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**QUENTYN TERRELL LINSEY**
**2738 HAVENSCOURT BLVD APT 5**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Quentyn Terrell Linsey**
**2738 HAVENSCOURT BLVD APT 5**
**OAKLAND, CA 94605**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,490.77** |
|---|---|---|---|

**Quick Delivery Inc-MO**
**PO Box 418099**
**Kanas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,697.34** |
|---|---|---|---|

**Quick Delivery Service (IL)**
**632 Pratt Ave North**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.325 3**

**Nonpriority creditor's name and mailing address**

**QuickSilver Express Courier**
**PO Box 64417**
**St Paul, Mn 55164-0417**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,131.55

---

**3.325 4**

**Nonpriority creditor's name and mailing address**

**QUIJAAN LAWSON**
**17209 WOODSIDE DR**
**RENTON, WA 98058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325 5**

**Nonpriority creditor's name and mailing address**

**R S Ferdinand Rabara Domingo**
**685 LUCAS AVE APT 206**
**LOS ANGELES, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325 6**

**Nonpriority creditor's name and mailing address**

**Rachel Blair Silber**
**5433 OCEAN UNIT 103**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325 7**

**Nonpriority creditor's name and mailing address**

**Rachel Diane B Alonzo**
**3247 GAWAIN DR**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325 8**

**Nonpriority creditor's name and mailing address**

**Rachel Nicole Sabre**
**493 Thompson Ave**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.325 9**

**Nonpriority creditor's name and mailing address**

**Rachel Rebecca Johnson**
**7575 STERLING DR**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.326 0**

**Nonpriority creditor's name and mailing address**

**Rachel-Ann Roque**
**2402 OHARA CT**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.326 1**

**Nonpriority creditor's name and mailing address**

**Rafael Alfonso Fernando**
**21565 Banyan St Apt 9**
**Hayward, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.326 2**

**Nonpriority creditor's name and mailing address**

**RAFAEL GUIZAR**
**11938 SE 251ST ST**
**KENT, WA 98030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.326 3**

**Nonpriority creditor's name and mailing address**

**Rafael V Ovando Lopez**
**2171 107TH AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.326 4**

**Nonpriority creditor's name and mailing address**

**Rafael Valenzuela**
**1610 PINE AVE**
**LONG BEACH, CA 90813**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number *(if known)*    **17-52865**

---

**3.326 5**

**Nonpriority creditor's name and mailing address**

**Rahman Aidi Mashhoof Alkaabi**
**1290 LEIGH AVE APT 1**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 6**

**Nonpriority creditor's name and mailing address**

**Rahul Kumar**
**10 BOXWOOD CT**
**PITTSBURG, CA 94565**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 7**

**Nonpriority creditor's name and mailing address**

**RAINEIR ASUNCIO GARCIA**
**22515 BAYVIEW AVE**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 8**

**Nonpriority creditor's name and mailing address**

**Raineir Asuncio Garcia**
**22515 BAYVIEW AVE**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 9**

**Nonpriority creditor's name and mailing address**

**RAJWINDER SINGH**
**2947 CAPEWOOD LN**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327 0**

**Nonpriority creditor's name and mailing address**

**Rajwinder Singh**
**2947 CAPEWOOD LN**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

**3.327**
**1**

**Nonpriority creditor's name and mailing address**
**RALPH CLIFTON PRICE III**
**532 GREGORY ST**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327**
**2**

**Nonpriority creditor's name and mailing address**
**Ralph Clifton Price III**
**532 GREGORY ST**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327**
**3**

**Nonpriority creditor's name and mailing address**
**RAMIN KIAMALOV**
**14500 NE 29TH PL 43G**
**BELLEVUE, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327**
**4**

**Nonpriority creditor's name and mailing address**
**Ramiro Baca**
**1340 NAVARRO DR**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327**
**5**

**Nonpriority creditor's name and mailing address**
**Ramon Barbosa**
**3430 3RD AVE**
**LOS ANGELES, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.327**
**6**

**Nonpriority creditor's name and mailing address**
**Ramon Biteng Chuatico Jr.**
**364 INNISFREE DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.327 7**

**Nonpriority creditor's name and mailing address**

**Ramon Jarrell**
**1360 CALLE ORIENTE DR APT 2**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327 8**

**Nonpriority creditor's name and mailing address**

**Ramon Ortega**
**119 PINE HEAVEN DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327 9**

**Nonpriority creditor's name and mailing address**

**Ramses Leroi Bulatao**
**282 N MAYFAIR AVE**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.328 0**

**Nonpriority creditor's name and mailing address**

**RAMYAR SIASI**
**4285 PAYNE AVE APT 10681**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.328 1**

**Nonpriority creditor's name and mailing address**

**Ramyar Siasi**
**4285 PAYNE AVE APT 10681**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.328 2**

**Nonpriority creditor's name and mailing address**

**Randal James Guitierrez**
**473 87TH ST APT 3**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.328 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RANDY MUSE**<br>**200 ALRIES**<br>**PITTSBURGH, PA 15210** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.328 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Randy Slone**<br>**2050 S RIDGELEY**<br>**LOS ANGELES, CA 90016** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.328 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.14 |
|---|---|---|
| **Rap Express Inc**<br>**2486 Waynoka Road**<br>**Colorado Springs, CO 80915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.328 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Raphael Cabusas Subijano**<br>**31414 SAN JACINTO CT**<br>**UNION CITY, CA 94587** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.328 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,260.00 |
|---|---|---|
| **Rapid Express Courier System**<br>**PO Box 5796**<br>**Santa Rosa, CA 95402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.328 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RAQUEL RODRIGUEZ-DOMINGUEZ**<br>**2855 GRAND CONCOURSE APT 2B**<br>**BRONX, NY 10468** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  __A-1 Express Delivery Service, Inc._____     Case number (if known)   __17-52865__
　　　　　　Name

| | | |
|---|---|---|
| 3.328<br>9 | **Nonpriority creditor's name and mailing address**<br>**RASHAD DENT**<br>**30 TUNNEL WAY**<br>**MCKEES ROCKS, PA 15136**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.329<br>0 | **Nonpriority creditor's name and mailing address**<br>**RASHAD MALIK AM ZAID**<br>**435 STARBRIDGE CT**<br>**PLEASANT HILL, CA 94523**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.329<br>1 | **Nonpriority creditor's name and mailing address**<br>**Rashad Malik Am Zaid**<br>**435 STARBRIDGE CT**<br>**PLEASANT HILL, CA 94523**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.329<br>2 | **Nonpriority creditor's name and mailing address**<br>**Rasheka Michell Bernard**<br>**4441 Renaissance Dr. #432**<br>**San Jose, CA 95134**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.329<br>3 | **Nonpriority creditor's name and mailing address**<br>**Rashima Simpson**<br>**29581 HIGHATE DR APT 117**<br>**HAYWARD, CA 94544**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.329<br>4 | **Nonpriority creditor's name and mailing address**<br>**Raul Antonio Masias**<br>**2157 BROADMORE AVE**<br>**SAN PABLO, CA 94806**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$0.00** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.329 5**

**Nonpriority creditor's name and mailing address**

**RAUL ERNESTO TOBIAS**
**415 S BUENA VISTA AVE APT 5**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.329 6**

**Nonpriority creditor's name and mailing address**

**Raul Ernesto Tobias**
**415 S BUENA VISTA AVE APT 5**
**SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.329 7**

**Nonpriority creditor's name and mailing address**

**Raul Ornelas -Velazquez**
**801 SUEIRRO ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.329 8**

**Nonpriority creditor's name and mailing address**

**Raulito Jonathan F. Teano**
**36543 SAN PEDRO DR APT 292**
**FREMONT, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.329 9**

**Nonpriority creditor's name and mailing address**

**Raven Freeman**
**1223 VINE ST APT A**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.330 0**

**Nonpriority creditor's name and mailing address**

**RAVI AACHARYA**
**1212 W MCKINLEY AVE APT 10**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.330**
**1**

**Nonpriority creditor's name and mailing address**
**Ravi Aacharya**
**1212 W MCKINLEY AVE APT 10**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330**
**2**

**Nonpriority creditor's name and mailing address**
**RAVONNE DEANA OLIVER**
**4510 MAGI CT**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330**
**3**

**Nonpriority creditor's name and mailing address**
**Ravonne Deana Oliver**
**4510 MAGI CT**
**ANTIOCH, CA 94509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330**
**4**

**Nonpriority creditor's name and mailing address**
**RAVONNIE SAMONE WARREN**
**23046 KLAMATH RD.**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330**
**5**

**Nonpriority creditor's name and mailing address**
**Ravonnie Samone Warren**
**23046 KLAMATH RD.**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330**
**6**

**Nonpriority creditor's name and mailing address**
**Ray Anthony Stribling II**
**1055 S 6TH ST APT 258**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3307**

**Nonpriority creditor's name and mailing address**

**Ray Dexter Danan**
**642 BLYTHE COURT UNIT 7**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3308**

**Nonpriority creditor's name and mailing address**

**Ray Rodriguez**
**3300 LEAVESLEY RD**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3309**

**Nonpriority creditor's name and mailing address**

**Rayfield Shawn Brown**
**27 WEST 53 STREET**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3310**

**Nonpriority creditor's name and mailing address**

**Raymien Henry Dale Williamson**
**365 JOAN VISTA**
**EL SOBRANTE, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3311**

**Nonpriority creditor's name and mailing address**

**Raymon Torres**
**6699 CATAWBA AVENUE**
**FONTANA, CA 92336**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.3312**

**Nonpriority creditor's name and mailing address**

**RAYMOND ALBERT GUEVARA**
**3429 AGATE DR #4**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.331 3**

**Nonpriority creditor's name and mailing address**

**Raymond Albert Guevara**
**3461 SAN MARCOS WAY**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 4**

**Nonpriority creditor's name and mailing address**

**Raymond Alexander Gilliam**
**14108 DOTY AVE APT 25**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 5**

**Nonpriority creditor's name and mailing address**

**Raymond Alexander Vance**
**PO BOX 2251**
**SAN JOSE, CA 95109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 6**

**Nonpriority creditor's name and mailing address**

**RAYMOND BALARBA MANUEL**
**493 DONAHE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 7**

**Nonpriority creditor's name and mailing address**

**Raymond Balarbar Manuel**
**493 DONAHE DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331 8**

**Nonpriority creditor's name and mailing address**

**Raymond Bolivar**
**4119 OLIVE ST**
**CUDAHY, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3319**

**Nonpriority creditor's name and mailing address**

**Raymond Chacon**
**8414 MANZANAR AVE**
**PICO RIVERA, CA 90660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3320**

**Nonpriority creditor's name and mailing address**

**Raymond Garcia Sanchez**
**188 MORNINGSIDE DR**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3321**

**Nonpriority creditor's name and mailing address**

**Raymond Joseph Perales Meza**
**2940 MAGLIOCCO DR APT 2**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3322**

**Nonpriority creditor's name and mailing address**

**RAYMOND LAMONT MALLOY**
**328 OLD FORGE LANE APT 2211**
**ODENTON, MD 21113**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3323**

**Nonpriority creditor's name and mailing address**

**RAYMOND NEIL TRIBBLE**
**2656 EAST 55 WAY APT 6**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3324**

**Nonpriority creditor's name and mailing address**

**Raymond Neil Tribble**
**2656 EAST 55 WAY APT 6**
**LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.332 5**

**Nonpriority creditor's name and mailing address**

**RAYMOND ROY RETZLAFF**
**2900 FAIRVIEW RD APT 20**
**HOLLISTER, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 6**

**Nonpriority creditor's name and mailing address**

**Raymond Roy Retzlaff**
**2900 FAIRVIEW RD APT 20**
**HOLLISTER, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 7**

**Nonpriority creditor's name and mailing address**

**Raymund Macabeo Encarnacion**
**2845 CORDA DRIVE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 8**

**Nonpriority creditor's name and mailing address**

**RAZMIK ARAKEL**
**1352 PALOS VERDES DR**
**SAN MATEO, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 9**

**Nonpriority creditor's name and mailing address**

**Razmik Arakel**
**1352 PALOS VERDES DR**
**SAN MATEO, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.333 0**

**Nonpriority creditor's name and mailing address**

**Rb Wilson**
**18012 ALBURTIS AVE**
**ARTESIA, CA 90701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.333 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Diane Obryan**
**127 TIMBERCOVE DR**
**CAMPBELL, CA 95008**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REBECCA VOILES**
**107 LAKERIDGE RD**
**NEWNAN, GA 30263**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.73 |
|---|---|---|---|

**Recology San Mateo**
**225 Shoreway Road**
**San Carlos, CA 94070-2712**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Redwan Issa Oussman**
**351 H AVE BLDG 442**
**SAN FRANCISCO, CA 94130**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Regina Nieama Nicole Blackwell**
**430 GATEWAY DRIVE APT #80**
**PACIFICA, CA 94044**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REGINA TOMASA I VALENTIN**
**1587 GARVEY PL**
**SAN JOSE, CA 95132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                    Case number (if known)    **17-52865**
_____
Name

---

| 3.333 7 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Regina Tomasa I Valentin**
**1587 GARVEY PL**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |
|---|---|---|

**Reginald Reggie Chandra**
**756 HILLSIDE BLVD**
**DALY CITY, CA 94014**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |
|---|---|---|

**Rehan Qaisar**
**3568 AGATE DR APT 10**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |
|---|---|---|

**REINISHA MCDOWELL**
**4063 NICOLET AVE   APT 2**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |
|---|---|---|

**Reinisha McDowell**
**4063 NICOLET AVE APT 2**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 2 | **Nonpriority creditor's name and mailing address** | **$2,596.90** |
|---|---|---|

**Reliable Delivery**
**21450 Trolley Industrial Dr**
**Taylor, MI 48180**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.334 3**

**Nonpriority creditor's name and mailing address**

**RENADO PARKER**
**2418 70TH AVE W APT 8**
**UNIVERSITY PLACE, WA 98466**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 4**

**Nonpriority creditor's name and mailing address**

**Rene David Broussard**
**1878 PARK AVE APT #6**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 5**

**Nonpriority creditor's name and mailing address**

**Rene Odir Gonzalez**
**8408 AQUEDUCT AVE**
**NORTH HILLS, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 6**

**Nonpriority creditor's name and mailing address**

**RENEE DANIELLE SINGH**
**1393 TEAKWOOD DR APT 73**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 7**

**Nonpriority creditor's name and mailing address**

**Renee Danielle Singh**
**1393 TEAKWOOD DR APT 73**
**SAN JOSE, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 8**

**Nonpriority creditor's name and mailing address**

**RENEE MARGARET ZINSKY**
**802 TORREY PINE DR**
**MARS, PA 16046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3349**

**Nonpriority creditor's name and mailing address**
**Renee Rachell Chavez**
**3086 WOODS WAY**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3350**

**Nonpriority creditor's name and mailing address**
**Renee Victoria Alvarez**
**691 ONTARIO CT APT 2**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3351**

**Nonpriority creditor's name and mailing address**
**RENSON MATEO**
**2131 PORT WAY**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3352**

**Nonpriority creditor's name and mailing address**
**Renson Raymond Mateo**
**2131 PORT WAY**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3353**

**Nonpriority creditor's name and mailing address**
**RESHON WATSON**
**1430 WEST CASINO RD 352**
**EVERETT, WA 98204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3354**

**Nonpriority creditor's name and mailing address**
**REX LIAO ABAYA**
**123 EL RANCHO DR**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.335 5**

**Nonpriority creditor's name and mailing address**
**Rex Liao Abaya**
**123 EL RANCHO DR**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 6**

**Nonpriority creditor's name and mailing address**
**REYNALDO SANTOS GAVILE**
**515 LAUREL AVE.**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 7**

**Nonpriority creditor's name and mailing address**
**Reynaldo Santos Gavile**
**515 LAUREL AVE.**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 8**

**Nonpriority creditor's name and mailing address**
**RHINESTON LACAN PASCUAL**
**8477 GOLF LINKS RD**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.335 9**

**Nonpriority creditor's name and mailing address**
**Rhineston Lacandazo Pascual**
**8477 GOLF LINKS RD**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 0**

**Nonpriority creditor's name and mailing address**
**RHYEN VICTOR-AL COMBS**
**101 MARQUETTE AVE**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.336**
**1**

**Nonpriority creditor's name and mailing address**
**Rhyen Victor-Al Combs**
**101 MARQUETTE AVE**
**VALLEJO, CA 94589**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336**
**2**

**Nonpriority creditor's name and mailing address**
**Ricardo Fierros Sandoval**
**2 CORONADO AVE APT #14**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336**
**3**

**Nonpriority creditor's name and mailing address**
**RICARDO GONZALE VALDEZ**
**3953 WEST 59TH ST**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336**
**4**

**Nonpriority creditor's name and mailing address**
**Ricardo Gonzalez Valdez**
**3953 WEST 59TH ST**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336**
**5**

**Nonpriority creditor's name and mailing address**
**Ricardo O Martinez Gonzalez**
**17937 MONTEREY RD APT 306**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336**
**6**

**Nonpriority creditor's name and mailing address**
**Ricardo Quezada**
**1047 COLORADO AVE**
**PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.336 7**

**Nonpriority creditor's name and mailing address**

**Ricardo Quijada**
**1301 S ALMADEN AVE**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 8**

**Nonpriority creditor's name and mailing address**

**RICHAR RODRIGUEZ**
**2725 MORRIS  AVENUE APT 4E**
**BRONX, NY 10468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336 9**

**Nonpriority creditor's name and mailing address**

**Richard Alex Collantes**
**326 CAPISTRANO AVE**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 0**

**Nonpriority creditor's name and mailing address**

**Richard Binh-Thuan Cao**
**3325 Morning View Ter**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 1**

**Nonpriority creditor's name and mailing address**

**RICHARD CANO**
**2932 DRIFTWOOD DR**
**SAN JOSE,, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 2**

**Nonpriority creditor's name and mailing address**

**Richard Cano**
**2932 DRIFTWOOD DR**
**SAN JOSE,, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.337**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **RICHARD CHEN**<br>**641 CATAMARAN ST APT 4**<br>**SAN MATEO, CA 94404** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __6 mo term__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.337**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Richard Chen**<br>**641 CATAMARAN ST APT 4**<br>**SAN MATEO, CA 94404** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.337**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Richard Clay Anderson**<br>**1469 SOUTH WHITE RD**<br>**SAN JOSE, CA 95127** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.337**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Richard Dean Herrera**<br>**1655 LOS SUENOS AVE**<br>**SAN JOSE, CA 95116** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.337**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **RICHARD FRANK GARCIA**<br>**402 RAYMOND AVE**<br>**SAN JOSE, CA 95128** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __6 mo term__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.337**
**8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Richard Frank Garcia**<br>**402 RAYMOND AVE**<br>**SAN JOSE, CA 95128** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Class List__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known) **17-52865**

| 3.337 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RICHARD FREDIE MORELL**
**527 WALKER DRIVE APT 6**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Fredie Morell**
**527 WALKER DRIVE APT 6**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Ho Uy**
**414 MOUNTAIN LAUREL CT**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Jackson**
**911 EDGEWOOD ST #8**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Richard Jesus Mendoza**
**3027 SAN JUAN AVENUE**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.338 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**RICHARD JOHN CORRAL**
**105 MOUNDHAVEN CT**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.338 5**

