## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-52865-PMB |
| | ) | |
| **A-1 EXPRESS DELIVERY SERVICE, INC.,** | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KILPATRICK TOWNSEND & STOCKTON LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF <u>MARCH 16, 2017 THROUGH MAY 1, 2017</u>

**PLEASE TAKE NOTICE** that Kilpatrick Townsend & Stockton LLP (the "Movant"), has filed a *First and Final Application for Compensation and Reimbursement of Expenses of Kilpatrick Townsend & Stockton LLP, as Counsel for the Period of March 16, 2017 Through May 1, 2017* (the "Application") in which the movant has requested that the Court award it fees and expenses incurred in representing the Official Committee of Unsecured Creditors in the above-captioned chapter 11 case. A copy of the Application may be obtained (i) upon request to the Movant as listed below; and (ii) in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Application in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia at 3:00 p.m. on July 25, 2017.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Court's ruling on the Application. You should read the Application carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views, then you and/or your attorney should attend the hearing. You may also file a written response to the Application with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the Movant at the address stated below.

Respectfully submitted, this 30th day of June, 2017.

**KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ Colin M. Bernardino*

Colin M. Bernardino, Esq.
Georgia Bar. No. 054879
Lindsey D. Simon
Georgia Bar No. 687871
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309-4528
Telephone:  (404) 532-6949
Facsimile:  (404) 541-4624
Email:  cbernardino@kilpatricktownsend.com
Email:  lsimon@kilpatricktownsend.com

*Counsel for the Official Committee of Unsecured
Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-52865-PMB |
| | ) | |
| **A-1 EXPRESS DELIVERY SERVICE, INC.,** | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF KILPATRICK TOWNSEND & STOCKTON LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MARCH 16, 2017 THROUGH MAY 1, 2017**

This First and Final Application for Compensation and Reimbursement of Expenses (the "Application") is made by Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend"), counsel to the duly appointed Official Committee of Unsecured Creditors (the "Committee") of A-1 Express Delivery Service, Inc. (the "Debtor"), and seeks compensation for services rendered and costs advanced by Kilpatrick Townsend for the period of March 16, 2017 through and including May 1, 2017 (the "Compensation Period"). In support of the Application, Kilpatrick Townsend respectfully represents as follows:

**I.      JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 331. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. § 1409. The statutory predicates for the relief requested herein are Sections 105(a), 330(a) and 331 of the United States Bankruptcy Code (the "Bankruptcy Code").

## II.     __BACKGROUND__

2.      On February 14, 2017 (the "Petition Date"), the Debtor filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code (the "Bankruptcy Code"). The Debtor was authorized to manage its business as debtor in possession under sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 13, 2017, as amended on March 15, 2017, the U.S. Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.

4.      Pursuant to the Court's *Order Authorizing the Employment and Retention of Kilpatrick Townsend & Stockton LLP as Attorneys for the Official Committee of Unsecured Creditors of A-1 Express Delivery Service, Inc.,* Nunc Pro Tunc *to March 16* which was entered on March 31, 2017, [Docket No. 100], Kilpatrick Townsend was employed as counsel to the Committee, effective as of March 16, 2017.

5.      The Debtor's chapter 11 case was converted to a case under chapter 7 of the Bankruptcy Code by order of the Court dated May 1, 2017, [Docket No. 110] (the "Conversion Order"). The Conversion Order provides that no later than June 30, 2017, Committee counsel "shall file an application for final approval of fees and expenses incurred in or in connection with administration of the Case under Chapter 11 . . . ." Conversion Order ¶ 7.

## III.     __REQUESTED COMPENSATION AND REIMBURSEMENT__

6.      This Application is filed by Kilpatrick Townsend pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure.

7.      This Application is the first and final fee application filed by Kilpatrick Townsend in for services in the chapter 11 case. By this Application, Kilpatrick Townsend seeks final approval of professional fees and reimbursable expenses in the amounts of $14,958.00 and

$36.67, respectively (the "Application Amount").

8.      All of the professional services which are the subject of this Application were rendered by Kilpatrick Townsend exclusively at the request of the Committee and not for or at the request of any other person or entity.

9.      No agreement exists, nor will any be made, to share any compensation received by Kilpatrick Townsend for its services on behalf of the Committee with any other person or firm.

