**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | 08/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | SunTrust checking account ending 2126 | $43,054.05 | $43,054.05 | | $14,258.71 | FA |
| 2 | PNC checking account ending 2058 | $10,553.21 | $10,553.21 | | $0.00 | FA |
| 2 | PNC checking account ending 2058 | $10,553.21 | $10,553.21 | | $0.00 | FA |
| 3 | Fifth Third Bank checking account ending 8246 | $14,055.94 | $14,055.94 | | $0.00 | FA |
| 4 | Deposit 1450 W Peachtree Street LLC | $17,000.00 | $17,000.00 | | $0.00 | FA |
| 5 | Deposits Donlen | $250,000.00 | $250,000.00 | | $0.00 | FA |
| 6 | Deposits 917 & 925 Hyde Park Properties LLC | $7,253.00 | $7,253.00 | | $0.00 | FA |
| 7 | Deposits Cypress Street LLC | $1,300.00 | $1,300.00 | | $0.00 | FA |
| 8 | Deposits 325-327 Pleasant Ave HDFC | $2,700.00 | $2,700.00 | | $0.00 | FA |
| 9 | Deposits Union Real Estate | $1,092.00 | $1,092.00 | | $0.00 | FA |
| 10 | Deposits DCT Williams Street | $2,800.00 | $2,800.00 | | $0.00 | FA |
| 11 | Deposits Westgate San Leandro | $1,163.80 | $1,163.80 | | $0.00 | FA |
| 12 | Deposits Orcas Business Park LLC | $1,482.00 | $1,482.00 | | $0.00 | FA |
| 13 | Deposits 855 Mahler Road | $18,500.00 | $18,500.00 | | $0.00 | FA |
| 14 | Deposits Long Buildings Technology | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 15 | Deposits 2150 TXB LLC | $5,156.00 | $5,156.00 | | $0.00 | FA |
| 16 | Deposits Airpost Industrial Complex | $2,730.00 | $2,730.00 | | $0.00 | FA |
| 17 | Prepayments Snelling Walters - February 14-28 Insurance | $66,442.77 | $66,442.77 | | $0.00 | FA |

FORM 1

Page No: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | 08/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | Accounts Receivable
90 days old or less | $1,476,123.59 | $1,476,123.59 | | $0.00 | FA |
| 18 | Accounts Receivable
90 days old or less | $1,476,123.59 | $1,476,123.59 | | $0.00 | FA |
| 19 | Accounts receivable - over 90 days old
face amount/doubtful or uncollectible $93,685.88 | $0.00 | $0.00 | | $0.00 | FA |
| 20 | Investments
Stock in archway captive fund
Estimate amount | $36,000.00 | $36,000.00 | | $0.00 | FA |
| 21 | Other inventory or supplies
Vases, Baskets, Supplies
Estimate | $30,000.00 | $30,000.00 | | $0.00 | FA |
| 22 | Office furniture - 105 chairs, 55 desks, 26 tables
4 sofas
Liquidation | $14,000.00 | $14,000.00 | | $0.00 | FA |
| 23 | Office fixtures
Shelves, racks, cabinets, TV, refrigerator,
microwave, floral coolers
Liquidation | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 24 | Office equipment
54 computers, 87 monitors, 95 office phones, 11
printers, 3 servers, 8 network pieces (routers,
switches), 400 barcode scanners, 9 old cell
phones
Liquidation | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 25 | Leased vehicles - see attached list
Pages 11-13 of Schedule A-B | $0.00 | $0.00 | | $0.00 | FA |
| 26 | C-Max hybrid vehicle (VIN 1FADPSAU3DLS)
estimate value | $9,000.00 | $9,000.00 | | $0.00 | FA |
| 27 | Leased real property
Atlanta Office -1450 W Peachtree Street,
Atlanta, GA  30309 (lease) | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | 08/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | Leased Real Property WLA office/warehouse 917 West Hyde Park, Inglewood, CA (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Leased real property Hermosa Beach office - 545 Cypress Ave, Hermosa Beach, CA 90254 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 30 | Leased real property Pitt parking - 633 Napor Blvd, Pittsburgh, PA 15205 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Leased real property Pitt office - 2500 Baldwick Road, #201, Pittsburgh , PA 15205 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 32 | Leased real property Seattle Office - 5700 Denver Ave S, Seattle, WA 98108 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 33 | Seattle office - 5700 6th Ave S, #200, Seattle, WA 98101 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 34 | NYC office - 325 Pleasant Ave, New York, NY 10035 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 35 | Leased real estate San Leandro parking - 2001 Williams Street, San Leandro, CA 94577 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 36 | Leased real property San Leandro office - 1933 Davis Street, Suite 305, San Leandro, CA (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 37 | Leased real property Irvine Office - 17981 Sky Park Circle, Bldg 39 J, Irvine, CA 92614 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 38 | Leased real property Burlingame office - 855 Mahler Road, Burlingame, CA (lease) | $0.00 | $0.00 | | $0.00 | FA |