**Nonpriority creditor's name and mailing address**

**Richard John Corral**
**105 MOUNDHAVEN CT**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 6**

**Nonpriority creditor's name and mailing address**

**Richard Jovany Zelayandia**
**3708 CARDIFF AVE**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 7**

**Nonpriority creditor's name and mailing address**

**Richard Lagman Diaz**
**4304 AGENA CIRCLE**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 8**

**Nonpriority creditor's name and mailing address**

**Richard Mercado Arreza**
**10184 SYLVANDALE AVE**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 9**

**Nonpriority creditor's name and mailing address**

**Richard Michael De Lara Jr**
**1383 EVERGREEN WAY**
**TRACY, CA 95376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339 0**

**Nonpriority creditor's name and mailing address**

**Richard Nguyen**
**3421 CAROBWOOD COURT**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.339**
**1**

**Nonpriority creditor's name and mailing address**
**Richard P Wu**
**292 Lincoln Ave**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339**
**2**

**Nonpriority creditor's name and mailing address**
**Richard Pittman**
**932 IROLO STREET APT 108**
**LOS ANGELES, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339**
**3**

**Nonpriority creditor's name and mailing address**
**Richard Ramos Viray**
**653 CLAUSER DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339**
**4**

**Nonpriority creditor's name and mailing address**
**Richard Ray Magpantay**
**28257 CAPITOLA ST.**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339**
**5**

**Nonpriority creditor's name and mailing address**
**Richard Reyes Castaneda**
**1437 BLACKSTONE AVE**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339**
**6**

**Nonpriority creditor's name and mailing address**
**Richard Steuer Silva**
**15583 VIA VEGA**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name                                                                Case number *(if known)*    **17-52865**

---

**3.339
7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RICHARD VALDEZ SACLAYAN**
**1765 COMMODORE DR**
**SAN JOSE, CA 95133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339
8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Richard Valdez Saclayan**
**1765 COMMODORE DR**
**SAN JOSE, CA 95133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339
9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Richard Watson Guy Jr**
**2904 SUMMER ST APT 2904**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340
0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RICHARD WHITLEY**
**905 MARY ST PO BOX 89**
**LANGCLOTH, PA 15054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340
1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RICKY R HOLT**
**1496 ALMADEN RD APT 207**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340
2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ricky R Holt**
**1496 ALMADEN RD APT 207**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.340**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rico Faithful Blevins**<br>**133 CORBIN WAY**<br>**LONG BEACH, CA 90805** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.340**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|---|---|---|
| **Right Now Couriers**<br>**96 S West Ave**<br>**Fresno, CA 93706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.340**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **RIGOR DIVINA GR CAMPANO**<br>**1287 E STREET**<br>**HAYWARD, CA 94541** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.340**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rigor Divina Gr Campano**<br>**1287 E STREET**<br>**HAYWARD, CA 94541** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.340**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rina Chanchanian**<br>**1570 PARKVIEW AVE**<br>**SAN JOSE, CA 95130** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.340**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rio Morales Tiglao**<br>**561 FALLSBURG CT**<br>**BRENTWOOD, CA 94513** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    __A-1 Express Delivery Service, Inc._____    Case number *(if known)*    __17-52865__
         Name

| 3.3409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rita Espinoza**
**2107 SHORTRIDGE AVE**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$936.10** |

**RLD Wholesale**
**163 Gold Cove Ln**
**Johns Creek, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**rmanJason Andrew Fedor-Thu**
**15065 Sunnyside ave**
**Morgan Hill, CA 95037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robby Ray Lockridge**
**22302 CENTER ST APT 8**
**CASTRO VALLEY, CA 94546**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robel Tsegay Fesseha**
**740 SHARMON PALMS LN APT D**
**CAMPBELL, CA 95008**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ROBERA E BILATA**
**3320 MACARTHUR BLVD APT 2**
**OAKLAND, CA 94602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number (if known)   **17-52865**

---

| 3.341 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robera E Bilata**
**3320 MACARTHUR BLVD APT 2**
**OAKLAND, CA 94602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**ROBERT BRIAN MCCAIN**
**415 EDNA ST**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Brian Mccain**
**415 EDNA ST**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Cabrera**
**730 1/2 SAYBROOK AVE**
**LOS ANGELES, CA 90022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Dale Crawford**
**484 ARIEL DR**
**SAN JOSE, CA 95123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Edward Smith Jr**
**14862 FOXCROFT RD**
**TUSTIN, CA 92780**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **A-1 Express Delivery Service, Inc.** |
| | Name |

Case number (if known)   **17-52865**

---

**3.342**
**1**

**Nonpriority creditor's name and mailing address**
**ROBERT F GARCIA**
**623 BONACCORSO PLACE**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342**
**2**

**Nonpriority creditor's name and mailing address**
**Robert F Garcia**
**623 BONACCORSO PLACE**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342**
**3**

**Nonpriority creditor's name and mailing address**
**Robert Griffin**
**200 EAST DANA ST APT 19**
**MOUNTAIN VIEW, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342**
**4**

**Nonpriority creditor's name and mailing address**
**ROBERT JAY MCCULLOCH**
**978 SCOTSGLEN CT**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342**
**5**

**Nonpriority creditor's name and mailing address**
**Robert Jay Mcculloch**
**978 SCOTSGLEN CT**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342**
**6**

**Nonpriority creditor's name and mailing address**
**ROBERT JOHN HUBER**
**1771 LAGUNA ST APT 7**
**CONCORD, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.342 7**

**Nonpriority creditor's name and mailing address**

**Robert John Huber
1771 LAGUNA ST APT 7
CONCORD, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 8**

**Nonpriority creditor's name and mailing address**

**Robert Lau
81 MINERVA ST
SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 9**

**Nonpriority creditor's name and mailing address**

**Robert Leland
1279 PALM STREET
SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 0**

**Nonpriority creditor's name and mailing address**

**ROBERT M MITCHELL
1338 BERGEN ST 7
BROOKLYN, NY 11213**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 1**

**Nonpriority creditor's name and mailing address**

**Robert Matthews Wisckol
2032 SW EXPRESSWAY APT 21
SAN JOSE, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 2**

**Nonpriority creditor's name and mailing address**

**ROBERT MCGOURTY
524 CRIMSONBERRY WAY
SAN JOSE, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.343 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert McGourty**
524 CRIMSONBERRY WAY
SAN JOSE, CA 95129

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Ngoc Tran**
119 biddleford Ct
San Jose, CA 95139

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Reed**
11463 S NORMANDIE APT 26
LOS ANGELES, CA 90044

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT T FREGOSI**
14026 WALLINGFORD AVE N
SEATTLE, WA 98133

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert T Garfield**
2361 CABRILLO AVE
SANTA CLARA, CA 95050

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.343 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERT TERRELL ROSEMOND JR**
1218 8TH ST
OAKLAND, CA 94607

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3439**

**Nonpriority creditor's name and mailing address**

**Robert Terrell Rosemond Jr**
**1218 8TH ST**
**OAKLAND, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.3440**

**Nonpriority creditor's name and mailing address**

**Robert Thomas McNeil**
**3619 SLOPEVIEW DR**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.3441**

**Nonpriority creditor's name and mailing address**

**Robert Vallarta**
**369 N 20TH APT B**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.3442**

**Nonpriority creditor's name and mailing address**

**ROBERT VAUGHNS**
**604 HOLMES STREET**
**PITTSBURGH, PA 15221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.3443**

**Nonpriority creditor's name and mailing address**

**ROBERT WILLIAM CUMMINS**
**2124 PARKER ST APT 207**
**BERKELEY, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.3444**

**Nonpriority creditor's name and mailing address**

**Robert William Cummins**
**2124 PARKER ST APT 207**
**BERKELEY, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.344 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERTO MANZO-PRADO**
**2855 MURTHA DR**
**SAN JOSE, CA 95127**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roberto Manzo-Prado**
**2855 MURTHA DR**
**SAN JOSE, CA 95127**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roberto Marcial**
**1349 W. 73RD ST.**
**LOS ANGELES, CA 90044**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERTO RAMON RIVERA**
**440 DIXON LANDING RD APT B203**
**MILPITAS, CA 95035**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roberto Ramon Rivera**
**440 DIXON LANDING RD APT B203**
**MILPITAS, CA 95035**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROBERTO TORRES MALICDEM**
**44 N  JACKSON AVE APT G19**
**SAN JOSE, CA 95116**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.345**
**1**

**Nonpriority creditor's name and mailing address**
**Roberto Torres Malicdem**
**44 N JACKSON AVE APT G19**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345**
**2**

**Nonpriority creditor's name and mailing address**
**Robin Powis Fournier**
**POBOX 420305**
**SAN DIEGO, CA 92142**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345**
**3**

**Nonpriority creditor's name and mailing address**
**Rocio Torres**
**416 LORETO ST APT 03**
**LOS ANGELES, CA 90065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345**
**4**

**Nonpriority creditor's name and mailing address**
**RODELIO N PAUTIN**
**3972 STEIN CT**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345**
**5**

**Nonpriority creditor's name and mailing address**
**Rodelio N Pautin**
**3972 STEIN CT**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345**
**6**

**Nonpriority creditor's name and mailing address**
**RODERICK J URQUHART**
**12345 LAKE CITY WAY NE #375**
**SEATTLE, WA 98125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|--------|-----------------------------------|--|--------------------------|----------|
| | Name | | | |

---

**3.345
7**

**Nonpriority creditor's name and mailing address**
**Roderick McGhee**
**95 BUTLER ST**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345
8**

**Nonpriority creditor's name and mailing address**
**RODERICK PARKS**
**1503 NORTH AVENUE**
**PITTSBURGH, PA 15221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345
9**

**Nonpriority creditor's name and mailing address**
**Rodney Brooks**
**2773 EULALIE DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346
0**

**Nonpriority creditor's name and mailing address**
**Rodney Darnell Alexander**
**655 S 26TH ST**
**RICHMOND, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346
1**

**Nonpriority creditor's name and mailing address**
**RODNEY ISAIAH MORGAN**
**9034 HILLSIDE ST APT A**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346
2**

**Nonpriority creditor's name and mailing address**
**Rodney Isaiah Morgan**
**9034 HILLSIDE ST APT A**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)  **17-52865**
_____

---

**3.346 3**

**Nonpriority creditor's name and mailing address**
**Rodney James Best**
**5519 WALNUT ST**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.346 4**

**Nonpriority creditor's name and mailing address**
**RODNEY JOSEPH KNOX**
**9301 BANCROFT AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.346 5**

**Nonpriority creditor's name and mailing address**
**Rodney Joseph Knox**
**9301 BANCROFT AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.346 6**

**Nonpriority creditor's name and mailing address**
**RODOLFO MENA AUERBACH**
**1176 MASTIC ST**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.346 7**

**Nonpriority creditor's name and mailing address**
**Rodolfo Mena Auerbach**
**1176 MASTIC ST**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.346 8**

**Nonpriority creditor's name and mailing address**
**Rodolfo Rodriguez**
**PO BOX 6673**
**SANTA MARIA, CA 93456**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

| 3.346 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rodric Jacarri Mcdonald**
**2781 SAN LEANDRO BLVD**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.347 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rodrigo Guillen**
**9624 KAUFFMAN AVE**
**SOUTH GATE, CA 90280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.347 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rogelio Acosta Carrasco**
**1160 S 7TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.347 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rogelio Diaz Rabelo**
**3928 FOOTHILL BLVD**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.347 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Rohit Navnitbhai Patel**
**100 PALM VALLEY BLVD APT 2059**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.347 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Roland Crisostomo Camacho**
**190 KIELY BLVD APT 2**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.347
5**

**Nonpriority creditor's name and mailing address**
**ROLAND JAMES LA NICOLAS**
**435 BIXBY DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347
6**

**Nonpriority creditor's name and mailing address**
**Roland James Larroza Nicolas**
**435 BIXBY DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347
7**

**Nonpriority creditor's name and mailing address**
**Rolando Cordero David**
**5744 OWENS DR 103**
**PLEASANTON, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347
8**

**Nonpriority creditor's name and mailing address**
**Ron Gatab Bendanillo**
**1346 E SAN ANTONIO ST APT 130**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347
9**

**Nonpriority creditor's name and mailing address**
**RON SURRETT**
**2007 LAFONTAINE AVE 2E**
**BRONX, NY 10457**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348
0**

**Nonpriority creditor's name and mailing address**
**Ronald Aries Domingo Naranja**
**3320 CABRILLO AVE APT 3**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.348**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Ronald Charles Tribble III** | ■ Contingent |
| **6301 ATLANTIC AVENUE APT 25** | ■ Unliquidated |
| **LONG BEACH, CA 90805** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.348**
**2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Ronald Eugene Abercrombie** | ■ Contingent |
| **1945 W IMPERIAL HWY** | ■ Unliquidated |
| **LOS ANGELES, CA 90047** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.348**
**3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **RONALD JEMMOTT** | ■ Contingent |
| **102-22 188TH ST** | ■ Unliquidated |
| **QUEENS, NY 11423** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.348**
**4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Ronald Ross-Galindo** | ■ Contingent |
| **825 SINGLETON RD** | ■ Unliquidated |
| **SAN JOSE, CA 95111** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.348**
**5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **RONALD SEMPUNGA** | ■ Contingent |
| **2425 MACARTHUR BLVD APT 31** | ■ Unliquidated |
| **OAKLAND, CA 94602** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.348**
**6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Ronald Sempunga** | ■ Contingent |
| **2425 MACARTHUR BLVD APT 31** | ■ Unliquidated |
| **OAKLAND, CA 94602** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** |
| | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

Debtor    __A-1 Express Delivery Service, Inc._____    Case number (if known)    __17-52865__
     Name

| | |
|---|---|
| **3.348<br>7** | **Nonpriority creditor's name and mailing address**<br>**RONALD STEVEN SWANSON III**<br>**2900 PULLMAN AVE APT 108**<br>**RICHMOND, CA 94804** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.348<br>8** | **Nonpriority creditor's name and mailing address**<br>**Ronald Steven Swanson III**<br>**2900 PULLMAN AVE APT 108**<br>**RICHMOND, CA 94804** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.348<br>9** | **Nonpriority creditor's name and mailing address**<br>**Ronaldo Alberto Perez**<br>**1948 22ND ST**<br>**SAN PABLO, CA 94806** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.349<br>0** | **Nonpriority creditor's name and mailing address**<br>**Ronaldo Bolante Dondoy**<br>**P O BOX 1268**<br>**MILLBRAE, CA 94030** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.349<br>1** | **Nonpriority creditor's name and mailing address**<br>**Ronaldo Morelos Ilusorio**<br>**31 MUIRFIELD CT**<br>**SAN JOSE, CA 95116** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No ■ Yes

---

| | |
|---|---|
| **3.349<br>2** | **Nonpriority creditor's name and mailing address**<br>**RONNIE DEVIN PECH**<br>**1770 KAMMERER AVE**<br>**SAN JOSE, CA 95116** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

| 3.349 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronnie Devin Pech**
**1770 KAMMERER AVE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.349 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**RONNIE GENE FULLER JR**
**90 E  EDMUNDSON AVE APT 3**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.349 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronnie Gene Fuller Jr**
**90 E EDMUNDSON AVE APT 3**
**MORGAN HILL, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.349 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosa Yanira Castrillo**
**166 MONROE STREET #10**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.349 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**ROSELLER BREGEN UY**
**445 S WESTERN AVE UNIT 427**
**LOS ANGELES, CA 90020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.349 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Roseller Bregente Uy**
**445 S WESTERN AVE UNIT 427**
**LOS ANGELES, CA 90020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | **17-52865** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3499**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rosemarie Rodriguez**<br>**6065 OAK KNOLL ROAD**<br>**EL SOBRANTE, CA 94803** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3500**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rosio Salazar-Tapia**<br>**6987 AVENIDA ROTELLA**<br>**SAN JOSE, CA 95139** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3501**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ROSLYNN ANNETTE BRILEY**<br>**10400 LONGFELLOW AVE**<br>**OAKLAND, CA 94603** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3502**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roslynn Annette Briley**<br>**10400 LONGFELLOW AVE**<br>**OAKLAND, CA 94603** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3503**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |
|---|---|---|
| **Ross Lane & Company, LLC**<br>**7000 Peachtree Dunwoody Road**<br>**Building One**<br>**Atlanta, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3504**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roy Lee Richard Sr.**<br>**826 44TH ST**<br>**OAKLAND, CA 94608** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number (*if known*)    **17-52865**

---

| 3.350 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Royal Jamez Forcell**
**3191 7TH ST APT 332**
**LOS ANGELES, CA 90005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruben Anthony Garcia Jr**
**14475 JERILYN DR**
**SAN JOSE, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruben Dario Ramirez**
**3015 E BAYSHORE RD APT 400**
**REDWOOD CITY, CA 94063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruben Garcia**
**4550 SANAA ANA ST APT 2**
**CUDAHY, CA 90201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruben Italo Leni**
**845 SPINDRIFT WAY**
**SAN JOSE, CA 95134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ruben Renee Holmes**
**78 S LIBERTAD ST**
**TRACY, CA 95391**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.351**
**1**

**Nonpriority creditor's name and mailing address**
**Ruben Verduzco**
**2352 kaydel Road**
**Whittier, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351**
**2**

**Nonpriority creditor's name and mailing address**
**Ruby Karyo**
**905 NORTH CURSON AVE APT 8**
**WEST HOLLYWOOD, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351**
**3**

**Nonpriority creditor's name and mailing address**
**RUDOLPH MATTHEW MARTINEZ JR**
**1573 HERMOCILLA WAY**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351**
**4**

**Nonpriority creditor's name and mailing address**
**Rudolph Matthew Martinez Jr**
**1573 HERMOCILLA WAY**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351**
**5**

**Nonpriority creditor's name and mailing address**
**Rudy Tenas**
**41 FRANCIS STREET**
**SAN FRANCISCO, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351**
**6**

**Nonpriority creditor's name and mailing address**
**Rufus Raynard Gordon Jr**
**1058 S 5TH ST #226**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number _(if known)_    **17-52865**

---

| 3.351 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Runzhi Lin**
**34457 SHENANDOAH PL**
**FREMONT, CA 94555**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Rupinder Singh**
**2150 MONROE ST APT 15**
**SANTA CLARA, CA 95050**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Ryan Ant Ramire Pagkaliwangan**
**548 St Anton Way**
**Hayward, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Ryan Joseph Santos**
**1258 NIEVES COURT**
**MILPITAS, CA 95035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Ryan Kendrick Santos**
**3579 SANDPEBBLE DR APT 617**
**SAN JOSE, CA 95136**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**RYAN LAMONT PAYNE**
**3641 FIGUEROA DRIVE**
**SAN LEANDRO, CA 94578**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number *(if known)*    **17-52865**

---

| 3.352 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ryan Lamont Payne** | ■ Contingent | |
| **3641 FIGUEROA DRIVE** | ■ Unliquidated | |
| **SAN LEANDRO, CA 94578** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.352 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RYAN MCCORKLE** | ■ Contingent | |
| **320 ACREVIEW DR** | ■ Unliquidated | |
| **ALPHARETTA, GA 30022** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.352 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RYAN MUNSTER** | ■ Contingent | |
| **1791 ROCKLAND DR SE** | ■ Unliquidated | |
| **ATLANTA, GA 30316** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.352 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **RYAN VIRICE BEASLEY** | ■ Contingent | |
| **2208 W 8TH ST APT 222** | ■ Unliquidated | |
| **LOS ANGELES, CA 90057** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.352 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ryan Virice Beasley** | ■ Contingent | |
| **2208 W 8TH ST APT 222** | ■ Unliquidated | |
| **LOS ANGELES, CA 90057** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.352 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Ryan Yu** | ■ Contingent | |
| **1062 ARBOR RD** | ■ Unliquidated | |
| **MENLO PARK, CA 94025** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3529**