10.      All of the expenses for which Kilpatrick Townsend seeks reimbursement were actually and necessarily incurred by Kilpatrick Townsend in connection with its rendition of professional services to or for the Committee in the chapter 11 case.

11.      As set forth in detail below, Kilpatrick Townsend's services in this case have been substantial, necessary, and beneficial to the Committee, the general unsecured creditors and other creditors, the Debtor and its estate, and other parties in interest.

## IV.    EXHIBITS WITH DETAIL OF FEES AND EXPENSES

12.      In the ordinary course of its business, Kilpatrick Townsend maintains records of time expended by its attorneys and paralegals in rendering services to its clients.  The time records are made contemporaneously with the rendering of professional services and are prepared contemporaneously by the professional who rendered the service.

13.      Kilpatrick Townsend also maintains contemporaneous records of all actual and necessary expenses incurred in connection with the rendition of professional services to its clients in the ordinary course of its business.

14.      The exhibits relating to the professional services performed and reimbursable expenses incurred during the Compensation Period are as follows:

a. Exhibit "A" is a summary of the hours expended during the Compensation Period by each professional.

b. Exhibit "B" is a summary of the professional services rendered during the Compensation Period for each Task Code.

c. Exhibit "C" are the applicable invoices for work completed during the period from March 16, 2017 through May 1, 2017, detailing chronologically, by Task Code, all of the professional services rendered to the Committee during the Compensation Period, from Kilpatrick Townsend's contemporaneous time records. The time records show the professional services rendered, the date on which the services were performed, the person who performed the services, and the amount of time spent performing the services.

d. Exhibit "D" is a statement detailing expenses incurred, which expenses are considered extraordinary and not included in Kilpatrick Townsend's overhead, for which approval of reimbursement is requested by this Application during the Compensation Period.

## V. SUMMARY OF LEGAL SERVICES PERFORMED BY KILPATRICK TOWNSEND DURING THE COMPENSATION PERIOD

15. Set forth below are summary descriptions of the legal services performed by Kilpatrick Townsend during the Compensation Period on behalf of the Committee. The time records for the legal services, in a chronological listing by Task Code, are set forth in Exhibit C. These legal services were performed under the supervision of Colin M. Bernardino, lead counsel for the Committee.

16. The recitation of each and every professional service Kilpatrick Townsend performed for the Committee during the Compensation Period would unduly burden the Court. Hence, the following summary highlights the major areas to which Kilpatrick Townsend devoted substantial time and attention during the Compensation Period:

(a) advising the Committee concerning their rights and options in the chapter 11 case;

(b) reviewing the Debtor's schedules, pleadings, applications, petitions, orders, and other documents and providing the Committee with analysis and advice relating to such

6

documents;

(c) investigating creditors' liens and claims;

(d) investigating causes of action held by the estate;

(e) evaluating and representing the Committee on issues before the Court, including the sale, cash collateral, and other case motions;

(f) representing the Committee at the Section 341 meeting; and

(g) all other maters necessary and incidental to the representation of the Committee in the chapter 11 case.

17.     When reviewing a fee application, this Court evaluates the following factors: time and labor required; the novelty and difficulty of the questions presented; the skills requisite to performing the legal services properly; the preclusion of other employment by the attorney or trustee due to acceptance of this case; the customary fee charged by such attorney or trustee; whether the fee is fixed or contingent; time limitations imposed by the client or other circumstances; the amount involved and the results obtained; the experience, reputation and ability of the attorney or trustee; the "undesirability" of the case; the nature and length of the professional relationship with the client; and awards in similar cases.  *Grant v. George Schumann Tire & Battery Company*, 908 F.2d 874 (11th Cir. 1990).

18.     As shown on the attached invoices, Kilpatrick Townsend seeks compensation for services rendered at its regular rates, with a ten percent discount, charged during the Compensation Period.  The timing of the Committee's formation within the chapter 11 case required Kilpatrick Townsend to act swiftly and decisively to represent the Committee on important substantive matters, including the use of cash collateral and the asset purchase agreement.  Furthermore, Kilpatrick Townsend's rates for its services which are sought in this

motion are in line with awards in similar cases.  Under the circumstances, the services Kilpatrick Townsend rendered and expenses incurred in the requested amounts are necessary and reasonable.