Case 17-52865-pmb   Doc 417   Filed 05/02/22   Entered 05/02/22 08:03:32   Desc
Page 4 of 17

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 4

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | 08/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 39  Leased real estate San Jose office - 2150 Trade Zone Blvd, Suite 105, San Jose, CA  95113 (lease) | $0.00 | $0.00 | | $0.00 | FA |
| 40  Patents, copyrights, trademarks, and trade secrets 1-800Courier, A-1Express, AQuickDelivery | $0.00 | $0.00 | | $0.00 | FA |
| 41  Internet domain names and websites a1express.com, aquickdelivery.com, 1-800courier.com, peachtreepetals.com, socalpetals.com, 1-800Courier domain and phone number Estimate | $100,000.00 | $100,000.00 | | $0.00 | FA |
| 42  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 43  Preference Litigation against W Peachtree LLC AP 19-5030 | $0.00 | $0.00 | | $0.00 | FA |
| 43  Preference Litigation against W Peachtree LLC AP 19-5030 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 44  Preference litigation against 917 and 925 West Hyde Park Properties, LLC 19-5031 | $0.00 | $0.00 | | $0.00 | FA |
| 45  Preference litigation against Alphabet Inc. 19-5032 Dismissed 10/2/2019 | $0.00 | $0.00 | | $0.00 | FA |
| 46  Preference litigation against Am-Tran Services AP 19-5033 | $0.00 | $0.00 | | $5,000.00 | FA |
| 47  Preference litigation against Barry Brouner PC AP 19-5034 | $0.00 | $0.00 | | $0.00 | FA |
| 48  Preference litigation against BRCP San Leandro Industrial, LLC 19-5035 | $0.00 | $0.00 | | $3,000.00 | FA |
| 49  Litigation against Burton & Burton Inc. AP 19-5036 | $0.00 | $0.00 | | $0.00 | FA |
| 50  Litigation against Business Express Courier Service 19-5037 | $0.00 | $8,543.38 | | $2,000.00 | $6,543.38 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 5

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
| --- | --- | --- | --- |
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | 08/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 51 | Preference litigation against California Board of Equalization 19-5038 | $0.00 | $0.00 | | $0.00 | FA |
| 52 | Preference litigation against Capfusion, Inc. 19-5039 | $0.00 | $219,471.10 | | $0.00 | $219,471.10 |
| 53 | Litigation against Carlstedt, LLC | $0.00 | $0.00 | | $300.00 | FA |
| 54 | Litigation against Central Courier, LLC | $0.00 | $3,680.64 | | $3,000.00 | $680.64 |
| 55 | Litigation against CIGNA Holding Company AP 19-5042 | $0.00 | $0.00 | | $0.00 | FA |
| 56 | Litigation against Craigslist AP 19-5043 | $0.00 | Unknown | | $4,000.00 | Unknown |
| 57 | Litigation against Crossroads Courier, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 58 | Litigation against Cut Flowers Wholesale, Inc. AP 19-5045 | $0.00 | $0.00 | | $0.00 | FA |
| 59 | Litigation against D&D International Express Service, LLC 19-5046 | $0.00 | $9,138.47 | | $0.00 | $9,138.47 |
| 60 | Litigation against Denlen Corp AP 19-5047 | $0.00 | $0.00 | | $0.00 | FA |
| 61 | Litigation against EAN Services, LLC AP 19-5048 | $0.00 | $250,000.00 | | $0.00 | $250,000.00 |
| 62 | Litigation against EKI Flowers, LLC AP 19-5049 | $0.00 | $0.00 | | $0.00 | FA |
| 63 | Litigation against Enterprise Holdings, Inc. AP 19-5050 | $0.00 | $0.00 | | $0.00 | FA |
| 64 | Litigation against EX Trucking, Inc. AP 19-5051 Clerk's entry of default entered | $0.00 | $20,000.00 | | $0.00 | $20,000.00 |
| 65 | Preference litigation against Fifth Third Bank AP 19-5052 | $0.00 | $240,000.00 | | $1,000.00 | $239,000.00 |
| 66 | Litigation against Full Pot of Flowers AP 19-5053 | $0.00 | $0.00 | | $0.00 | FA |
| 67 | Litigation against Ga Dept of Revenue AP 19-5054 | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6