**Nonpriority creditor's name and mailing address**

**Ryder**
**PO Box 402366**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,296.66**

---

**3.3530**

**Nonpriority creditor's name and mailing address**

**S L B VALDESPINO**
**24050 SILVA AVENUE APT 24**
**HAYWARD, CA 94544-1558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3531**

**Nonpriority creditor's name and mailing address**

**S L B Valdespino**
**24050 SILVA AVENUE APT 24**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3532**

**Nonpriority creditor's name and mailing address**

**Sabrina S Kelly**
**4110 SANTO TOMAS DRIVE #C**
**LOS ANGELES, CA 90008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3533**

**Nonpriority creditor's name and mailing address**

**SADE M BECKFORD**
**2600 SAN LEANDRO BLVD APT 304**
**SAN LEANDRO, CA 94578-9457**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3534**

**Nonpriority creditor's name and mailing address**

**Sade M Beckford**
**2600 SAN LEANDRO BLVD APT 304**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**
        _____
        Name

Case number (if known)    **17-52865**

---

| 3.353 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sagar Deo**
**P.O.BOX 1052**
**Windsor, CA 95492**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.353 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sahar Panshir**
**749 CENTRAL AVE APT B**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.353 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAI K SANAKA**
**4073 SAN FRANCISCO TERRACE**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.353 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sai K Sanaka**
**4073 SAN FRANCISCO TERRACE**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.353 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SAID DAHIR**
**328 NW RICHMOND BEACH RD 303**
**SHORELINE, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.354 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Saif Ayad Alshathr**
**2275 ROYAL DR APT 1**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| --- | --- | --- | --- |
| | Name | | |

---

**3.354**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |

**SAKARIA ABSIYA**
**14442 59TH AVENUE SOUTH**
**APT 27**
**TUKWILA, WA 98168**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.354**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |

**SALAAMAN E JONES**
**2394 CHESHIRE PL**
**SAN LEANDRO, CA 94577**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __6 mo term__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.354**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |

**Salaaman E Jones**
**2394 CHESHIRE PL**
**SAN LEANDRO, CA 94577**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.354**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |

**Salesh Chand**
**1115 E POPLAR AVE**
**SAN MATEO, CA 94401**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.354**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- |

**Sally Phu**
**1709 CLEAR LAKE AVE**
**MILPITAS, CA 95035**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Class List__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.354**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,296.25 |
| --- | --- | --- |

**Salt City Couriers Inc**
**451 E 300 South Ste 200**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.354 7**

**Nonpriority creditor's name and mailing address**
**SAM ATH OUN**
**2987 PATT AVE**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 8**

**Nonpriority creditor's name and mailing address**
**Sam Ath Oun**
**2987 PATT AVE**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 9**

**Nonpriority creditor's name and mailing address**
**Sam Moon**
**1730 HALFORD AVE #243**
**SANTA CLARA, CA 95951**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 0**

**Nonpriority creditor's name and mailing address**
**SAM VALENTI**
**610 N BAYVIEW AVE**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 1**

**Nonpriority creditor's name and mailing address**
**Sam Valenti**
**610 N BAYVIEW AVE**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 2**

**Nonpriority creditor's name and mailing address**
**Saman Khodaei**
**1162 SARANAP AVE APT 9A**
**WALNUT CREEK, CA 94595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.355**
**3**

**Nonpriority creditor's name and mailing address**
**SAMANTHA ISAAC**
**240 EAST 175TH STREET APT 608**
**BRONX, NY 10457**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355**
**4**

**Nonpriority creditor's name and mailing address**
**SAMETER MOHAMME ADEYS**
**2010 EL CAMINO REAL APT 502**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355**
**5**

**Nonpriority creditor's name and mailing address**
**Sameter Mohammed Adeys**
**2010 EL CAMINO REAL APT 502**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355**
**6**

**Nonpriority creditor's name and mailing address**
**Sampson Morris Group**
**2500 Eldo Road**
**Monroeville, PA 15146**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,800.00**

---

**3.355**
**7**

**Nonpriority creditor's name and mailing address**
**SAMUEL FITZGERA CARPENTER**
**7339 HOLLY ST**
**OAKLAND, CA 94621**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355**
**8**

**Nonpriority creditor's name and mailing address**
**Samuel Fitzgerald Carpenter**
**7339 HOLLY ST**
**OAKLAND, CA 94621**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number (if known) **17-52865**

---

| 3.3559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Samuel Francois**
**1532 N ONTARIO ST APT F**
**BURBANK, CA 91505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SAMUEL SNYDER**
**351 EUCLID AVE**
**CANONSBURG, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SANDRA ARLENE GUERRERO**
**254 STAPLES AVE**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sandra Arlene Guerrero**
**254 STAPLES AVE**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sandra Barajas**
**1096 Fleming Ave**
**San Jose, CA 95127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SANDRA DENISE COATNEY**
**1140 E 1ST    APT 1**
**LONG BEACH, CA 90802**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.356
5**

**Nonpriority creditor's name and mailing address**

**Sandra Denise Coatney
1140 E 1ST APT 1
LONG BEACH, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356
6**

**Nonpriority creditor's name and mailing address**

**Sandro Roberto de Oliveira
350 BUDD AVE APT L7
CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356
7**

**Nonpriority creditor's name and mailing address**

**SANIKA ABRAMSON
601 N WILMINGTON AVE
COMPTON, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356
8**

**Nonpriority creditor's name and mailing address**

**SANTANA YULIUS IRWANTO
5379 DEODARA GROVE CT
SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356
9**

**Nonpriority creditor's name and mailing address**

**Santiago Aguilar
943 Lundy Road
San Jose, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
0**

**Nonpriority creditor's name and mailing address**

**Santos A. Orellana Salinas
7811 GARFIELD AVE
OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.357 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SAPANPREET SAINI
3031 MOON STAR CT
SAN JOSE, CA 95148

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.357 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarah Yvonne Dunbar
1117 COLORADO AVE
PALO ALTO, CA 94303

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.357 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sarun Kheav
2337 BARTLETT ST
OAKLAND, CA 94601

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.357 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Sasha Marita Edwards
1437 ARLINGTON RD
LIVERMORE, CA 94551

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.357 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Saturnino Gonzale
2055 range ave apt 212
Santa Rosa, CA 95401

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.357 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SAU HO CHAN
34776 PLATT RIVER PL
FREMONT, CA 94555

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.357 7**

**Nonpriority creditor's name and mailing address**

**Sau Ho Chan**
**34776 PLATT RIVER PL**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

�■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357 8**

**Nonpriority creditor's name and mailing address**

**Saul Andrade Estrada**
**1404A OXFORD ST APT 1**
**REDWOOD CITY, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357 9**

**Nonpriority creditor's name and mailing address**

**Saul Carrillo**
**1401 CAROB WAY**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 0**

**Nonpriority creditor's name and mailing address**

**SAUL FRANCISCO OSORIO**
**637 ELKINS ROAD**
**LOS ANGELES, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 1**

**Nonpriority creditor's name and mailing address**

**Saul Francisco Osorio**
**637 ELKINS ROAD**
**LOS ANGELES, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 2**

**Nonpriority creditor's name and mailing address**

**Scanlan Kemper Bard Co**
**810 NW Marshall Street**
**Suite 300**
**Portland, OR 97209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

**3.358 3**

**Nonpriority creditor's name and mailing address**

**Scheherazade A Wittmanalang**
**142 N Milpitas Blvd 185**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.358 4**

**Nonpriority creditor's name and mailing address**

**Scopelitis Garvin Light Hanson**
**10 West Market Street**
**Suite 1400**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$42,125.53**

---

**3.358 5**

**Nonpriority creditor's name and mailing address**

**Scott Brasil**
**3375 MT VISTA DR**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.358 6**

**Nonpriority creditor's name and mailing address**

**Scott Curtis Forgaard**
**109 E SANTA CLARA ST APT 159**
**SAN JOSE, CA 95113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.358 7**

**Nonpriority creditor's name and mailing address**

**SCOTT THOMAS BROWN**
**13801 YERBA SANTA CT**
**SARATOGA, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.358 8**

**Nonpriority creditor's name and mailing address**

**Scott Thomas Brown**
**13801 YERBA SANTA CT**
**SARATOGA, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3589**

**Nonpriority creditor's name and mailing address**

**SEAN ALAN LARKE**
**2428 POPLAR DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3590**

**Nonpriority creditor's name and mailing address**

**Sean Alan Larke**
**2428 POPLAR DR**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3591**

**Nonpriority creditor's name and mailing address**

**SEAN ALGA FORREST**
**1236 PEACH COURT**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3592**

**Nonpriority creditor's name and mailing address**

**Sean Alga Forrest**
**1236 PEACH COURT**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3593**

**Nonpriority creditor's name and mailing address**

**SEAN ANTHONY SMITH**
**257 SULLIVAN WAY**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3594**

**Nonpriority creditor's name and mailing address**

**Sean Anthony Smith**
**257 SULLIVAN WAY**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name                                          Case number (if known)   **17-52865**

| 3.359 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Anthony Taber**
**59 CYMBIDIUM CIRCLE**
**SOUTH SAN FRANCISCO, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEAN ANTHONY WILSON**
**1192 E 46 STREET**
**BROOKLYN, NY 11234**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEAN CADORE**
**1279 EAST 103RD ST**
**BROOKLYN, NY 11236**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Christopher Hernandez**
**1061 SCHWERIN ST**
**DALY CITY, CA 94014**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Donough Gil**
**344 WEST CT**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEAN DRAKE**
**3183 GUS ROBINSON RD**
**POWDER SPRINGS, GA 30127**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (*if known*)    **17-52865**

---

| 3.360<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEAN EDWARD ALBRECHT**
**2631 ESTELLA DR**
**SANTA CLARA, CA 95051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Edward Albrecht**
**2631 ESTELLA DR**
**SANTA CLARA, CA 95051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEAN GAUVIN MARSHALL**
**4271 N 1ST ST APT 27**
**SAN JOSE, CA 95134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Gauvin Marshall**
**4271 N 1ST ST APT 27**
**SAN JOSE, CA 95134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SEAN GUNYONG YI**
**6400 CHRISTIE AVE  #4419**
**EMERYVILLE, CA 94608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Gunyong Yi**
**6400 CHRISTIE AVE  #4419**
**EMERYVILLE, CA 94608**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.360 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Hunter Crane**
429 Irving Ave.
San Jose, CA 95128

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Igor Pollock**
38 N ALMADEN BLVD APT 823
SAN JOSE, CA 95110

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Ireland Hester**
902 WIND DRIFT DRIVE
CARLSBAD, CA 92011

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN KELLY**
204 ELTON AVENUE
PITTSBURGH, PA 15227

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Michael McAllister**
61 S 13TH ST
SAN JOSE, CA 95112

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SEAN MOSS**
100 CATON AVENUE APT 3C
BROOKLYN, NY 11218

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|------------------------------------|------------------------|----------|
| | Name | | |

| 3.361 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sean Ocasey Moore**
351 E 55TH ST
LONG BEACH, CA 90805

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sean Patrick Finneran**
1959 QUESADA AVE
San Francisco, CA 94124

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sean Thomas Briscoe**
646 ARBUTUS AVE APT 4
SUNNYVALE, CA 94068

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sebastian David Bloom**
1797 SHATTUCK AVE APT 308
BERKELEY, CA 94709

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Segundo Gilmer Chavarry**
126 MARTELLA ST APT A
SALINAS, CA 93901

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

| 3.361 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SELEMON HAILE**
3011 S WILLOW ST
SEATTLE, WA 98108

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **A-1 Express Delivery Service, Inc.**
Name                                                          Case number (if known)    **17-52865**

---

| 3.361 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Selina Isabel Martinez**
**899 N KING RD APT 1306**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.362 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SEQUOYAH D THOMAS**
**1042 75TH AVE APT 3**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.362 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sequoyah D Thomas**
**1042 75TH AVE APT 3**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.362 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SERGIO A DELGADILLO WHEELOCK**
**513 ELM CT**
**SOUTH SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.362 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SERGIO FLORES**
**41-12 BENHAM ST APT 1FL**
**ELMHURST, NY 11373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.362 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Seyedhamed Mirnezami**
**1225 SARATOGA AVE APT 308A**
**SAN JOSE, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.362 5**

**Nonpriority creditor's name and mailing address**

**SHAAFI SAYIDI**
**7552 245TH AVE SW 2**
**SEATTLE, WA 98106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.362 6**

**Nonpriority creditor's name and mailing address**

**SHAEQUANDA TYKE KERMAN**
**4600 DUKE ST APT 516**
**ALEXANDRIA, VA 22309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.362 7**

**Nonpriority creditor's name and mailing address**

**SHAHEED MUHAMMAD**
**14323 SOUTH CORLETT AVENUE**
**COMPTON, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.362 8**

**Nonpriority creditor's name and mailing address**

**Shaheed Muhammad**
**14323 SOUTH CORLETT AVENUE**
**COMPTON, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.362 9**

**Nonpriority creditor's name and mailing address**

**Shahryar Ghaemi Moghaddam**
**1586 PACIFIC AVE APT B**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 0**

**Nonpriority creditor's name and mailing address**

**SHAHZEB JUNEJO**
**15517 CORLISS AVE N**
**SHORELINE, WA 98133**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    __A-1 Express Delivery Service, Inc._____          Case number (if known)    __17-52865__
             Name

| 3.363 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Shaina Celine Nursey-Ford**
**3276 DELAWARE ST**
**OAKLAND, CA 94602**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**SHAKIL AHMED KHAN**
**4517 CARLYLE CT APT 4309**
**SANTA CLARA, CA 95054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Shakil Ahmed Khan**
**4517 CARLYLE CT APT 4309**
**SANTA CLARA, CA 95054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**SHALANDRA NICOL COTTON**
**624 E LEWELLING BLVD**
**HAYWARD, CA 94541**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Shalandra Nicole Cotton**
**624 E LEWELLING BLVD**
**HAYWARD, CA 94541**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**SHAMBAR BAHADUR THAPA**
**1235 AYALA DR APT 35**
**SUNNYVALE, CA 94086**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.363 7**

**Nonpriority creditor's name and mailing address**
**Shambar Bahadur Thapa**
**1235 AYALA DR APT 35**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 8**

**Nonpriority creditor's name and mailing address**
**SHAMIKA LASHAWN GREEN**
**2604 SHORT ST**
**OAKLAND, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.363 9**

**Nonpriority creditor's name and mailing address**
**Shamrock Delivery Inc**
**7302 S Alton Way**
**Unit 4-F**
**Centennial, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,173.39

---

**3.364 0**

**Nonpriority creditor's name and mailing address**
**Shaneice Chante Johnson**
**1630 PENNSYLVANIA AVE**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.364 1**

**Nonpriority creditor's name and mailing address**
**Shanna Rae De Los Reyes**
**960 16TH ST APT 1**
**SANTA MONICA, CA 90403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.364 2**

**Nonpriority creditor's name and mailing address**
**Shannon Arishma Singh**
**2011 ROOSEVELT AVE**
**REDWOOD CITY, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.364 3**

**Nonpriority creditor's name and mailing address**

**SHANNON COLEASE THOMPSON**
**601 JEAN ST APT 102**
**OAKLAND, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 4**

**Nonpriority creditor's name and mailing address**

**Shannon Coleash Thompson**
**601 JEAN ST APT 102**
**OAKLAND, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 5**

**Nonpriority creditor's name and mailing address**

**SHANNON MARIE KIRKPATRICK**
**29839 CLEARBROOK CIRCLE**
**APT 60**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 6**

**Nonpriority creditor's name and mailing address**

**Shannon Marie Kirkpatrick**
**29839 CLEARBROOK CIRCLE**
**APT 60**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 7**

**Nonpriority creditor's name and mailing address**

**SHANTA BELT**
**PO BOX 1259**
**HAWTHORNE, CA 90251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 8**

**Nonpriority creditor's name and mailing address**

**Shanta Belt**
**PO BOX 1259**
**HAWTHORNE, CA 90251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                              Case number (if known)    **17-52865**

---

| 3.364 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SHANTA D SALLEY**
**2979 8TH AVE**
**NEW YORK, NY 10039**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SHANTE DENISE HUDSON**
**452 3RD ST**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Shante Denise Hudson**
**452 3RD ST**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Shantel Aleza Williams**
**622 LION WAY APT 104**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SHAQUANA JENKINS**
**237 WEST 107TH STREET**
**NEW YORK, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sharai Ashley Sapp**
**5427 SUNSTAR COMMON**
**FREMONT, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.365 5**

**Nonpriority creditor's name and mailing address**
**Sharda D Johnson**
**1235 94TH AVE APT 2**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 6**

**Nonpriority creditor's name and mailing address**
**SHARHONDA RENA POLK**
**1167 77TH AVE**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 7**

**Nonpriority creditor's name and mailing address**
**Sharhonda Rena Polk**
**1167 77TH AVE**
**OAKLAND, CA 94621**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 8**

**Nonpriority creditor's name and mailing address**
**SHARICE CARR**
**1045 THROG`S NECK EXPRESSWAY**
**BRONX, NY 10465**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 9**

**Nonpriority creditor's name and mailing address**
**SHARICE SAMATIA WOLRIDGE**
**1631 SUNNYDALE AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366 0**

**Nonpriority creditor's name and mailing address**
**Sharice Samatia Wolridge**
**1631 SUNNYDALE AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

**3.366**
**1**

**Nonpriority creditor's name and mailing address**

**Sharllynne Michelle Cruz**
**350 22ND AVE APT 3**
**SAN FRANCISCO, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366**
**2**

**Nonpriority creditor's name and mailing address**

**SHARMAKE JAMA**
**3039 154TH STREET**
**SEATAC,WA 98188, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366**
**3**

**Nonpriority creditor's name and mailing address**

**SHARONNA NAOMI MORRIS**
**4350 DE REIMER AVE**
**BRONX, NY 10466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366**
**4**

**Nonpriority creditor's name and mailing address**

**Sharrie Michelle Lane**
**2518 35TH AVE #36**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366**
**5**

**Nonpriority creditor's name and mailing address**

**SHATERRA DEDRA GRANT**
**3272 SWEET WATER**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366**
**6**

**Nonpriority creditor's name and mailing address**

**Shaterra Dedra Grant**
**3272 SWEET WATER**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.366 7**

**Nonpriority creditor's name and mailing address**

**Shaun Edwin London**
**36 S 13TH ST APT J**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366 8**

**Nonpriority creditor's name and mailing address**

**Shaun Lanier Knight**
**214 W CENTURY BLVD APT 214**
**LOS ANGELES, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366 9**

**Nonpriority creditor's name and mailing address**

**Shaun Thomas Daley**
**1033 N BROADWAY APT # D**
**LOS ANGELES, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367 0**

**Nonpriority creditor's name and mailing address**

**Shaundeep Singh Manak**
**2975 STALLION WAY**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367 1**

**Nonpriority creditor's name and mailing address**

**Shawn Beaver**
**135 BRENTON COURT #B**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367 2**

**Nonpriority creditor's name and mailing address**

**Shawn Cornwell**
**4197 GEORGE AVE #4**
**SAN MATEO, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number *(if known)*    **17-52865**