VI.     <u>Summary of Reimbursable Expenses</u>

19.     Kilpatrick Townsend incurred actual and necessary out-of-pocket expenses during the Compensation Period in connection with the rendition of the professional services described above in the amounts set forth in <u>Exhibit D</u>.   By this Application, Kilpatrick Townsend respectfully requests allowance of such reimbursement in full.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, Kilpatrick Townsend respectfully requests that this Court enter an Order, substantially in the form of the attached Exhibit E, providing for: (a) approval of Kilpatrick Townsend's professional fees of $14,958.00 and reimbursable expenses of $36.67 for an aggregate of $14,977.67 (the "Final Compensation") for the Compensation Period; and (b) authorization for the Final Compensation to be an allowed administrative expense of the chapter 11 case, to be paid as and when funds are available in accordance with sections 726, 507, and 503(b)(2) of the Bankruptcy Code or by other order of this Court.

Dated: June 30, 2017                    /s/ Colin M. Bernardino
                                        _____

                                        **KILPATRICK TOWNSEND & STOCKTON LLP**
                                        Colin M. Bernardino, Esq.
                                        Georgia Bar. No. 054879
                                        Lindsey D. Simon
                                        Georgia Bar No. 687871
                                        1100 Peachtree Street NE, Suite 2800
                                        Atlanta, Georgia 30309-4528
                                        Telephone:  (404) 532-6949
                                        Facsimile:  (404) 541-4624
                                        Email:  cbernardino@kilpatricktownsend.com
                                        Email:  lsimon@kilpatricktownsend.com
                                        *Counsel for the Official Committee of Unsecured*
                                        *Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 17-52865-PMB** |
| | ) | |
| **A-1 EXPRESS DELIVERY SERVICE, INC.,** | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

**DECLARATION OF COLIN M. BERNARDINO IN SUPPORT OF
FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF KILPATRICK TOWNSEND & STOCKTON LLP, AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD OF MARCH 16, 2017 THROUGH MAY 1, 2017**

I, Colin M. Bernardino, declare under penalty of perjury that the statements contained in

the foregoing Application as to fees and expenses sought for Kilpatrick Townsend & Stockton

LLP are true and correct and that no agreement exists, directly or indirectly, for division of the

compensation to be awarded with any creditor, the Debtors, any other attorney (except in

accordance with agreements between the firm's members), or any other person whatsoever.

This 30th day of June, 2017.

*/s/ Colin M. Bernardino*
COLIN M. BERNARDINO

*Penalty for making a false statement or concealing property:* Fine of up to
$500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-52865-PMB |
| | ) | |
| **A-1 EXPRESS DELIVERY SERVICE, INC.,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on June 30, 2017, I served a true and correct copy of the *First and Final Application for Compensation and Reimbursement of Expenses of Kilpatrick Townsend & Stockton LLP, as Counsel for the Period of March 16, 2017 Through May 1, 2017* by causing the same to be deposited in the United States Mail with adequate postage affixed thereon and addressed to the following persons:

Matthew W. Levin
J. Robert Williamson
SCROGGINS &WILLIAMSON, P.C.
One Riverside
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327

Lindsay P. Kolba
OFFICE OF THE UNITED STATES
TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

M. Denise Dotson, LLC
170 Mitchell St., SW
Atlanta, GA 30303

William A. Rountree
Macey, Wilensky & Hennings, LLC
303 Peachtree Street, NE, Suite 4420,
Atlanta, GA 30308

*/s/ Colin M. Bernardino*

**KILPATRICK TOWNSEND & STOCKTON LLP**
Colin M. Bernardino, Esq.
(Georgia Bar. No. 054879)
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309-4528

Telephone:  (404) 532-6949
Facsimile:   (404) 541-4624
Email:   cbernardino@kilpatricktownsend.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