| Case No.: | 17-52865-PMB | | Trustee Name: | M. Denise Dotson |
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | | §341(a) Meeting Date: | 05/31/2017 |
| | | | Claims Bar Date: | 08/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 68 | Litigation against Gold Rush Express Delivery AP 19-5055 | $0.00 | $15,000.00 | | $0.00 | $15,000.00 |
| 69 | Litigation against Halvleib Automotive & Collision | $0.00 | $0.00 | | $3,000.00 | FA |
| 70 | Litigation against Hall's Atlanta Wholesale Florist Inc. AP 19- | $0.00 | $0.00 | | $0.00 | FA |
| 71 | Litigation against Indeed Inc. AP 19-5058 | $0.00 | Unknown | | $1,000.00 | Unknown |
| 72 | Litigation against Kings Cash Group LLC AP 19-5059 | $0.00 | Unknown | | $0.00 | Unknown |
| 73 | Litigation against Mayesh Wholesale Florist, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 74 | Litigation against Meteor Logistics Xpress AP 19-5061 | $0.00 | $0.00 | | $0.00 | FA |
| 75 | Litigation against MetLife, Inc. 19-5062 | $0.00 | $0.00 | | $1,250.00 | FA |
| 76 | Litigation against Mike's Finest Wholesale Flowers, Inc. AP 19-5063 | $0.00 | $0.00 | | $0.00 | FA |
| 77 | Litigation against Norco Delivery Svc AP 19-5064 | $0.00 | Unknown | | $2,000.00 | FA |
| 78 | Litigation against NY Minute Messenger AP 19-5065 | $0.00 | $12,000.00 | | $0.00 | $12,000.00 |
| 79 | Litigation against PayPal Holdings, Inc AP 19-5066 | $0.00 | $0.00 | | $0.00 | FA |
| 80 | Litigation against ProCourier, Inc. AP 19-5067 | $0.00 | Unknown | | $0.00 | Unknown |
| 81 | Litigation against Quick Delivery Service, Inc AP 19-5068 | $0.00 | $0.00 | | $2,500.00 | FA |
| 82 | Litigation against Quick Delivery Inc. AP 19-5069 | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 7