---

| 3.367 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAWN DOUGHERTY
723 DELAWARE AVE
GLASSPORT, PA 15045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn Jones
51W 49TH ST APT 202
LONG BEACH, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAWN MICHAEL G OBINA
1992 MARCROSS DRIVE
SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn Michael Garcia Obina
1992 MARCROSS DRIVE
SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAWN MOORE
2602 S 38TH STREET APT 357
TACOMA, WA 98409**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawn Nguyen
6934 ROCKTON AVE
SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3679**

**Nonpriority creditor's name and mailing address**

**Shawn Stingley**
**2120 VELERGA DRIVE UNIT 1**
**BELMONT, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3680**

**Nonpriority creditor's name and mailing address**

**SHAWN VU TRAN**
**1150 MCLAUGHLIN AVE APT 262**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3681**

**Nonpriority creditor's name and mailing address**

**Shawn Vu Tran**
**1150 MCLAUGHLIN AVE APT 262**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3682**

**Nonpriority creditor's name and mailing address**

**Shawna Alyson Mauldin**
**509 KIELY BLVD UNIT 4**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3683**

**Nonpriority creditor's name and mailing address**

**Shawntaja Atheeria Jordan**
**2250 Menalto ave**
**E Palo Alto, CA 94303**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3684**

**Nonpriority creditor's name and mailing address**

**Shayna K Landaverde**
**48 LESTER AVE APT 5**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.368 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHEENA RAQUELE ALBURY**
**37938 ABRAHAM ST**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.368 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheena Raquele Albury**
**37938 ABRAHAM ST**
**FREMONT, CA 94536**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.368 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheila Amigable Gapasin**
**67 NORTH JACKSON AVENUE**
**APT E8**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.368 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shelton Ray Inabinet**
**26090 SANDALWOOD ST**
**NEWARK, CA 94560**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.368 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHEMELSE AKILILU**
**77 S WASHINGTON ST**
**SEATTLE, WA 98104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **6 mo term**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.369 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sheng Zhong**
**875 CINNABAR ST APT 1322**
**SAN JOSE, CA 95126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Class List**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)* **17-52865**

---

| 3.369 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHERRY LYNN THANARS**
**4877 HARTNETT AVE**
**RICHMOND, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.369 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sherry Lynn Thanars**
**4877 HARTNETT AVE**
**RICHMOND, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.369 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sherwin Bautista Asiatico**
**5817 GARDEN VIEW WAY**
**SALIDA, CA 95368**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.369 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHICEAU LE ZAID**
**1271 WASHINGTON AVE APT 279**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.369 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shiceau Le Zaid**
**1271 WASHINGTON AVE APT 279**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.369 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHIMAR HIGGINBOTHAM**
**7317 HERMITAGE STREET**
**PITTSBURGH, PA 15208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.369 7**

**Nonpriority creditor's name and mailing address**

**Shimon Miyagi**
**255 EAST ST APT #8**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369 8**

**Nonpriority creditor's name and mailing address**

**SHIR MOHAMMAD HAIDARI**
**3206 LOMA VERDE DR APT C7**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369 9**

**Nonpriority creditor's name and mailing address**

**Shir Mohammad Haidari**
**SHERHAIDERY@YAHOO.COM**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 0**

**Nonpriority creditor's name and mailing address**

**SHIRLEY SAILAI WANG**
**10481 N STELLING RD**
**CUPERTINO, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 1**

**Nonpriority creditor's name and mailing address**

**Shirley Sailai Wang**
**10481 N STELLING RD**
**CUPERTINO, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 2**

**Nonpriority creditor's name and mailing address**

**Shoeb Qadir Kazi**
**810 JAVA AVE APT 4**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|--------|-----------------------------------|--------------------------|----------|
| | Name | | |

---

**3.370 3**

**Nonpriority creditor's name and mailing address**

**Si Nguyen**
**6130 MONTEREY ROAD # 198**
**SAN JOSE, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 4**

**Nonpriority creditor's name and mailing address**

**Si Van Pham**
**2591 GLEN ALMA WAY**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 5**

**Nonpriority creditor's name and mailing address**

**Sidath Vengadasalam Sithambaram**
**40 ALICE ST**
**ARCADIA, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 6**

**Nonpriority creditor's name and mailing address**

**SIDNEY RENE HERRERA**
**212 N CLAREMONT AVE**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 7**

**Nonpriority creditor's name and mailing address**

**Sidney Rene Herrera**
**212 N CLAREMONT AVE**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 8**

**Nonpriority creditor's name and mailing address**

**Sidy Diop**
**890 Crestview dr**
**Millbrae, CA 94030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.3709**

**Nonpriority creditor's name and mailing address**

**Silver Pham**
**2906 AETNA WAY**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3710**

**Nonpriority creditor's name and mailing address**

**Silver State Couriers**
**PO Box 11795**
**Reno, NV 89510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1,393.00

---

**3.3711**

**Nonpriority creditor's name and mailing address**

**Silvia P Rodriguez Molina**
**830 SAN VERON AVE**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3712**

**Nonpriority creditor's name and mailing address**

**Simon James Sandoval**
**703 N LA BREDA AVE**
**WEST COVINA, CA 91791**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3713**

**Nonpriority creditor's name and mailing address**

**SIMON KEEGA MURIITHI**
**22706 PEAR ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3714**

**Nonpriority creditor's name and mailing address**

**Simon Keega Muriithi**
**22706 PEAR ST**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.371 5**

**Nonpriority creditor's name and mailing address**
SIMON SANTOS CALAUNAN
3163 WHITELEAF CR
SAN JOSE, CA 95148

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 6**

**Nonpriority creditor's name and mailing address**
Simon Santos Calaunan
3163 WHITELEAF CR
SAN JOSE, CA 95148

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 7**

**Nonpriority creditor's name and mailing address**
SINGUE TOKICO ROPER
913 ROLLINS RD APT 3
BURLINGAME, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 8**

**Nonpriority creditor's name and mailing address**
Singue Tokico Roper
913 ROLLINS RD APT 3
BURLINGAME, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.371 9**

**Nonpriority creditor's name and mailing address**
SIO KIFI DESHON PULU
1186 WOODBOROUGH PL
SAN JOSE, CA 95126-9512

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 0**

**Nonpriority creditor's name and mailing address**
Sio Kifi Deshon Pulu
1186 WOODBOROUGH PL
SAN JOSE, CA 95126

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.372**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sione Lavemai Lolohea**<br>**267 TERMINAL AVE**<br>**MENLO PARK, CA 94025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Siosiana Tonga**<br>**16018 VIA CONEJO**<br>**SAN LORENZO, CA 94580** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Siosifa Malolo Jr**<br>**4616 WOLF WY**<br>**ANTIOCH, CA 94531** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SIREE AHSANTEE UPSHURPERRY**<br>**16077 ASHLAND AVE APT 284**<br>**SAN LORENZO, CA 94580** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Siree Ahsantee Upshurperry**<br>**16077 ASHLAND AVE APT 284**<br>**SAN LORENZO, CA 94580** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SISHAW FEYESA**<br>**3121 TELEGRAPH AVE APT#207**<br>**OAKLAND, CA 94609** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.372 7**

**Nonpriority creditor's name and mailing address**

**Sishaw Feyesa**
**3121 TELEGRAPH AVE APT#207**
**OAKLAND, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 8**

**Nonpriority creditor's name and mailing address**

**SKAI SPIVEY PECSON**
**3772 SAVANNAH RD**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 9**

**Nonpriority creditor's name and mailing address**

**Skai Spivey Pecson**
**3772 SAVANNAH RD**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 0**

**Nonpriority creditor's name and mailing address**

**Smith Trinh**
**119 BIDDLEFORD CT**
**SAN JOSE, CA 95139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 1**

**Nonpriority creditor's name and mailing address**

**SOA LOREI FEAGAI**
**3505 WATERSTONE COURT**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 2**

**Nonpriority creditor's name and mailing address**

**Soa Lorei Feagai**
**3505 WATERSTONE COURT**
**SAN JOSE, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.373 3**

**Nonpriority creditor's name and mailing address**
**SOHEIL MAHANIAN**
**15020 SE 177TH PLACE**
**RENTON, WA 98050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 4**

**Nonpriority creditor's name and mailing address**
**SOLOMON BAYABEL**
**1404 NW RICHMOND BEACH RD 25**
**SHORELINE, WA 98177**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 5**

**Nonpriority creditor's name and mailing address**
**SON TRUONG NGUYEN**
**705 BERKSHIRE PL**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 6**

**Nonpriority creditor's name and mailing address**
**Son Truong Nguyen**
**705 BERKSHIRE PL**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 7**

**Nonpriority creditor's name and mailing address**
**Sonam Dolma Sherpa**
**482 HAWTHORN AVE APT 2**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 8**

**Nonpriority creditor's name and mailing address**
**Sonic Courier**
**PO Box 152105**
**Tampa, FL 33684-2105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$603.84**

---

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
_____
Name

---

| 3.373 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sonny Ngeth** | ■ Contingent | |
| **3583 GUMTREE DR** | ■ Unliquidated | |
| **SAN JOSE, CA 95111** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.374 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sonya Leanna Lampkin** | ■ Contingent | |
| **1815 74TH AVE APT B** | ■ Unliquidated | |
| **OAKLAND, CA 94621** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.374 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SONYA SUGGS** | ■ Contingent | |
| **444 SW 155TH ST  E** | ■ Unliquidated | |
| **BURIEN, WA 98166** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.374 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SONYA YATES** | ■ Contingent | |
| **2129 RHINE ST** | ■ Unliquidated | |
| **PITTSBURGH, PA 15212-1521** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.374 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **SOPHIA CUEVAS KIERI** | ■ Contingent | |
| **1957 CAPE HORN DR** | ■ Unliquidated | |
| **SAN JOSE, CA 95133** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.374 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Sophia Cuevas Kieri** | ■ Contingent | |
| **1957 CAPE HORN DR** | ■ Unliquidated | |
| **SAN JOSE, CA 95133** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.374 5**

**Nonpriority creditor's name and mailing address**

**Sosefina Lyn Utumapu**
**480 Reindollar ave**
**Marina, CA 93933**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 6**

**Nonpriority creditor's name and mailing address**

**Sosefo Vanila**
**580 AHWANEE AVE SPC 100**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 7**

**Nonpriority creditor's name and mailing address**

**Southern California Edison**
**PO Box 600**
**Rosemead, CA 09177-1001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$419.42**

---

**3.374 8**

**Nonpriority creditor's name and mailing address**

**SOVANNOROTH KAN**
**801 SPRING ST APT 2-1401**
**SEATTLE, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 9**

**Nonpriority creditor's name and mailing address**

**Specialty Express Couriers**
**PO Box 2008**
**Leander, TX 78646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.375 0**

**Nonpriority creditor's name and mailing address**

**Sprint Wireless**
**PO Box 4181**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,582.49**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number *(if known)*    **17-52865**

---

| 3.375 1 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|---|

**Stacey Renee Glover**
**2905 Old Almaden Rd.**
**San Jose, CA 95118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Starla Pauline Settergren**
**828 LINDEN AVE**
**SOUTH SAN FRANCISCO, CA 94080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STARLEANA Y HOLMES**
**1711 DAVIDSON AVE 6I**
**BRONX, NY 10453, NY 10453**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**STARLYN SINGLETON**
**14525 VOSE ST APT 1**
**VAN NUYS, CA 91405**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Starlyn Singleton**
**14525 VOSE ST APT 1**
**VAN NUYS, CA 91405**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$891.10** |
|---|---|---|---|

**STAT Express**
**PO Box 7528**
**Macon, GA 31209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.375 7**

**Nonpriority creditor's name and mailing address**
**State of CA Franchise Tax Board**
**PO BOX 942857**
**Sacramenta, CA 94257-4040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$910.59

---

**3.375 8**

**Nonpriority creditor's name and mailing address**
**Steffanie Anne Morales Holmes**
**2492 KAREN DR APT 3**
**SAN FRANCISCO, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.375 9**

**Nonpriority creditor's name and mailing address**
**STEPHANIE BLUNT**
**124 FOSTER AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376 0**

**Nonpriority creditor's name and mailing address**
**STEPHANIE CALDWELL**
**2254 BOULDER SPRINGS DRIVE**
**ELLENWOOD, GA 30294**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376 1**

**Nonpriority creditor's name and mailing address**
**Stephanie Marie Blunt**
**124 FOSTER AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376 2**

**Nonpriority creditor's name and mailing address**
**STEPHANIE MARIE MASINA**
**826 SAN VERON AVE**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*    **17-52865**

---

| 3.376 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Marie Masina**
**826 SAN VERON AVE**
**MOUNTAIN VIEW, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.376 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Marie Randall**
**12332 E 223RD ST HAWIIAN GDNS**
**HAWAIIAN GARDENS, CA 90716**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.376 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHANIE PERRY**
**2670 ILLINOIS ST**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.376 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Perry**
**2670 ILLINOIS ST**
**EAST PALO ALTO, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.376 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephanie Smith**
**2726 GLEN EVANS CT**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.376 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEPHEN GREGORY POLUMBUS**
**986 MALOTT DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3769**

**Nonpriority creditor's name and mailing address**

**Stephen Gregory Polumbus**
**986 MALOTT DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3770**

**Nonpriority creditor's name and mailing address**

**Stephen Guo**
**1339 FITZGERALD AVE**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3771**

**Nonpriority creditor's name and mailing address**

**STEPHEN PAUL HANCOCK**
**22815 VERMONT ST APT 405**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3772**

**Nonpriority creditor's name and mailing address**

**Stephen Paul Hancock**
**22815 VERMONT ST APT 405**
**HAYWARD, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3773**

**Nonpriority creditor's name and mailing address**

**Stephen Robinson**
**501 SOUTH SLOAN AVE**
**COMPTON, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3774**

**Nonpriority creditor's name and mailing address**

**Steve Roque Bialoglovski**
**10466 MILLER AVE**
**CUPERTINO, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.377 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN ARTEMIO CARBAJAL**
**1109 IDLEWOOD DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.377 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Artemio Carbajal**
**1109 IDLEWOOD DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.377 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Charles Farkas**
**948 CRESTVIEW DR**
**SAN CARLOS, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.377 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Craig Thomas**
**5901 Old School rd.**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.377 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**STEVEN DUANE SLUSHER**
**722 GETTYSBURG WAY**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.378 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steven Duane Slusher**
**722 GETTYSBURG WAY**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.378 1**

**Nonpriority creditor's name and mailing address**

**Steven Florentin Ortega**
**4727 W 147TH ST APT 224**
**LAWNDALE, CA 90260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 2**

**Nonpriority creditor's name and mailing address**

**Steven Gamaliel Hernandez Rojas**
**137 SAN MARCO AVE APT 6**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 3**

**Nonpriority creditor's name and mailing address**

**STEVEN GOODWIN**
**27606 PACIFIC HWY S APT G206**
**FEDERAL WAY, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 4**

**Nonpriority creditor's name and mailing address**

**STEVEN ISHOEEBAYAT**
**5719 PLAYA DEL RAY APT 1**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 5**

**Nonpriority creditor's name and mailing address**

**Steven IShoeebayat**
**5719 PLAYA DEL RAY APT 1**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378 6**

**Nonpriority creditor's name and mailing address**

**Steven James Farrell**
**1505A E SAN MARTIN AVE**
**SAN MARTIN, CA 95046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | **17-52865** |
|---|---|---|---|
| | Name | | |

---

**3.3787**

**Nonpriority creditor's name and mailing address**
**STEVEN LEWIS**
**25408 17 PL SW**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3788**

**Nonpriority creditor's name and mailing address**
**Steven William Iovino**
**861 Wainwright Dr**
**San Jose, CA 95128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3789**

**Nonpriority creditor's name and mailing address**
**Stevie Ray Miramontes**
**1518 RAMSGATE WAY**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3790**

**Nonpriority creditor's name and mailing address**
**Street Fleet**
**PO Box 14947**
**Minneapolis, MN 55414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,054.66**

---

**3.3791**

**Nonpriority creditor's name and mailing address**
**STUART D LE**
**14968 DONALD AVE**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3792**

**Nonpriority creditor's name and mailing address**
**Stuart D Le**
**14968 DONALD AVE**
**SAN LEANDRO, CA 94578**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)   **17-52865**

---

| 3.379 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUFIYAN IBRAHIM**
**7909 RAINIER AVE A**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUNDIP JAI SINGH**
**9933 WINDSOR WAY**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sundip Jai Singh**
**9933 WINDSOR WAY**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sung Han**
**59 MONTE VERANO CT**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUNG YU**
**1062 ARBOR RD**
**MENLO PARK, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sunu C Mathew**
**4200 BAY ST APT 265**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (*if known*)    **17-52865**
_____

---

| 3.3799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Surinder Singh Hundal**
**1565 Main Street #5**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUSAN VILAIPHONE**
**424 6TH ST C**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Vilaiphone**
**424 6TH ST C**
**RICHMOND, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUSANA MEDRANO**
**917 W HYDE PARK BLVD**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susana Medrano**
**917 W HYDE PARK BLVD**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SVEN PETER WALKER**
**185 UNION AVE #59**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.380 5**

**Nonpriority creditor's name and mailing address**

**Sven Peter Walker**
**185 UNION AVE #59**
**CAMPBELL, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.380 6**

**Nonpriority creditor's name and mailing address**

**Syed Abdul Lateef**
**1313 LEWIS ST APT 2**
**SANTA CLARA, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.380 7**

**Nonpriority creditor's name and mailing address**

**SYED HUSSAIN**
**107-28 157TH STREET APT# 3FL**
**JAMAICA, NY 11433**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.380 8**

**Nonpriority creditor's name and mailing address**

**Syed Salman Ali**
**43555GRIMMER BLVD APT D333**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.380 9**

**Nonpriority creditor's name and mailing address**

**Sylvia Contreras**
**847 TERESI CT**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381 0**

**Nonpriority creditor's name and mailing address**

**Tabitha Lynette Calloway**
**1053 43RD ST APT A**
**EMERYVILLE, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

**3.381**
**1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Tae Ho Yoon**
**338 STAPLES AVE**
**SAN FRANCISCO, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381**
**2**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**TAJ MAURICE VICKERS**
**1237 MILL WAY**
**STOCKTON, CA 95209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381**
**3**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Taj Maurice Vickers**
**1237 MILL WAY**
**STOCKTON, CA 95209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381**
**4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**TAJI MIKAL NAJI MEKKI**
**200 MONTECITO AVE APT 204**
**OAKLAND, CA 94552**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381**
**5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Taji Mikal Naji Mekki**
**200 MONTECITO AVE APT 204**
**OAKLAND, CA 94552**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381**
**6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**TALIA NICOLE HUDGENS**
**1001 MADERA AVE APT 4**
**MENLO PARK, CA 94025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3817**

**Nonpriority creditor's name and mailing address**

**Talia Nicole Hudgens**
**1001 MADERA AVE APT 4**
**MENLO PARK, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3818**

**Nonpriority creditor's name and mailing address**

**Tamara Denae Brown**
**457 NEPTUNE GARDENS APT B**
**ALAMEDA, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3819**

**Nonpriority creditor's name and mailing address**

**Tameishia Leggett**
**6400 WEST BLVD UNIT 107**
**LOS ANGELES, CA 90043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3820**

**Nonpriority creditor's name and mailing address**

**Tamika Richardson**
**2000 E 30TH APT 10**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3821**

**Nonpriority creditor's name and mailing address**

**Tamikko Dawn Bennett**
**2008 MT HAMILTON DR**
**ANTIOCH, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3822**

**Nonpriority creditor's name and mailing address**

**Tammeem Gawhari**
**3205 FIJI LANE**
**ALAMEDA, CA 94502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

**3.382 3**

**Nonpriority creditor's name and mailing address**

**Tangelia Myles**
**1749 OBISPO AVE #1**
**LONG BEACH, CA 90804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.382 4**