## SUMMARY OF BILLING BY PROFESSIONAL

| Name of Professional Person | Position of the Professional Person, Number of Years in that Position,  Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Colin M. Bernardino ("CMB") | Partner of firm since 2010 specializing in creditors' rights/insolvency law, admitted in 2000. | $630 | 12.8 | $7,843.50 |
| Lindsey D. Simon ("LS") | Associate at firm since 2015, specializing in creditors' rights/insolvency law and litigation, admitted in 2014. | $346.50 | 19.5 | $6,756.75 |
| Shavone Green ("SG") | Paraprofessional | $238.50 | 1.5 | $357.75 |
| | **GRAND TOTAL:** | | **33.8** | **$14,958.00** |
| **BLENDED HOURLY RATE:** | **$442.51** | | | |

# EXHIBIT B

**SERVICES RENDERED BY TASK CODE**
**MARCH 16, 2017 THROUGH AND INCLUDING MAY 1, 2017**

| BILLING CATEGORY / TASK CODE | HOURS | AMOUNT |
|---|---|---|
| Case Administration | 5.3 | $1,674.45 |
| Asset Analysis and Recovery | 5.5 | $2,189.25 |
| Asset Disposition | 3.3 | $2,079.00 |
| Meetings of and Communications w/ Creditors | 9.1 | $4,485.60 |
| Fee/Employment Applications | 5.1 | $2,192.40 |
| Avoidance Action Analysis | 0.3 | $189.00 |
| Other Contested Matters | 3.6 | $1,360.80 |
| Non-Working Travel | 0.7 | $220.50 |
| Financing/Cash Collections | 0.9 | $567.00 |
| **TOTALS:** | **33.8** | **$14,958.00** |

# EXHIBIT C

**KILPATRICK
TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
P.O. Box 945614
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
Fed I.D. 58-0511774

April 14, 2017

A-1 EXPRESS DELIVERY CREDITORS COMMITTEE
C/O AMTRUST NORTH AMERICA
C/O ALAN C. HOCHHEISER
MAURICE WUTSCHER, LLP
2000 AUBURN DRIVE, SUITE 200, ONE CHAGRIN
HIGHLANDS
BEACHWOOD, OH 44122

| | |
|---|---|
| Client: | 102560 |
| Matter: | 1044038 |
| Invoice #: | 11891005 |

RE:   A-1 EXPRESS CREDITORS COMMITTEE

**For Professional Services Through March 31, 2017:**

### B110 - Case Administration

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/17/2017 | SG | Prepare, file and serve notice of appearance (.4); calendar hearing dates and objection deadlines (.1). | 0.50 | 119.25 |
| 03/17/2017 | LS | Correspondence with C. Bernardino and S. Green regarding A-1 express deadlines. | 0.40 | 138.60 |
| 03/18/2017 | LS | Review sale, cash collateral, and other pleadings (1.1); prepare memorandum to C. Bernardino regarding case issues and pending matters before the court (.3). | 1.40 | 485.10 |
| 03/19/2017 | LS | Correspondence with C. Bernardino regarding summary of assets and correspondence with Debtor's counsel (.4); prepare committee meeting agenda (.3). | 0.70 | 242.55 |
| 03/20/2017 | LS | Correspondence with C. Bernardino regarding summary of cash collateral and lift stay hearings. | 0.20 | 69.30 |
| 03/21/2017 | LS | Prepare committee bylaws. | 0.30 | 103.95 |
| 03/28/2017 | LS | Meet with C. Bernardino regarding case status, conversion, and approach to 341 meeting (.3); correspondence with United States Trustee regarding 341 meeting (.2); call with C. Bernardino regarding the same (.1). | 0.60 | 207.90 |
| 03/30/2017 | SG | Prepare, file and serve employment application (.4); upload application order (.1). | 0.50 | 119.25 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

### B110 - Case Administration

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/31/2017 | SG | Prepare and file certificate of service (.3); serve committee application order (.2). | 0.50 | 119.25 |
| | | *Task Subtotal* | **5.10** | **1,605.15** |

### B120 - Asset Analysis and Recovery

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/22/2017 | CMB | Review schedules and SOFA (.2); telephone call to M. Levin regarding status of closing, conversion, and remaining estate assets (.6); telephone call to L. Simon regarding same (.2). | 1.00 | 630.00 |
| 03/22/2017 | LS | Review schedules and sale motion and order to evaluate any assets or information which were not transfered in the sale (1.3); prepare memorandum regarding same to C. Bernardino (.2). | 1.50 | 519.75 |
| 03/29/2017 | LS | Prepare for and attend 341 Meeting on behalf of the Committee (2.4); correspondence with C. Bernardino regarding the same (.2); prepare memorandum to C. Bernardino regarding 341 meeting (.4). | 3.00 | 1,039.50 |
| | | *Task Subtotal* | **5.50** | **2,189.25** |