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | §341(a) Meeting Date: | 05/31/2017 |
| | | Claims Bar Date: | 08/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 83 Litigation against Ryder Truck Rental Inc. AP 19-5070 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 84 Litigation against Sampson Morris Group, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 85 Litigation against Scopetitis Garvis Light & Hanson PC AP 19-5072 | $0.00 | $0.00 | | $24,000.00 | FA |
| 86 Litigation against Shamrock Delivery inc. | $0.00 | $17,000.00 | | $0.00 | $17,000.00 |
| 87 Litigation against Snellings Walters Insurance Agency AP 19-5074 | $0.00 | Unknown | | $16,903.20 | Unknown |
| 88 Litigation against Southland Greenhouses Inc. AP 19-5075 | $0.00 | Unknown | | $0.00 | Unknown |
| 89 Litigation against SpeedPro Inaging AP 19-5076 | $0.00 | $0.00 | | $0.00 | FA |
| 90 Litigation against Spotify USA Inc AP 19-5077 | $0.00 | $0.00 | | $0.00 | FA |
| 91 Litigation against Sprint Corp AP 19-5078 | $0.00 | $0.00 | | $3,500.00 | FA |
| 92 Litigation against Summit Financial Resources, LP AP 19-5079 | $0.00 | $0.00 | | $0.00 | FA |
| 93 Litigation against UHaul International AP 19-5080 | $0.00 | $0.00 | | $0.00 | FA |
| 94 Litigation against Unity Courier Service | $0.00 | $0.00 | | $0.00 | FA |
| 95 Litigation against US Pack Logistics LLC | $0.00 | $25,000.00 | | $8,000.00 | FA |
| 96 Litigation against Verizon Communications Inc AP 19-5083 | $0.00 | $30,000.00 | | $5,000.00 | $25,000.00 |
| 97 Litigation against Wells Fargo Bank AP 19-5084 | $0.00 | $0.00 | | $0.00 | FA |
| 98 Litigation against Wex Bank AP 19-5085 | $0.00 | $275,000.00 | | $0.00 | $275,000.00 |
| 99 Litigation against American Express AP 19-5086 | $0.00 | $725,000.00 | | $17,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 8

| Case No.: | 17-52865-PMB | | Trustee Name: | M. Denise Dotson |
|---|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | | §341(a) Meeting Date: | 05/31/2017 |
| | | | Claims Bar Date: | 08/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 100 | Litigation against US Premium finance Holding Co  AP 19-5087 | $0.00 | $300,000.00 | | $0.00 | FA |
| 101 | Litigation against San Bernandino County Recorder | $0.00 | $0.00 | | $0.00 | FA |
| 102 | Litigation against San Diego County Recorder  AP 19-5089 | $0.00 | $0.00 | | $0.00 | FA |
| 103 | Litigation against American Exediting Company  AP 19-5090 | $0.00 | Unknown | | $7,500.00 | Unknown |
| 104 | Litigation against Accurate Background LLC  AP 19-5091 | $0.00 | $27,000.00 | | $15,380.00 | FA |
| 105 | Litigation against Automatic Data Processing Inc  AP 19-5092 | $0.00 | $0.00 | | $0.00 | FA |
| 106 | Litigation against Brightstone Insurance Services LLC  AP 19-5093 | $0.00 | $12,000.00 | | $0.00 | FA |
| 107 | Litigation against Jorge Morales  AP 19-509 | $0.00 | Unknown | | $0.00 | Unknown |
| 108 | Litigation against Baron Messenger Service, Inc  AP 19-5095 | $0.00 | Unknown | | $0.00 | Unknown |
| 109 | Litigation against Pleasant Avenue Housing Dept  AP 19-5097 | $0.00 | $0.00 | | $0.00 | FA |
| 110 | Litigaiton against 2150 TXB, LLC  AP 19-5098 | $0.00 | $0.00 | | $0.00 | FA |
| 111 | Litigation against AIC Owner, LLC  AP 19-5099 | $0.00 | $6,000.00 | | $2,500.00 | $3,500.00 |
| 112 | Litigaiton against Allure Farms, Inc  AP 19-5100 | $0.00 | $0.00 | | $0.00 | FA |
| 113 | Litigation against Delta Air Lines  AP 19-5101 | $0.00 | $0.00 | | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 9