**Nonpriority creditor's name and mailing address**

**TANISHA RENE GREER**
**1940 E 29TH ST APT 8**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.382 5**

**Nonpriority creditor's name and mailing address**

**Tanisha Rene Greer**
**1940 E 29TH ST APT 8**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.382 6**

**Nonpriority creditor's name and mailing address**

**TANISHA YVONNE CARTHEN**
**1440 TREAT WAY**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.382 7**

**Nonpriority creditor's name and mailing address**

**Tanisha Yvonne Carthen**
**1440 TREAT WAY**
**SAN FRANCISCO, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.382 8**

**Nonpriority creditor's name and mailing address**

**TANNER EDWARD FELDMAN**
**477 REINA DEL MAR AVE**
**PACIFICA, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name                                              Case number (if known)    **17-52865**

---

| 3.382 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tanner Edward Feldman** | ■ Contingent | |
| **477 REINA DEL MAR AVE** | ■ Unliquidated | |
| **PACIFICA, CA 94044** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.383 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TANYA JEAN SPARKS** | ■ Contingent | |
| **907 COYOTE COURT** | ■ Unliquidated | |
| **ANTIOCH, CA 94509** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.383 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tanya Jean Sparks** | ■ Contingent | |
| **907 COYOTE COURT** | ■ Unliquidated | |
| **ANTIOCH, CA 94509** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.383 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TARA MARSHALL FERGUSON** | ■ Contingent | |
| **7916 NEY AVE APT B** | ■ Unliquidated | |
| **OAKLAND, CA 94603** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.383 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tara Marshall Ferguson** | ■ Contingent | |
| **7916 NEY AVE APT B** | ■ Unliquidated | |
| **OAKLAND, CA 94603** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.383 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TARIN ESMAN** | ■ Contingent | |
| **1915 ROBINWOOD ST** | ■ Unliquidated | |
| **NEW CASTLE, PA 16101** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.383 5**

**Nonpriority creditor's name and mailing address**

**Tarryn Munz**
**3900 MOORPARK AVE 143**
**SAN JOSE, CA 95117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 6**

**Nonpriority creditor's name and mailing address**

**Tasha Jenille Bruer**
**PO BOX 341426**
**LOS ANGELES, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 7**

**Nonpriority creditor's name and mailing address**

**TASHIQUA HOLIDAY**
**2388 CRESTON AVE 7C**
**BRONX, NY 10468**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 8**

**Nonpriority creditor's name and mailing address**

**TATIANA JOHNSON**
**2909 9TH STREET APT 401**
**BERKELEY, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 9**

**Nonpriority creditor's name and mailing address**

**Tatiana Kristin Johnson**
**2909 9TH STREET APT 401**
**BERKELEY, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 0**

**Nonpriority creditor's name and mailing address**

**TATIANA LAITITI**
**2401 W JEFFERSON BLVD APT 401**
**LOS ANGELES, CA 90018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known) **17-52865**

| 3.384 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tatiana Laititi**
**2401 W JEFFERSON BLVD APT 401**
**LOS ANGELES, CA 90018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TAURIAN TYRIQUE WARING**
**944 KELLY STREET APT#7**
**BRONX, NY 10459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tauriona Bridget Hamilton**
**1220 KENTWOOD LN APT 810**
**SAN LEANDRO, CA 94578**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tawsif Ahmed**
**1444 NEWCOMB AVE**
**SAN FRANCISCO, CA 94124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tayana Shawntee Mcleain**
**102 DAMSEN DR APT 102**
**SAN JOSE, CA 95116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taylor Kiyoshi Nakaki**
**11329 CHARNOCK RD**
**LOS ANGELES, CA 90066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.384 7**

**Nonpriority creditor's name and mailing address**

**Taylor Livingston Sharp**
**1001 Park Ave**
**Long Beach, CA 90804**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 8**

**Nonpriority creditor's name and mailing address**

**Taylor Mitchell**
**13810 SOUTH SAN PEDRO**
**SOUTH LOS ANGELES, CA 90061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 9**

**Nonpriority creditor's name and mailing address**

**Taylor Mohogany Ardelia Gray**
**3 REUEL CT**
**SAN FRANCISCO, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 0**

**Nonpriority creditor's name and mailing address**

**Ted Marcus Powell**
**7330 FULLBRIGHT AVE**
**WINNETKA, CA 91306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 1**

**Nonpriority creditor's name and mailing address**

**Ted Thana Assavarat**
**4811 APPIAN WAY BLDG 1 APT 5**
**EL SOBRANTE, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 2**

**Nonpriority creditor's name and mailing address**

**Teddy Gonzales Wong**
**308 HIDDENLAKE DR**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.385 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEDDY SHIFERAW**
**4801 S  OTHELLO ST**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEKLIT MISGINA**
**5502 RAINIER AVE S**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.64 |
|---|---|---|---|

**TelePacific Communication**
**PO Box 509013**
**San Diego, CA 92150-9013**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TEONA LEROMA CASH**
**33 HAMILTON STREET**
**BRADDOCK, PA 15104**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terence Raynard Clay Jr**
**3220 MEADOWS AVE APT R**
**MERCED, CA 95348**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TERESA L STOBERT**
**209 MILLERSTOWN CULLMERVILLE**
**TARENTUM, PA 15084**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3859**

Nonpriority creditor's name and mailing address

**Teresa Montanez**
**701 CURTNER AVENUE APT 392**
**SAN JOSE, CA 95125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3860**

Nonpriority creditor's name and mailing address

**TERESA PINONEZ VAZQUEZ**
**5330 MONTEREY RD  L-3**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3861**

Nonpriority creditor's name and mailing address

**Teresa Pinonez Vazquez**
**5330 MONTEREY RD L-3**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3862**

Nonpriority creditor's name and mailing address

**TERRA LATRICE MORRIS**
**1423 HUBBARD ST**
**PITTSBURGH, PA 15212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3863**

Nonpriority creditor's name and mailing address

**TERRELL JONES**
**425 PROTECTORY PL**
**PITTSBURGH, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3864**

Nonpriority creditor's name and mailing address

**Terrence Clarke Tugwell**
**3372 GEORGETOWN PL**
**SANTA CLARA, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                                 Case number *(if known)*    **17-52865**

---

| 3.386 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**TERRENCE EDWARD REYNOLDS**
**1164 OCCONOR ST**
**EAST PALO ALTO, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Terrence Edward Reynolds**
**1164 OCCONOR ST**
**EAST PALO ALTO, CA 94303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**TERRENCE JOSEPH BATES**
**1668 HUSTED AVE**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Terrence Joseph Bates**
**1668 HUSTED AVE**
**SAN JOSE, CA 95125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Terrence Roberts**
**8956 DALTON AVE**
**LOS ANGELES,CA, CA 90047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Terri Lynn Maldonado**
**582 PARADISE BLVD**
**HAYWARD, CA 94541**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| 3.387 |
| 1 |

**Nonpriority creditor's name and mailing address**
**TERRI LYNNE TAYLOR**
**442 WILCOX ST**
**CARNEGIE, PA 15106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 |
| 2 |

**Nonpriority creditor's name and mailing address**
**TERRIELL GLENN**
**1237 SUCCESS ST**
**PITTSBURGH, PA 15212-1521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 |
| 3 |

**Nonpriority creditor's name and mailing address**
**Terry Simpson**
**463 WOOSTER AVE APT D18**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 |
| 4 |

**Nonpriority creditor's name and mailing address**
**TESFALDET TEKLE**
**6521 208TH ST SW APT M14**
**LYNNWOOD, WA 98036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 |
| 5 |

**Nonpriority creditor's name and mailing address**
**THANG VAN LAI**
**1140 GIRARD ST**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.387 |
| 6 |

**Nonpriority creditor's name and mailing address**
**Thang Van Lai**
**1140 GIRARD ST**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.387 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Thanh Hoc Thai** | ■ Contingent | |
| | **925 AMADOR AVE** | ■ Unliquidated | |
| | **SUNNYVALE, CA 94085** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim:  **Class List** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.387 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Thanh Minh Luong** | ■ Contingent | |
| | **1297 FLICKINGER AVE** | ■ Unliquidated | |
| | **SAN JOSE, CA 95131** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim:  **Class List** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.387 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **THANH TUAN PHAM** | ■ Contingent | |
| | **1567 SIERRAVILLE AVE** | ■ Unliquidated | |
| | **SAN JOSE, CA 95132** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim:  **6 mo term** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.388 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Thanh Tuan Pham** | ■ Contingent | |
| | **1567 SIERRAVILLE AVE** | ■ Unliquidated | |
| | **SAN JOSE, CA 95132** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim:  **Class List** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.388 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$877.96** |
| | **The Hanover Insurance Group** | ☐ Contingent | |
| | **PO Box 580045** | ☐ Unliquidated | |
| | **Charlotte, NC 28258-0045** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.388 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **THEODORE HARRIS** | ■ Contingent | |
| | **8010 BLAIRMILL WAY 313E** | ■ Unliquidated | |
| | **SILVER SPRING, MD 20910** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim:  **6 mo term** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.388 3**

**Nonpriority creditor's name and mailing address**
**THERESA GROUDAS**
**210 WEST 140TH ST**
**NEW YORK, NY 10030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 4**

**Nonpriority creditor's name and mailing address**
**THERESA K FRANK**
**310 MARION AVE**
**PITTSBURGH, PA 15221**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 5**

**Nonpriority creditor's name and mailing address**
**THERESA MARIE MARTINEZ**
**1170 ELGIN STREET**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 6**

**Nonpriority creditor's name and mailing address**
**Theresa Marie Martinez**
**1170 ELGIN STREET**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 7**

**Nonpriority creditor's name and mailing address**
**Thiago Moncaio De Araujo Muniz**
**707 CONTINENTAL CIR APT 412**
**MOUNTAIN VIEW, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.388 8**

**Nonpriority creditor's name and mailing address**
**THIEN NGUYEN HI LE**
**2558 S KING RD APT 268**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                                    Case number *(if known)*    **17-52865**

---

| 3.388 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Thien Nguyen Hieu Le**
**2558 S KING RD APT 268**           ■ Contingent
**SAN JOSE, CA 95122**               ■ Unliquidated
                                     ■ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Class List**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Thien Van T Chau**
**2326 FAIRWAY DR**                  ■ Contingent
**SAN LEANDRO, CA 94577**            ■ Unliquidated
                                     ■ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Class List**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Thomas Birdwell**
**1236 PEACH CT**                    ■ Contingent
**SAN JOSE, CA 95116**               ■ Unliquidated
                                     ■ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Class List**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Thomas Davidson**
**P O BOX 1235**                     ■ Contingent
**ALVISO, CA 95002**                 ■ Unliquidated
                                     ■ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Class List**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Thomas Edward Behnke**
**800 N 8TH ST APT 111**             ■ Contingent
**SAN JOSE, CA 95112**               ■ Unliquidated
                                     ■ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Class List**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**THOMAS EDWARD LAURANT JR**
**22820 126TH PLACE SE**             ■ Contingent
**KENT, WA 98031**                   ■ Unliquidated
                                     ■ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **6 mo term**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.3895**

**Nonpriority creditor's name and mailing address**

**THOMAS EUGENE BARRETT**
**6451 MATTHEW CT**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3896**

**Nonpriority creditor's name and mailing address**

**Thomas Eugene Barrett**
**6451 MATTHEW CT**
**SAN JOSE, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3897**

**Nonpriority creditor's name and mailing address**

**THOMAS GERARD TAYLOR**
**27230 SLEEPY HOLLOW AVE SOUTH**
**APT 9**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3898**

**Nonpriority creditor's name and mailing address**

**Thomas Gerard Taylor**
**27230 SLEEPY HOLLOW AVE SOUTH**
**APT 9**
**HAYWARD, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3899**

**Nonpriority creditor's name and mailing address**

**THOMAS HAYES**
**530 SUMMERSET LANE**
**SANDY SPRINGS, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3900**

**Nonpriority creditor's name and mailing address**

**Thomas Rightly Perry**
**440 BIXBY DR**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

| 3.390<br>1 | **Nonpriority creditor's name and mailing address**<br>**Thomas Rodolfo Spillman**<br>**2657 SCOTTSDALE DR**<br>**SAN JOSE, CA 95148**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

---

| 3.390<br>2 | **Nonpriority creditor's name and mailing address**<br>**THOMAS WALTERS**<br>**230 GLADES RUN RD**<br>**CARMICHAELS, PA 15320**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __6 mo term__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

---

| 3.390<br>3 | **Nonpriority creditor's name and mailing address**<br>**Thomas Xirakis Peterson**<br>**1254 DAILY DR**<br>**SAN LEANDRO, CA 94577**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

---

| 3.390<br>4 | **Nonpriority creditor's name and mailing address**<br>**Thong Ngoc Nguyen**<br>**2084 S KING RD**<br>**SAN JOSE, CA 95122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

---

| 3.390<br>5 | **Nonpriority creditor's name and mailing address**<br>**Tiffany Dawn Kuhr**<br>**279 TWINLAKE DR**<br>**SUNNYVALE, CA 94089**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

---

| 3.390<br>6 | **Nonpriority creditor's name and mailing address**<br>**Tiffany Janay Allen**<br>**7124 ORRAL ST**<br>**OAKLAND, CA 94621**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Class List__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.390 7**

**Nonpriority creditor's name and mailing address**

**Tiffany Ngoc Le**
**2431 HARRINGTON AVE**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.390 8**

**Nonpriority creditor's name and mailing address**

**Tiffany Rose Quintana**
**P O BOX 2581**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.390 9**

**Nonpriority creditor's name and mailing address**

**TIFFANY SMITH**
**1856 E 25TH ST D**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.391 0**

**Nonpriority creditor's name and mailing address**

**Tiffany Smith**
**1856 E 25TH ST D**
**OAKLAND, CA 94606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.391 1**

**Nonpriority creditor's name and mailing address**

**Tilahun Teshome Defere**
**540 CALLAN AVE APT 208**
**SAN LEANDRO, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.391 2**

**Nonpriority creditor's name and mailing address**

**Tim Mah**
**102 PAMELA CT**
**DALY CITY, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

---

**3.391 3**

**Nonpriority creditor's name and mailing address**

**Timar Juwan Hooker**
**430 SOUTH C STREET**
**TRACY, CA 95376**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.391 4**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable**
**PO Box 11820**
**Newark, NJ 07101-8120**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$145.85**

---

**3.391 5**

**Nonpriority creditor's name and mailing address**

**TimeCycle**
**PO Box 250**
**South Hampton, PA 18966**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.391 6**

**Nonpriority creditor's name and mailing address**

**TIMOTHY ALLAN GRAY**
**12820 SYCAMORE AVE**
**SAN MARTIN, CA 95046**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.391 7**

**Nonpriority creditor's name and mailing address**

**Timothy Allan Gray**
**12820 SYCAMORE AVE**
**SAN MARTIN, CA 95046**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.391 8**

**Nonpriority creditor's name and mailing address**

**TIMOTHY ARTHUR BRACAMONTE**
**843 IRIS AVE**
**SUNNYVALE, CA 94086**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| | |
|---|---|
| **3.3919** | |

**Nonpriority creditor's name and mailing address**

**Timothy Arthur Bracamonte**
**843 IRIS AVE**
**SUNNYVALE, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.3920** | |

**Nonpriority creditor's name and mailing address**

**Timothy Garvey**
**115 VISTA DEL MONTE**
**LOS GATOS, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.3921** | |

**Nonpriority creditor's name and mailing address**

**TIMOTHY HINDLEY**
**1201 PRINCETON AVE**
**NATRONA HTS, PA 15065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.3922** | |

**Nonpriority creditor's name and mailing address**

**TIMOTHY LAMAR GORDON**
**105 N 1ST ST P O  BOX 1572**
**SAN JOSE, CA 95109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.3923** | |

**Nonpriority creditor's name and mailing address**

**Timothy Lamar Gordon**
**105 N 1ST ST P O BOX 1572**
**SAN JOSE, CA 95109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.3924** | |

**Nonpriority creditor's name and mailing address**

**TIMOTHY MATTHEW BONILLA**
**677 NORTH 14TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.392 5**

**Nonpriority creditor's name and mailing address**

**Timothy Matthew Bonilla**
**677 NORTH 14TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.392 6**

**Nonpriority creditor's name and mailing address**

**Timothy Matthew Proctor**
**931 Amberstone Ln.**
**San Ramon, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.392 7**

**Nonpriority creditor's name and mailing address**

**TIMOTHY MICHAEL SUGDEN**
**317 BEECHVAKE CT**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.392 8**

**Nonpriority creditor's name and mailing address**

**Timothy Michael Sugden**
**317 BEECHVAKE CT**
**SAN JOSE, CA 95119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.392 9**

**Nonpriority creditor's name and mailing address**

**TIMOTHY N TOMASELLO**
**121 EL MOLINO PL**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.393 0**

**Nonpriority creditor's name and mailing address**

**Timothy Nicholas Tomasello**
**121 EL MOLINO PL**
**SAN RAMON, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor  __A-1 Express Delivery Service, Inc._____   Case number (if known) __17-52865__
         Name

| 3.393 | | |
|---|---|---|
| 1 | | |

**Nonpriority creditor's name and mailing address**

**TIMOTHY OFFORD-JACK**
**12808 60TH LN S A1**
**SEATTLE, WA 98178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.393 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**

**Timothy Perilla Quejong**
**109 NEWTON ST**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.393 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**

**Timothy Reed**
**6024 Hillside Dr.**
**Felton, CA 95018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.393 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**Tingly Lam**
**2403 JACKSON AVE**
**ROSEMEAD, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.393 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**Tinh Xuong Pham**
**661 BONITA AVE #20**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.393 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**Tirsa Indira Mejia**
**3157 W 147TH ST**
**GARDENA, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name

Case number *(if known)*    **17-52865**

---

| 3.393 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tn'T Messenger**
**5220 E Pima Street**
**Tucson, AZ 85712**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$904.00**

---

| 3.393 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TOAN PHUC NGUYEN**
**2151 OAKLAND ROAD SPC #600**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.393 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Toan Phuc Nguyen**
**2151 OAKLAND ROAD SPC #600**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.394 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tobias Orlando Croffet**
**1428 PIEDMONT ROAD**
**SAN JOSE, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.394 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tod Kevin Nobriga**
**16026 VIA PRIMERO**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.394 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TODD DYSON**
**21235 102ND AVE SE**
**KENT, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|

Name

---

**3.394 3**

**Nonpriority creditor's name and mailing address**

**TODD RAYMOND CRUSE**
**2906 GLENSIDE DR**
**CONCORD, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394 4**

**Nonpriority creditor's name and mailing address**

**Todd Raymond Cruse**
**2906 GLENSIDE DR**
**CONCORD, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394 5**

**Nonpriority creditor's name and mailing address**

**Todd William Brown**
**963 SHORELINE DR**
**SAN MATEO, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394 6**

**Nonpriority creditor's name and mailing address**

**TOHID SHAERI-SEYSAN**
**136900 46TH PL APT B**
**BELLEVIEW, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394 7**

**Nonpriority creditor's name and mailing address**

**Tom Odom**
**1586 FOUR OAKS CIRCLE**
**SAN JOSE, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394 8**

**Nonpriority creditor's name and mailing address**

**TOMESIA RENEE FONTENETTE**
**301 AVIAN DR A-11**
**VALLEJO, CA 94591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**