### B130 - Asset Disposition

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/16/2017 | CMB | Attend sale hearing. | 3.30 | 2,079.00 |
| | | *Task Subtotal* | **3.30** | **2,079.00** |

### B150 - Meetings of and Communications w/ Creditors

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/16/2017 | CMB | Prepare correspondence to Committee regarding sale hearing (.1); telephone call to L. Simon regarding bylaws (.1). | 0.20 | 126.00 |
| 03/17/2017 | CMB | Telephone call to L. Simon regarding committee agenda items (.1); correspondence regarding objection deadlines and hearings (.1); prepare correspondence to Committee regarding next meeting (.1). | 0.30 | 189.00 |

Case 17-52865-pmb    Doc 137    Filed 06/30/17    Entered 06/30/17 16:44:20    Desc Main
Document    Page 20 of 30
102560.1044038.11891005

Page 3

## B150 - Meetings of and Communications w/ Creditors

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/20/2017 | CMB | Revise Committee meeting agenda (.1); prepare for Committee meeting (.3); participate in Committee meeting (.4); prepare correspondence to L. Simon regarding meeting minutes (.1). | 0.90 | 567.00 |
| 03/20/2017 | LS | Prepare for and attend telephonic meeting of Committee of Unsecured Creditors. | 0.70 | 242.55 |
| 03/23/2017 | CMB | Correspondence from and to M. Bradley regarding Jevic decision. | 0.10 | 63.00 |
| 03/23/2017 | LS | Review docket and pleadings and prepare memorandum to Committee regarding same. | 0.90 | 311.85 |
| 03/27/2017 | CMB | Telephone call from and to S. Goldstein regarding status of case. | 0.10 | 63.00 |
| 03/28/2017 | CMB | Review correspondence regarding 341 meeting (.1); telephone call to L. Simon regarding potential 341 meeting areas of inquiry (.5). | 0.60 | 378.00 |
| 03/29/2017 | CMB | Conference with L. Simon regarding 341 meeting (.3); revise committee meeting agenda and minutes (.2); revise bylaws (.2); prepare correspondence to Committee members regarding agenda, revised bylaws, conversion motion and 341 meeting (.4). | 1.10 | 693.00 |
| 03/29/2017 | LS | Prepare Committee meeting minutes and agenda for 3/30/17 meeting (.4); call with C. Bernardino regarding the same (.1). | 0.50 | 173.25 |
| 03/30/2017 | CMB | Prepare for Committee meeting (.7); participate in Committee meeting (.6). | 1.30 | 819.00 |
| 03/30/2017 | LS | Prepare for committee meeting (.6); attend telephonic Committee meeting (.6); call with C. Bernardino regarding Committee call (.2). | 1.40 | 485.10 |
| 03/31/2017 | CMB | Prepare correspondence to M. Bradley regarding Committee meeting and motion to convert and prepare correspondence to Committee regarding next Committee meeting. | 0.10 | 63.00 |
| | | ***Task Subtotal*** | **8.20** | **4,173.75** |

### B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/16/2017 | LS | Correpsondence with C. Bernardino regarding retention (.3); prepare retention application (.3). | 0.60 | 207.90 |
| 03/16/2017 | LS | Prepare and revise retention application (1.6); correspondence with C. Bernardino regarding the same (.1). | 1.70 | 589.05 |
| 03/17/2017 | CMB | Revise employment application. | 0.80 | 504.00 |
| 03/18/2017 | CMB | Review and revise retention application. | 0.40 | 252.00 |
| 03/19/2017 | LS | Review and revise retention application. | 1.30 | 450.45 |
| 03/20/2017 | CMB | Revise retention application. | 0.30 | 189.00 |
| | | *Task Subtotal* | **5.10** | **2,192.40** |

### B180 - Avoidance Action Analysis

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/18/2017 | CMB | Telephone call from S. Goldstein regarding Cap Fusion claim and potential estate causes of action. | 0.30 | 189.00 |
| | | *Task Subtotal* | **0.30** | **189.00** |