| Case No.: | 17-52865-PMB | | Trustee Name: | M. Denise Dotson |
|---|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | | §341(a) Meeting Date: | 05/31/2017 |
| | | | Claims Bar Date: | 08/30/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 114 | Litigation against Division of Labor Standards Enforcement AP 19-5102 | $0.00 | $14,200.00 | | $0.00 | $14,200.00 |
| 115 | Litigation against DLS Discovery LLC AP 19-5103 | $0.00 | $0.00 | | $1,000.00 | FA |
| 116 | Litigation against DNS Express LLC AP 19-5104 | $0.00 | Unknown | | $2,500.00 | Unknown |
| 117 | Litigation against Jersey Shore Container AP 19-5105 | $0.00 | $0.00 | | $0.00 | FA |
| 118 | Litigation against Long Building Technologies AP 19-5106 | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 119 | Litigation against Maxxum Leasing Corp AP 19-5107 | $0.00 | Unknown | | $0.00 | Unknown |
| 120 | Litigation against Reeves Floral Products, Inc AP 19-5108 | $0.00 | Unknown | | $0.00 | Unknown |
| 121 | Litigation against SunTrust Bank AP 19-5109 | $0.00 | $0.00 | | $0.00 | FA |
| 122 | Litigation against Walsh Messenger Svc AP 19-5110 | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 123 | Litigaiton against Western Equipment AP 19-5111 | $0.00 | $0.00 | | $0.00 | FA |
| 124 | Litigation against Wintrust Financial AP 19-5112 | $0.00 | $0.00 | | $0.00 | FA |
| 125 | Litigation against Don Jones AP 19-5113 | $0.00 | $0.00 | | $0.00 | FA |
| 126 | Litigation against Kent Brown AP 19-5114 | $0.00 | $0.00 | | $0.00 | FA |
| 127 | Litigaiton against Joe Branch d/b/a Sound Auto Body AP 19-5115 | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 10

| Case No.: | 17-52865-PMB | | Trustee Name: | M. Denise Dotson |
|---|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | | Date Filed (f) or Converted (c): | 05/01/2017 (c) |
| For the Period Ending: | 4/29/2022 | | §341(a) Meeting Date: | 05/31/2017 |
| | | | Claims Bar Date: | 08/30/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $3,699,083.16 | $5,918,116.75 | | $146,091.91 | $1,116,533.59 |

**Major Activities affecting case closing:**

   Collect remaining settlement installment

   Awaiting final settlement payments.  File and receive turnover of remaining funds held by debtor's counsel.  Complete tax returns and close case.

   Continue avoidance action litigation

   Avoidance litigation filed.  Continue pursuit of litigation and recovery of preferential transfers.

   Continue financial review and pursue avoidance litigation as determined appropriate

   Pursue avoidance litigation.

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | 03/31/2023 | /s/ M. DENISE DOTSON |
|---|---|---|---|---|
| | | | | M. DENISE DOTSON |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-52865-PMB | | Trustee Name: | M. Denise Dotson |
|---|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8705 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/14/2017 | | Blanket bond (per case limit): | $62,105,000.00 |
| For Period Ending: | 4/29/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

For the period of **2/14/2017** to **4/29/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **04/22/2022** to **4/29/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8705 | Checking Acct #: | ******6502 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/14/2017 | Blanket bond (per case limit): | $62,105,000.00 |
| For Period Ending: | 4/29/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $115,685.10 | | $115,685.10 |
| | | | **TOTALS:** | | $115,685.10 | $0.00 | $115,685.10 |
| | | | **Less: Bank transfers/CDs** | | $115,685.10 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 2/14/2017 to 4/29/2022 | | For the entire history of the account between 04/22/2022 to 4/29/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $115,685.10 | Total Internal/Transfer Receipts: | $115,685.10 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8705 | Checking Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/14/2017 | Blanket bond (per case limit): | $62,105,000.00 |
| For Period Ending: | 4/29/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