Name

Case number (if known)    **17-52865**

---

| 3.394 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Tomesia Renee Fontenette**<br>301 AVIAN DR A-11<br>VALLEJO, CA 94591 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.395 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **TONISHA BRIANNA HADNOT**<br>365 98TH AVE<br>OAKLAND, CA 94603 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.395 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Tonisha Brianna Hadnot**<br>365 98TH AVE<br>OAKLAND, CA 94603 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.395 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Tonisha Renay Harris**<br>4012 CARIBBEAN COMMON<br>FREMONT, CA 94536 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.395 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **TONNICA RASHELL VALLERY**<br>1754 B ST  APT 14<br>HAYWARD, CA 94541 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.395 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Tonnica Rashell Vallery**<br>1754 B ST APT 14<br>HAYWARD, CA 94541 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.395 5**

**Nonpriority creditor's name and mailing address**
TONY FOSTER
2226 S 304TH ST
FEDERAL WAY, WA 98003

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 6**

**Nonpriority creditor's name and mailing address**
Tony Latroy Sawyer
8734 RAMONA ST
BELLFLOWER, CA 90706

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 7**

**Nonpriority creditor's name and mailing address**
Tony Quoc Phu
PO BOX 612292
SAN JOSE, CA 95161

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 8**

**Nonpriority creditor's name and mailing address**
Tony Stewart Walls Jr
329 EL DORADO AVE
HAYWARD, CA 94541

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 9**

**Nonpriority creditor's name and mailing address**
TONY TAN
1329 GOETTINGEN ST
SAN FRANCISCO, CA 94134

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 0**

**Nonpriority creditor's name and mailing address**
Tony Tan
1329 GOETTINGEN ST
SAN FRANCISCO, CA 94134

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
|        | Name |  |  |

---

**3.396
1**

**Nonpriority creditor's name and mailing address**
**TONY TSANG**
**2378 RIDGEGLEN WAY**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.396
2**

**Nonpriority creditor's name and mailing address**
**Tony Tsang**
**2378 RIDGEGLEN WAY**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.396
3**

**Nonpriority creditor's name and mailing address**
**Tracy Cooper**
**9963 ROMONA ST APT 20**
**BELLFLOWER, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.396
4**

**Nonpriority creditor's name and mailing address**
**TRACY FARLEY**
**2723 RAINBOW RIDGE ROAD**
**DECATUR, GA 30034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.396
5**

**Nonpriority creditor's name and mailing address**
**Tracy Szeto**
**2915 JO ANN DR**
**SAN PABLO, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.396
6**

**Nonpriority creditor's name and mailing address**
**Trai Lap Nguyen**
**317 EDUCATIONAL PARK DR**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name                                              Case number *(if known)*    **17-52865**

| 3.396 7 | **Nonpriority creditor's name and mailing address**<br>**TRAIJON DURON TELEBRICO**<br>**1549 W JEFFERSON BLVD**<br>**LOS ANGELES, CA 90018** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 8 | **Nonpriority creditor's name and mailing address**<br>**Traijon Duron Telebrico**<br>**1549 W JEFFERSON BLVD**<br>**LOS ANGELES, CA 90018** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 9 | **Nonpriority creditor's name and mailing address**<br>**Transportation Agent Grid**<br>**PO Box 5045**<br>**Hayward, CA 94540** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$328.70** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 0 | **Nonpriority creditor's name and mailing address**<br>**TRAVIS EVANS**<br>**1417 ELM ST**<br>**PITTSBURGH, PA 15221** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 1 | **Nonpriority creditor's name and mailing address**<br>**Travis Gary Bartlett**<br>**3550 SLOPEVIEW DR**<br>**SAN JOSE, CA 95148** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 2 | **Nonpriority creditor's name and mailing address**<br>**Travis Lamar Elliott**<br>**201 13TH STREET UNIT 29582**<br>**OAKLAND, CA 94604** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name                                                        Case number (if known)    **17-52865**

---

| 3.397 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Treanna Vonseal Colter** | ■ Contingent | |
| **2501 WEST VIEW STREET 307** | ■ Unliquidated | |
| **LOS ANGELES, CA 90016** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.397 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Trebien Bellows** | ■ Contingent | |
| **2404 7TH AVENUE** | ■ Unliquidated | |
| **LOS ANGELES, CA 90018** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.397 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **TRENT SHERMAN** | ■ Contingent | |
| **6616 7TH AVENUE** | ■ Unliquidated | |
| **LOS ANGELES, CA 90043** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.397 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Trent Sherman** | ■ Contingent | |
| **6616 7TH AVENUE** | ■ Unliquidated | |
| **LOS ANGELES, CA 90043** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.397 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **TRENTON JAMES BLACKWELL** | ■ Contingent | |
| **32725 GOSHEN ST** | ■ Unliquidated | |
| **UNION CITY, CA 94587** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **6 mo term** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.397 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Trenton James Blackwell** | ■ Contingent | |
| **32725 GOSHEN ST** | ■ Unliquidated | |
| **UNION CITY, CA 94587** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Class List** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| --- | --- | --- | --- |
| | Name | | |

| 3.3979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Trevor Lindon Lobert**
**3446 Gradell Place**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**TRI NGOC NGUYEN**
**2189 CINDERELLA LANE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Tri Ngoc Nguyen**
**2189 CINDERELLA LANE**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**TRI THANH PHAM**
**2593 VISTA DEL SOL DR**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Tri Thanh Pham**
**2593 VISTA DEL SOL DR**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**TRICIA LEGASPI**
**152 SONIA WAY**
**LIVERMORE, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **A-1 Express Delivery Service, Inc.** |
| | Name |

Case number (*if known*)    **17-52865**

---

**3.398 5**

**Nonpriority creditor's name and mailing address**

**Tricia Legaspi**
**152 SONIA WAY**
**LIVERMORE, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398 6**

**Nonpriority creditor's name and mailing address**

**Trinidad Sara Velasco**
**1415 E ALONDRA BLVD APT #K**
**COMPTON, CA 90221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398 7**

**Nonpriority creditor's name and mailing address**

**TRINU SHAHADA HULL**
**657 DOUGLAS AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398 8**

**Nonpriority creditor's name and mailing address**

**Trinu Shahada Hull**
**657 DOUGLAS AVE**
**OAKLAND, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398 9**

**Nonpriority creditor's name and mailing address**

**TRISTON NAGEE GIN**
**635 S  GREVILLEA AVE  APT 9**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 0**

**Nonpriority creditor's name and mailing address**

**Triston Nagee Gin**
**635 S GREVILLEA AVE APT 9**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    A-1 Express Delivery Service, Inc.
_____
Name                                                         Case number (if known)    17-52865

| 3.399 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Anthony Ward**
**295 Wistar rd**
**Oakland, CA 94603**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.399 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TROY CUNNINGHAM**
**1391 E ELMA CT.**
**ONTARIO, CA 91764**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.399 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Cunningham**
**13611 YUKON AVE APT 216**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.399 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Edward Johnston**
**18939 RAINIER AVE**
**HAYWARD, CA 94541**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.399 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Troy Wesley Hoffdahl**
**1231 BRIARLEAF CIR**
**SAN JOSE, CA 95113**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.399 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Trung Van Pham**
**2591 GLEN ALMA WAY**
**SAN JOSE, CA 95148**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ☐ No  ☐ Yes

Debtor    **A-1 Express Delivery Service, Inc.**
Name                                                          Case number (if known)    **17-52865**

---

| 3.399<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tsai Hung Sam Chow**
**1301 SAN DOMAR DRIVE UNIT A**
**MOUNTAIN VIEW, CA 94043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tuan Hoang**
**3984 WASHINGTON BLVD #240**
**FREMONT, CA 94538**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TUAN LUU**
**3535 SENTER RD**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tuan Luu**
**3535 SENTER RD**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tuan Nguyen**
**2683 SHADOWVALE WAY**
**SAN JOSE, CA 95132**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tunisia Marie Boudreaux Willis Shay**
**4145 PENNIMAN AVE**
**OAKLAND, CA 94619**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **A-1 Express Delivery Service, Inc.** |
| | Name |

Case number *(if known)*    **17-52865**

---

**3.400 3**

**Nonpriority creditor's name and mailing address**
**TY COOLEY**
**11845 FRIEDA DR**
**IRWIN, PA 15642**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 4**

**Nonpriority creditor's name and mailing address**
**TYESCHA DASHAY SCHULZFORD**
**625 BERRY AVE APT 106**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 5**

**Nonpriority creditor's name and mailing address**
**Tyescha Dashay Schulzford**
**625 BERRY AVE APT 106**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 6**

**Nonpriority creditor's name and mailing address**
**Tyler Andrew Legaspi**
**1236 PEACH CT**
**SAN JOSE, CA 95116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 7**

**Nonpriority creditor's name and mailing address**
**TYLER AUSTIN MATHIES**
**10228 FOOTHILL BLVD**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 8**

**Nonpriority creditor's name and mailing address**
**Tyler Austin Mathies**
**10228 FOOTHILL BLVD**
**OAKLAND, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **A-1 Express Delivery Service, Inc.** |
| | Name |
| | Case number (if known)    **17-52865** |

| 3.400 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tyler Bates**
**3621 DIAMOND AVE 3**
**OAKLAND, CA 94602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYLER BYNDON**
**13036 SE KENT-KANGLEY RD**
**APT 182**
**KENT, WA 98030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYLER SCOTT GOBLE**
**588 59TH ST APT 5**
**OAKLAND, CA 94609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tyler Scott Goble**
**588 59TH ST APT 5**
**OAKLAND, CA 94609**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TYREE LANIER GOODMAN**
**2763 PARK ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **6 mo term**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tyree Lanier Goodman**
**2763 PARK ST**
**BERKELEY, CA 94702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Class List**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number *(if known)*    **17-52865**

---

| 3.401 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYREEM TELLY SMITH**<br>**446 BERRIMAN STREET 2B**<br>**BROOKLYN, NY 11208** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRELL LAMAZ YOUNG**<br>**31745 CHESAPEAKE AVE APT 305**<br>**LOS ANGELES, CA 90016** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tyrell Lamaz Young**<br>**31745 CHESAPEAKE AVE APT 305**<br>**LOS ANGELES, CA 90016** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **TYRON CROCKETT**<br>**4750 APPIAN WAY APT 62**<br>**EL SOBRANTE, CA 94803** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __6 mo term__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tyron Crockett**<br>**4750 APPIAN WAY APT 62**<br>**EL SOBRANTE, CA 94803** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.402 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tyrone Dwayne Gums**<br>**22759 VERMONT ST APT 1**<br>**HAYWARD, CA 94541** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Class List__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.402**
**1**

**Nonpriority creditor's name and mailing address**
**Uhaul**
PO Box 52128
Phoenix, AZ 52128

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

$4,913.30

---

**3.402**
**2**

**Nonpriority creditor's name and mailing address**
**ULYSSES CUELLAR**
1722 4TH AVENUE
LOS ANGELES, CA 90019

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.402**
**3**

**Nonpriority creditor's name and mailing address**
**Ulysses Cuellar**
1722 4TH AVENUE
LOS ANGELES, CA 90019

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.402**
**4**

**Nonpriority creditor's name and mailing address**
**Umar Khan**
2539 SPINDRIFT CIR
HAYWARD, CA 94545

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.402**
**5**

**Nonpriority creditor's name and mailing address**
**Union Real Estate**
301 Grant Street Ste 1250
Pittsburgh, PA 15219

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

$1,092.00

---

**3.402**
**6**

**Nonpriority creditor's name and mailing address**
**Unity Courier Service**
3231 Fletcher Drive
Los Angeles, CA 90065

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

$2,191.66

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.402 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**URIEL HERRERA**
**1367 STAHL ST**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Uriel Herrera**
**1367 STAHL ST**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**US Healthworks**
**PO Box 50042**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,354.44 |
|---|---|---|---|

**US Pack Logistics LLC Dept 3545**
**PO Box 123545**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,769.04 |
|---|---|---|---|

**US Premium Finance**
**PO Box 630035**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Valentin Urquiza Pineda**
**4115 MIRALOMA WAY**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**

---

| 3.403 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**VALERIA FAUSTO**
**16161 HESPERIAN BLVD**
**SAN LORENZO, CA 94580**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Valeria Fausto**
**16161 HESPERIAN BLVD**
**SAN LORENZO, CA 94580**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**VALISHA LYDIA MCBRIDE**
**205 WENATCHEE COMMONS**
**FREMONT, CA 94539**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Valisha Lydia Mcbride**
**205 WENATCHEE COMMONS**
**FREMONT, CA 94539**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**VAN TRUC CAO**
**4614 SYMPHONY LANE**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Van Truc Cao**
**4614 SYMPHONY LANE**
**SAN JOSE, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                                Case number *(if known)*    **17-52865**
_____
Name

---

| 3.403 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vandana Sharma**
**584 JANICE AVE**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**VANESSA GONZALEZ**
**689 WYANDOTTE AVE**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vanessa Gonzalez**
**689 WYANDOTTE AVE**
**DALY CITY, CA 94014**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**VANESSA MUNA**
**1170 HARRISON ST APT 203**
**SEATTLE, WA 98109**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**VANESSA REINA VELASQUEZ**
**25684 SPRING DR APT D**
**HAYWARD, CA 94542**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Vanessa Reina Velasquez**
**25684 SPRING DR APT D**
**HAYWARD, CA 94542**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**
Name

Case number (if known)    **17-52865**

---

**3.404 5**

**Nonpriority creditor's name and mailing address**
**VAQUANA PRIVOTT**
**21837 HILLSIDE AVENUE 1F**
**QUEENS VILLAGE, NY 11427**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404 6**

**Nonpriority creditor's name and mailing address**
**Veritas Property Management**
**1995 Broadway Ste 1201**
**New York, NY 10023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

**3.404 7**

**Nonpriority creditor's name and mailing address**
**Vernesha Lashae Potts**
**1251 S ALMADEN AVE #B**
**SAN JOSE, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404 8**

**Nonpriority creditor's name and mailing address**
**VERNON CHARLES JENKINS**
**1419 7TH ST APT 4**
**BERKELEY, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404 9**

**Nonpriority creditor's name and mailing address**
**Vernon Charles Jenkins**
**1419 7TH ST APT 4**
**BERKELEY, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Class List_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.405 0**

**Nonpriority creditor's name and mailing address**
**VERNOY CHARLES MAYWEATHER**
**4903 WINDERMERE DR**
**NEWARK, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _6 mo term_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
          Name                                                    Case number (if known)    **17-52865**

---

| 3.405 | | |
|---|---|---|
| 1 | | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Vernoy Charles Mayweather**
**4903 WINDERMERE DR**                    ■ Contingent
**NEWARK, CA 94560**
                                         ■ Unliquidated

Date(s) debt was incurred _                ■ Disputed

Last 4 digits of account number _         Basis for the claim:  **Class List**

                                         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | | |
|---|---|---|
| 2 | | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Veronica Canalez**
**1075 SPACE PARK WAY SPC 169**          ■ Contingent
**MOUNTAIN VIEW, CA 94043**
                                         ■ Unliquidated

Date(s) debt was incurred _                ■ Disputed

Last 4 digits of account number _         Basis for the claim:  **Class List**

                                         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Veronica M Martinez**
**899 NORTH KING ROAD APT 1306**         ■ Contingent
**SAN JOSE CA, CA 95133**
                                         ■ Unliquidated

Date(s) debt was incurred _                ■ Disputed

Last 4 digits of account number _         Basis for the claim:  **Class List**

                                         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Veronica Rodriguez**
**4831 W 133RD ST**                      ■ Contingent
**HAWTHORNE, CA 90250**
                                         ■ Unliquidated

Date(s) debt was incurred _                ■ Disputed

Last 4 digits of account number _         Basis for the claim:  **Class List**

                                         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Victor Baker**
**278 TYRELLA AVE #10**                  ■ Contingent
**MOUNTAIN VIEW, CA 94043**
                                         ■ Unliquidated

Date(s) debt was incurred _                ■ Disputed

Last 4 digits of account number _         Basis for the claim:  **Class List**

                                         Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Victor David Manzano**
**10410 FOOTHILL BLVD APT 6**            ■ Contingent
**OAKLAND, CA 94605**
                                         ■ Unliquidated

Date(s) debt was incurred _                ■ Disputed

Last 4 digits of account number _         Basis for the claim:  **Class List**

                                         Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.405 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Dulay Cabradilla**
387 LAUREL AVE APT 12
HAYWARD, CA 94541

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTOR JOSUE MELARA ALVARADO**
1903 E BAYSHORE RD SPC 16
REDWOOD CITY, CA 94063

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Josue Melara Alvarado**
1903 E BAYSHORE RD SPC 16
REDWOOD CITY, CA 94063

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VICTOR KENNARD RAYFORD**
1870 MIDFIELD AVE APT 4
SAN JOSE, CA 95122

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Kennard Rayford**
1870 MIDFIELD AVE APT 4
SAN JOSE, CA 95122

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor Manuel Montes**
PO BOX 712
HAWTHORNE, CA 90251

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.406 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VICTOR OCTAVIO VIDRIO**
**2151 OAKLAND RD APT 613**
**SAN JOSE, CA 95131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victor Octavio Vidrio**
**2151 OAKLAND RD APT 613**
**SAN JOSE, CA 95131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VICTOR SULLIVAN**
**13611 YUKON AVE APT227**
**HATHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victor Sullivan**
**13611 YUKON AVE APT227**
**HATHORNE, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**VICTOR VALENTIN ACEVEDO**
**1224 HOPKINS DR**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Victor Valentin Acevedo**
**1224 HOPKINS DR**
**SAN JOSE, CA 95122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.4069**

**Nonpriority creditor's name and mailing address**
**VICTOR VILLASENOR**
**350 N GLENDALE AVE**
**STE B BX 258**
**GLENDALE, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4070**

**Nonpriority creditor's name and mailing address**
**Victor Villasenor**
**350 N GLENDALE AVE**
**STE B BX 258**
**GLENDALE, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4071**

**Nonpriority creditor's name and mailing address**
**Victor Vivanco David**
**748 VENICE WAY**
**INGLEWOOD, CA 90302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4072**

**Nonpriority creditor's name and mailing address**
**Victoria Ann Yetz**
**3187 WOODCREST DR**
**SAN JOSE, CA 95118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4073**

**Nonpriority creditor's name and mailing address**
**VICTORIA IRVING**
**3100 LUMBY DRIVE APT 708**
**DECATUR, GA 30034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4074**

**Nonpriority creditor's name and mailing address**
**VIET HOANG HO**
**1363 WOODELY DR**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.407<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**Viet Hoang Ho**<br>**1363 WOODELY DR**<br>**SAN JOSE, CA 95121**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.407<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**Vijay Kumar**<br>**4356 ELK DR**<br>**ANTIOCH, CA 94531**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.407<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**Vikram Gill**<br>**645 E I ST**<br>**BENICIA, CA 94510**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.407<br>8 | **Nonpriority creditor's name and mailing address**<br><br>**Vincent Ako Lozano**<br>**1377 E 32ND ST**<br>**OAKLAND, CA 94602**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.407<br>9 | **Nonpriority creditor's name and mailing address**<br><br>**Vincent Clay Porter**<br>**6306 Paramount Blvd Apt 4**<br>**Long Beach, CA 90805**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.408<br>0 | **Nonpriority creditor's name and mailing address**<br><br>**Vincent Diamond Berry**<br>**2077 THOMAS AVE**<br>**SAN FRANCISCO, CA 94124**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Class List**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | A-1 Express Delivery Service, Inc. | | Case number (if known) | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

| 3.408 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VINCENT EDWARDS**
**2108 PATRICIA LN 25D**
**NORTH VERSAILLES, PA 15137**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VINCENT J BROWN**
**1575 THIERIOT AVE UNIT 5K**
**BRONX, NY 10460**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vincent Lloyd Dizo IV**
**683 SAN JUAN DR APT 3**
**SUNNYVALE, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vincent Minh Triet Nguyen**
**1085 TASMAN DRIVE #446**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VINCENT NGUYEN**
**1085 TASMAN DRIVE #446**
**SUNNYVALE, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vincent Robinson**
**180 NORTH 4TH STREET UNIT 402**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **A-1 Express Delivery Service, Inc.**
_____
Name                                          Case number (if known)    **17-52865**