### B195 - Non-Working Travel

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/16/2017 | CMB | Travel to and from sale hearing. | 0.70 | 220.50 |
| | | *Task Subtotal* | **0.70** | **220.50** |

### B230 - Financing/Cash Collections

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/18/2017 | CMB | Correspondence from and to L. Simon regarding sale of assets and security interests (.2); review Summitt security agreement and financing statement (.4). | 0.60 | 378.00 |
| 03/19/2017 | CMB | Correspondence from and to L. Simon regarding satisfaction of Summit claim and cash collateral hearing. | 0.10 | 63.00 |
| 03/27/2017 | CMB | Review motion to cancel cash collateral hearing. | 0.10 | 63.00 |

Case 17-52865-pmb   Doc 137   Filed 06/30/17   Entered 06/30/17 16:44:20   Desc Main
Document     Page 22 of 30
102560.1044038.11891005

Page 5

### B230 - Financing/Cash Collections

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/28/2017 | CMB | Review debtor's cash collateral notice. | 0.10 | 63.00 |
| | | *Task Subtotal* | **0.90** | **567.00** |

| | | | | **Total Fees** | **$13,216.05** |
|---|---|---|---|---|---|

### Task Code Summary

| Task Code | Task Description | Amount |
|-----------|------------------|--------|
| B110 | Case Administration | 1,605.15 |
| B120 | Asset Analysis and Recovery | 2,189.25 |
| B130 | Asset Disposition | 2,079.00 |
| B150 | Meetings of and Communications w/ Creditors | 4,173.75 |
| B160 | Fee/Employment Applications | 2,192.40 |
| B180 | Avoidance Action Analysis | 189.00 |
| B195 | Non-Working Travel | 220.50 |
| B230 | Financing/Cash Collections | 567.00 |
| | **Total** | **$13,216.05** |

| Summary | Timekeeper Name | Title | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-------|-----------|--------|
| CMB | Colin M. Bernardino | Partner | 11.70 | 630.00 | 7,371.00 |
| CMB | Colin M. Bernardino | Partner | 0.70 | 315.00 | 220.50 |
| LS | Lindsey Simon | Associate | 15.20 | 346.50 | 5,266.80 |
| SG | Shavone Green | Paralegal | 1.50 | 238.50 | 357.75 |
| | | **Totals** | **29.10** | | **$13,216.05** |

*Other Charges:*

| 03/16/2017 | Parking to Attend Hearing for A-1 Express | 17.00 |
|-----------|-------------------------------------------|-------|

| | **Total Other Charges** | **$17.00** |
|---|---|---|

| **TOTAL AMOUNT DUE THIS INVOICE** | **$13,233.05** |
|---|---|



**KILPATRICK**
**TOWNSEND**
ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
Payments Only: accountsreceivable@kilpatricktownsend.com
Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com
Fed I.D. 58-0511774

May 12, 2017

A-1 EXPRESS DELIVERY CREDITORS COMMITTEE
C/O AMTRUST NORTH AMERICA
C/O ALAN C. HOCHHEISER
MAURICE WUTSCHER, LLP
2000 AUBURN DRIVE, SUITE 200, ONE CHAGRIN
HIGHLANDS
BEACHWOOD, OH 44122

| | |
|---|---|
| Client: | 102560 |
| Matter: | 1044038 |
| Invoice #: | 11903841 |

RE:   A-1 EXPRESS CREDITORS COMMITTEE

**For Professional Services Through April 30, 2017:**

### B110 - Case Administration

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/28/2017 | LS | Prepare correspondence to M. Levin and C. Bernardino regarding conversion order. | 0.20 | 69.30 |
| | | **Task Subtotal** | **0.20** | **69.30** |

### B150 - Meetings of and Communications w/ Creditors

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/05/2017 | LS | Correspondence to and from C. Bernardino regarding creditor call (.2); telephone call to M. Lowe regarding creditor's claims (.5). | 0.70 | 242.55 |
| 04/20/2017 | LS | Correspondence to and from C. Bernardino and members of the Committee regarding case status and meeting. | 0.20 | 69.30 |
| | | **Task Subtotal** | **0.90** | **311.85** |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