For the period of **2/14/2017** to **4/29/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **09/05/2019** to **4/29/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8705 | Checking Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/14/2017 | Blanket bond (per case limit): | $62,105,000.00 |
| For Period Ending: | 4/29/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/04/2020 | (46) | Am-Tran | Preference litigation settlement proceeds | 1141-000 | $5,000.00 | | $5,000.00 |
| 08/04/2020 | (48) | Broadreach Capital | Preference litigation settlement proceeds | 1141-000 | $3.00 | | $5,003.00 |
| 08/04/2020 | (50) | Business Express Courier | Preference Settlement Proceeds | 1141-000 | $2,000.00 | | $7,003.00 |
| 08/04/2020 | (71) | IndeedInc | Proceeds Preference Settlement Litigation | 1141-000 | $1,000.00 | | $8,003.00 |
| 08/04/2020 | (75) | MetLife | Preference Settlement Proceeds | 1141-000 | $1,250.00 | | $9,253.00 |
| 08/04/2020 | (81) | Quick Delivery Service | Proceeds from preference litigation settlement | 1141-000 | $2,500.00 | | $11,753.00 |
| 08/04/2020 | (111) | AmWins | Proceeds from preference litigation settlement | 1141-000 | $2,500.00 | | $14,253.00 |
| 08/04/2020 | (115) | DLS Discovery | Preference Litigation Settlement Proceeds | 1141-000 | $1,000.00 | | $15,253.00 |
| 08/05/2020 | 4001 | Rountree Leitman & Klein | Partial payment of interim fees pursuant to order entered 8/28/2019 docket no 274 | 3210-000 | | $15,000.00 | $253.00 |
| 08/05/2020 | 4001 | VOID: Rountree Leitman & Klein | | 3210-003 | | ($15,000.00) | $15,253.00 |
| 08/05/2020 | 4002 | Rountree Leitman & Klein | Partial payment of interim fees pursuant to order entered 8/28/2019 docket no 274 | 3210-000 | | $15,000.00 | $253.00 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.88 | $248.12 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.73 | $243.39 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.72 | $238.67 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.71 | $233.96 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.71 | $229.25 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.70 | $224.55 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.69 | $219.86 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.69 | $215.17 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.68 | $210.49 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.67 | $205.82 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.67 | $201.15 |
| 07/21/2021 | | Rountree & Letiman | Settlement Payment | 1149-000 | $1,000.00 | | $1,201.15 |
| 07/21/2021 | | American Express | Check Returned | 1141-000 | $17,500.00 | | $18,701.15 |
| 07/21/2021 | | Accurate | Settlement | 1141-000 | $15,380.00 | | $34,081.15 |
| 07/21/2021 | (54) | Control Courier | Settlement | 1141-000 | $3,000.00 | | $37,081.15 |
| | | | SUBTOTALS | | $52,133.00 | $15,051.85 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-52865-PMB | Trustee Name: | M. Denise Dotson |
|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8705 | Checking Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/14/2017 | Blanket bond (per case limit): | $62,105,000.00 |
| For Period Ending: | 4/29/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2021 | (56) | Craiglist | Settlement | 1141-000 | $4,000.00 | | $41,081.15 |
| 07/21/2021 | (57) | Crossroads Courier | Settlement | 1129-000 | $1,000.00 | | $42,081.15 |
| 07/21/2021 | (65) | Fifth Third | Settlement | 1141-000 | $1,000.00 | | $43,081.15 |
| 07/21/2021 | (77) | Norco Delivery | Settlement | 1141-000 | $2,000.00 | | $45,081.15 |
| 07/21/2021 | (85) | Scarpoletta | Settlement Payment | 1141-000 | $24,000.00 | | $69,081.15 |
| 07/21/2021 | (111) | AIC Owner LLC | Settlement | 1141-000 | $3,000.00 | | $72,081.15 |
| 07/23/2021 | (95) | US Pack Sewvices | Settlement | 1141-000 | $8,000.00 | | $80,081.15 |
| 07/23/2021 | (104) | Accurate | Settlement | 1141-000 | $15,380.00 | | $95,461.15 |
| 07/23/2021 | (116) | DNS Services | Settlement proceeds | 1141-000 | $2,500.00 | | $97,961.15 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $32.05 | $97,929.10 |
| 08/17/2021 | (99) | American Express | Settlement Proceeds | 1141-000 | $17,500.00 | | $115,429.10 |
| 08/17/2021 | | DEP REVERSE: American Express | Check Returned | 1141-000 | ($17,500.00) | | $97,929.10 |
| 08/17/2021 | (57) | DEP REVERSE: Crossroads Courier | Settlement | 1129-000 | ($1,000.00) | | $96,929.10 |
| 08/17/2021 | (111) | AIC Owner LLC | Settlement | 1141-000 | ($3,000.00) | | $93,929.10 |
| 08/17/2021 | | DEP REVERSE: Accurate | Settlement | 1141-000 | ($15,380.00) | | $78,549.10 |
| 08/17/2021 | (48) | DEP REVERSE: Broadreach Capital | Preference litigation settlement proceeds | 1141-000 | ($3.00) | | $78,546.10 |
| 08/17/2021 | (48) | Braodchruch | settlement payment - correction of 8/4/ deposit | 1141-000 | $3,000.00 | | $81,546.10 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $105.71 | $81,440.39 |
| 09/23/2021 | (1) | Scroggins & Williamson | Turnover of funds | 1129-000 | $14,258.71 | | $95,699.10 |
| 09/27/2021 | (53) | Carlstedt's LLC | Settlement payment 19-5040 | 1141-000 | $300.00 | | $95,999.10 |
| 09/30/2021 | (96) | Stinson | Settlement payment adversary proceeding 19-5090 | 1141-000 | $5,000.00 | | $100,999.10 |
| 09/30/2021 | (103) | Victor Finnegan | settlement payment | 1141-000 | $7,500.00 | | $108,499.10 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $118.80 | $108,380.30 |
| 10/06/2021 | (87) | National Fire & Marine | Settlement Proceeds | 1141-000 | $16,903.20 | | $125,283.50 |
| 10/08/2021 | (69) | Daniel Raskin/Halbeib | settlement payment | 1141-000 | $3,000.00 | | $128,283.50 |
| 10/08/2021 | (91) | Sprint | Settlement payment | 1141-000 | $3,500.00 | | $131,783.50 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $185.40 | $131,598.10 |
| | | | SUBTOTALS | | $94,958.91 | $441.96 | |