---

| 3.408 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VINCENT SORACE**
**233 MONKEY WRENCH RD**
**GREENSBURG, PA 15601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vir Matthew Bor Moranta**
**6744 SIGNAL PEAK CT**
**STOCKTON, CA 95210**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VIRGILS MOISE**
**573 E 22ND STREET APT 3A**
**BROOKLYN, NY 11226**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**VIRIDIANA MACIAS**
**1085 S 10TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Viridiana Macias**
**1085 S 10TH ST**
**SAN JOSE, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Virpal Kaur**
**P O BOX 730991**
**SAN JOSE, CA 95173**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number (if known)    **17-52865**
_____
Name

| | |
|---|---|
| **3.409 3** | |

**Nonpriority creditor's name and mailing address**                                **As of the petition filing date, the claim is:** *Check all that apply.*                $0.00

**Vivian Wang**
**65 MCCREERY AVE #137**                    ■ Contingent
**SAN JOSE, CA 95116**
■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _            **Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.409 4** | |

**Nonpriority creditor's name and mailing address**                                **As of the petition filing date, the claim is:** *Check all that apply.*                $0.00

**Vo Huu Duc Nguyen**
**2694 Olivestone Way**                    ■ Contingent
**San Jose, CA 95132**
■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _            **Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.409 5** | |

**Nonpriority creditor's name and mailing address**                                **As of the petition filing date, the claim is:** *Check all that apply.*                $0.00

**VU HOANG LE**
**392 LOS ENCINOS AVE**                    ■ Contingent
**SAN JOSE, CA 95134**
■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _            **Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.409 6** | |

**Nonpriority creditor's name and mailing address**                                **As of the petition filing date, the claim is:** *Check all that apply.*                $0.00

**Vu Hoang Le**
**392 LOS ENCINOS AVE**                    ■ Contingent
**SAN JOSE, CA 95134**
■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _            **Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.409 7** | |

**Nonpriority creditor's name and mailing address**                                **As of the petition filing date, the claim is:** *Check all that apply.*                $0.00

**Vu Huynh Mai**
**2380 LANNING WAY**                    ■ Contingent
**SAN JOSE, CA 95133**
■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _            **Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.409 8** | |

**Nonpriority creditor's name and mailing address**                                **As of the petition filing date, the claim is:** *Check all that apply.*                $0.00

**Vu Nguyen Huynh**
**859 MEDFORD AVE**                    ■ Contingent
**HAYWARD, CA 94541**
■ Unliquidated

Date(s) debt was incurred _                    ■ Disputed

Last 4 digits of account number _            **Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    A-1 Express Delivery Service, Inc.
_____
Name

Case number (if known)    17-52865

---

| | | |
|---|---|---|
| 3.409<br>9 | **Nonpriority creditor's name and mailing address**<br>**Vuchleang Taing**<br>**1817 NEWBRIDGE AVE**<br>**SAN MATEO, CA 94401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.410<br>0 | **Nonpriority creditor's name and mailing address**<br>**Walsh Messenger Service**<br>**4 Third Street**<br>**Garden City, NY 11040**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,440.00** |

| | | |
|---|---|---|
| 3.410<br>1 | **Nonpriority creditor's name and mailing address**<br>**Waltco Inc**<br>**PO Box 12147**<br>**Green Bay, WI 54307-2147**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,113.72** |

| | | |
|---|---|---|
| 3.410<br>2 | **Nonpriority creditor's name and mailing address**<br>**WALTER FRANCIS WALL IV**<br>**185 N 8TH ST**<br>**SAN JOSE, CA 95112**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.410<br>3 | **Nonpriority creditor's name and mailing address**<br>**Walter Francis Wall IV**<br>**185 N 8TH ST**<br>**SAN JOSE, CA 95112**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __Class List__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.410<br>4 | **Nonpriority creditor's name and mailing address**<br>**WALTER GARCIA**<br>**2262 HAVILAND AVENUE**<br>**BRONX, NY 10462**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  __6 mo term__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.410**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,472.68 |
|---|---|---|
| **Washington Express LLC** | ☐ Contingent | |
| **12240 Indian Creek Court** | ☐ Unliquidated | |
| **Ste 100** | ☐ Disputed | |
| **Beltsville, MD 20705** | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.410**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WAYNE DUCKWORTH** | ■ Contingent | |
| **520 WALKER DRIVE APT # 33** | ■ Unliquidated | |
| **MOUNTAIN VIEW, CA 94043** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **6 mo term** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.410**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Wayne Duckworth** | ■ Contingent | |
| **520 WALKER DRIVE APT # 33** | ■ Unliquidated | |
| **MOUNTAIN VIEW, CA 94043** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.410**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Wayne Graham** | ■ Contingent | |
| **614 EAST REGENT ST** | ■ Unliquidated | |
| **INGLEWOOD, CA 90301** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.410**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WEILIAN SHEN** | ■ Contingent | |
| **2263 ROYALTREE CIR** | ■ Unliquidated | |
| **SAN JOSE, CA 95131** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **6 mo term** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.411**
**0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Weilian Shen** | ■ Contingent | |
| **2263 ROYALTREE CIR** | ■ Unliquidated | |
| **SAN JOSE, CA 95131** | ■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

---

| 3.411 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**WELI ABDI**
**8730 RAINIER AVE SOUTH**
**SEATTLE, WA 98118**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**WENDY LEE STERNER**
**1332 CALLE ORIENTE APT 1**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Wendy Lee Sterner**
**1332 CALLE ORIENTE APT 1**
**MILPITAS, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**WESLEY HEDGLIN**
**330 N MAIN ST**
**SLIPPERY ROCK, PA 16057**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**Wesley J Stallings**
**1045 DAISY AVE**
**LONG BEACH, CA 90801**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |

**WESLEY RICKS**
**30042 MISSION BLVD**
**APT 121-179**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.411**
**7**

**Nonpriority creditor's name and mailing address**

**Wesley Ricks**
**30042 MISSION BLVD**
**APT 121-179**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411**
**8**

**Nonpriority creditor's name and mailing address**

**Wex Fleet**
**PO Box 6293**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$94,349.12**

---

**3.411**
**9**

**Nonpriority creditor's name and mailing address**

**Wilbert Leslie Knight Jr**
**1370 THIEL RD**
**HAYWARD, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412**
**0**

**Nonpriority creditor's name and mailing address**

**Wildoctric Benjamin Hackett**
**659 W HOMESTEAD RD APT 2**
**SUNNYVALE, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412**
**1**

**Nonpriority creditor's name and mailing address**

**WILEARL PICKENS JR**
**3400 RICHMOND PKWY APT 1822**
**RICHMOND, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412**
**2**

**Nonpriority creditor's name and mailing address**

**Wilearl Pickens Jr**
**3400 RICHMOND PKWY APT 1822**
**RICHMOND, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.412 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **William Allen Lemmon**<br>**1839 S MAIN ST APT 401**<br>**LOS ANGELES, CA 90015** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.412 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **William Anthony Moore**<br>**5410 WESTERN AVE APT 6**<br>**LOS ANGELES, CA 90062** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.412 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **William B Fernandez**<br>**4180 REDONDO BEACH BLVD APT B**<br>**TORRANCE, CA 90504** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.412 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WILLIAM BOILEAU**<br>**1205 27TH ST NW**<br>**PUYALLUP, WA 98371** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **6 mo term** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.412 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **William Brian Jennings**<br>**208 SOUTH BARRANCA SPACE 29**<br>**GLENDORA, CA 91741** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Class List** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.412 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **WILLIAM DELKER**<br>**1206 S W 137TH 538**<br>**BURIEN, WA 98166** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **6 mo term** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.4129**

**Nonpriority creditor's name and mailing address**
**WILLIAM EDWARD TURNER GROTH III**
**239 EDELEN AVE**
**LOS GATOS, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4130**

**Nonpriority creditor's name and mailing address**
**William Edward Turner Groth III**
**239 EDELEN AVE**
**LOS GATOS, CA 95030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4131**

**Nonpriority creditor's name and mailing address**
**WILLIAM FINKLEY**
**4115 FRANKLIN ROAD**
**PITTSBURGH, PA 15214**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4132**

**Nonpriority creditor's name and mailing address**
**William John Cox**
**9790 NO NAME UNO A**
**GILROY, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4133**

**Nonpriority creditor's name and mailing address**
**WILLIAM LUFFEY**
**1216 PROSPECT RD**
**PITTSBURGH, PA 15227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4134**

**Nonpriority creditor's name and mailing address**
**WILLIAM MALIE**
**319 SPIKER AVE**
**BELLE VERNON, PA 15012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.413 5**

**Nonpriority creditor's name and mailing address**

**William Paul Karavas**
**P.O. BOX 620116**
**Woodside, CA 94062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.413 6**

**Nonpriority creditor's name and mailing address**

**William Russell Perry**
**1431 LA MADRONA DR**
**SANTA CRUZ, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.413 7**

**Nonpriority creditor's name and mailing address**

**William Serrano**
**12915 VENICE BLVD APT 4**
**LOS ANGELES, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.413 8**

**Nonpriority creditor's name and mailing address**

**WILLIAM TODD RODRIGUEZ**
**2596 KENTRIDGE DR**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.413 9**

**Nonpriority creditor's name and mailing address**

**William Todd Rodriguez**
**2596 KENTRIDGE DR**
**SAN JOSE, CA 95133**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.414 0**

**Nonpriority creditor's name and mailing address**

**William Winton McCandless III**
**330 VAN BUREN AVE APT 8**
**OAKLAND, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    __A-1 Express Delivery Service, Inc._____        Case number *(if known)*    __17-52865__
　　　　　　Name

| 3.414 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WILLIE TUCKER**
**544 EVERGREEN ST APT 9**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Willie Tucker**
**544 EVERGREEN ST APT 9**
**INGLEWOOD, CA 90302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,652.00** |

**WL Westgate Venture LLC**
**PO Box 24051**
**Seattle, WA 98124-0051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**WONDWOSSEN TULU**
**15633 8TH AVE SW APT #4**
**BURIEN, WA 98166**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Wynesha Darnette Jackson**
**611 1/4 W 74 ST**
**LOS ANGELES, CA 90044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Xavier Ramirez Campos**
**5258 NORMA WAY**
**LIVERMORE, CA 94551**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|------------------------------------|------------------------|----------|
| | Name | | |

---

**3.414 7**

**Nonpriority creditor's name and mailing address**
**XPS Delivers.Com**
PO Box 7099
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$1,386.20

---

**3.414 8**

**Nonpriority creditor's name and mailing address**
**Xuming Yang**
**1926 THREADNEEDLE WAY**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.414 9**

**Nonpriority creditor's name and mailing address**
**Xuyang Liu**
**37767 FREMONT BLVD #42**
**FREMONT, CA 94536**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.415 0**

**Nonpriority creditor's name and mailing address**
**XZAVIER BRUCE-SOUTHERLAND**
**605 DIVISION AVENUE**
**PITTSBURGH, PA 15202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.415 1**

**Nonpriority creditor's name and mailing address**
**Yale Monroe Augustine**
**426 W 52ND PL**
**LOS ANGELES, CA 90037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.415 2**

**Nonpriority creditor's name and mailing address**
**Yaneli Abraham Rodriguez**
**1389 FELIPE AVENUE**
**SAN JOSE, CA 95122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|
| | Name | | | |

---

**3.415.3**

**Nonpriority creditor's name and mailing address**
**YANNI B VALLEY**
**2344 E  26TH ST**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415.4**

**Nonpriority creditor's name and mailing address**
**Yanni B Valley**
**2344 E 26TH ST**
**OAKLAND, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415.5**

**Nonpriority creditor's name and mailing address**
**Yareb Ishel Garcia**
**3711 BALDWIN ST APT 503**
**LOS ANGELES, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415.6**

**Nonpriority creditor's name and mailing address**
**YARED YIMER**
**24431 27TH AVE**
**DES MOINES, WA 98198**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415.7**

**Nonpriority creditor's name and mailing address**
**YASIN HAGI ISSE**
**30838 14TH AVE S 106**
**FEDERAL WAY, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **6 mo term**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.415.8**

**Nonpriority creditor's name and mailing address**
**Yazmin Hernandez Luna**
**130 ROUNDTABLE DR. APT F2**
**SAN JOSE, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Class List**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **A-1 Express Delivery Service, Inc.**
_____
Name

Case number (if known)    **17-52865**
_____

| | |
|---|---|
| **3.415<br>9** | |

**Nonpriority creditor's name and mailing address**
**YEDIDYA SEIFU**
**2305 1ST AVE 203**
**SEATTLE, WA 98121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.416<br>0** | |

**Nonpriority creditor's name and mailing address**
**Yessica X Leiva Lozano**
**1645 BOWLING GREEN DR**
**APT 107 C**
**SAN JOSE, CA 95121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.416<br>1** | |

**Nonpriority creditor's name and mailing address**
**Yitian Liang**
**1166 VIA ESPERANZA**
**SAN LORENZO, CA 94580**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.416<br>2** | |

**Nonpriority creditor's name and mailing address**
**YIZHAO ZHANG**
**1424 SILVER AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.416<br>3** | |

**Nonpriority creditor's name and mailing address**
**Yizhao Zhang**
**1424 SILVER AVE**
**SAN FRANCISCO, CA 94134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.416<br>4** | |

**Nonpriority creditor's name and mailing address**
**Yogesh Gajanan Vyas**
**21230 homestead road**
**Cupertino, CA 95014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

| 3.416 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

YOHANNES ABRAHA
9366 7TH AVE S
SEATTLE, WA 98108

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.416 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Yolanda Huerta
1000 National Ave
San Bruno, CA 94066

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.416 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

YOLANDA MARIE ATCHAN
148 DABNER
SAN LEANDRO, CA 94577

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.416 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Yolanda Marie Atchan
148 DABNER
SAN LEANDRO, CA 94577

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.416 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

YOLANDA VARELA
2930 21ST ST APT A
SAN FRANCISCO, CA 94110

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  6 mo term 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.417 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

Yolanda Varela
2930 21ST ST APT A
SAN FRANCISCO, CA 94110

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Class List 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.417 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YONAS BENTI**
**75272 LAKE CITY WAY NE APT B**
**SEATTLE, WA 98115**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _6 mo term_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YONAS NEGA**
**4426 LETITIA AVE S**
**SEATTLE, WA 98118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _6 mo term_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yongkang Zeng**
**6615 3RD ST**
**SAN FRANCISCO, CA 94124**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Class List_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YONIS MOHAMED**
**1420 WESTERN AVE 410**
**SEATTLE, WA 98101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _6 mo term_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YOUNIS ABDEL-KADER**
**20813 63 AVE WEST**
**LYNNWOOD, WA 98036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _6 mo term_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**YUSSUF MOHAMED**
**3002 S 208TH ST J5**
**SEATAC, WA 98198**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _6 mo term_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

---

**3.417 7**

**Nonpriority creditor's name and mailing address**

**Yvette Marie Guerrero**
**556 KING GEORGE AVENUE**
**SAN JOSE, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 8**

**Nonpriority creditor's name and mailing address**

**ZACHARY BROSKY**
**1658 DAGMAR AVE**
**PITTSBURGH, PA 15216**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 9**

**Nonpriority creditor's name and mailing address**

**ZACHARY HLISTA**
**663 MERCHANT STREET**
**AMBRIDGE, PA 15003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 0**

**Nonpriority creditor's name and mailing address**

**Zachary Nathaniel Lembcke-Pyke**
**677 NORTH BERENDO ST**
**LOS ANGELES, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 1**

**Nonpriority creditor's name and mailing address**

**Zachary Nicholas Schaff**
**689 WYANDOTTE AVE**
**DALY CITY, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 2**

**Nonpriority creditor's name and mailing address**

**Zachary Paul Rusmisel**
**2635 23RD ST APT C**
**SANTA MONICA, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|--------|-----------------------------------|------------------------|----------|
| | Name | | |

---

**3.418 3**

**Nonpriority creditor's name and mailing address**

**Zahrah Jameelah Mcdonald**
**2236 SANTA MARIA DR**
**PITTSBURG, CA 94565**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 4**

**Nonpriority creditor's name and mailing address**

**Zakir Ulfat**
**31755 ALVARADO BLVD 215**
**UNION CITY, CA 94587**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 5**

**Nonpriority creditor's name and mailing address**

**Zaldy San Juan Anselmo**
**23 JOHN GLENN CIR**
**DALY CITY, CA 94015**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 6**

**Nonpriority creditor's name and mailing address**

**ZANDER LOUIS LINGAD**
**1617 JESSICA WAY**
**SAN JOSE, CA 95121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 7**

**Nonpriority creditor's name and mailing address**

**Zander Louis Lingad**
**1617 JESSICA WAY**
**SAN JOSE, CA 95121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Class List**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 8**

**Nonpriority creditor's name and mailing address**

**ZARHUN KUFFA**
**8433 S 113TH ST**
**SEATTLE, WA 98178**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **6 mo term**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

---

**3.4189**

**Nonpriority creditor's name and mailing address**
**ZEBEDEE NOCEDA BIADORA**
**22713 RONAN AVENUE**
**CARSON, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4190**

**Nonpriority creditor's name and mailing address**
**Zebedee Noceda Biadora**
**22713 RONAN AVENUE**
**CARSON, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4191**

**Nonpriority creditor's name and mailing address**
**ZELIMIR MCDOWELL**
**27912 PACIFIC HIGHWAY SOUTH**
**APT 737**
**FEDERAL WAY, WA 98003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __6 mo term__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4192**

**Nonpriority creditor's name and mailing address**
**Zhilin Feng**
**10685 STEVENS CANYON RD**
**CUPERTINO, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4193**

**Nonpriority creditor's name and mailing address**
**Ziad Astifo**
**23839 BLUE RIDGE PLACE**
**MORENO VALLEY, CA 92557**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4194**

**Nonpriority creditor's name and mailing address**
**Zoe Zuniga**
**2570 BANCROFT WAY APT 6**
**BERKELEY, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Class List__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
|---|---|---|---|
| | Name | | |

| 3.419 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zoltan Gemes**
**10917 BLIX ST APT 9**
**NORTH HOLLYWOOD, CA 91602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

| 3.419 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Zsa Zsa Linette Randall**
**2348 WOODHILL DR**
**PITTSBURG, CA 94565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Class List__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AIC Owner, LLC**<br>**17981 Sky Park Circle**<br>**Bldg 39 J**<br>**Irvine, CA 92614** | Line  __3.97__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **AT&T**<br>**208 S Akard Street**<br>**Dallas, TX 75202** | Line  __3.360__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **CIT Leasing**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | Line  __3.771__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Comcast**<br>**1701 JFK Blvd**<br>**Philadelphia, PA 19103** | Line  __3.813__<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **EAN Services**<br>**600 Corporate Park Drive**<br>**Saint Louis, MO 63105** | Line  __3.1197__<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Enterprise Rent-a-Car**<br>**600 Corporate Park Drive**<br>**Saint Louis, MO 63105** | Line  __3.1293__<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Long Building Technologies**<br>**5700 Denver Ave S**<br>**Seattle, WA 98108** | Line  __3.2534__<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | A-1 Express Delivery Service, Inc. | Case number (if known) | 17-52865 |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **MetLife**<br>**200 Park Ave**<br>**New York, NY 10166** | Line  **3.2818**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Orcas Business Park**<br>**5700 6th Ave S #200**<br>**Seattle, WA 98108** | Line  **3.3111**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **US Premium Finance**<br>**280 Technology Parkway**<br>**Suite 200**<br>**Norcross, GA 30092** | Line  **3.4031**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 32,454.05 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 2,679,020.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,711,474.27 |