### B190 - Other Contested Matters

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/25/2017 | CMB | Telephone calls to L. Simon and M. Levin regarding conversion hearing. | 0.30 | 189.00 |
| 04/25/2017 | LS | Prepare for and attend hearing on motion to convert (2.3); prepare memorandum to the Committee regarding same (.2); correspondence to and from C. Bernardino regarding the same (.2). | 2.70 | 935.55 |
| 04/27/2017 | CMB | Correspondence from and to L. Simon regarding conversion order and review of same. | 0.10 | 63.00 |
| 04/27/2017 | LS | Review proposed conversion order from M. Levin (.2); correspondence from and to M. Levin and C. Bernardino regarding same (.2); prepare correspondence to Committee members regarding proposed conversion order (.1). | 0.50 | 173.25 |
| | | **Task Subtotal** | **3.60** | **1,360.80** |

| | | **Total Fees** | | **$1,741.95** |
|--|--|--|--|--|

### Task Code Summary

| Task Code | Task Description | | Amount |
|-----------|------------------|--|--------|
| B110 | Case Administration | | 69.30 |
| B150 | Meetings of and Communications w/ Creditors | | 311.85 |
| B190 | Other Contested Matters | | 1,360.80 |
| | | **Total** | **$1,741.95** |

| Summary | Timekeeper Name | Title | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-------|-----------|--------|
| CMB | Colin M. Bernardino | Partner | 0.40 | 630.00 | 252.00 |
| LS | Lindsey Simon | Associate | 4.30 | 346.50 | 1,489.95 |
| | | **Totals** | **4.70** | | **$1,741.95** |

**Other Charges:**

| | | |
|--|--|--|
| 04/20/2017 | Travel and Ground Transportation - Parking Expense of Lindsey Simon on 04/20/17 regarding 341 meeting parking | 17.00 |
| | Long Distance Charges Soundpath; Conference Call; 03/13/17 - 04/12/17 | 2.67 |

**Total Other Charges**                                        $19.67

**TOTAL AMOUNT DUE THIS INVOICE**                    $1,761.62

# EXHIBIT D

**EXPENSE SUMMARY FOR PERIOD
MARCH 16, 2017 THROUGH AND INCLUDING MAY 1, 2017**

| Expense Category | Total Expenses |
|---|---|
| Telephone Calls (tolls only) | $2.67 |
| Transportation | $34.00 |
| **TOTAL:** | **$36.67** |

# EXHIBIT E

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 17-52865-PMB** |
| | ) | |
| **A-1 EXPRESS DELIVERY SERVICE,** | ) | **Chapter 7** |
| **INC.,** | ) | |
| | ) | |
| **Debtor.** | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF KILPATRICK TOWNSEND & STOCKTON
LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF MARCH 16, 2017 THROUGH MAY 1, 2017**

Upon the First and Final Application for Compensation and Reimbursement of Expenses

of Kilpatrick Townsend & Stockton LLP as Counsel for the Official Committee of Unsecured

Creditors for the Period of March 16, 2017 through May 1, 2017 (the "Application"); and it

appearing that the Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and

1334 and 11 U.S.C §§ 330 and 331; and due and adequate notice of the Application having been

given; and this Court having determined that granting the relief requested in the Application is in

the best interests of the Debtor, its estate, and its creditors; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby approved;

2. Kilpatrick Townsend is hereby awarded final compensation for the period of March 16, 2017 through May 1, 2017, in the amount of $14,958.00 for professional fees and $36.67 in reimbursable expenses for an aggregate of $14,977.67 (the "Final Compensation"); and

3. The Final Compensation shall be an allowed administrative expense of the chapter 11 case, to be paid as and when funds are available in accordance with sections 726, 507, and 503(b)(2) of the Bankruptcy Code or pursuant to other order of this Court.

**END OF DOCUMENT**

**Order prepared by:**

KILPATRICK TOWNSEND & STOCKTON LLP
Colin M. Bernardino
Georgia Bar No. 054879
Lindsey D. Simon
Georgia Bar No. 687871
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 532-6949
Facsimile: (404) 541-4624
Email: cbernardino@kilpatricktownsend.com
Email: lsimon@kilpatricktownsend.com
*Counsel for the Official Committee of Unsecured Creditors*