**FORM 2**

Page No: 6

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-52865-PMB | | Trustee Name: | M. Denise Dotson |
|---|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8705 | | Checking Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/14/2017 | | Blanket bond (per case limit): | $62,105,000.00 |
| For Period Ending: | 4/29/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $191.90 | $131,406.20 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $191.62 | $131,214.58 |
| 01/28/2022 | 4003 | Rountree Leitman & Klein | Partial payment of interim fees per order entered 8/28/19 docket number 274 | 3210-000 | | $15,000.00 | $116,214.58 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $191.35 | $116,023.23 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $169.19 | $115,854.04 |
| 03/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $168.94 | $115,685.10 |
| 04/22/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $115,685.10 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | | $147,091.91 | $147,091.91 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $115,685.10 | |
| Subtotal | | $147,091.91 | $31,406.81 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $147,091.91 | $31,406.81 | |

| For the period of 2/14/2017 to 4/29/2022 | | For the entire history of the account between 08/04/2020 to 4/29/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $147,091.91 | Total Compensable Receipts: | $147,091.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $147,091.91 | Total Comp/Non Comp Receipts: | $147,091.91 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $31,406.81 | Total Compensable Disbursements: | $31,406.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,406.81 | Total Comp/Non Comp Disbursements: | $31,406.81 |
| Total Internal/Transfer Disbursements: | $115,685.10 | Total Internal/Transfer Disbursements: | $115,685.10 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-52865-PMB | | Trustee Name: | M. Denise Dotson |
|---|---|---|---|---|
| Case Name: | A-1 EXPRESS DELIVERY SERVICE, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8705 | | Checking Acct #: | ******2865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/14/2017 | | Blanket bond (per case limit): | $62,105,000.00 |
| For Period Ending: | 4/29/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $147,091.91 | $31,406.81 | $115,685.10 |

| For the period of 2/14/2017 to 4/29/2022 | | For the entire history of the case between 05/01/2017 to 4/29/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $147,091.91 | Total Compensable Receipts: | $147,091.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $147,091.91 | Total Comp/Non Comp Receipts: | $147,091.91 |
| Total Internal/Transfer Receipts: | $115,685.10 | Total Internal/Transfer Receipts: | $115,685.10 |
| Total Compensable Disbursements: | $31,406.81 | Total Compensable Disbursements: | $31,406.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,406.81 | Total Comp/Non Comp Disbursements: | $31,406.81 |
| Total Internal/Transfer Disbursements: | $115,685.10 | Total Internal/Transfer Disbursements: | $115,685.10 |

/s/ M. DENISE DOTSON

M. DENISE DOTSON