**Fill in this information to identify the case:**

Debtor name    **A-1 Express Delivery Service, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **17-52865**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Atlanta office** | |
| State the term remaining | **1450 West PC LLC** |
| List the contract number of any government contract | **1450 W Peachtree Street Atlanta, GA 30309** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **San Jose office** | |
| State the term remaining | **2150 TZB Inc.** |
| List the contract number of any government contract | **2150 Trade Zone Blvd Suite 299 San Jose, CA 95131** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Inglewood office** | |
| State the term remaining | **917 & 925 West Hyde Park** |
| List the contract number of any government contract | **2459 West 208th Street Suite 203 Torrance, CA 90501** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **401(k)** | |
| State the term remaining | **ADP 401K** |
| List the contract number of any government contract | **1 ADP Blvd Roseland, NJ 07068** |

| Debtor 1 | A-1 Express Delivery Service, Inc. | | | Case number (*if known*) | 17-52865 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Irvine office**

State the term remaining

List the contract number of any government contract

**AIC Owner, LLC**
**17981 Sky Park Circle**
**Bldg 39 J**
**Irvine, CA 92614**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Long distance phone service**

State the term remaining

List the contract number of any government contract

**AT&T**
**208 S Akard Street**
**Dallas, TX 75202**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **1-800Courier number**

State the term remaining

List the contract number of any government contract

**AT&T**
**208 S Akard Street**
**Dallas, TX 75202**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Atlanta telecom/internet**

State the term remaining

List the contract number of any government contract

**Birch Connect**
**320 Interstate N Cir SE**
**#300**
**Atlanta, GA 30339**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Medical/vision insurance**

State the term remaining

List the contract number of any government contract

**Cigna**
**900 Cottage Grove Road**
**Bloomfield, CT 06002**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Phone system**

State the term remaining

List the contract number of any

**CIT Leasing**
**21146 Network Place**
**Chicago, IL 60673-1211**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | A-1 Express Delivery Service, Inc. | | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Atlanta internet** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Comcast**<br>**1701 JFK Blvd**<br>**Philadelphia, PA 19103** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Sunnyvale telecom/internet** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Comcast**<br>**PO Box 34744**<br>**Seattle, WA 98124-1744** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Telecom/internet** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Comcast**<br>**PO Box 530098**<br>**Atlanta, GA 30353-0098** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Irvine telecom/internet** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cox Communication**<br>**PO Box 53280**<br>**Phoenix, AZ 85072-3280** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Hermosa Beach office** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cypress Street LLC**<br>**545 Cypress Street**<br>**Hermosa Beach, CA 90254** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **San Leandro parking** | **DCT Williams Street LLC**<br>**555 17th Street**<br>**Suite 3700**<br>**Denver, CO 80202** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **A-1 Express Delivery Service, Inc.**                                    Case number *(if known)*   **17-52865**
First Name          Middle Name          Last Name

| ██ | **Additional Page if You Have More Contracts or Leases** |
|---|---|

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract     _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **De Lage Landen Financial Serv**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **Donlen**<br>**3000 Lakeside Drive**<br>**2nd Floor**<br>**Bannockburn, IL 60015** |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **EAN Services**<br>**600 Corporate Park Drive**<br>**Saint Louis, MO 63105** |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Burlingame telecom/internet** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **EarthLink**<br>**PO Box 2252**<br>**Birmingham, AL 35246-1058** |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle rental** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract  _____ | | **Enterprise Rent-a-Car**<br>**600 Corporate Park Drive**<br>**Saint Louis, MO 63105** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **A-1 Express Delivery Service, Inc.** | | Case number *(if known)* | **17-52865** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Hermosa Beach internet** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Frontier Communications**<br>**PO Box 740407**<br>**Cincinnati, OH 45274-0407** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Phone lines** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fusion/Network Billing Systems**<br>**155 Willowbrook Blvd**<br>**Wayne, NJ 07470** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Burlingame office/parking** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Greg Schmitt**<br>**1580 Tennessee Street**<br>**San Francisco, CA 94107** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Toll free and local lines** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kall8**<br>**417 2nd Ave W**<br>**Seattle, WA 98119** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Seattle parking** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Long Building Technologies**<br>**5700 Denver Ave S**<br>**Seattle, WA 98108** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Pittsburgh parking** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Mangrove Cay LP**<br>**2500 Eldo Road**<br>**Monroeville, PA 15146** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **A-1 Express Delivery Service, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **17-52865**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Dental insurance** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **MetLife**<br>**200 Park Ave**<br>**New York, NY 10166** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Atlanta internet** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **One Ring**<br>**2030 Powers Ferry Road**<br>**Suite 200**<br>**Atlanta, GA 30339** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Seattle office** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Orcas Business Park**<br>**5700 6th Ave S #200**<br>**Seattle, WA 98108** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Paycom**<br>**7501 W Memorial Road**<br>**Oklahoma City, OK 73142** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **San Leandro office** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Scanlan Kemper Bard Co**<br>**810 NW Marshall Street**<br>**Suite 300**<br>**Portland, OR 97209** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Website** | **Shopify Capital Agreement**<br>**150 Elgin Street**<br>**8th Floor**<br>**Ottawa, Ontario Canada K2P 1L4** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Debtor 1  **A-1 Express Delivery Service, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **17-52865**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** |
| | State the term remaining | **Susquehanna Commercial Finance** |
| | List the contract number of any government contract | **2 Country View Road**<br>**Suite 300**<br>**Malvern, PA 19355** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Irvine internet** |
| | State the term remaining | **TelePacific Communication** |
| | List the contract number of any government contract | **PO Box 509013**<br>**San Diego, CA 92150-9013** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **New York telecom/internet** |
| | State the term remaining | **Time Warner Cable** |
| | List the contract number of any government contract | **PO Box 11820**<br>**Newark, NJ 07101-8120** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Pittsburgh office** |
| | State the term remaining | **Union Real Estate Company** |
| | List the contract number of any government contract | **301 Grant Street**<br>**Suite 1250**<br>**Pittsburgh, PA 15219** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Umbrella insurance finance** |
| | State the term remaining | **US Premium Finance** |
| | List the contract number of any government contract | **280 Technology Parkway**<br>**Suite 200**<br>**Norcross, GA 30092** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **A-1 Express Delivery Service, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*  **17-52865**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **NYC office** | |
|---|---|---|---|
| | State the term remaining | | **Veritas Property Management**<br>**1995 Broadway**<br>**Suite 1201**<br>**New York, NY 10023** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo**<br>**800 Walnut**<br>**4th Floor**<br>**Des Moines, IA 50309** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Western Financial**<br>**PO Box 640**<br>**503 Hwy 2 West**<br>**Devils Lake, ND 58301** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | | **Wintrust Capital**<br>**9700 West Higgins Road**<br>**Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   **A-1 Express Delivery Service, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **17-52865**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Lon Fancher** | **A-1 Express Delivery Service**<br>**1450 W Peachtree St, Suite 200**<br>**Atlanta, GA 30309** | **1450 West Peachtree Street LLC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Lon Fancher** | **A-1 Express Delivery Service**<br>**1450 W Peachtree St, Suite 200**<br>**Atlanta, GA 30309** | **CapFusion** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Lon Fancher** | **A-1 Express Delivery Service**<br>**1450 W Peachtree St, Suite 200**<br>**Atlanta, GA 30309** | **Fifth Third Bank** | ☐ D _____<br>■ E/F __3.1393__<br>☐ G _____ |
| 2.4 | **Lon Fancher** | **A-1 Express Delivery Service**<br>**1450 W Peachtree St, Suite 200**<br>**Atlanta, GA 30309** | **Kings Cash Group** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | **17-52865** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.5 | **Lon Fancher** | A-1 Express Delivery Service<br>1450 W Peachtree St, Suite 200<br>Atlanta, GA 30309 | **Summit Financial Resources, LP** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Mark McCurry** | A-1 Express Delivery Service<br>917 W Hyde Prak Blvd<br>Inglewood, CA 90302 | **1450 West Peachtree Street LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.7 | **Mark McCurry** | A-1 Express Delivery Service<br>917 W Hyde Park Blvd<br>Inglewood, CA 90302 | **American Express** | ☐ D _____<br>■ E/F ___3.203___<br>☐ G _____ |
| 2.8 | **Mark McCurry** | A-1 Express Delivery Service<br>917 W Hyde Park Blvd<br>Inglewood, CA 90302 | **CapFusion** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Mark McCurry** | A-1 Express Delivery Service<br>917 W Hyde Park Blvd<br>Inglewood, CA 90302 | **Fifth Third Bank** | ☐ D _____<br>■ E/F ___3.1393___<br>☐ G _____ |
| 2.10 | **Mark McCurry** | A-1 Express Delivery Service<br>917 W Hyde Park Blvd<br>Inglewood, CA 90302 | **Kings Cash Group** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Mark McCurry** | A-1 Express Delivery Service<br>917 W Hyde Park Blvd<br>Inglewood, CA 90302 | **Summit Financial Resources, LP** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **A-1 Express Delivery Service, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **17-52865**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,382,224.00** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$33,453,420.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$60,955,210.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **A-1 Express Delivery Service, Inc.**                                    Case number *(if known)* **17-52865**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached List** | **(Numbers are in the aggregate by Payee)** | **$7,969,255.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Lon Fancher**<br>**A-1 Express Delivery Service**<br>**1450 W Peachtree St, Suite 200**<br>**Atlanta, GA 30309**<br>**COO** | **December 23, 2016 - January 2017** | **$26,500.00** | **Repayment of loans** |
| 4.2.    **Mark McCurry**<br>**A-1 Express Delivery Service**<br>**917 W Hyde Park Blvd**<br>**Inglewood, CA 90302**<br>**President** | **November 22, 2016 - January 2017** | **$51,500.00** | **Repayment of loans** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | A-1 Express Delivery Service, Inc. | | Case number *(if known)* | 17-52865 |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Andrew Chacon and Erick Lopez v. A-1 Express Delivery Service, Inc.<br>2:15-cv-09901-DMG-AS | Failure to provide accurate paycheck and failure to pay overtime | U.S. District Court, C.D. California | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Jasmine Miller v. A-1 Express Delivery Service, Inc.<br>rg16831996 | Failure to pay correct overtime pay | Superior Court of Alameda County<br>Alameda, CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Derek Williams and Theresa Martinez v. A-1 Express Delivery Service, Inc.<br>cgc-17-556993 | PAGA tied to Google rapid shutdown | Superior Court of California - SF<br>San Francisco, CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Karin Bernal v. A-1 Express Delivery Service, Inc.<br>17CIV00196 | PAGA tied to Google rapid shutdown | San Mateo Superior Court<br>San Mateo, CA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Leonel Andalis v. A-1 Express Delivery Service, Inc.<br>1295740LM | Alleged incorrect final pay | San Jose Labor Commissioner<br>San Jose, CA | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | Jorge Maldonado v. 1-800Courier<br>12100388YN | Alleged incorrect final pay | San Jose Labor Commissioner<br>San Jose, CA | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **A-1 Express Delivery Service, Inc.** | Case number *(if known)* **17-52865** |
|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scroggins & Williamson, P.C. 4401 Northside Parkway Suite 450 Atlanta, GA 30327** | **Includes retainer and pre-petition fees** | **Feb. 8 - 14, 2017** | **$30,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1231 Collier Road Atlanta, GA 30318** | **July 2011 - Dec. 2014** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    A-1 Express Delivery Service, Inc.                                    Case number *(if known)*  17-52865

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| A-1 Express Delivery Service, Inc. 401(k) | EIN:  58-2298705 |

   Has the plan been terminated?
   ■ No
   ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| USA Storage 1244 Collier Road, NW Atlanta, GA 30318 | Lon Fancher, Donald Jones, Ha Hwang | Computers, office furniture | ☐ No ■ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | A-1 Express Delivery Service, Inc. | Case number *(if known)* | 17-52865 |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

---

Debtor    **A-1 Express Delivery Service, Inc.**                    Case number *(if known)*  **17-52865**

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Mark McCurry**<br>**504 3rd Street**<br>**Hermosa Beach, CA 90254** | **Jan. 2016 - Present** |
| 26a.2. **Ben Chu**<br>**512 Wiscot Lane**<br>**Marietta, GA 30068** | **Oct. 2014 - Jan. 2016** |
| 26a.3. **Kent Brown**<br>**623 3rd Street**<br>**Hermosa Beach, CA 90254** | **June 2015 - Jan. 2017** |
| 26a.4. **Barry Brouner**<br>**1776 Old Spring House Lane**<br>**Suite 303**<br>**Atlanta, GA 30338** | **Feb. 2015 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Mark McCurry**<br>**504 3rd Street**<br>**Hermosa Beach, CA 90254** | |
| 26c.2. **Barry Brouner**<br>**1776 Old Spring House Lane**<br>**Suite 303**<br>**Atlanta, GA 30338** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark McCurry** | **504 3rd Street**<br>**Hermosa Beach, CA 90254** | **President** | **50** |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 7

Debtor    **A-1 Express Delivery Service, Inc.**                                   Case number *(if known)*  **17-52865**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Lon Fancher** | **6775 Lisa Lane**<br>**Atlanta, GA 30338** | **COO** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | **Mark McCurry**<br>**504 3rd Street**<br>**Hermosa Beach, CA 90254** | **$288,269.00** | **Feb. 15, 2016 -**<br>**Feb. 14, 2017** | **Salary/loan repayment** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2<br>. | **Lon Fancher**<br>**6775 Lisa Lane**<br>**Atlanta, GA 30338** | **$201,887.00** | **Feb. 15, 2016 -**<br>**Feb. 14, 2017** | **Salary/loan repayment** |
| | **Relationship to debtor**<br>**COO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **A-1 Express Delivery Service, Inc.**                          Case number *(if known)*  **17-52865**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**March 21, 2017**__

__**/s/ Lon D. Fancher**__                                   __**Lon D. Fancher**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __**COO/Owner**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Attachment to SOFA #3

| Name | Total Value | Reason |
|------|-------------|--------|
| Summit | $5,473,015.00 | Secured Loan Payment |
| American Express | $566,873.91 | Unsecured Loan Payment |
| US Premium Finance | $343,609.08 | Unsecured Loan Payment |
| Capfusion | $199,519.20 | Secured Loan Payment |
| Kings Cash Group | $161,440.50 | Secured Loan Payment |
| American Express @Work | $145,628.13 | Unsecured Loan Payment |
| CIGNA | $126,594.49 | Vendor |
| WEX INC | $80,843.95 | Unsecured Loan Payment |
| Fifth Third | $78,668.22 | Unsecured Loan Payment |
| Mayesh - Los Angeles International Airport | $73,347.90 | Vendor |
| Google Adwords | $68,540.82 | Vendor |
| PayPal | $54,628.09 | Vendor |
| Jorge Morales | $44,795.43 | Vendor |
| Shopify | $39,197.60 | Unsecured Loan Payment/Vendor |
| Mike's Finest Wholesale Flowers | $34,432.23 | Vendor |
| Halls Atlanta | $33,942.14 | Vendor |
| Joe Branch DBA Sound Auto body | $32,887.99 | Vendor |
| Scroggins & Williamson | $31,717.00 | Vendor |
| San Bernando Couty Recorder | $30,025.71 | Vendor |
| Verizon Wireless | $28,221.27 | Vendor |
| Accurate Background | $25,631.59 | Vendor |
| Donlen | $23,387.19 | Vendor |
| 1450 W Peachtree LLC | $22,871.97 | Vendor |
| Cut Flowers | $21,232.51 | Vendor |
| Google Reimbursement for Rent | $19,626.65 | Vendor |
| Indeed | $19,316.27 | Vendor |
| Cut Flower Wholesale | $19,123.84 | Vendor |
| EKI Flowers | $18,158.60 | Vendor |
| Enterprise | $16,355.18 | Vendor |
| San Diego County Recorder | $15,789.00 | Vendor |
| Suntrust | $13,657.52 | Unsecured Loan Payment/Vendor |
| Full Pot of Flowers | $13,146.99 | Vendor |
| Sampson Morris Group | $11,410.00 | Vendor |
| Carlstedt, LLC | $10,556.40 | Vendor |
| Southland Greenhouses Inc | $9,736.96 | Vendor |
| D & D International | $9,136.47 | Vendor |
| Allure Farms | $8,560.75 | Vendor |
| Burton & Burton | $7,708.15 | Vendor |
| Wells Fargo | $7,643.37 | Unsecured Loan Payment |
| Floral Supply | $7,553.40 | Vendor |
| Ryder | $7,108.25 | Vendor |
| Craigslist | $6,940.00 | Vendor |
| Halbeib Automotive & Collision | $6,675.63 | Vendor |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re  __A-1 Express Delivery Service, Inc.__                                    Case No.  __17-52865__
                                              Debtor(s)          Chapter  __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept as a retainer ......................................... $ _____21,728.00

    Prior to the filing of this statement I have received as a retainer .............................. $ _____21,728.00

    Balance Due .............................................................................................. $ _____0.00

2.  $__1,717.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    [✔] Debtor     [ ] Other (specify):

4.  The source of compensation to be paid to me is:

    [✔] Debtor     [ ] Other (specify):

5.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service: Allowed fees and expenses which exceed the
    retainer.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__03/21/2017__                                    /s/ J. Robert Williamson
*Date*                                            **J. Robert Williamson 765214**
                                                  *Signature of Attorney*
                                                  **Scroggins & Williamson, P.C.**
                                                  **4401 Northside Parkway**
                                                  **Suite 450**
                                                  **Atlanta, GA 30327**
                                                  **404-893-3880  Fax: 404-893-3886**
                                                  **centralstation@swlawfirm.com**
                                                  *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Georgia

In re   **A-1 Express Delivery Service, Inc.**        Case No.   **17-52865**

                               Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Lon D. Fancher**<br>**1450 W. Peachtree Street**<br>**Suite 200**<br>**Atlanta, GA 30309** | **Common stock** | **50%** | **Owner** |
| **Mark McCurry**<br>**917 W. Hyde Park Blvd.**<br>**Inglewood, CA 90302** | **Common stock** | **50%** | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **COO/Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 21, 2017**              Signature   **/s/ Lon D. Fancher**

                                                     **Lon D. Fancher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   A-1 Express Delivery Service, Inc.

Debtor(s)

Case No.   **17-52865**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **A-1 Express Delivery Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 21, 2017**

Date

**/s/ J. Robert Williamson**

**J. Robert Williamson 765214**

Signature of Attorney or Litigant

Counsel for   **A-1 Express Delivery Service, Inc.**

**Scroggins & Williamson, P.C.**

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
**404-893-3880 Fax:404-893-3886**
**centralstation@swlawfirm.com**